UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MICHAEL B. REED and JAMES ENGLAND, JR., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | No. 3:18–cv–00201–TWP–DCP <br> Hons. Phillips/Poplin |

### [PROPOSED] ORDER

This matter is before the Court on the parties' "Joint Motion for Extension of Time for Defendant to File Reply Brief," in which the United States seeks an additional fourteen days, until March 19, 2019, to file a reply in support of the United States' motion to dismiss. Plaintiffs have joined this motion. In light of the parties' agreement, the "Joint Motion for Extension of Time for Defendant to File Reply Brief" is **GRANTED**.

The United States **SHALL** file its reply brief in support of its motion to dismiss by **March 19, 2019**.

**IT IS SO ORDERED**.

Enter:

_____
SENIOR UNITED STATES DISTRICT JUDGE