UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MICHAEL B. REED, *et. al.*,<br><br>        Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | No. 3:18–cv–00201 |
| BRITTANY ADKINS, *et. al.*,<br><br>        Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | No. 3:18–cv–00310 |
| BRITTANY N. HYRE ANCULLE, *et. al.*,<br><br>        Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | No. 3:18–cv–00308 |
| JAMES CARL VANCE, et al.,<br><br>        Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | No. 3:19–cv–00283 |

| | |
|---|---|
| JACKIE SUE BARNES, et al., <br><br>        Plaintiffs, <br>v. <br><br>UNITED STATES OF AMERICA, <br><br>        Defendant. | No. 3:19–cv–00296 |
| PAUL W. ABBOTT, et al., <br><br>        Plaintiffs, <br>v. <br><br>UNITED STATES OF AMERICA, <br><br>        Defendant. | No. 3:20–cv–00149 |
| ALLSTATE FIRE AND CAS. INS. CO., *et al*., <br><br>        Plaintiffs, <br>v. <br><br>UNITED STATES OF AMERICA, <br><br>        Defendant. | No. 3:19-cv-00474 |
| AMERICAN RELIABLE INS. CO., *et al*., <br><br>        Plaintiffs, <br>v. <br><br>UNITED STATES OF AMERICA, <br><br>        Defendant. | No. 3:19-cv-00469 |

| | |
|---|---|
| STATE FARM FIRE & CAS. CO., *et al.*, <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | No. 3:19-cv-00470 |
| UNITED SERVICES AUTOMOBILE ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | No. 3:19-cv-00472 |
| AUTO-OWNERS INS. CO., *et al.*, <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | No. 3:19–cv–00478 |

## **JOINT NOTICE OF AVAILABILITY FOR SCEHDULING CONFERENCE**

Pursuant to this Court's orders on January 26, 2021, the parties submit this joint notice informing the Court that counsel for the parties are available for a scheduling conference on February 10, 2021, at 1:30 p.m.

Dated: February 1, 2021                                   Respectfully submitted,


*/s/ Theodore J. Leopold*_____                           BRIAN M. BOYNTON
THEODORE J. LEOPOLD                                       Acting Assistant Attorney General,
**COHEN MILSTEIN SELLERS & TOLL**                         Civil Division
**PLLC**
11780 US Highway One                                      JAMES G. TOUHEY, JR.
Suite N500                                                Director, Torts Branch
Palm Beach Gardens, FL 33410
(561) 515-1400                                            DEBRA R. COLETTI
tleopold@cohenmilstein.com                                Assistant Director, Torts Branch

*Attorneys for Individual Plaintiffs*                     */s/ Theodore W. Atkinson*_____
                                                          THEODORE W. ATKINSON
 */s/Mark L. Grotefeld*_____                          GRANT TREASTER
MARK S. GROTEFELD                                         MARTIN F. ST. AUBIN
**GROTEFELD HOFFMANN, LLP**                               Trial Attorneys, Torts Branch
6034 West Courtyard Drive, Suite 200                      United States Department of Justice
Austin, TX 78730                                          Benjamin Franklin Station
(737) 226-5310                                            P.O. Box 888 Washington,
mgrotefeld@ghlaw-llp.com                                  D.C. 20044
                                                          Telephone: (202) 616-4266
AMY L. DVORAK                                             Facsimile: (202) 616-5200
MARK L. McGUIRE                                           Email: theodore.atkinson@usdoj.gov
EMMA L. GADDIPATI
**GROTEFELD HOFFMANN, LLP**                               *Attorneys for Defendant*
311 S. Wacker Dr., Ste. 1500
Chicago, IL 60606                                         */s/ Terence M. Ridley*_____
(312) 551-0200                                            TERENCE M.RIDLEY
advorak@ghlaw-llp.com                                     EVAN B. STEPHENSON
mmcguire@ghlaw-llp.com                                    **SPENCER FANE**
egaddipati@ghlaw-llp.com                                  1700 Lincoln Street,
                                                          Ste. 2000
MATTHEW J. EVANS                                          Denver, CO 80203
MICHAEL A. JOHNSON                                        Telephone: (303) 839-3800
**KAY GRIFFIN PLLC**                                      Facsimile: (303) 839-3838
900 South Gay Street, Suite 802                           Email: tridley@spencerfane.com
Knoxville, TN 37902                                                estephenson@spencerfane.com
(865) 314-8422
matthew.evans@kaygriffin.com                              *Attorneys for Auto-Owners Ins. Co., et al.*
mjohnson@kaygriffin.com

*Counsel for Plaintiffs Allstate, State Farm*
*American Reliable, and USAA, et al.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2021, I electronically filed the foregoing with the Clerk of Court via the Court's Electronic Filing System, which will provide electronic notification to all Filing Users. Any parties who are not Filing Users will be served with a paper copy of the foregoing by first-class mail, postage pre-paid.

>*/s/ Theodore W. Atkinson*
>THEODORE W. ATKINSON