UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| MICHAEL B. REED, *et. al.*,<br><br>        Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | No. 3:18–cv–00201 |
| BRITTANY ADKINS, *et. al.*,<br><br>        Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | No. 3:18–cv–00310 |
| BRITTANY N. HYRE ANCULLE, *et. al.*,<br><br>        Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | No. 3:18–cv–00308 |
| JAMES CARL VANCE, et al.,<br><br>        Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | No. 3:19–cv–00283 |

| | |
|---|---|
| JACKIE SUE BARNES, et al.,<br><br>　　　　Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | No. 3:19–cv–00296 |
| PAUL W. ABBOTT, et al.,<br><br>　　　　Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | No. 3:20–cv–00149 |
| ALLSTATE FIRE AND CAS. INS. CO., *et al.*,<br><br>　　　　Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | No. 3:19-cv-00474 |
| AMERICAN RELIABLE INS. CO., *et al.*,<br><br>　　　　Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | No. 3:19-cv-00469 |

| | |
|---|---|
| STATE FARM FIRE & CAS. CO., *et al.*, <br><br>    Plaintiffs, <br>v. <br><br>UNITED STATES OF AMERICA, <br><br>    Defendant. | No. 3:19-cv-00470 |
| UNITED SERVICES AUTOMOBILE ASSOCIATION, *et al.*, <br><br>    Plaintiffs, <br>v. <br><br>UNITED STATES OF AMERICA, <br><br>    Defendant. | No. 3:19-cv-00472 |
| AUTO-OWNERS INS. CO., *et al.*, <br><br>    Plaintiffs, <br>v. <br><br>UNITED STATES OF AMERICA, <br><br>    Defendant. | No. 3:19–cv–00478 |

**UNITED STATES' MOTION TO DISMISS
FOR LACK OF SUBJECT MATTER JURISDICTION**

Defendant United States of America, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, respectfully moves this Court to dismiss Plaintiffs' lawsuit against the United States for lack of subject matter jurisdiction. Attached hereto in support of this motion are a memorandum of law and a notice of the parties' satisfaction of the meet and confer requirement.

//

//

Dated: June 1, 2021												Respectfully submitted,

VARU CHILAKAMARRI
Deputy Assistant Attorney General
Civil Division

JAMES G. TOUHEY, JR.
Director, Torts Branch
Civil Division

DEBRA R. COLETTI
Assistant Director, Torts Branch
Civil Division

*/s/ Grant E. Treaster*
GRANT E. TREASTER
THEODORE W. ATKINSON
MARTIN F. ST. AUBIN
Trial Attorneys, Torts Branch
United States Department of Justice
Civil Division
Benjamin Franklin Station, P.O. Box 888
Washington, D.C. 20044
Telephone: (202) 616-2359
Email: grant.treaster@usdoj.gov
Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2021, I electronically filed the foregoing with the Clerk of Court via the Court's Electronic Filing System, which will provide electronic notification to all Filing Users. Any parties who are not Filing Users will be served with a paper copy of the foregoing by first-class mail, postage pre-paid.

*/s/ Grant E. Treaster*
GRANT E. TREASTER