# EXHIBIT A

*to the*

DECLARATION OF REBECCA POCK

*in support of*

DEFENDANT'S MOTION TO DISMISS
FOR LACK OF SUBJECT MATTER JURISDICTION

*Reed, et al. v. United States*, No. 3:18–cv–201–JRG–CRW (E.D. Tenn.)
*Anculle, et al. v. United States*, No. 3:18–cv–308–JRG–CRW (E.D. Tenn.)
*Adkins, et al. v. United States*, No. 3:18–cv–310–JRG–CRW (E.D. Tenn.)
*Vance, et al. v. United States*, No. 3:19–cv–283–JRG–CRW (E.D. Tenn.)
*Barnes, et al. v. United States*, No. 3:19–cv–296–JRG–CRW (E.D. Tenn.)
*Abbott, et al. v. United States*, No. 3:20-cv-149-JRG-CRW (E.D. Tenn.)

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3388

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0511

November 21, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:     Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result
of the Gatlinburg Fire beginning November 23, 2016, and a list of the 97 claimants whose forms
are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

EXECUTIVE SECRETARIAL
OFFICE OF THE

2018 NOV 27 AM 8:52

RECEIVED

0260143

| | | |
|---|---|---|
| Paul W. Abbott<br>Toni L. Abbott<br>1718 North Roane Street<br>Johnson City, TN 37601 | Brittany N. Adkins<br>2239 Grassy Branch Rd.<br>Sevierville, TN 37876 | Jayme E. Aleman<br>1475 Robert Ridge Road<br>Sevierville, TN 37862 |
| Brian H. Alspach<br>530 Bruce Rd.<br>Gatlinburg, TN 37738 | Tammy F. Bain<br>Leslie N. Miles<br>827 Sunrise Blvd<br>Sevierville, TN 37862 | Michael Bech<br>Sandra M. Bech<br>312 Saddleback Way<br>Sevierville, TN 37862 |
| Jody T. Bertram<br>520 Johnson Lane<br>Gatlinburg, TN 37738 | Stephen E. Bond<br>5896 Milburne Drive<br>Milford, OH 45150 | Marvis L. Bosarge Gonzalez<br>P.O. Box 425<br>Pigeon Forge, TN 37868 |
| Terrell M. Bouie<br>4749 Towensend<br>Gatlinburg, TN 37738 | Genie E. Brabham<br>535 Greenbriar Lane<br>Gatlinburg, TN 37738 | Deborah A. Brooks<br>219 Emert Street<br>Pigeon Forge, TN 37863 |
| William E. Brown Exector of<br>Estate of Elaine H. Brown<br>97 Ellis Drive<br>West Falls, NY 14170 | Eve O. Buero<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 | Mack Newman Butler<br>Connie Panelle Butler<br>207 Roseland Drive<br>Rainbow City, AL 35906 |
| Jones and Butler Investments,<br>LLC<br>3518 Montrose Ave.<br>Rainbow City, AL 35906 | Jamila M. Byrd, next of kin of<br>Pamela Jean Johnson,<br>Deceased<br>328 East Morelia Ave.<br>Knoxville, TN 37917 | Gae Campbell<br>4206 Dolly's Drive<br>Sevierville, TN 37876 |
| Lindsey Campbell<br>608 E. Reagan Lane<br>Gatlinburg, TN 37738 | Myrl D. Carr Administrator of<br>Estate of Myrl J. Carr<br>3230 Woods Way<br>Sevierville, TN 37876 | Charles S. Cavanaugh<br>413 McMahan Avenue<br>Sevierville, TN 37862 |
| Destin R. Chambers<br>Kelsey Y. Chambers<br>1013 Powdermill Rd.<br>Gatlinburg, TN 37738 | Julie Lynn Chase<br>Caleb B. Chase<br>P.O. Box 6805<br>Sevierville, TN 37864 | David R. Cheatham<br>611 Anderson Drive<br>Clarksville, TN 37040 |
| Steve W. Cofield<br>Jan Cofield<br>4016 Rainbow Drive<br>Rainbow City, AL 35906 | Terry D. Daniel<br>Carol A. Daniel<br>4387 School Section Rd.<br>Cincinnati, OH 45211 | Leon C. Dodd<br>638 Cedar Lane, Apt. 1<br>Knoxville, TN 37912 |
| Amy E. Dowling<br>Don J. Dowling<br>214 Mills Park Rd.<br>Gatlinburg, TN 37738 | Justin W. Dumas<br>Merry D. Dumas<br>212 Golden Rod Drive<br>Seymour, TN 37865 | John P. Eames<br>Lois A. Eames<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| Timothy James Easley<br>P.O. Box 1763<br>Gatlinburg, TN 37738 | Timothy Fannin<br>7028 South Ridgewood Drive<br>Lambertville, MI 48141 | Linda K. Garrett<br>234 Benson Lane<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Stephen R. Gilmore<br>Deborah L. Gilmore<br>19 Meigs Dr.<br>Shalimar, FL 32579 | Brenda J. Halsey<br>James L. Halsey<br>570 South Greenlee Rd.<br>Troy, OH 45373 | Russell E. Haskins<br>Cheryl F. Haskins<br>P.O. Box 23423<br>Knoxville, TN 37933 |
| Mark Hass<br>Terri Hass<br>1160 Tranquility Way<br>Louisville, KY 40291 | Kirk L. Heinsohn<br>660 Washington Rd.<br>Gatlinburg, TN 37738 | Sharon H. Hirschfield<br>1431 N. Arvon Lane<br>Gatlinburg, TN 37738 |
| Dave Hisey<br>1160 Upper Alpine Way<br>Gatlinburg, TN 37738 | Karen M. Holding<br>Harry R. Holding<br>7104 West Santa Fe Drive<br>Mucie, IN 47304 | James D. Holifield<br>1320 Powdermill Rd. Apt. #3<br>Gatlinburg, TN 37738 |
| John L. Hondulas<br>676 Maryville Pike<br>Knoxville, TN 37920 | Charlie Bob Hughes Jr.<br>Victoria D. Fister<br>126 Cookeville Hwy<br>Carthage, TN 37030 | James M. Hunter<br>P.O. Box 21568<br>Chattanooga, TN 37424 |
| Kathy Jones<br>1420 Cherokee Circle<br>Sevierville, TN 37862 | David L. Joyner<br>1063 Valley View Cir<br>Sevierville, TN 37876 | Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 |
| ████████, Minor<br>B/N/F Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 | David M. Klassen<br>Linda F. Klassen<br>1615 Tammany Drive<br>Nashville, TN 37206 | Kyle S. King<br>Doreen R. King<br>624 Mountain Drive<br>Gatlinburg, TN 37738 |
| John C. Kling<br>Cheryl A. Kling<br>146 Hackberry Way<br>Dandridge, TN 37725 | Karen N. Leverette<br>John R. Leverette<br>360 Menawa Pass<br>Millbrook, AL 36504 | Damon J. Matthews<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| John H. H. Matthews<br>Kenneth M. Matthews Jr.<br>7400 Forests Edge Ct.<br>Lairel, MD 20707 | Jo Rita Maxwell<br>P.O. Box 965<br>Pigeon Forge, TN 37868 | Zina Faye McKinney<br>508 Houser Road<br>Gatlinburg, TN 37738 |
| Patrick McKnight<br>Karen McKnight<br>608 Forrest Hill Dr<br>Lexington, KY 40509 | Rita S. Montero<br>1300 Park Blvd.<br>Marion, VA 24354 | Douglas E. Moore<br>Sandy M. Moore<br>325 Beech Branch Road<br>Gatlinburg, TN 37738 |
| Carol G. Muszik<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | James Dale Grace Christian<br>Trust, MSM Capital<br>Management, LLLP<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | David L. Naquin, Sr.<br>Denise A. Naquin<br>760 Wiley Oakley Dr<br>Gatlinburg, TN 37738 |
| Sue A. Naquin | Carroll E. Nichols | Jacob W. Parton |

| | | |
|---|---|---|
| 2614 Surftide Drive<br>Dandridge, TN 37725 | 109 Carlstown Drive #2<br>Pigeon Forge, TN 37863 | Betty J. Parton<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 |
| Miranda L. Paulk<br>Dora Jean Paulk<br>430 Mountain Drive<br>Gatlinburg, TN 37738 | Amanda B. Perryman<br>221 Woodland Road<br>Gatlinburg, TN 37738 | Melanie Meeks Phillips, next of<br>kin of Bradley Phillips,<br>deceased<br>5861 Wild Fig Lane<br>Ft. Myers, FL 33919 |
| Wesley M. Pittman<br>Katrina L. Pittman<br>818 Wesley Drive<br>Gatlinburg, TN 37738 | Giselle Porraspita<br>15240 SW 148th Terrace<br>Miami, FL 33196 | Paul Cliff Price<br>320 Ownby Street<br>Gatlinburg, TN 37738 |
| Florian J. Puhala, Jr.<br>Mary E. Puhala<br>601 Glades Road, Suite 12<br>Gatlinburg, TN 37738 | Larry D. Raymes<br>Karen Raymes<br>835 Terry Drive<br>Gatlinburg, TN 37738 | Betsy C. Rettig<br>124 Plaza Drive<br>Unit 3104<br>Pigeon Forge, TN 37863 |
| Jacqueline R. Robertson<br>2805 Dower Road<br>Sevierville, TN 37876 | Sandra Rovhana-Lollino<br>William Mark Gillham<br>9 Jungle Plum Ct South<br>Homosassa, FL 34446 | Mark Rueter<br>Glen Beasley<br>117 Joy Street<br>Sevierville, TN 37862 |
| Kerry "Tom" Sanders<br>Denise M. Sanders<br>250 Collier Drive<br>Sevierville, TN 37862 | Phyllis J. Seidel<br>2768 Mill View Court<br>Hamilton, OH 45011 | James Tom Shofner<br>Cheryl A. Shofner<br>127 Captain Lowman Rd.<br>Chapin, SC 29036 |
| Elizabeth A. Smith<br>Claude Thomas<br>1619 Butternut Lane<br>Sevierville, TN 37876 | Owen G. Smith<br>Rick Cook<br>4008 Rose Hill Ave.<br>Cincinnati, OH 45229 | Joel A. Sortore<br>Tomeika C. Stallworth<br>3259 Sims Road<br>Sevierville, TN 37876 |
| Deborah T. Spillers, Admx of<br>the estate of<br>Charles Edwin Taylor<br>125 Pine Gate Dr<br>Greenville, S.C. 29607 | Connie R. Springfield<br>Barry S. Springfield<br>59 Stonecreek Drive<br>Cartersville, GA 30120 | Tammie R. Starkey<br>Tommy L. Starkey<br>P.O. Box 1758<br>Pigeon Forge, TN 37868 |
| Arthur W. Stewart<br>1359 Korey Blvd.<br>Sevierville, TN 37876 | Michael B. Thompson<br>2328 Big River Overlook Drive<br>Apt. #7<br>Sevierville, TN 37876 | Michael G. Thompson<br>Sue D. Thompson<br>P.O. Box 1554<br>Gatlinburg, TN 37738 |
| Raymond A. Waddle Jr.<br>Jacqueline Waddle<br>235 Jones Cove Rd<br>Cosby, TN 37722 | Delbert R. Wallace<br>1375 Ogle Rd.<br>Apt. 4<br>Sevierville, TN 37876 | Douglas S. Yates<br>Audrey Yates<br>117 Joy Street<br>Sevierville, TN 37862 |

| Joshua Yates<br>Krista Yates<br>2213 Douglas Dam rd., Apt. 2<br>Sevierville, TN 37876 | Julie O. Yates<br>Anthony L. Yates<br>735 Cummings Chapel Rd.<br>Sevierville, TN 37876 | Charles C. Young<br>Deborah L. Young<br>3495 Country Hill Drive<br>Bartlett, TN 38135 |
|---|---|---|
| Judy A. Sullivan, Gerald<br>Sullivan<br>Mountainside Rentals<br>402 Minnow Lane<br>Gulf Shores, AL 36542 | | |

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government Department of the Interior 1849 C Street, N.W. Washington, DC 20240 | Paul W. Abbott Toni L. Abbott 1718 North Roane Street Johnson City, TN 37601 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | | Married | 11/23/2016 | Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence plus furnishings, total contents and 1973 Camper located at: 617 Baskins Creek Road Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Eric Cooper | 1216 East Parkway #1413 Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | | AMOUNT OF CLAIM (in dollars) | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 283,640.00 | | | 283,640.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* atty | (865) 637-2442 | 11/3/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No    17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage Insurance? ☒ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

American Reliable Insurance

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

<table>
<tr><td colspan="2"><b>CLAIM FOR DAMAGE,<br>INJURY, OR DEATH</b></td><td><b>INSTRUCTIONS:</b> Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.</td><td>FORM APPROVED<br>OMB NO. 1105-0008</td></tr>
</table>

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse.) Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Brittany M. Adkins<br>676 Rocky Flats Road<br>Cosby, TN 37722 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS<br>Single | 6. DATE AND DAY OF ACCIDENT<br>11/23/2016 Wednesday | 7. TIME (A.M. OR P.M.)<br>4:00 P.M. |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence plus furnishings and total contents located at: 1174 Annes Road Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

RECEIVED

NOV 21 2017

AIP

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) | |
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 | |

12. (See instructions on reverse).  AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| 4,000,000 | | | 4,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side).<br>*[signature]* | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>(865) 637-2442 | 14. DATE OF SIGNATURE<br>10-24-17 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING<br>FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT<br>CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction<br>
Previous Edition is not Usable<br>
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)<br>
PRESCRIBED BY DEPT. OF JUSTICE<br>
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes   ☐ No    |   17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes   if yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code)   ☐ No

State Farm

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

LAW OFFICES

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3388

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0511

November 21, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:    Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result
of the Gatlinburg Fire beginning November 23, 2016, and a list of the 97 claimants whose forms
are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney Gilreath

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE

2018 NOV 27 AM 8:52

RECEIVED

025014?

| | | |
|---|---|---|
| Paul W. Abbott<br>Toni L. Abbott<br>1718 North Roane Street<br>Johnson City, TN 37601 | Brittany N. Adkins<br>2239 Grassy Branch Rd.<br>Sevierville, TN 37876 | Jayme E. Aleman<br>1475 Robert Ridge Road<br>Sevierville, TN 37862 |
| Brian H. Alspach<br>530 Bruce Rd.<br>Gatlinburg, TN 37738 | Tammy F. Bain<br>Leslie N. Miles<br>827 Sunrise Blvd<br>Sevierville, TN 37862 | Michael Bech<br>Sandra M. Bech<br>312 Saddleback Way<br>Sevierville, TN 37862 |
| Jody T. Bertram<br>520 Johnson Lane<br>Gatlinburg, TN 37738 | Stephen E. Bond<br>5896 Milburne Drive<br>Milford, OH 45150 | Marvis L. Bosarge Gonzalez<br>P.O. Box 425<br>Pigeon Forge, TN 37868 |
| Terrell M. Bouie<br>4749 Towensend<br>Gatlinburg, TN 37738 | Genie E. Brabham<br>535 Greenbriar Lane<br>Gatlinburg, TN 37738 | Deborah A. Brooks<br>219 Emert Street<br>Pigeon Forge, TN 37863 |
| William E. Brown Exector of<br>Estate of Elaine H. Brown<br>97 Ellis Drive<br>West Falls, NY 14170 | Eve O. Buero<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 | Mack Newman Butler<br>Connie Panelle Butler<br>207 Roseland Drive<br>Rainbow City, AL 35906 |
| Jones and Butler Investments,<br>LLC<br>3518 Montrose Ave.<br>Rainbow City, AL 35906 | Jamila M. Byrd, next of kin of<br>Pamela Jean Johnson,<br>Deceased<br>328 East Morelia Ave.<br>Knoxville, TN 37917 | Gae Campbell<br>4206 Dolly's Drive<br>Sevierville, TN 37876 |
| Lindsey Campbell<br>608 E. Reagan Lane<br>Gatlinburg, TN 37738 | Myrl D. Carr Administrator of<br>Estate of Myrl J. Carr<br>3230 Woods Way<br>Sevierville, TN 37876 | Charles S. Cavanaugh<br>413 McMahan Avenue<br>Sevierville, TN 37862 |
| Destin R. Chambers<br>Kelsey Y. Chambers<br>1013 Powdermill Rd.<br>Gatlinburg, TN 37738 | Julie Lynn Chase<br>Caleb B. Chase<br>P.O. Box 6805<br>Sevierville, TN 37864 | David R. Cheatham<br>611 Anderson Drive<br>Clarksville, TN 37040 |
| Steve W. Cofield<br>Jan Cofield<br>4016 Rainbow Drive<br>Rainbow City, AL 35906 | Terry D. Daniel<br>Carol A. Daniel<br>4387 School Section Rd.<br>Cincinnati, OH 45211 | Leon C. Dodd<br>638 Cedar Lane, Apt. 1<br>Knoxville, TN 37912 |
| Amy E. Dowling<br>Don J. Dowling<br>214 Mills Park Rd.<br>Gatlinburg, TN 37738 | Justin W. Dumas<br>Merry D. Dumas<br>212 Golden Rod Drive<br>Seymour, TN 37865 | John P. Eames<br>Lois A. Eames<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| Timothy James Easley<br>P.O. Box 1763<br>Gatlinburg, TN 37738 | Timothy Fannin<br>7028 South Ridgewood Drive<br>Lambertville, MI 48141 | Linda K. Garrett<br>234 Benson Lane<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Stephen R. Gilmore<br>Deborah L. Gilmore<br>19 Meigs Dr.<br>Shalimar, FL 32579 | Brenda J. Halsey<br>James L. Halsey<br>570 South Greenlee Rd.<br>Troy, OH 45373 | Russell E. Haskins<br>Cheryl F. Haskins<br>P.O. Box 23423<br>Knoxville, TN 37933 |
| Mark Hass<br>Terri Hass<br>1160 Tranquility Way<br>Louisville, KY 40291 | Kirk L. Heinsohn<br>660 Washington Rd.<br>Gatlinburg, TN 37738 | Sharon H. Hirschfield<br>1431 N. Arvon Lane<br>Gatlinburg, TN 37738 |
| Dave Hisey<br>1160 Upper Alpine Way<br>Gatlinburg, TN 37738 | Karen M. Holding<br>Harry R. Holding<br>7104 West Santa Fe Drive<br>Mucie, IN 47304 | James D. Holifield<br>1320 Powdermill Rd. Apt. #3<br>Gatlinburg, TN 37738 |
| John L. Hondulas<br>676 Maryville Pike<br>Knoxville, TN 37920 | Charlie Bob Hughes Jr.<br>Victoria D. Fister<br>126 Cookeville Hwy<br>Carthage, TN 37030 | James M. Hunter<br>P.O. Box 21568<br>Chattanooga, TN 37424 |
| Kathy Jones<br>1420 Cherokee Circle<br>Sevierville, TN 37862 | David L. Joyner<br>1063 Valley View Cir<br>Sevierville, TN 37876 | Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 |
| , Minor<br>B/N/F Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 | David M. Klassen<br>Linda F. Klassen<br>1615 Tammany Drive<br>Nashville, TN 37206 | Kyle S. King<br>Doreen R. King<br>624 Mountain Drive<br>Gatlinburg, TN 37738 |
| John C. Kling<br>Cheryl A. Kling<br>146 Hackberry Way<br>Dandridge, TN 37725 | Karen N. Leverette<br>John R. Leverette<br>360 Menawa Pass<br>Millbrook, AL 36504 | Damon J. Matthews<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| John H. H. Matthews<br>Kenneth M. Matthews Jr.<br>7400 Forests Edge Ct.<br>Lairel, MD 20707 | Jo Rita Maxwell<br>P.O. Box 965<br>Pigeon Forge, TN 37868 | Zina Faye McKinney<br>508 Houser Road<br>Gatlinburg, TN 37738 |
| Patrick McKnight<br>Karen McKnight<br>608 Forrest Hill Dr<br>Lexington, KY 40509 | Rita S. Montero<br>1300 Park Blvd.<br>Marion, VA 24354 | Douglas E. Moore<br>Sandy M. Moore<br>325 Beech Branch Road<br>Gatlinburg, TN 37738 |
| Carol G. Muszik<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | James Dale Grace Christian<br>Trust, MSM Capital<br>Management, LLLP<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | David L. Naquin, Sr.<br>Denise A. Naquin<br>760 Wiley Oakley Dr<br>Gatlinburg, TN 37738 |
| Sue A. Naquin | Carroll E. Nichols | Jacob W. Parton |

| | | |
|---|---|---|
| 2614 Surftide Drive<br>Dandridge, TN 37725 | 109 Carlstown Drive #2<br>Pigeon Forge, TN 37863 | Betty J. Parton<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 |
| Miranda L. Paulk<br>Dora Jean Paulk<br>430 Mountain Drive<br>Gatlinburg, TN 37738 | Amanda B. Perryman<br>221 Woodland Road<br>Gatlinburg, TN 37738 | Melanie Meeks Phillips, next of<br>kin of Bradley Phillips,<br>deceased<br>5861 Wild Fig Lane<br>Ft. Myers, FL 33919 |
| Wesley M. Pittman<br>Katrina L. Pittman<br>818 Wesley Drive<br>Gatlinburg, TN 37738 | Giselle Porraspita<br>15240 SW 148th Terrace<br>Miami, FL 33196 | Paul Cliff Price<br>320 Ownby Street<br>Gatlinburg, TN 37738 |
| Florian J. Puhala, Jr.<br>Mary E. Puhala<br>601 Glades Road, Suite 12<br>Gatlinburg, TN 37738 | Larry D. Raymes<br>Karen Raymes<br>835 Terry Drive<br>Gatlinburg, TN 37738 | Betsy C. Rettig<br>124 Plaza Drive<br>Unit 3104<br>Pigeon Forge, TN 37863 |
| Jacqueline R. Robertson<br>2805 Dower Road<br>Sevierville, TN 37876 | Sandra Rovhana-Lollino<br>William Mark Gillham<br>9 Jungle Plum Ct South<br>Homosassa, FL 34446 | Mark Rueter<br>Glen Beasley<br>117 Joy Street<br>Sevierville, TN 37862 |
| Kerry "Tom" Sanders<br>Denise M. Sanders<br>250 Collier Drive<br>Sevierville, TN 37862 | Phyllis J. Seidel<br>2768 Mill View Court<br>Hamilton, OH 45011 | James Tom Shofner<br>Cheryl A. Shofner<br>127 Captain Lowman Rd.<br>Chapin, SC 29036 |
| Elizabeth A. Smith<br>Claude Thomas<br>1619 Butternut Lane<br>Sevierville, TN 37876 | Owen G. Smith<br>Rick Cook<br>4008 Rose Hill Ave.<br>Cincinnati, OH 45229 | Joel A. Sortore<br>Tomeika C. Stallworth<br>3259 Sims Road<br>Sevierville, TN 37876 |
| Deborah T. Spillers, Admx of<br>the estate of<br>Charles Edwin Taylor<br>125 Pine Gate Dr<br>Greenville, S.C. 29607 | Connie R. Springfield<br>Barry S. Springfield<br>59 Stonecreek Drive<br>Cartersville, GA 30120 | Tammie R. Starkey<br>Tommy L. Starkey<br>P.O. Box 1758<br>Pigeon Forge, TN 37868 |
| Arthur W. Stewart<br>1359 Korey Blvd.<br>Sevierville, TN 37876 | Michael B. Thompson<br>2328 Big River Overlook Drive<br>Apt. #7<br>Sevierville, TN 37876 | Michael G. Thompson<br>Sue D. Thompson<br>P.O. Box 1554<br>Gatlinburg, TN 37738 |
| Raymond A. Waddle Jr.<br>Jacqueline Waddle<br>235 Jones Cove Rd<br>Cosby, TN 37722 | Delbert R. Wallace<br>1375 Ogle Rd.<br>Apt. 4<br>Sevierville, TN 37876 | Douglas S. Yates<br>Audrey Yates<br>117 Joy Street<br>Sevierville, TN 37862 |

| Joshua Yates<br>Krista Yates<br>2213 Douglas Dam rd., Apt. 2<br>Sevierville, TN 37876 | Julie O. Yates<br>Anthony L. Yates<br>735 Cummings Chapel Rd.<br>Sevierville, TN 37876 | Charles C. Young<br>Deborah L. Young<br>3495 Country Hill Drive<br>Bartlett, TN 38135 |
| --- | --- | --- |
| Judy A. Sullivan, Gerald Sullivan<br>Mountainside Rentals<br>402 Minnow Lane<br>Gulf Shores, AL 36542 | | |

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

**FORM APPROVED**
OMB NO. 1105-0008

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Brittany N. Adkins<br>2239 Grassy Branch Rd.<br>Sevierville, TN 37876 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | | Single | 11/23/2016 | Wednesday | 4:00 P.M. |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Rented plus furnishing and total contents for 2 kids and parent and Honda located at: 1661 Mitchell Drive, Pigeon Forge, TN 37876.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (In dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 1,000,000 | | | 1,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* | (865) 637-2442 | 11/20/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

**STANDARD FORM 95** (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

| 15. Do you carry accident insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No |
|---|

| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☒ No | 17. If deductible, state amount. |
|---|---|

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

| 19. Do you carry public liability and property damage insurance? ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No |
|---|

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.

C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse.) Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Jayme E. Aleman<br>1475 Robert Ridge Road<br>Sevierville, TN 37862 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | ▓▓▓▓ | Married | 11/23/2016 | Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

RECEIVED

NOV 2 1 2017

AIP

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

Claimant: Grocery Store and Deli/Restaurant Business and total contents located at: 330 Baskins Creek Road Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| 3,000.00 | | | 3,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath atty* | (865) 637-2442 | 10-24-17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

| | |
|---|---|
| 15. Do you carry accident Insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. | ☐ No |

| | |
|---|---|
| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes   ☐ No | 17. If deductible, state amount. |

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

Capital Recovery

---

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

**(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

---

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A.  Authority: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B.  Principal Purpose: The information requested is to be used in evaluating claims.
C.  Routine Use: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D.  Effect of Failure to Respond: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

---

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC  20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) **BACK**

LAW OFFICES

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3388

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0511

November 21, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:     Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result of the Gatlinburg Fire beginning November 23, 2016, and a list of the 97 claimants whose forms are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.


SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE
2018 NOV 27 AM 8: 52
RECEIVED

0260143

| | | |
|---|---|---|
| Paul W. Abbott<br>Toni L. Abbott<br>1718 North Roane Street<br>Johnson City, TN 37601 | Brittany N. Adkins<br>2239 Grassy Branch Rd.<br>Sevierville, TN 37876 | Jayme E. Aleman<br>1475 Robert Ridge Road<br>Sevierville, TN 37862 |
| Brian H. Alspach<br>530 Bruce Rd.<br>Gatlinburg, TN 37738 | Tammy F. Bain<br>Leslie N. Miles<br>827 Sunrise Blvd<br>Sevierville, TN 37862 | Michael Bech<br>Sandra M. Bech<br>312 Saddleback Way<br>Sevierville, TN 37862 |
| Jody T. Bertram<br>520 Johnson Lane<br>Gatlinburg, TN 37738 | Stephen E. Bond<br>5896 Milburne Drive<br>Milford, OH 45150 | Marvis L. Bosarge Gonzalez<br>P.O. Box 425<br>Pigeon Forge, TN 37868 |
| Terrell M. Bouie<br>4749 Towensend<br>Gatlinburg, TN 37738 | Genie E. Brabham<br>535 Greenbriar Lane<br>Gatlinburg, TN 37738 | Deborah A. Brooks<br>219 Emert Street<br>Pigeon Forge, TN 37863 |
| William E. Brown Exector of<br>Estate of Elaine H. Brown<br>97 Ellis Drive<br>West Falls, NY 14170 | Eve O. Buero<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 | Mack Newman Butler<br>Connie Panelle Butler<br>207 Roseland Drive<br>Rainbow City, AL 35906 |
| Jones and Butler Investments,<br>LLC<br>3518 Montrose Ave.<br>Rainbow City, AL 35906 | Jamila M. Byrd, next of kin of<br>Pamela Jean Johnson,<br>Deceased<br>328 East Morelia Ave.<br>Knoxville, TN 37917 | Gae Campbell<br>4206 Dolly's Drive<br>Sevierville, TN 37876 |
| Lindsey Campbell<br>608 E. Reagan Lane<br>Gatlinburg, TN 37738 | Myrl D. Carr Administrator of<br>Estate of Myrl J. Carr<br>3230 Woods Way<br>Sevierville, TN 37876 | Charles S. Cavanaugh<br>413 McMahan Avenue<br>Sevierville, TN 37862 |
| Destin R. Chambers<br>Kelsey Y. Chambers<br>1013 Powdermill Rd.<br>Gatlinburg, TN 37738 | Julie Lynn Chase<br>Caleb B. Chase<br>P.O. Box 6805<br>Sevierville, TN 37864 | David R. Cheatham<br>611 Anderson Drive<br>Clarksville, TN 37040 |
| Steve W. Cofield<br>Jan Cofield<br>4016 Rainbow Drive<br>Rainbow City, AL 35906 | Terry D. Daniel<br>Carol A. Daniel<br>4387 School Section Rd.<br>Cincinnati, OH 45211 | Leon C. Dodd<br>638 Cedar Lane, Apt. 1<br>Knoxville, TN 37912 |
| Amy E. Dowling<br>Don J. Dowling<br>214 Mills Park Rd.<br>Gatlinburg, TN 37738 | Justin W. Dumas<br>Merry D. Dumas<br>212 Golden Rod Drive<br>Seymour, TN 37865 | John P. Eames<br>Lois A. Eames<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| Timothy James Easley<br>P.O. Box 1763<br>Gatlinburg, TN 37738 | Timothy Fannin<br>7028 South Ridgewood Drive<br>Lambertville, MI 48141 | Linda K. Garrett<br>234 Benson Lane<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Stephen R. Gilmore<br>Deborah L. Gilmore<br>19 Meigs Dr.<br>Shalimar, FL 32579 | Brenda J. Halsey<br>James L. Halsey<br>570 South Greenlee Rd.<br>Troy, OH 45373 | Russell E. Haskins<br>Cheryl F. Haskins<br>P.O. Box 23423<br>Knoxville, TN 37933 |
| Mark Hass<br>Terri Hass<br>1160 Tranquility Way<br>Louisville, KY 40291 | Kirk L. Heinsohn<br>660 Washington Rd.<br>Gatlinburg, TN 37738 | Sharon H. Hirschfield<br>1431 N. Arvon Lane<br>Gatlinburg, TN 37738 |
| Dave Hisey<br>1160 Upper Alpine Way<br>Gatlinburg, TN 37738 | Karen M. Holding<br>Harry R. Holding<br>7104 West Santa Fe Drive<br>Mucie, IN 47304 | James D. Holifield<br>1320 Powdermill Rd. Apt. #3<br>Gatlinburg, TN 37738 |
| John L. Hondulas<br>676 Maryville Pike<br>Knoxville, TN 37920 | Charlie Bob Hughes Jr.<br>Victoria D. Fister<br>126 Cookeville Hwy<br>Carthage, TN 37030 | James M. Hunter<br>P.O. Box 21568<br>Chattanooga, TN 37424 |
| Kathy Jones<br>1420 Cherokee Circle<br>Sevierville, TN 37862 | David L. Joyner<br>1063 Valley View Cir<br>Sevierville, TN 37876 | Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 |
| ████████, Minor<br>B/N/F Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 | David M. Klassen<br>Linda F. Klassen<br>1615 Tammany Drive<br>Nashville, TN 37206 | Kyle S. King<br>Doreen R. King<br>624 Mountain Drive<br>Gatlinburg, TN 37738 |
| John C. Kling<br>Cheryl A. Kling<br>146 Hackberry Way<br>Dandridge, TN 37725 | Karen N. Leverette<br>John R. Leverette<br>360 Menawa Pass<br>Millbrook, AL 36504 | Damon J. Matthews<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| John H. H. Matthews<br>Kenneth M. Matthews Jr.<br>7400 Forests Edge Ct.<br>Lairel, MD 20707 | Jo Rita Maxwell<br>P.O. Box 965<br>Pigeon Forge, TN 37868 | Zina Faye McKinney<br>508 Houser Road<br>Gatlinburg, TN 37738 |
| Patrick McKnight<br>Karen McKnight<br>608 Forrest Hill Dr<br>Lexington, KY 40509 | Rita S. Montero<br>1300 Park Blvd.<br>Marion, VA 24354 | Douglas E. Moore<br>Sandy M. Moore<br>325 Beech Branch Road<br>Gatlinburg, TN 37738 |
| Carol G. Muszik<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | James Dale Grace Christian<br>Trust, MSM Capital<br>Management, LLLP<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | David L. Naquin, Sr.<br>Denise A. Naquin<br>760 Wiley Oakley Dr<br>Gatlinburg, TN 37738 |
| Sue A. Naquin | Carroll E. Nichols | Jacob W. Parton |

| | | |
|---|---|---|
| 2614 Surftide Drive<br>Dandridge, TN 37725 | 109 Carlstown Drive #2<br>Pigeon Forge, TN 37863 | Betty J. Parton<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 |
| Miranda L. Paulk<br>Dora Jean Paulk<br>430 Mountain Drive<br>Gatlinburg, TN 37738 | Amanda B. Perryman<br>221 Woodland Road<br>Gatlinburg, TN 37738 | Melanie Meeks Phillips, next of<br>kin of Bradley Phillips,<br>deceased<br>5861 Wild Fig Lane<br>Ft. Myers, FL 33919 |
| Wesley M. Pittman<br>Katrina L. Pittman<br>818 Wesley Drive<br>Gatlinburg, TN 37738 | Giselle Porraspita<br>15240 SW 148th Terrace<br>Miami, FL 33196 | Paul Cliff Price<br>320 Ownby Street<br>Gatlinburg, TN 37738 |
| Florian J. Puhala, Jr.<br>Mary E. Puhala<br>601 Glades Road, Suite 12<br>Gatlinburg, TN 37738 | Larry D. Raymes<br>Karen Raymes<br>835 Terry Drive<br>Gatlinburg, TN 37738 | Betsy C. Rettig<br>124 Plaza Drive<br>Unit 3104<br>Pigeon Forge, TN 37863 |
| Jacqueline R. Robertson<br>2805 Dower Road<br>Sevierville, TN 37876 | Sandra Rovhana-Lollino<br>William Mark Gillham<br>9 Jungle Plum Ct South<br>Homosassa, FL 34446 | Mark Rueter<br>Glen Beasley<br>117 Joy Street<br>Sevierville, TN 37862 |
| Kerry "Tom" Sanders<br>Denise M. Sanders<br>250 Collier Drive<br>Sevierville, TN 37862 | Phyllis J. Seidel<br>2768 Mill View Court<br>Hamilton, OH 45011 | James Tom Shofner<br>Cheryl A. Shofner<br>127 Captain Lowman Rd.<br>Chapin, SC 29036 |
| Elizabeth A. Smith<br>Claude Thomas<br>1619 Butternut Lane<br>Sevierville, TN 37876 | Owen G. Smith<br>Rick Cook<br>4008 Rose Hill Ave.<br>Cincinnati, OH 45229 | Joel A. Sortore<br>Tomeika C. Stallworth<br>3259 Sims Road<br>Sevierville, TN 37876 |
| Deborah T. Spillers, Admx of<br>the estate of<br>Charles Edwin Taylor<br>125 Pine Gate Dr<br>Greenville, S.C. 29607 | Connie R. Springfield<br>Barry S. Springfield<br>59 Stonecreek Drive<br>Cartersville, GA 30120 | Tammie R. Starkey<br>Tommy L. Starkey<br>P.O. Box 1758<br>Pigeon Forge, TN 37868 |
| Arthur W. Stewart<br>1359 Korey Blvd.<br>Sevierville, TN 37876 | Michael B. Thompson<br>2328 Big River Overlook Drive<br>Apt. #7<br>Sevierville, TN 37876 | Michael G. Thompson<br>Sue D. Thompson<br>P.O. Box 1554<br>Gatlinburg, TN 37738 |
| Raymond A. Waddle Jr.<br>Jacqueline Waddle<br>235 Jones Cove Rd<br>Cosby, TN 37722 | Delbert R. Wallace<br>1375 Ogle Rd.<br>Apt. 4<br>Sevierville, TN 37876 | Douglas S. Yates<br>Audrey Yates<br>117 Joy Street<br>Sevierville, TN 37862 |

| Joshua Yates<br>Krista Yates<br>2213 Douglas Dam rd., Apt. 2<br>Sevierville, TN 37876 | Julie O. Yates<br>Anthony L. Yates<br>735 Cummings Chapel Rd.<br>Sevierville, TN 37876 | Charles C. Young<br>Deborah L. Young<br>3495 Country Hill Drive<br>Bartlett, TN 38135 |
| --- | --- | --- |
| Judy A. Sullivan, Gerald Sullivan<br>Mountainside Rentals<br>402 Minnow Lane<br>Gulf Shores, AL 36542 | | |

| CLAIM FOR DAMAGE, INJURY, OR DEATH | **INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government Department of the Interior 1849 C Street, N.W. Washington, DC 20240 | Jayme E. Aleman 1475 Robert Ridge Road Sevierville, TN 37862 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | Married | 11/23/2016 | Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

AMENDED - Claimant: Grocery Store and Deli/Restaurant Business and total contents located at: 330 Baskins Creek Road Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413 Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | | AMOUNT OF CLAIM (in dollars) | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 300,000.00 | | | 300,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* | (865) 637-2442 | 11/20/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government.  (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No | 17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes   If yes, give name and address of insurance carrier (Number, Street, City, and Zip Code). ☐ No

Capital Recovery

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. **Authority:** The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. **Principal Purpose:** The information requested is to be used in evaluating claims.
C. **Routine Use:** See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. **Effect of Failure to Respond:** Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3388

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0511

November 21, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:     Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result
of the Gatlinburg Fire beginning November 23, 2016, and a list of the 97 claimants whose forms
are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE
2018 NOV 27 AM 8: 52
RECEIVED

0260143

| | | |
|---|---|---|
| Paul W. Abbott<br>Toni L. Abbott<br>1718 North Roane Street<br>Johnson City, TN 37601 | Brittany N. Adkins<br>2239 Grassy Branch Rd.<br>Sevierville, TN 37876 | Jayme E. Aleman<br>1475 Robert Ridge Road<br>Sevierville, TN 37862 |
| Brian H. Alspach<br>530 Bruce Rd.<br>Gatlinburg, TN 37738 | Tammy F. Bain<br>Leslie N. Miles<br>827 Sunrise Blvd<br>Sevierville, TN 37862 | Michael Bech<br>Sandra M. Bech<br>312 Saddleback Way<br>Sevierville, TN 37862 |
| Jody T. Bertram<br>520 Johnson Lane<br>Gatlinburg, TN 37738 | Stephen E. Bond<br>5896 Milburne Drive<br>Milford, OH 45150 | Marvis L. Bosarge Gonzalez<br>P.O. Box 425<br>Pigeon Forge, TN 37868 |
| Terrell M. Bouie<br>4749 Towensend<br>Gatlinburg, TN 37738 | Genie E. Brabham<br>535 Greenbriar Lane<br>Gatlinburg, TN 37738 | Deborah A. Brooks<br>219 Emert Street<br>Pigeon Forge, TN 37863 |
| William E. Brown Exector of<br>Estate of Elaine H. Brown<br>97 Ellis Drive<br>West Falls, NY 14170 | Eve O. Buero<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 | Mack Newman Butler<br>Connie Panelle Butler<br>207 Roseland Drive<br>Rainbow City, AL 35906 |
| Jones and Butler Investments,<br>LLC<br>3518 Montrose Ave.<br>Rainbow City, AL 35906 | Jamila M. Byrd, next of kin of<br>Pamela Jean Johnson,<br>Deceased<br>328 East Morelia Ave.<br>Knoxville, TN 37917 | Gae Campbell<br>4206 Dolly's Drive<br>Sevierville, TN 37876 |
| Lindsey Campbell<br>608 E. Reagan Lane<br>Gatlinburg, TN 37738 | Myrl D. Carr Administrator of<br>Estate of Myrl J. Carr<br>3230 Woods Way<br>Sevierville, TN 37876 | Charles S. Cavanaugh<br>413 McMahan Avenue<br>Sevierville, TN 37862 |
| Destin R. Chambers<br>Kelsey Y. Chambers<br>1013 Powdermill Rd.<br>Gatlinburg, TN 37738 | Julie Lynn Chase<br>Caleb B. Chase<br>P.O. Box 6805<br>Sevierville, TN 37864 | David R. Cheatham<br>611 Anderson Drive<br>Clarksville, TN 37040 |
| Steve W. Cofield<br>Jan Cofield<br>4016 Rainbow Drive<br>Rainbow City, AL 35906 | Terry D. Daniel<br>Carol A. Daniel<br>4387 School Section Rd.<br>Cincinnati, OH 45211 | Leon C. Dodd<br>638 Cedar Lane, Apt. 1<br>Knoxville, TN 37912 |
| Amy E. Dowling<br>Don J. Dowling<br>214 Mills Park Rd.<br>Gatlinburg, TN 37738 | Justin W. Dumas<br>Merry D. Dumas<br>212 Golden Rod Drive<br>Seymour, TN 37865 | John P. Eames<br>Lois A. Eames<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| Timothy James Easley<br>P.O. Box 1763<br>Gatlinburg, TN 37738 | Timothy Fannin<br>7028 South Ridgewood Drive<br>Lambertville, MI 48141 | Linda K. Garrett<br>234 Benson Lane<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Stephen R. Gilmore<br>Deborah L. Gilmore<br>19 Meigs Dr.<br>Shalimar, FL 32579 | Brenda J. Halsey<br>James L. Halsey<br>570 South Greenlee Rd.<br>Troy, OH 45373 | Russell E. Haskins<br>Cheryl F. Haskins<br>P.O. Box 23423<br>Knoxville, TN 37933 |
| Mark Hass<br>Terri Hass<br>1160 Tranquility Way<br>Louisville, KY 40291 | Kirk L. Heinsohn<br>660 Washington Rd.<br>Gatlinburg, TN 37738 | Sharon H. Hirschfield<br>1431 N. Arvon Lane<br>Gatlinburg, TN 37738 |
| Dave Hisey<br>1160 Upper Alpine Way<br>Gatlinburg, TN 37738 | Karen M. Holding<br>Harry R. Holding<br>7104 West Santa Fe Drive<br>Mucie, IN 47304 | James D. Holifield<br>1320 Powdermill Rd. Apt. #3<br>Gatlinburg, TN 37738 |
| John L. Hondulas<br>676 Maryville Pike<br>Knoxville, TN 37920 | Charlie Bob Hughes Jr.<br>Victoria D. Fister<br>126 Cookeville Hwy<br>Carthage, TN 37030 | James M. Hunter<br>P.O. Box 21568<br>Chattanooga, TN 37424 |
| Kathy Jones<br>1420 Cherokee Circle<br>Sevierville, TN 37862 | David L. Joyner<br>1063 Valley View Cir<br>Sevierville, TN 37876 | Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 |
| ███████, Minor<br>B/N/F Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 | David M. Klassen<br>Linda F. Klassen<br>1615 Tammany Drive<br>Nashville, TN 37206 | Kyle S. King<br>Doreen R. King<br>624 Mountain Drive<br>Gatlinburg, TN 37738 |
| John C. Kling<br>Cheryl A. Kling<br>146 Hackberry Way<br>Dandridge, TN 37725 | Karen N. Leverette<br>John R. Leverette<br>360 Menawa Pass<br>Millbrook, AL 36504 | Damon J. Matthews<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| John H. H. Matthews<br>Kenneth M. Matthews Jr.<br>7400 Forests Edge Ct.<br>Lairel, MD 20707 | Jo Rita Maxwell<br>P.O. Box 965<br>Pigeon Forge, TN 37868 | Zina Faye McKinney<br>508 Houser Road<br>Gatlinburg, TN 37738 |
| Patrick McKnight<br>Karen McKnight<br>608 Forrest Hill Dr<br>Lexington, KY 40509 | Rita S. Montero<br>1300 Park Blvd.<br>Marion, VA 24354 | Douglas E. Moore<br>Sandy M. Moore<br>325 Beech Branch Road<br>Gatlinburg, TN 37738 |
| Carol G. Muszik<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | James Dale Grace Christian<br>Trust, MSM Capital<br>Management, LLLP<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | David L. Naquin, Sr.<br>Denise A. Naquin<br>760 Wiley Oakley Dr<br>Gatlinburg, TN 37738 |
| Sue A. Naquin | Carroll E. Nichols | Jacob W. Parton |

| | | |
|---|---|---|
| 2614 Surftide Drive<br>Dandridge, TN 37725 | 109 Carlstown Drive #2<br>Pigeon Forge, TN 37863 | Betty J. Parton<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 |
| Miranda L. Paulk<br>Dora Jean Paulk<br>430 Mountain Drive<br>Gatlinburg, TN 37738 | Amanda B. Perryman<br>221 Woodland Road<br>Gatlinburg, TN 37738 | Melanie Meeks Phillips, next of<br>kin of Bradley Phillips,<br>deceased<br>5861 Wild Fig Lane<br>Ft. Myers, FL 33919 |
| Wesley M. Pittman<br>Katrina L. Pittman<br>818 Wesley Drive<br>Gatlinburg, TN 37738 | Giselle Porraspita<br>15240 SW 148th Terrace<br>Miami, FL 33196 | Paul Cliff Price<br>320 Ownby Street<br>Gatlinburg, TN 37738 |
| Florian J. Puhala, Jr.<br>Mary E. Puhala<br>601 Glades Road, Suite 12<br>Gatlinburg, TN 37738 | Larry D. Raymes<br>Karen Raymes<br>835 Terry Drive<br>Gatlinburg, TN 37738 | Betsy C. Rettig<br>124 Plaza Drive<br>Unit 3104<br>Pigeon Forge, TN 37863 |
| Jacqueline R. Robertson<br>2805 Dower Road<br>Sevierville, TN 37876 | Sandra Rovhana-Lollino<br>William Mark Gillham<br>9 Jungle Plum Ct South<br>Homosassa, FL 34446 | Mark Rueter<br>Glen Beasley<br>117 Joy Street<br>Sevierville, TN 37862 |
| Kerry "Tom" Sanders<br>Denise M. Sanders<br>250 Collier Drive<br>Sevierville, TN 37862 | Phyllis J. Seidel<br>2768 Mill View Court<br>Hamilton, OH 45011 | James Tom Shofner<br>Cheryl A. Shofner<br>127 Captain Lowman Rd.<br>Chapin, SC 29036 |
| Elizabeth A. Smith<br>Claude Thomas<br>1619 Butternut Lane<br>Sevierville, TN 37876 | Owen G. Smith<br>Rick Cook<br>4008 Rose Hill Ave.<br>Cincinnati, OH 45229 | Joel A. Sortore<br>Tomeika C. Stallworth<br>3259 Sims Road<br>Sevierville, TN 37876 |
| Deborah T. Spillers, Admx of<br>the estate of<br>Charles Edwin Taylor<br>125 Pine Gate Dr<br>Greenville, S.C. 29607 | Connie R. Springfield<br>Barry S. Springfield<br>59 Stonecreek Drive<br>Cartersville, GA 30120 | Tammie R. Starkey<br>Tommy L. Starkey<br>P.O. Box 1758<br>Pigeon Forge, TN 37868 |
| Arthur W. Stewart<br>1359 Korey Blvd.<br>Sevierville, TN 37876 | Michael B. Thompson<br>2328 Big River Overlook Drive<br>Apt. #7<br>Sevierville, TN 37876 | Michael G. Thompson<br>Sue D. Thompson<br>P.O. Box 1554<br>Gatlinburg, TN 37738 |
| Raymond A. Waddle Jr.<br>Jacqueline Waddle<br>235 Jones Cove Rd<br>Cosby, TN 37722 | Delbert R. Wallace<br>1375 Ogle Rd.<br>Apt. 4<br>Sevierville, TN 37876 | Douglas S. Yates<br>Audrey Yates<br>117 Joy Street<br>Sevierville, TN 37862 |

| | | |
|---|---|---|
| Joshua Yates<br>Krista Yates<br>2213 Douglas Dam rd., Apt. 2<br>Sevierville, TN 37876 | Julie O. Yates<br>Anthony L. Yates<br>735 Cummings Chapel Rd.<br>Sevierville, TN 37876 | Charles C. Young<br>Deborah L. Young<br>3495 Country Hill Drive<br>Bartlett, TN 38135 |
| Judy A. Sullivan, Gerald<br>Sullivan<br>Mountainside Rentals<br>402 Minnow Lane<br>Gulf Shores, AL 36542 | | |

<table>
<tr><td colspan="2"><strong>CLAIM FOR DAMAGE,<br>INJURY, OR DEATH</strong></td><td><strong>INSTRUCTIONS:</strong> Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.</td><td>FORM APPROVED<br>OMB NO. 1105-0008</td></tr>
</table>

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Brian H. Alspach<br>530 Bruce Rd.<br>Gatlinburg, TN 37738 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | | 11/23/2016     Wednesday | 4:00 P.M. |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Renting residence;  lost total contents; located at: 474 Baskins Creek, Gatlinburg, TN 37738.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 20,000.00 | | | 20,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature] Henry W. Silreath, atty* | (865) 637-2442 | 11/2/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2

Case 3:18-cv-00201-JRG-CRW   Document 111-1   Filed 06/01/21   Page 32 of 502   PageID #: 3926

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No    17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. Authority: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. Principal Purpose: The information requested is to be used in evaluating claims.
C. Routine Use: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. Effect of Failure to Respond: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Tammy F. Bain<br>Leslie N. Miles<br>827 Sunrise Blvd<br>Sevierville, TN 37862 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | Married | 11/23/2016 | Wednesday | 4:00 P.M. |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

RECEIVED
NOV 21 2017
AIP

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Rented an apartment and lost all furnishings and total contents located at: 602 East Parkway Apt 19 Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 1,200,000 | | | 1,200,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath atty* | (865) 637-2442 | 10-24-17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

| INSURANCE COVERAGE |
|---|

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No    17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

  B. *Principal Purpose:* The information requested is to be used in evaluating claims.
  C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
  D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

LAW OFFICES

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3388

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0511

November 21, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:     Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result of the Gatlinburg Fire beginning November 23, 2016, and a list of the 97 claimants whose forms are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE
2018 NOV 27 AM 8: 52
RECEIVED

0260143

| | | |
|---|---|---|
| Paul W. Abbott<br>Toni L. Abbott<br>1718 North Roane Street<br>Johnson City, TN 37601 | Brittany N. Adkins<br>2239 Grassy Branch Rd.<br>Sevierville, TN 37876 | Jayme E. Aleman<br>1475 Robert Ridge Road<br>Sevierville, TN 37862 |
| Brian H. Alspach<br>530 Bruce Rd.<br>Gatlinburg, TN 37738 | Tammy F. Bain<br>Leslie N. Miles<br>827 Sunrise Blvd<br>Sevierville, TN 37862 | Michael Bech<br>Sandra M. Bech<br>312 Saddleback Way<br>Sevierville, TN 37862 |
| Jody T. Bertram<br>520 Johnson Lane<br>Gatlinburg, TN 37738 | Stephen E. Bond<br>5896 Milburne Drive<br>Milford, OH 45150 | Marvis L. Bosarge Gonzalez<br>P.O. Box 425<br>Pigeon Forge, TN 37868 |
| Terrell M. Bouie<br>4749 Towensend<br>Gatlinburg, TN 37738 | Genie E. Brabham<br>535 Greenbriar Lane<br>Gatlinburg, TN 37738 | Deborah A. Brooks<br>219 Emert Street<br>Pigeon Forge, TN 37863 |
| William E. Brown Exector of<br>Estate of Elaine H. Brown<br>97 Ellis Drive<br>West Falls, NY 14170 | Eve O. Buero<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 | Mack Newman Butler<br>Connie Panelle Butler<br>207 Roseland Drive<br>Rainbow City, AL 35906 |
| Jones and Butler Investments,<br>LLC<br>3518 Montrose Ave.<br>Rainbow City, AL 35906 | Jamila M. Byrd, next of kin of<br>Pamela Jean Johnson,<br>Deceased<br>328 East Morelia Ave.<br>Knoxville, TN 37917 | Gae Campbell<br>4206 Dolly's Drive<br>Sevierville, TN 37876 |
| Lindsey Campbell<br>608 E. Reagan Lane<br>Gatlinburg, TN 37738 | Myrl D. Carr Administrator of<br>Estate of Myrl J. Carr<br>3230 Woods Way<br>Sevierville, TN 37876 | Charles S. Cavanaugh<br>413 McMahan Avenue<br>Sevierville, TN 37862 |
| Destin R. Chambers<br>Kelsey Y. Chambers<br>1013 Powdermill Rd.<br>Gatlinburg, TN 37738 | Julie Lynn Chase<br>Caleb B. Chase<br>P.O. Box 6805<br>Sevierville, TN 37864 | David R. Cheatham<br>611 Anderson Drive<br>Clarksville, TN 37040 |
| Steve W. Cofield<br>Jan Cofield<br>4016 Rainbow Drive<br>Rainbow City, AL 35906 | Terry D. Daniel<br>Carol A. Daniel<br>4387 School Section Rd.<br>Cincinnati, OH 45211 | Leon C. Dodd<br>638 Cedar Lane, Apt. 1<br>Knoxville, TN 37912 |
| Amy E. Dowling<br>Don J. Dowling<br>214 Mills Park Rd.<br>Gatlinburg, TN 37738 | Justin W. Dumas<br>Merry D. Dumas<br>212 Golden Rod Drive<br>Seymour, TN 37865 | John P. Eames<br>Lois A. Eames<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| Timothy James Easley<br>P.O. Box 1763<br>Gatlinburg, TN 37738 | Timothy Fannin<br>7028 South Ridgewood Drive<br>Lambertville, MI 48141 | Linda K. Garrett<br>234 Benson Lane<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Stephen R. Gilmore<br>Deborah L. Gilmore<br>19 Meigs Dr.<br>Shalimar, FL 32579 | Brenda J. Halsey<br>James L. Halsey<br>570 South Greenlee Rd.<br>Troy, OH 45373 | Russell E. Haskins<br>Cheryl F. Haskins<br>P.O. Box 23423<br>Knoxville, TN 37933 |
| Mark Hass<br>Terri Hass<br>1160 Tranquility Way<br>Louisville, KY 40291 | Kirk L. Heinsohn<br>660 Washington Rd.<br>Gatlinburg, TN 37738 | Sharon H. Hirschfield<br>1431 N. Arvon Lane<br>Gatlinburg, TN 37738 |
| Dave Hisey<br>1160 Upper Alpine Way<br>Gatlinburg, TN 37738 | Karen M. Holding<br>Harry R. Holding<br>7104 West Santa Fe Drive<br>Mucie, IN 47304 | James D. Holifield<br>1320 Powdermill Rd. Apt. #3<br>Gatlinburg, TN 37738 |
| John L. Hondulas<br>676 Maryville Pike<br>Knoxville, TN 37920 | Charlie Bob Hughes Jr.<br>Victoria D. Fister<br>126 Cookeville Hwy<br>Carthage, TN 37030 | James M. Hunter<br>P.O. Box 21568<br>Chattanooga, TN 37424 |
| Kathy Jones<br>1420 Cherokee Circle<br>Sevierville, TN 37862 | David L. Joyner<br>1063 Valley View Cir<br>Sevierville, TN 37876 | Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 |
| ██████████, Minor<br>B/N/F Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 | David M. Klassen<br>Linda F. Klassen<br>1615 Tammany Drive<br>Nashville, TN 37206 | Kyle S. King<br>Doreen R. King<br>624 Mountain Drive<br>Gatlinburg, TN 37738 |
| John C. Kling<br>Cheryl A. Kling<br>146 Hackberry Way<br>Dandridge, TN 37725 | Karen N. Leverette<br>John R. Leverette<br>360 Menawa Pass<br>Millbrook, AL 36504 | Damon J. Matthews<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| John H. H. Matthews<br>Kenneth M. Matthews Jr.<br>7400 Forests Edge Ct.<br>Lairel, MD 20707 | Jo Rita Maxwell<br>P.O. Box 965<br>Pigeon Forge, TN 37868 | Zina Faye McKinney<br>508 Houser Road<br>Gatlinburg, TN 37738 |
| Patrick McKnight<br>Karen McKnight<br>608 Forrest Hill Dr<br>Lexington, KY 40509 | Rita S. Montero<br>1300 Park Blvd.<br>Marion, VA 24354 | Douglas E. Moore<br>Sandy M. Moore<br>325 Beech Branch Road<br>Gatlinburg, TN 37738 |
| Carol G. Muszik<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | James Dale Grace Christian<br>Trust, MSM Capital<br>Management, LLLP<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | David L. Naquin, Sr.<br>Denise A. Naquin<br>760 Wiley Oakley Dr<br>Gatlinburg, TN 37738 |
| Sue A. Naquin | Carroll E. Nichols | Jacob W. Parton |

| | | |
|---|---|---|
| 2614 Surftide Drive<br>Dandridge, TN 37725 | 109 Carlstown Drive #2<br>Pigeon Forge, TN 37863 | Betty J. Parton<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 |
| Miranda L. Paulk<br>Dora Jean Paulk<br>430 Mountain Drive<br>Gatlinburg, TN 37738 | Amanda B. Perryman<br>221 Woodland Road<br>Gatlinburg, TN 37738 | Melanie Meeks Phillips, next of<br>kin of Bradley Phillips,<br>deceased<br>5861 Wild Fig Lane<br>Ft. Myers, FL 33919 |
| Wesley M. Pittman<br>Katrina L. Pittman<br>818 Wesley Drive<br>Gatlinburg, TN 37738 | Giselle Porraspita<br>15240 SW 148th Terrace<br>Miami, FL 33196 | Paul Cliff Price<br>320 Ownby Street<br>Gatlinburg, TN 37738 |
| Florian J. Puhala, Jr.<br>Mary E. Puhala<br>601 Glades Road, Suite 12<br>Gatlinburg, TN 37738 | Larry D. Raymes<br>Karen Raymes<br>835 Terry Drive<br>Gatlinburg, TN 37738 | Betsy C. Rettig<br>124 Plaza Drive<br>Unit 3104<br>Pigeon Forge, TN 37863 |
| Jacqueline R. Robertson<br>2805 Dower Road<br>Sevierville, TN 37876 | Sandra Rovhana-Lollino<br>William Mark Gillham<br>9 Jungle Plum Ct South<br>Homosassa, FL 34446 | Mark Rueter<br>Glen Beasley<br>117 Joy Street<br>Sevierville, TN 37862 |
| Kerry "Tom" Sanders<br>Denise M. Sanders<br>250 Collier Drive<br>Sevierville, TN 37862 | Phyllis J. Seidel<br>2768 Mill View Court<br>Hamilton, OH 45011 | James Tom Shofner<br>Cheryl A. Shofner<br>127 Captain Lowman Rd.<br>Chapin, SC 29036 |
| Elizabeth A. Smith<br>Claude Thomas<br>1619 Butternut Lane<br>Sevierville, TN 37876 | Owen G. Smith<br>Rick Cook<br>4008 Rose Hill Ave.<br>Cincinnati, OH 45229 | Joel A. Sortore<br>Tomeika C. Stallworth<br>3259 Sims Road<br>Sevierville, TN 37876 |
| Deborah T. Spillers, Admx of<br>the estate of<br>Charles Edwin Taylor<br>125 Pine Gate Dr<br>Greenville, S.C. 29607 | Connie R. Springfield<br>Barry S. Springfield<br>59 Stonecreek Drive<br>Cartersville, GA 30120 | Tammie R. Starkey<br>Tommy L. Starkey<br>P.O. Box 1758<br>Pigeon Forge, TN 37868 |
| Arthur W. Stewart<br>1359 Korey Blvd.<br>Sevierville, TN 37876 | Michael B. Thompson<br>2328 Big River Overlook Drive<br>Apt. #7<br>Sevierville, TN 37876 | Michael G. Thompson<br>Sue D. Thompson<br>P.O. Box 1554<br>Gatlinburg, TN 37738 |
| Raymond A. Waddle Jr.<br>Jacqueline Waddle<br>235 Jones Cove Rd<br>Cosby, TN 37722 | Delbert R. Wallace<br>1375 Ogle Rd.<br>Apt. 4<br>Sevierville, TN 37876 | Douglas S. Yates<br>Audrey Yates<br>117 Joy Street<br>Sevierville, TN 37862 |

| | | |
|---|---|---|
| Joshua Yates<br>Krista Yates<br>2213 Douglas Dam rd., Apt. 2<br>Sevierville, TN 37876 | Julie O. Yates<br>Anthony L. Yates<br>735 Cummings Chapel Rd.<br>Sevierville, TN 37876 | Charles C. Young<br>Deborah L. Young<br>3495 Country Hill Drive<br>Bartlett, TN 38135 |
| Judy A. Sullivan, Gerald<br>Sullivan<br>Mountainside Rentals<br>402 Minnow Lane<br>Gulf Shores, AL 36542 | | |

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Tammy F. Bain<br>Leslie N. Miles<br>827 Sunrise Blvd<br>Sevierville, TN 37862 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | ▓▓▓▓ | Married | 11/23/2016 | Wednesday | 4:00 P.M. |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Rented an apartment and lost all furnishings and total contents located at: 602 East Parkway Apt 19 Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|
| **NAME** | **ADDRESS** (Number, Street, City, State, and Zip Code) |
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | | AMOUNT OF CLAIM (in dollars) | |
|---|---|---|---|
| **12a. PROPERTY DAMAGE** | **12b. PERSONAL INJURY** | **12c. WRONGFUL DEATH** | **12d. TOTAL** (Failure to specify may cause forfeiture of your rights). |
| 1,200,000 | | | 1,200,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* | (865) 637-2442 | 9/14/8 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☒ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☒ No    17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If Instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3388

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0511

November 21, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:    Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result of the Gatlinburg Fire beginning November 23, 2016, and a list of the 97 claimants whose forms are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney Gilreath

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

RECEIVED

2018 NOV 27 AM 8: 52

OFFICE OF THE
EXECUTIVE SECRETARIAT

0260143

| | | |
|---|---|---|
| Paul W. Abbott<br>Toni L. Abbott<br>1718 North Roane Street<br>Johnson City, TN 37601 | Brittany N. Adkins<br>2239 Grassy Branch Rd.<br>Sevierville, TN 37876 | Jayme E. Aleman<br>1475 Robert Ridge Road<br>Sevierville, TN 37862 |
| Brian H. Alspach<br>530 Bruce Rd.<br>Gatlinburg, TN 37738 | Tammy F. Bain<br>Leslie N. Miles<br>827 Sunrise Blvd<br>Sevierville, TN 37862 | Michael Bech<br>Sandra M. Bech<br>312 Saddleback Way<br>Sevierville, TN 37862 |
| Jody T. Bertram<br>520 Johnson Lane<br>Gatlinburg, TN 37738 | Stephen E. Bond<br>5896 Milburne Drive<br>Milford, OH 45150 | Marvis L. Bosarge Gonzalez<br>P.O. Box 425<br>Pigeon Forge, TN 37868 |
| Terrell M. Bouie<br>4749 Towensend<br>Gatlinburg, TN 37738 | Genie E. Brabham<br>535 Greenbriar Lane<br>Gatlinburg, TN 37738 | Deborah A. Brooks<br>219 Emert Street<br>Pigeon Forge, TN 37863 |
| William E. Brown Exector of<br>Estate of Elaine H. Brown<br>97 Ellis Drive<br>West Falls, NY 14170 | Eve O. Buero<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 | Mack Newman Butler<br>Connie Panelle Butler<br>207 Roseland Drive<br>Rainbow City, AL 35906 |
| Jones and Butler Investments,<br>LLC<br>3518 Montrose Ave.<br>Rainbow City, AL 35906 | Jamila M. Byrd, next of kin of<br>Pamela Jean Johnson,<br>Deceased<br>328 East Morelia Ave.<br>Knoxville, TN 37917 | Gae Campbell<br>4206 Dolly's Drive<br>Sevierville, TN 37876 |
| Lindsey Campbell<br>608 E. Reagan Lane<br>Gatlinburg, TN 37738 | Myrl D. Carr Administrator of<br>Estate of Myrl J. Carr<br>3230 Woods Way<br>Sevierville, TN 37876 | Charles S. Cavanaugh<br>413 McMahan Avenue<br>Sevierville, TN 37862 |
| Destin R. Chambers<br>Kelsey Y. Chambers<br>1013 Powdermill Rd.<br>Gatlinburg, TN 37738 | Julie Lynn Chase<br>Caleb B. Chase<br>P.O. Box 6805<br>Sevierville, TN 37864 | David R. Cheatham<br>611 Anderson Drive<br>Clarksville, TN 37040 |
| Steve W. Cofield<br>Jan Cofield<br>4016 Rainbow Drive<br>Rainbow City, AL 35906 | Terry D. Daniel<br>Carol A. Daniel<br>4387 School Section Rd.<br>Cincinnati, OH 45211 | Leon C. Dodd<br>638 Cedar Lane, Apt. 1<br>Knoxville, TN 37912 |
| Amy E. Dowling<br>Don J. Dowling<br>214 Mills Park Rd.<br>Gatlinburg, TN 37738 | Justin W. Dumas<br>Merry D. Dumas<br>212 Golden Rod Drive<br>Seymour, TN 37865 | John P. Eames<br>Lois A. Eames<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| Timothy James Easley<br>P.O. Box 1763<br>Gatlinburg, TN 37738 | Timothy Fannin<br>7028 South Ridgewood Drive<br>Lambertville, MI 48141 | Linda K. Garrett<br>234 Benson Lane<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Stephen R. Gilmore<br>Deborah L. Gilmore<br>19 Meigs Dr.<br>Shalimar, FL 32579 | Brenda J. Halsey<br>James L. Halsey<br>570 South Greenlee Rd.<br>Troy, OH 45373 | Russell E. Haskins<br>Cheryl F. Haskins<br>P.O. Box 23423<br>Knoxville, TN 37933 |
| Mark Hass<br>Terri Hass<br>1160 Tranquility Way<br>Louisville, KY 40291 | Kirk L. Heinsohn<br>660 Washington Rd.<br>Gatlinburg, TN 37738 | Sharon H. Hirschfield<br>1431 N. Arvon Lane<br>Gatlinburg, TN 37738 |
| Dave Hisey<br>1160 Upper Alpine Way<br>Gatlinburg, TN 37738 | Karen M. Holding<br>Harry R. Holding<br>7104 West Santa Fe Drive<br>Mucie, IN 47304 | James D. Holifield<br>1320 Powdermill Rd. Apt. #3<br>Gatlinburg, TN 37738 |
| John L. Hondulas<br>676 Maryville Pike<br>Knoxville, TN 37920 | Charlie Bob Hughes Jr.<br>Victoria D. Fister<br>126 Cookeville Hwy<br>Carthage, TN 37030 | James M. Hunter<br>P.O. Box 21568<br>Chattanooga, TN 37424 |
| Kathy Jones<br>1420 Cherokee Circle<br>Sevierville, TN 37862 | David L. Joyner<br>1063 Valley View Cir<br>Sevierville, TN 37876 | Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 |
| ████████, Minor<br>B/N/F Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 | David M. Klassen<br>Linda F. Klassen<br>1615 Tammany Drive<br>Nashville, TN 37206 | Kyle S. King<br>Doreen R. King<br>624 Mountain Drive<br>Gatlinburg, TN 37738 |
| John C. Kling<br>Cheryl A. Kling<br>146 Hackberry Way<br>Dandridge, TN 37725 | Karen N. Leverette<br>John R. Leverette<br>360 Menawa Pass<br>Millbrook, AL 36504 | Damon J. Matthews<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| John H. H. Matthews<br>Kenneth M. Matthews Jr.<br>7400 Forests Edge Ct.<br>Lairel, MD 20707 | Jo Rita Maxwell<br>P.O. Box 965<br>Pigeon Forge, TN 37868 | Zina Faye McKinney<br>508 Houser Road<br>Gatlinburg, TN 37738 |
| Patrick McKnight<br>Karen McKnight<br>608 Forrest Hill Dr<br>Lexington, KY 40509 | Rita S. Montero<br>1300 Park Blvd.<br>Marion, VA 24354 | Douglas E. Moore<br>Sandy M. Moore<br>325 Beech Branch Road<br>Gatlinburg, TN 37738 |
| Carol G. Muszik<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | James Dale Grace Christian<br>Trust, MSM Capital<br>Management, LLLP<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | David L. Naquin, Sr.<br>Denise A. Naquin<br>760 Wiley Oakley Dr<br>Gatlinburg, TN 37738 |
| Sue A. Naquin | Carroll E. Nichols | Jacob W. Parton |

| | | |
|---|---|---|
| 2614 Surftide Drive<br>Dandridge, TN 37725 | 109 Carlstown Drive #2<br>Pigeon Forge, TN 37863 | Betty J. Parton<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 |
| Miranda L. Paulk<br>Dora Jean Paulk<br>430 Mountain Drive<br>Gatlinburg, TN 37738 | Amanda B. Perryman<br>221 Woodland Road<br>Gatlinburg, TN 37738 | Melanie Meeks Phillips, next of<br>kin of Bradley Phillips,<br>deceased<br>5861 Wild Fig Lane<br>Ft. Myers, FL 33919 |
| Wesley M. Pittman<br>Katrina L. Pittman<br>818 Wesley Drive<br>Gatlinburg, TN 37738 | Giselle Porraspita<br>15240 SW 148th Terrace<br>Miami, FL 33196 | Paul Cliff Price<br>320 Ownby Street<br>Gatlinburg, TN 37738 |
| Florian J. Puhala, Jr.<br>Mary E. Puhala<br>601 Glades Road, Suite 12<br>Gatlinburg, TN 37738 | Larry D. Raymes<br>Karen Raymes<br>835 Terry Drive<br>Gatlinburg, TN 37738 | Betsy C. Rettig<br>124 Plaza Drive<br>Unit 3104<br>Pigeon Forge, TN 37863 |
| Jacqueline R. Robertson<br>2805 Dower Road<br>Sevierville, TN 37876 | Sandra Rovhana-Lollino<br>William Mark Gillham<br>9 Jungle Plum Ct South<br>Homosassa, FL 34446 | Mark Rueter<br>Glen Beasley<br>117 Joy Street<br>Sevierville, TN 37862 |
| Kerry "Tom" Sanders<br>Denise M. Sanders<br>250 Collier Drive<br>Sevierville, TN 37862 | Phyllis J. Seidel<br>2768 Mill View Court<br>Hamilton, OH 45011 | James Tom Shofner<br>Cheryl A. Shofner<br>127 Captain Lowman Rd.<br>Chapin, SC 29036 |
| Elizabeth A. Smith<br>Claude Thomas<br>1619 Butternut Lane<br>Sevierville, TN 37876 | Owen G. Smith<br>Rick Cook<br>4008 Rose Hill Ave.<br>Cincinnati, OH 45229 | Joel A. Sortore<br>Tomeika C. Stallworth<br>3259 Sims Road<br>Sevierville, TN 37876 |
| Deborah T. Spillers, Admx of<br>the estate of<br>Charles Edwin Taylor<br>125 Pine Gate Dr<br>Greenville, S.C. 29607 | Connie R. Springfield<br>Barry S. Springfield<br>59 Stonecreek Drive<br>Cartersville, GA 30120 | Tammie R. Starkey<br>Tommy L. Starkey<br>P.O. Box 1758<br>Pigeon Forge, TN 37868 |
| Arthur W. Stewart<br>1359 Korey Blvd.<br>Sevierville, TN 37876 | Michael B. Thompson<br>2328 Big River Overlook Drive<br>Apt. #7<br>Sevierville, TN 37876 | Michael G. Thompson<br>Sue D. Thompson<br>P.O. Box 1554<br>Gatlinburg, TN 37738 |
| Raymond A. Waddle Jr.<br>Jacqueline Waddle<br>235 Jones Cove Rd<br>Cosby, TN 37722 | Delbert R. Wallace<br>1375 Ogle Rd.<br>Apt. 4<br>Sevierville, TN 37876 | Douglas S. Yates<br>Audrey Yates<br>117 Joy Street<br>Sevierville, TN 37862 |

| Joshua Yates<br>Krista Yates<br>2213 Douglas Dam rd., Apt. 2<br>Sevierville, TN 37876 | Julie O. Yates<br>Anthony L. Yates<br>735 Cummings Chapel Rd.<br>Sevierville, TN 37876 | Charles C. Young<br>Deborah L. Young<br>3495 Country Hill Drive<br>Bartlett, TN 38135 |
|---|---|---|
| Judy A. Sullivan, Gerald Sullivan<br>Mountainside Rentals<br>402 Minnow Lane<br>Gulf Shores, AL 36542 | | |

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government Department of the Interior 1849 C Street, N.W. Washington, DC 20240 | Genie E. Brabham 535 Greenbriar Lane Gatlinburg, TN 37738 |

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT 11/23/2016  Wednesday | 7. TIME (A.M. OR P.M.) 4:00 P.M. |
|---|---|---|---|---|

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private Residence and contents lost; Loss of two pet cats; located at 520 Roaring Fork Cove, Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Eric Cooper | 1216 East Parkway #1413 Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). | |
| 500,000.00 | | | 500,000.00 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath, atty* | (865) 637-2442 | 11/3/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction Previous Edition is not Usable 95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.    ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?    ☒ Yes   ☐ No    17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).    ☐ No

Safeco

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.

C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See Instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Anita E. Barbor<br>105 Lumberjack Lane<br>Fairfield Bay, AR 72088 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | ▉ | Single | 11/23/2016   Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence plus furnishing and total contents located at: 370 Vicking Way Sevierville, TN 37876

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 505,000.00 | | | 505,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath atty* | (865) 637-2442 | 10-24-17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the Insurance coverage of the vehicle or property.

| 15. Do you carry accident Insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. | ☐ No |
|---|---|

| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No | 17. If deductible, state amount. |
|---|---|
| Coverage is inadequate | |

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts)

| 19. Do you carry public liability and property damage insurance? ☒ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). | ☐ No |
|---|---|
| USAA | |

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim Invalid. A claim is deemed presented when It is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim Invalid and may result In forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) **BACK**

LAW OFFICES

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3398

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0511

August 30, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

RECEIVED  SEP 1 7 2018

Re:  Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result of the Gatlinburg Fire beginning November 23, 2016, and a list of the 61 claimants whose forms are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE

2018 SEP -5 AM 8:08

024138

RECEIVED

| | | |
|---|---|---|
| Jackie Sue Barnes<br>4250 Parkway<br>Pigeon Forge, TN 37722 | Christopher W. Beam<br>Sandra A. Beam<br>148 Scenic View Drive<br>Talbot, TN 37877 | Ruth B. Bloom<br>P.O. Box 1361<br>Gatlinburg, TN 37738 |
| Guy E. Burroughs<br>Christine M. Buurroughs<br>1432 Black Horse Run<br>Lebanon, OH 45036 | Rodney Clark<br>825 Smoke Rise Drive<br>Gatlinburg, TN 37738 | Nelida F. Collantes<br>Stephen C. Bradley<br>P.O. Box 866<br>Gatlinburg, TN 37738 |
| Jeffrey L. Cook<br>Nancy Jean Cook<br>9715 Pebble View Drive<br>Cincinnati, OH 45252 | Joanne Cooksey<br>6008 Meadow Oak Ln<br>Knoxville, TN 37720 | Jamie B. Cubbage<br>1630 Country Meadows Drive<br>Sevierville, TN 37862 |
| Bryan O. Dantzler<br>Margaret C. Dantzler<br>972 Poplar Springs Rd<br>Ringgold, GA 30736 | DF Investments<br>1320 Arrowhead Drive<br>Brentwood, TN 37027 | Phillip C. Dollish<br>Tammy L. Dollish<br>3245 Millsboro Rd. East<br>Mansfield, OH 44903 |
| Glenn F. Douglass<br>George T. Douglass Jr.<br>2988 Majestic View Walk<br>Lexington, VA 40511 | Angelina R. Dwyer<br>4815 Kingston Pike #131<br>Knoxville, TN 37919 | Kent A. Emmons<br>9663 Santa Monica Blvd. #869<br>Beverly Hills, CA 90210 |
| James E. & Sara Farris<br>John D. & Jean Denney<br>1320 Arrowhead Drive<br>Brentwood, TN 37027 | W. Earl Finley<br>811 Wavecrest Lane<br>Houston, TX 77062 | Melissa A. Flannery<br>444 Kingfisher Avenue<br>Sevierville, TN 37762 |
| Thomas Freeberg<br>Katherine E. Freeberg<br>5925 SE 1258 Court<br>Ocklawaha, FL 32179 | Earlene A. Haddock<br>4302 Gainesborough Court<br>Tampa, FL 33624 | Marie P. Hand<br>Jottie L. Hand<br>810 Davenport Drive<br>Gatlinburg, TN 37738 |
| Michele L. Huskey<br>Billy L. Huskey<br>142 Hickman Hollow Road<br>Gatlinburg, TN 37738 | Debra S. Jarvis<br>Mark Jarvis<br>3719 Ginseng Way<br>Sevierville, TN 37862 | Wyatt R. Jones, III<br>Nancy Susan Jones<br>1740 Cherry Lane<br>Lakeland, FL 33811 |
| Linda L. Kalehoff<br>2746 Native Dancer Way<br>Sevierville, TN 37876 | Stephanie M. Kennedy<br>Michael Salimbene<br>619 Huskey Grove Road<br>Sevierville, TN 37876 | Ben A. Lambeth<br>P.O. Box 766<br>Wendell, NC 27591 |

| | | |
|---|---|---|
| Greg E. Lane<br>Joy D. Lane<br>2835 New Center Drive<br>Sevierville, TN 37876 | Joseph F. McCahill<br>830 Tully Road<br>Knoxville, TN 37919 | Noble C. McCulley<br>Loren B. McCulley<br>150 Oglewood Lane<br>Gatlinburg, TN 37738 |
| Kevin S. McGuire<br>P.O. Box 1363<br>Gatlinburg, TN 37738 | Alex R. Moore<br>Polly I. Moore<br>1 Pearl Avenue<br>Marietta, SC 29661 | Michael R. Morgan<br>Diana L. Morgan<br>319 Franklin Meadows Way<br>Seymour, TN 37865 |
| Maryellen Nicholson<br>1311 Hwy. 417<br>Moore, SC 29369 | Joseph M. O'Neill<br>909 Ella Drive<br>Sevierville, TN 37862 | Leslie A. O'Neill<br>909 Ella Drive<br>Sevierville, TN 37862 |
| Harold W. Otto<br>Linda A. Otto<br>2038 Fox Lane<br>Sevierville, TN 37862 | Greg S. Pancake<br>P.O. Box 1784<br>Gatlinburg, TN 37738 | Dharmesh H. Patel<br>Donika N. Patel<br>523 East Parkway<br>Gatlinburg, TN 37738 |
| Scott H. Patterson<br>Sandra L. Patterson<br>236 Cedarwood Drive<br>Sevierville, TN 37876 | Scott K. Perham<br>Paula L. Perham<br>208 Tunnel Ridge Drive<br>Sevierville, TN 37876 | Gerald J. Portier<br>Gwendolyn H. Portier<br>P.O. Box 2058<br>Metaire, LA 70004 |
| Larry W. Potter<br>Wanda R. Potter<br>P.O. Box 411434<br>Melbourne, FL 32941 | Julio A. Rabelo<br>110 S.W. 48th Avenue<br>Miami, FL 33134 | Ashley M. Rad<br>1733 Snapp Road<br>Sevierville, TN 37862 |
| Jason S. Rakes<br>265 New Jail St<br>Sneedville, TN 37869 | Matthew L. Robertson<br>1733 Snapp Road<br>Sevierville, TN 37862 | David M. Rush<br>Regina L. Rush<br>9575 Hickory Lane<br>St. John, IN 46373 |
| Joseph S. Sherrod<br>Tamila S. Sherrod<br>1541 Old Chisholm Trial<br>Dandridge, TN 37725 | Donald D. Shipman<br>260 Roaring Fork Road<br>Gatlinburg, TN 37738 | Daniel G. Strange<br>Ginger P. Strange<br>1499 Hwy. 77<br>Southside, AL 35907 |
| Benjie S. Stroupe<br>307 Newman Road<br>Gatlinburg, TN 37738 | Bobby R. Taylor<br>Doris G. Taylor<br>P.O Box 307<br>Gatlinburg, TN 37738 | Sabrina C. Taylor<br>902 Street of Dreams Way<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Scott C. Tegler<br>41 Windermere Crescent<br>Woodstock, Ontario, Canada<br>N456T3 | Glenn E. Terry<br>Bea P. Terry<br>1235 Ski Mountain Road #605<br>Gatlinburg, TN 37783 | Patrick Toner<br>Lisa Ann Toner<br>19 Bay View Drive<br>Westhampton, NY 11177 |
| James Carl Vance<br>395 Devon Chase Hall<br>Unit 3804<br>Gallatin, TN 37066 | Robert D. Ward, Jr.<br>1110 Lower Alpine Way<br>Gatlinburg, TN 37733 | Anita A. Wenn<br>Don F. Green<br>1171 Hemlock Drive<br>Gatlinburg, TN 37738 |
| John C. Willett<br>Kimberly D. Willett<br>4004 French Broad Circle<br>Sevierville, TN 37876 | Scott W. Young<br>Jayne M. Young<br>704 Ely Road<br>Gatlinburg, TN 37738 | |

<table>
<tr><td colspan="2"><strong>CLAIM FOR DAMAGE, INJURY, OR DEATH</strong></td><td><strong>INSTRUCTIONS:</strong> Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.</td><td>FORM APPROVED<br>OMB NO. 1105-0008</td></tr>
</table>

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Jackie Sue Barnes<br>4250 Parkway<br>Pigeon Forge, TN 37863 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT<br>11/23/2016  Wednesday | 7. TIME (A.M. OR P.M.)<br>4:00 P.M. |
|---|---|---|---|---|

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Owner of private residence located at 1981 Fox View Lane, Sevierville, TN 37876; total house and contents lost; 16 acres of trees; antiques and art

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) |
|---|---|

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| 700,000.00 | | | 700,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side).<br>*Sidney W. Gilreath, atty* | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>(865) 637-2442 | 14. DATE OF SIGNATURE<br>5/25/18 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729.) | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes   ☐ No | 17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☐ No

Farmers

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) **BACK**

Case 3:18-cv-00201-JRG-CRW   Document 111-1   Filed 06/01/21   Page 57 of 502   PageID #: 3951

FORM APPROVED
OMB NO. 1105-0008

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | James H. Barnes<br>1780 East Parkway<br>Gatlinburg, TN 37738 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | ▮▮▮▮ | Single | 11-23-2016  Wednesday | 4:00 P.M. |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

RECEIVED

OCT 2 - 2017

AIP

**9.** PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: 2 log houses with one being his private residence plus furnishings and total contents of both located at 1979 Sandstone Way, Pigeon Forge, TN 37863; barn; chickens; 4-stall garage; 3 show cars: 1- 1962 Chevrolet pickup; 2 - 1983 Chevrolet pickup and 3- 2006 Corvette

**10.** PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

**11.** WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

**12.** (See instructions on reverse). AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| $600,000.00 | | | $600,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath, Atty* | (865) 637-2442 | 8/22/17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.    ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes  ☐ No    17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).    ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

LAW OFFICES

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

SIDNEY GILREATH
R CHRISTOPHER GILREATH
CARY L BAUER
GINGER PICKARD

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3388

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0611

September 5, 2017

RECEIVED
OCT 2 - 2017
AIP

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:     Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of 74 additional clients we represent as a result of the Gatlinburg Fire beginning November 23, 2016, and a list of the 74 claimants whose forms are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.

SWG/kmw
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE
2017 SEP -8 PM 2:37
RECEIVED

012104

James Barnes
1780 East Parkway
Gatlinburg, TN 37738

Lisa M. Bates
221 Bishop Lane
Gatlinburg, TN 37738

James M. and Gena R. Bell
1644 Riceland Drive
Sevierville, TN 37862

Willard H. King
Susan L. Kelly
P.O. Bo 1128
Pigeon Forge, TN 37868

Bruce A. Brault
Jiraporn Numnuan
833 Village Loop Road
Gatlinburg, TN 37738

Charles S. and Susan J.
Brocuglio
P.O. Box 5582
Sevierville, TN 37862

Robert A. Brogan
3136 Glenn Huskey Road
Sevierville, TN 37862

Deborah A. Brooks
219 Emert Street
Pigeon Forge, TN 37863

Baylen T. Bryant
P.O. Box 5541
Sevierville, TN 37864

Jonathan L. Bryant
Chasslene Robbings
3074 Walters Way
Sevierville, TN 37862

Michael W. Buchanan
Lidda J. Marler
P.O. Box 1733
Pigeon Forge, TN 37868

Mary Lisa Tant Campbell
Joann K. Tant
406 Greystone Heights Road
Gatlinburg, TN 37738

Arnold L. Carr
1709 Lloyd Proffitt Way
Gatlinburg, TN 37738

Myrl J. Carr
535 Baskins Creek Road
Gatlinburg, TN 37738

Bock H. Ching
P.O. Box 911
Gatlinburg, TN 37738

Kimberly D. Clark
1074 Hele Street
Kailua, Hawaii 96734

William C. and Colleen J. Cole
305 Scenic Shores Way
Dandridge, TN 37725

Lynn M. Collins
P.O. Box 982
Gatlinburg, TN 37738

Laurie A. Contois
P.O. Box 1370
Gatlinburg, TN 37738

Curtis A. and Flavia G. Cupp
9278 Perth Road
Lake Worth, FL 33467

Michael A. Cushman
913 Yarbrough Lane
Gatlinburg, TN 37738

Christopher Dunaway
694 Eagles Blvd. Way
Pigeon Forge, TN 37863

Stephen D. and Sandra S. McHan
711 Valley Road
Gatlinburg, TN 37738

Thomas R. and Amanda L. Wory
708 Beanstalk Court
Gatlinburg, TN 37738

Dennis H. and Deborah C. Horton
801 Ruel Snead Road
Altoona, AL 35952

James D. and Brandi M. Holifield
477 Seaton Way
Kodak, TN 37764

Stewart G. and Amara Y. Honeck
545 Forest Springs Drive
Gatlinburg, TN 37738

Joss E. Henry
3215 Butler Street
Pigeon Forge, TN 37863

Mark E. Howard
316 Jackson Road
Gatlinburg, TN 37738

Sue D. Huskey
2415 Big River Overlook Dr.
Sevierville, TN 37876

Brittany N. Hyre Anculle
800 Edenbough Circle
Auburn Hills, MI 48326

David C. Johnson
945 East Parkway #300
Gatlinburg, TN 37738

Lourman Johnson Jr.
1415 Avery Lane Apt #621
Sevierville, TN 37862

Richard W. and Kimberly A. Jones
P.O. Box 135
Gatlinburg, TN 37738

Priscilla A. Blackburn
2905 Granite Avenue
Pigeon Forge, TN 37863

Jeffrey O. and Katheryn J. Kiser
P.O. Box 365
Gatlinburg, TN 37738

Kimberly D. Knight
1650 Myers Road
Sevierville, TN 47862

Kathryn L. Nelson
P.O. Box 135
Gatlinburg, TN 37738

Barbara Jean Ledbetter
P.O. Box 1213
Gatlinburg, TN 37738

James M. and Catherine S.
McElheney
2225 Parkway #32
Pigeon Forge, TN37863

Darlene R. Verito
Keith M. Flannery
P.O. Box 1401
Gatlinburg, TN 37738

Roscoe T. Jr. and Paula F.
McMahan
213 Sutton Hill Court
Smyrna, TN 37167

Malibu K. Messer
P.O. Box 101
Gatlinburg, TN 37738

Linda S. and David E. Mitchell
3305 Leonard Husky Lane
Pigeon Forge, TN 37863

Gary W. and Jane E. Morris
P.O. Box 1493
Gatlinburg, TN 37738

Charles E. Jr and Robin L. Nelson
528 Baskins Creek Road
Gatlinburg, TN 37738

Kenneth E. and Anna M. Kraujalis
706 Chestnut Drive
Gatlinburg, TN 37738

Tony C. and Deborah Ogle
296 Honey Lane
Del Rio, TN 37727

Teddy V. Osborne
611 Timber Ridge Road
Gatlinburg, TN 37738

John F. and Patricia R. Panzarella
21320 Front Beach Road Apt C
Panama City Beach, FL 32413

Roger D. Parsons
221 Bishop Lane
Gatlinburg, TN 37738

Melinda R. Paxson
602 Ridge Road
Gatlinburg, TN 37738

Justyn R. and Gertrude E. Perkins
2533 Sportsman Way
Sevierville, TN 37876

Scott A. and Vicki M. Perniciaro
569 Baskins Creek Road
Gatlinburg, TN 37738

Steven J. and Linda G. Pickel
208 Mill Creek Drive
Panama City, FL 32409

Michael D. and Angela N. Weems
2111 Harding Place
Murfreesboro, TN 37129

Tami S. Poe
1563 Mint Meadows Dr.
Maryville, TN 37803

Shawn P. Robbins
288 Red Bud Lane
Sevierville, TN 37876

Patricia R. Shelton
539 Beech Branch Road
Gatlinburg, TN 37738

Janet J. Webb
P.O. Box 4100
Sevierville, TN 37864

William I. and Jill A. Taylor
8041 N.W. 47th Court
Lauderhill, FL 33351

Bryan H. Thomas
210 Landing Drive Apt C
North Myrtle Beach, SC 29582

Dave W. and Patricia L. Thomas
8515 Honeysuckle Drive
Collinsville, MS 39325

Cheri M. Towles
388 Red Bud Lane
Sevierville, TN 37876

Bud and Janice Trentham
650 Baskins Creek Road
Gatlinburg, TN 37738

Shawn M. and Lynette F. Waite
111 Cedar Lane
Oak Ridge, TN 37830

Rubi D. Ward
2070 Cook Mill Road
Dandridge, TN 37725

Samuel H. and Dorothy R. Simchon
225 By-Pass 72 NW
Greenwood, SC 29649

Daniel D. Williams
1308 E. Harper Avenue
Maryville, TN 37804

Jeffrey L. and Kimberly R.
Wilkerson
1320 Millwood Drive
Sevierville, TN 37862

Joel D. Poole
Veronica Gloria Tejada Gomez
P.O. Box 342
Gatlinburg, TN 37738

Dallas C. Hack
Barbara A. Tobery-Hack
1517 Peach Tree Street
Sevierville, TN 37862

Cynthia M. Yearick
1402 E. Parkway, Shop #12
Gatlinburg, TN 37738

Matthew L. and Adriana E. Zoder
1710 Cardinal Drive
Gatlinburg, TN 37738

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Lisa M. Bates<br>221 Bishop Lane<br>Gatlinburg, TN 37738 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | ▓▓▓▓ | Single | 11-23-2016 | Wednesday | 4:00 P.M. |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Rented and lived in a log cabin #10 - lost entire contents located at: 452 Baskins Creek Road, Gatlinburg, TN 37738

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

**12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| $5,000.00 | | | $5,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* atty | (865) 637-2442 | 8/22/17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

| | |
|---|---|
| **INSURANCE COVERAGE** | |

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No    17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

  B. *Principal Purpose:* The information requested is to be used in evaluating claims.
  C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
  D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

LAW OFFICES

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3396

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0511

August 30, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

RECEIVED SEP 1 7 2018

Re:     Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result of the Gatlinburg Fire beginning November 23, 2016, and a list of the 61 claimants whose forms are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE
2018 SEP -5 AM 8:08
RECEIVED

024138

| | | |
|---|---|---|
| Jackie Sue Barnes<br>4250 Parkway<br>Pigeon Forge, TN 37722 | Christopher W. Beam<br>Sandra A. Beam<br>148 Scenic View Drive<br>Talbot, TN 37877 | Ruth B. Bloom<br>P.O. Box 1361<br>Gatlinburg, TN 37738 |
| Guy E. Burroughs<br>Christine M. Buurroughs<br>1432 Black Horse Run<br>Lebanon, OH 45036 | Rodney Clark<br>825 Smoke Rise Drive<br>Gatlinburg, TN 37738 | Nelida F. Collantes<br>Stephen C. Bradley<br>P.O. Box 866<br>Gatlinburg, TN 37738 |
| Jeffrey L. Cook<br>Nancy Jean Cook<br>9715 Pebble View Drive<br>Cincinnati, OH 45252 | Joanne Cooksey<br>6008 Meadow Oak Ln<br>Knoxville, TN 37720 | Jamie B. Cubbage<br>1630 Country Meadows Drive<br>Sevierville, TN 37862 |
| Bryan O. Dantzler<br>Margaret C. Dantzler<br>972 Poplar Springs Rd<br>Ringgold, GA 30736 | DF Investments<br>1320 Arrowhead Drive<br>Brentwood, TN 37027 | Phillip C. Dollish<br>Tammy L. Dollish<br>3245 Millsboro Rd. East<br>Mansfield, OH 44903 |
| Glenn F. Douglass<br>George T. Douglass Jr.<br>2988 Majestic View Walk<br>Lexington, VA 40511 | Angelina R. Dwyer<br>4815 Kingston Pike #131<br>Knoxville, TN 37919 | Kent A. Emmons<br>9663 Santa Monica Blvd. #869<br>Beverly Hills, CA 90210 |
| James E. & Sara Farris<br>John D. & Jean Denney<br>1320 Arrowhead Drive<br>Brentwood, TN 37027 | W. Earl Finley<br>811 Wavecrest Lane<br>Houston, TX 77062 | Melissa A. Flannery<br>444 Kingfisher Avenue<br>Sevierville, TN 37762 |
| Thomas Freeberg<br>Katherine E. Freeberg<br>5925 SE 1258 Court<br>Ocklawaha, FL 32179 | Earlene A. Haddock<br>4302 Gainesborough Court<br>Tampa, FL 33624 | Marie P. Hand<br>Jottie L. Hand<br>810 Davenport Drive<br>Gatlinburg, TN 37738 |
| Michele L. Huskey<br>Billy L. Huskey<br>142 Hickman Hollow Road<br>Gatlinburg, TN 37738 | Debra S. Jarvis<br>Mark Jarvis<br>3719 Ginseng Way<br>Sevierville, TN 37862 | Wyatt R. Jones, III<br>Nancy Susan Jones<br>1740 Cherry Lane<br>Lakeland, FL 33811 |
| Linda L. Kalehoff<br>2746 Native Dancer Way<br>Sevierville, TN 37876 | Stephanie M. Kennedy<br>Michael Salimbene<br>619 Huskey Grove Road<br>Sevierville, TN 37876 | Ben A. Lambeth<br>P.O. Box 766<br>Wendell, NC 27591 |

| | | |
|---|---|---|
| Greg E. Lane<br>Joy D. Lane<br>2835 New Center Drive<br>Sevierville, TN 37876 | Joseph F. McCahill<br>830 Tully Road<br>Knoxville, TN 37919 | Noble C. McCulley<br>Loren B. McCulley<br>150 Oglewood Lane<br>Gatlinburg, TN 37738 |
| Kevin S. McGuire<br>P.O. Box 1363<br>Gatlinburg, TN 37738 | Alex R. Moore<br>Polly I. Moore<br>1 Pearl Avenue<br>Marietta, SC 29661 | Michael R. Morgan<br>Diana L. Morgan<br>319 Franklin Meadows Way<br>Seymour, TN 37865 |
| Maryellen Nicholson<br>1311 Hwy. 417<br>Moore, SC 29369 | Joseph M. O'Neill<br>909 Ella Drive<br>Sevierville, TN 37862 | Leslie A. O'Neill<br>909 Ella Drive<br>Sevierville, TN 37862 |
| Harold W. Otto<br>Linda A. Otto<br>2038 Fox Lane<br>Sevierville, TN 37862 | Greg S. Pancake<br>P.O. Box 1784<br>Gatlinburg, TN 37738 | Dharmesh H. Patel<br>Donika N. Patel<br>523 East Parkway<br>Gatlinburg, TN 37738 |
| Scott H. Patterson<br>Sandra L. Patterson<br>236 Cedarwood Drive<br>Sevierville, TN 37876 | Scott K. Perham<br>Paula L. Perham<br>208 Tunnel Ridge Drive<br>Sevierville, TN 37876 | Gerald J. Portier<br>Gwendolyn H. Portier<br>P.O. Box 2058<br>Metaire, LA 70004 |
| Larry W. Potter<br>Wanda R. Potter<br>P.O. Box 411434<br>Melbourne, FL 32941 | Julio A. Rabelo<br>110 S.W. 48th Avenue<br>Miami, FL 33134 | Ashley M. Rad<br>1733 Snapp Road<br>Sevierville, TN 37862 |
| Jason S. Rakes<br>265 New Jail St<br>Sneedville, TN 37869 | Matthew L. Robertson<br>1733 Snapp Road<br>Sevierville, TN 37862 | David M. Rush<br>Regina L. Rush<br>9575 Hickory Lane<br>St. John, IN 46373 |
| Joseph S. Sherrod<br>Tamila S. Sherrod<br>1541 Old Chisholm Trial<br>Dandridge, TN 37725 | Donald D. Shipman<br>260 Roaring Fork Road<br>Gatlinburg, TN 37738 | Daniel G. Strange<br>Ginger P. Strange<br>1499 Hwy. 77<br>Southside, AL 35907 |
| Benjie S. Stroupe<br>307 Newman Road<br>Gatlinburg, TN 37738 | Bobby R. Taylor<br>Doris G. Taylor<br>P.O Box 307<br>Gatlinburg, TN 37738 | Sabrina C. Taylor<br>902 Street of Dreams Way<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Scott C. Tegler<br>41 Windermere Crescent<br>Woodstock, Ontario, Canada<br>N456T3 | Glenn E. Terry<br>Bea P. Terry<br>1235 Ski Mountain Road #605<br>Gatlinburg, TN 37783 | Patrick Toner<br>Lisa Ann Toner<br>19 Bay View Drive<br>Westhampton, NY 11177 |
| James Carl Vance<br>395 Devon Chase Hall<br>Unit 3804<br>Gallatin, TN 37066 | Robert D. Ward, Jr.<br>1110 Lower Alpine Way<br>Gatlinburg, TN 37733 | Anita A. Wenn<br>Don F. Green<br>1171 Hemlock Drive<br>Gatlinburg, TN 37738 |
| John C. Willett<br>Kimberly D. Willett<br>4004 French Broad Circle<br>Sevierville, TN 37876 | Scott W. Young<br>Jayne M. Young<br>704 Ely Road<br>Gatlinburg, TN 37738 | |

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Christopher W. Beam<br>Sandra A. Beam<br>148 Scenic View Drive<br>Talbott, TN 37877 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | Married | 11/23/2016 | Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Rental Office Space Located at 1003 East Parkway, Gatlinburg, TN; Computers, Furniture, Tools and Vehicles Lost; 13 ATVs for Rental Business lost

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 2,000,000 | | | 2,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *signature* | (865) 637-2442 | 5/3/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No    | 17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

MDA Insurance (vehicles)
(No Renter's Insurance)

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
 A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

 B. *Principal Purpose:* The information requested is to be used in evaluating claims.
 C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
 D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) **BACK**

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse.) Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Melissa A. Beard<br>Carl B. Beard<br>17112 Mallet Hill Drive<br>Louisville, KY 40245 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | Married | 11/23/2016 | Wednesday | 4:00 P.M. |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence plus furnishings and total contents located at: 781 Village Loop Road Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES | |
|---|---|---|
| **NAME** | **ADDRESS** (Number, Street, City, State, and Zip Code) | |
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 | |

**12.** (See instructions on reverse). | **AMOUNT OF CLAIM** (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| 460,000.00 | | | 460,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath, atty* | (865) 637-2442 | 10-24-17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

95-109

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No

**Coverage is inadequate**

17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes  If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

**United National**

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in Item number 12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3388

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0511

November 21, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:     Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result of the Gatlinburg Fire beginning November 23, 2016, and a list of the 97 claimants whose forms are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney Gilreath

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE
2018 NOV 27  AM 8: 52
RECEIVED

0260143

| | | |
|---|---|---|
| Paul W. Abbott<br>Toni L. Abbott<br>1718 North Roane Street<br>Johnson City, TN 37601 | Brittany N. Adkins<br>2239 Grassy Branch Rd.<br>Sevierville, TN 37876 | Jayme E. Aleman<br>1475 Robert Ridge Road<br>Sevierville, TN 37862 |
| Brian H. Alspach<br>530 Bruce Rd.<br>Gatlinburg, TN 37738 | Tammy F. Bain<br>Leslie N. Miles<br>827 Sunrise Blvd<br>Sevierville, TN 37862 | Michael Bech<br>Sandra M. Bech<br>312 Saddleback Way<br>Sevierville, TN 37862 |
| Jody T. Bertram<br>520 Johnson Lane<br>Gatlinburg, TN 37738 | Stephen E. Bond<br>5896 Milburne Drive<br>Milford, OH 45150 | Marvis L. Bosarge Gonzalez<br>P.O. Box 425<br>Pigeon Forge, TN 37868 |
| Terrell M. Bouie<br>4749 Towensend<br>Gatlinburg, TN 37738 | Genie E. Brabham<br>535 Greenbriar Lane<br>Gatlinburg, TN 37738 | Deborah A. Brooks<br>219 Emert Street<br>Pigeon Forge, TN 37863 |
| William E. Brown Exector of<br>Estate of Elaine H. Brown<br>97 Ellis Drive<br>West Falls, NY 14170 | Eve O. Buero<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 | Mack Newman Butler<br>Connie Panelle Butler<br>207 Roseland Drive<br>Rainbow City, AL 35906 |
| Jones and Butler Investments,<br>LLC<br>3518 Montrose Ave.<br>Rainbow City, AL 35906 | Jamila M. Byrd, next of kin of<br>Pamela Jean Johnson,<br>Deceased<br>328 East Morelia Ave.<br>Knoxville, TN 37917 | Gae Campbell<br>4206 Dolly's Drive<br>Sevierville, TN 37876 |
| Lindsey Campbell<br>608 E. Reagan Lane<br>Gatlinburg, TN 37738 | Myrl D. Carr Administrator of<br>Estate of Myrl J. Carr<br>3230 Woods Way<br>Sevierville, TN 37876 | Charles S. Cavanaugh<br>413 McMahan Avenue<br>Sevierville, TN 37862 |
| Destin R. Chambers<br>Kelsey Y. Chambers<br>1013 Powdermill Rd.<br>Gatlinburg, TN 37738 | Julie Lynn Chase<br>Caleb B. Chase<br>P.O. Box 6805<br>Sevierville, TN 37864 | David R. Cheatham<br>611 Anderson Drive<br>Clarksville, TN 37040 |
| Steve W. Cofield<br>Jan Cofield<br>4016 Rainbow Drive<br>Rainbow City, AL 35906 | Terry D. Daniel<br>Carol A. Daniel<br>4387 School Section Rd.<br>Cincinnati, OH 45211 | Leon C. Dodd<br>638 Cedar Lane, Apt. 1<br>Knoxville, TN 37912 |
| Amy E. Dowling<br>Don J. Dowling<br>214 Mills Park Rd.<br>Gatlinburg, TN 37738 | Justin W. Dumas<br>Merry D. Dumas<br>212 Golden Rod Drive<br>Seymour, TN 37865 | John P. Eames<br>Lois A. Eames<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| Timothy James Easley<br>P.O. Box 1763<br>Gatlinburg, TN 37738 | Timothy Fannin<br>7028 South Ridgewood Drive<br>Lambertville, MI 48141 | Linda K. Garrett<br>234 Benson Lane<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Stephen R. Gilmore<br>Deborah L. Gilmore<br>19 Meigs Dr.<br>Shalimar, FL 32579 | Brenda J. Halsey<br>James L. Halsey<br>570 South Greenlee Rd.<br>Troy, OH 45373 | Russell E. Haskins<br>Cheryl F. Haskins<br>P.O. Box 23423<br>Knoxville, TN 37933 |
| Mark Hass<br>Terri Hass<br>1160 Tranquility Way<br>Louisville, KY 40291 | Kirk L. Heinsohn<br>660 Washington Rd.<br>Gatlinburg, TN 37738 | Sharon H. Hirschfield<br>1431 N. Arvon Lane<br>Gatlinburg, TN 37738 |
| Dave Hisey<br>1160 Upper Alpine Way<br>Gatlinburg, TN 37738 | Karen M. Holding<br>Harry R. Holding<br>7104 West Santa Fe Drive<br>Mucie, IN 47304 | James D. Holifield<br>1320 Powdermill Rd. Apt. #3<br>Gatlinburg, TN 37738 |
| John L. Hondulas<br>676 Maryville Pike<br>Knoxville, TN 37920 | Charlie Bob Hughes Jr.<br>Victoria D. Fister<br>126 Cookeville Hwy<br>Carthage, TN 37030 | James M. Hunter<br>P.O. Box 21568<br>Chattanooga, TN 37424 |
| Kathy Jones<br>1420 Cherokee Circle<br>Sevierville, TN 37862 | David L. Joyner<br>1063 Valley View Cir<br>Sevierville, TN 37876 | Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 |
| ███████ , Minor<br>B/N/F Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 | David M. Klassen<br>Linda F. Klassen<br>1615 Tammany Drive<br>Nashville, TN 37206 | Kyle S. King<br>Doreen R. King<br>624 Mountain Drive<br>Gatlinburg, TN 37738 |
| John C. Kling<br>Cheryl A. Kling<br>146 Hackberry Way<br>Dandridge, TN 37725 | Karen N. Leverette<br>John R. Leverette<br>360 Menawa Pass<br>Millbrook, AL 36504 | Damon J. Matthews<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| John H. H. Matthews<br>Kenneth M. Matthews Jr.<br>7400 Forests Edge Ct.<br>Lairel, MD 20707 | Jo Rita Maxwell<br>P.O. Box 965<br>Pigeon Forge, TN 37868 | Zina Faye McKinney<br>508 Houser Road<br>Gatlinburg, TN 37738 |
| Patrick McKnight<br>Karen McKnight<br>608 Forrest Hill Dr<br>Lexington, KY 40509 | Rita S. Montero<br>1300 Park Blvd.<br>Marion, VA 24354 | Douglas E. Moore<br>Sandy M. Moore<br>325 Beech Branch Road<br>Gatlinburg, TN 37738 |
| Carol G. Muszik<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | James Dale Grace Christian<br>Trust, MSM Capital<br>Management, LLLP<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | David L. Naquin, Sr.<br>Denise A. Naquin<br>760 Wiley Oakley Dr<br>Gatlinburg, TN 37738 |
| Sue A. Naquin | Carroll E. Nichols | Jacob W. Parton |

| | | |
|---|---|---|
| 2614 Surftide Drive<br>Dandridge, TN 37725 | 109 Carlstown Drive #2<br>Pigeon Forge, TN 37863 | Betty J. Parton<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 |
| Miranda L. Paulk<br>Dora Jean Paulk<br>430 Mountain Drive<br>Gatlinburg, TN 37738 | Amanda B. Perryman<br>221 Woodland Road<br>Gatlinburg, TN 37738 | Melanie Meeks Phillips, next of<br>kin of Bradley Phillips,<br>deceased<br>5861 Wild Fig Lane<br>Ft. Myers, FL 33919 |
| Wesley M. Pittman<br>Katrina L. Pittman<br>818 Wesley Drive<br>Gatlinburg, TN 37738 | Giselle Porraspita<br>15240 SW 148th Terrace<br>Miami, FL 33196 | Paul Cliff Price<br>320 Ownby Street<br>Gatlinburg, TN 37738 |
| Florian J. Puhala, Jr.<br>Mary E. Puhala<br>601 Glades Road, Suite 12<br>Gatlinburg, TN 37738 | Larry D. Raymes<br>Karen Raymes<br>835 Terry Drive<br>Gatlinburg, TN 37738 | Betsy C. Rettig<br>124 Plaza Drive<br>Unit 3104<br>Pigeon Forge, TN 37863 |
| Jacqueline R. Robertson<br>2805 Dower Road<br>Sevierville, TN 37876 | Sandra Rovhana-Lollino<br>William Mark Gillham<br>9 Jungle Plum Ct South<br>Homosassa, FL 34446 | Mark Rueter<br>Glen Beasley<br>117 Joy Street<br>Sevierville, TN 37862 |
| Kerry "Tom" Sanders<br>Denise M. Sanders<br>250 Collier Drive<br>Sevierville, TN 37862 | Phyllis J. Seidel<br>2768 Mill View Court<br>Hamilton, OH 45011 | James Tom Shofner<br>Cheryl A. Shofner<br>127 Captain Lowman Rd.<br>Chapin, SC 29036 |
| Elizabeth A. Smith<br>Claude Thomas<br>1619 Butternut Lane<br>Sevierville, TN 37876 | Owen G. Smith<br>Rick Cook<br>4008 Rose Hill Ave.<br>Cincinnati, OH 45229 | Joel A. Sortore<br>Tomeika C. Stallworth<br>3259 Sims Road<br>Sevierville, TN 37876 |
| Deborah T. Spillers, Admx of<br>the estate of<br>Charles Edwin Taylor<br>125 Pine Gate Dr<br>Greenville, S.C. 29607 | Connie R. Springfield<br>Barry S. Springfield<br>59 Stonecreek Drive<br>Cartersville, GA 30120 | Tammie R. Starkey<br>Tommy L. Starkey<br>P.O. Box 1758<br>Pigeon Forge, TN 37868 |
| Arthur W. Stewart<br>1359 Korey Blvd.<br>Sevierville, TN 37876 | Michael B. Thompson<br>2328 Big River Overlook Drive<br>Apt. #7<br>Sevierville, TN 37876 | Michael G. Thompson<br>Sue D. Thompson<br>P.O. Box 1554<br>Gatlinburg, TN 37738 |
| Raymond A. Waddle Jr.<br>Jacqueline Waddle<br>235 Jones Cove Rd<br>Cosby, TN 37722 | Delbert R. Wallace<br>1375 Ogle Rd.<br>Apt. 4<br>Sevierville, TN 37876 | Douglas S. Yates<br>Audrey Yates<br>117 Joy Street<br>Sevierville, TN 37862 |

| | | |
|---|---|---|
| Joshua Yates<br>Krista Yates<br>2213 Douglas Dam rd., Apt. 2<br>Sevierville, TN 37876 | Julie O. Yates<br>Anthony L. Yates<br>735 Cummings Chapel Rd.<br>Sevierville, TN 37876 | Charles C. Young<br>Deborah L. Young<br>3495 Country Hill Drive<br>Bartlett, TN 38135 |
| Judy A. Sullivan, Gerald<br>Sullivan<br>Mountainside Rentals<br>402 Minnow Lane<br>Gulf Shores, AL 36542 | | |

<table>
<tr><td colspan="2">

**CLAIM FOR DAMAGE,<br>INJURY, OR DEATH**

</td><td>

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

</td><td>

FORM APPROVED<br>OMB NO. 1105-0008

</td></tr>
</table>

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C. Street, N.W.<br>Washington, DC 20240 | Michael Bech<br>Sandra M. Bech<br>312 Saddleback Way<br>Sevierville, TN 37862 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | | | 11/23/2016    Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private Residence and total contents lost; Vehicle components, 1993 Ford van, 2000 Ford van, jewelry, antiques, family papers, 1150 Hemlock Drive, Gatlinburg, TN 37738.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 385,000.00 | | | 385,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature] W. Schwartz, atty* | (865) 637-2442 | 1/2/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No   17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

Metlife

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns; or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency:<br><br>United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code.<br><br>Deborah S. Beckman<br>1260 East Arnold Street<br>Sandwich, IL 60548 |
|---|---|

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS<br>Single | 6. DATE AND DAY OF ACCIDENT<br>11/23/2016 Wednesday | 7. TIME (A.M. OR P.M.)<br>4:00 P.M. |
|---|---|---|---|---|

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

RECEIVED

NOV 21 2017

AIP

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Renting residence located at: 474 Baskins Creek Road, Apt 16 Gatlinburg, TN; total contents lost

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE<br><br>10,000.00 | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights).<br><br>10,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side).<br><br>*Sidney W. Gilreath atty* | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>(865) 637-2442 | 14. DATE OF SIGNATURE<br>10-24-17 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.). |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.    ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?    ☐ Yes    ☐ No    17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance?    ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).    ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

**(d)** Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq , 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

  B. *Principal Purpose:* The information requested is to be used in evaluating claims.
  C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
  D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) **BACK**

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | James M. Bell<br>Gena R. Bell<br>1644 Riceland Drive<br>Sevierville, TN 37862 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS<br>Married | 6. DATE AND DAY OF ACCIDENT<br>11/23/2016 Wednesday | 7. TIME (A.M. OR P.M.)<br>4:00 P.M. |
|---|---|---|---|---|

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

AMENDED- Claimants: Pizza business and contents (Bell's Volunteer Pizza and Subs) located at: 510 Ski Mountain Road, #2, Gatlinburg, TN 37738. Primary Income and it took owners 9 years to build the business into what it was at the time of the fire.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 700,000.00 | | | 700,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side).<br>*Sidney W. Gilreath, atty* | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>(865) 637-2442 | 14. DATE OF SIGNATURE<br>1-7-17 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

**INSURANCE COVERAGE**

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No   17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☒ No

**INSTRUCTIONS**

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

**PRIVACY ACT NOTICE**

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

**PAPERWORK REDUCTION ACT NOTICE**

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government Department of the Interior 1849 C Street, N.W. Washington, DC 20240 | James M. Bell Gena R. Bell 1644 Riceland Drive Sevierville, TN 37862 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | ████ | Married | 11-23-2016    Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimants: Pizza business and contents (Bell's Volunteer Pizza and Subs located at: 510 Ski Mountain Road, #2, Gatlinburg, TN 37738. Primary income and it took owners 9 years to build the business into what it was at the time of the fire.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Eric Cooper | 1216 East Parkway #1413 Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| $500,000.00 | | | $500,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath, atty* | (865) 637-2442 | 8/22/17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction Previous Edition is not Usable 95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No   17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all Items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse.) Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Jody T. Bertram<br>520 Johnson Lane<br>Gatlinburg, TN 37738 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT<br>11/23/2016　　Wednesday | 7. TIME (A.M. OR P.M.)<br>4:00 P.M. |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence plus furnishing and total contents located at: 754 Widows Knob Road Gatlinburg, TN

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 300,000.00 | | | 300,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side).<br>*Sidney W Gilreath, atty* | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>(865) 637-2442 | 14. DATE OF SIGNATURE<br>10-24-17 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes   ☐ No   |   17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

State Farm

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC  20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) **BACK**

LAW OFFICES

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3388

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0511

November 21, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:    Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result of the Gatlinburg Fire beginning November 23, 2016, and a list of the 97 claimants whose forms are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE

2018 NOV 27 AM 8: 52

RECEIVED

0250143

| | | |
|---|---|---|
| Paul W. Abbott<br>Toni L. Abbott<br>1718 North Roane Street<br>Johnson City, TN 37601 | Brittany N. Adkins<br>2239 Grassy Branch Rd.<br>Sevierville, TN 37876 | Jayme E. Aleman<br>1475 Robert Ridge Road<br>Sevierville, TN 37862 |
| Brian H. Alspach<br>530 Bruce Rd.<br>Gatlinburg, TN 37738 | Tammy F. Bain<br>Leslie N. Miles<br>827 Sunrise Blvd<br>Sevierville, TN 37862 | Michael Bech<br>Sandra M. Bech<br>312 Saddleback Way<br>Sevierville, TN 37862 |
| Jody T. Bertram<br>520 Johnson Lane<br>Gatlinburg, TN 37738 | Stephen E. Bond<br>5896 Milburne Drive<br>Milford, OH 45150 | Marvis L. Bosarge Gonzalez<br>P.O. Box 425<br>Pigeon Forge, TN 37868 |
| Terrell M. Bouie<br>4749 Towensend<br>Gatlinburg, TN 37738 | Genie E. Brabham<br>535 Greenbriar Lane<br>Gatlinburg, TN 37738 | Deborah A. Brooks<br>219 Emert Street<br>Pigeon Forge, TN 37863 |
| William E. Brown Exector of<br>Estate of Elaine H. Brown<br>97 Ellis Drive<br>West Falls, NY 14170 | Eve O. Buero<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 | Mack Newman Butler<br>Connie Panelle Butler<br>207 Roseland Drive<br>Rainbow City, AL 35906 |
| Jones and Butler Investments,<br>LLC<br>3518 Montrose Ave.<br>Rainbow City, AL 35906 | Jamila M. Byrd, next of kin of<br>Pamela Jean Johnson,<br>Deceased<br>328 East Morelia Ave.<br>Knoxville, TN 37917 | Gae Campbell<br>4206 Dolly's Drive<br>Sevierville, TN 37876 |
| Lindsey Campbell<br>608 E. Reagan Lane<br>Gatlinburg, TN 37738 | Myrl D. Carr Administrator of<br>Estate of Myrl J. Carr<br>3230 Woods Way<br>Sevierville, TN 37876 | Charles S. Cavanaugh<br>413 McMahan Avenue<br>Sevierville, TN 37862 |
| Destin R. Chambers<br>Kelsey Y. Chambers<br>1013 Powdermill Rd.<br>Gatlinburg, TN 37738 | Julie Lynn Chase<br>Caleb B. Chase<br>P.O. Box 6805<br>Sevierville, TN 37864 | David R. Cheatham<br>611 Anderson Drive<br>Clarksville, TN 37040 |
| Steve W. Cofield<br>Jan Cofield<br>4016 Rainbow Drive<br>Rainbow City, AL 35906 | Terry D. Daniel<br>Carol A. Daniel<br>4387 School Section Rd.<br>Cincinnati, OH 45211 | Leon C. Dodd<br>638 Cedar Lane, Apt. 1<br>Knoxville, TN 37912 |
| Amy E. Dowling<br>Don J. Dowling<br>214 Mills Park Rd.<br>Gatlinburg, TN 37738 | Justin W. Dumas<br>Merry D. Dumas<br>212 Golden Rod Drive<br>Seymour, TN 37865 | John P. Eames<br>Lois A. Eames<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| Timothy James Easley<br>P.O. Box 1763<br>Gatlinburg, TN 37738 | Timothy Fannin<br>7028 South Ridgewood Drive<br>Lambertville, MI 48141 | Linda K. Garrett<br>234 Benson Lane<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Stephen R. Gilmore<br>Deborah L. Gilmore<br>19 Meigs Dr.<br>Shalimar, FL 32579 | Brenda J. Halsey<br>James L. Halsey<br>570 South Greenlee Rd.<br>Troy, OH 45373 | Russell E. Haskins<br>Cheryl F. Haskins<br>P.O. Box 23423<br>Knoxville, TN 37933 |
| Mark Hass<br>Terri Hass<br>1160 Tranquility Way<br>Louisville, KY 40291 | Kirk L. Heinsohn<br>660 Washington Rd.<br>Gatlinburg, TN 37738 | Sharon H. Hirschfield<br>1431 N. Arvon Lane<br>Gatlinburg, TN 37738 |
| Dave Hisey<br>1160 Upper Alpine Way<br>Gatlinburg, TN 37738 | Karen M. Holding<br>Harry R. Holding<br>7104 West Santa Fe Drive<br>Mucie, IN 47304 | James D. Holifield<br>1320 Powdermill Rd. Apt. #3<br>Gatlinburg, TN 37738 |
| John L. Hondulas<br>676 Maryville Pike<br>Knoxville, TN 37920 | Charlie Bob Hughes Jr.<br>Victoria D. Fister<br>126 Cookeville Hwy<br>Carthage, TN 37030 | James M. Hunter<br>P.O. Box 21568<br>Chattanooga, TN 37424 |
| Kathy Jones<br>1420 Cherokee Circle<br>Sevierville, TN 37862 | David L. Joyner<br>1063 Valley View Cir<br>Sevierville, TN 37876 | Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 |
| ███████, Minor<br>B/N/F Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 | David M. Klassen<br>Linda F. Klassen<br>1615 Tammany Drive<br>Nashville, TN 37206 | Kyle S. King<br>Doreen R. King<br>624 Mountain Drive<br>Gatlinburg, TN 37738 |
| John C. Kling<br>Cheryl A. Kling<br>146 Hackberry Way<br>Dandridge, TN 37725 | Karen N. Leverette<br>John R. Leverette<br>360 Menawa Pass<br>Millbrook, AL 36504 | Damon J. Matthews<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| John H. H. Matthews<br>Kenneth M. Matthews Jr.<br>7400 Forests Edge Ct.<br>Lairel, MD 20707 | Jo Rita Maxwell<br>P.O. Box 965<br>Pigeon Forge, TN 37868 | Zina Faye McKinney<br>508 Houser Road<br>Gatlinburg, TN 37738 |
| Patrick McKnight<br>Karen McKnight<br>608 Forrest Hill Dr<br>Lexington, KY 40509 | Rita S. Montero<br>1300 Park Blvd.<br>Marion, VA 24354 | Douglas E. Moore<br>Sandy M. Moore<br>325 Beech Branch Road<br>Gatlinburg, TN 37738 |
| Carol G. Muszik<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | James Dale Grace Christian<br>Trust, MSM Capital<br>Management, LLLP<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | David L. Naquin, Sr.<br>Denise A. Naquin<br>760 Wiley Oakley Dr<br>Gatlinburg, TN 37738 |
| Sue A. Naquin | Carroll E. Nichols | Jacob W. Parton |

| | | |
|---|---|---|
| 2614 Surftide Drive<br>Dandridge, TN 37725 | 109 Carlstown Drive #2<br>Pigeon Forge, TN 37863 | Betty J. Parton<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 |
| Miranda L. Paulk<br>Dora Jean Paulk<br>430 Mountain Drive<br>Gatlinburg, TN 37738 | Amanda B. Perryman<br>221 Woodland Road<br>Gatlinburg, TN 37738 | Melanie Meeks Phillips, next of<br>kin of Bradley Phillips,<br>deceased<br>5861 Wild Fig Lane<br>Ft. Myers, FL 33919 |
| Wesley M. Pittman<br>Katrina L. Pittman<br>818 Wesley Drive<br>Gatlinburg, TN 37738 | Giselle Porraspita<br>15240 SW 148th Terrace<br>Miami, FL 33196 | Paul Cliff Price<br>320 Ownby Street<br>Gatlinburg, TN 37738 |
| Florian J. Puhala, Jr.<br>Mary E. Puhala<br>601 Glades Road, Suite 12<br>Gatlinburg, TN 37738 | Larry D. Raymes<br>Karen Raymes<br>835 Terry Drive<br>Gatlinburg, TN 37738 | Betsy C. Rettig<br>124 Plaza Drive<br>Unit 3104<br>Pigeon Forge, TN 37863 |
| Jacqueline R. Robertson<br>2805 Dower Road<br>Sevierville, TN 37876 | Sandra Rovhana-Lollino<br>William Mark Gillham<br>9 Jungle Plum Ct South<br>Homosassa, FL 34446 | Mark Rueter<br>Glen Beasley<br>117 Joy Street<br>Sevierville, TN 37862 |
| Kerry "Tom" Sanders<br>Denise M. Sanders<br>250 Collier Drive<br>Sevierville, TN 37862 | Phyllis J. Seidel<br>2768 Mill View Court<br>Hamilton, OH 45011 | James Tom Shofner<br>Cheryl A. Shofner<br>127 Captain Lowman Rd.<br>Chapin, SC 29036 |
| Elizabeth A. Smith<br>Claude Thomas<br>1619 Butternut Lane<br>Sevierville, TN 37876 | Owen G. Smith<br>Rick Cook<br>4008 Rose Hill Ave.<br>Cincinnati, OH 45229 | Joel A. Sortore<br>Tomeika C. Stallworth<br>3259 Sims Road<br>Sevierville, TN 37876 |
| Deborah T. Spillers, Admx of<br>the estate of<br>Charles Edwin Taylor<br>125 Pine Gate Dr<br>Greenville, S.C. 29607 | Connie R. Springfield<br>Barry S. Springfield<br>59 Stonecreek Drive<br>Cartersville, GA 30120 | Tammie R. Starkey<br>Tommy L. Starkey<br>P.O. Box 1758<br>Pigeon Forge, TN 37868 |
| Arthur W. Stewart<br>1359 Korey Blvd.<br>Sevierville, TN 37876 | Michael B. Thompson<br>2328 Big River Overlook Drive<br>Apt. #7<br>Sevierville, TN 37876 | Michael G. Thompson<br>Sue D. Thompson<br>P.O. Box 1554<br>Gatlinburg, TN 37738 |
| Raymond A. Waddle Jr.<br>Jacqueline Waddle<br>235 Jones Cove Rd<br>Cosby, TN 37722 | Delbert R. Wallace<br>1375 Ogle Rd.<br>Apt. 4<br>Sevierville, TN 37876 | Douglas S. Yates<br>Audrey Yates<br>117 Joy Street<br>Sevierville, TN 37862 |

| | | |
|---|---|---|
| Joshua Yates<br>Krista Yates<br>2213 Douglas Dam rd., Apt. 2<br>Sevierville, TN 37876 | Julie O. Yates<br>Anthony L. Yates<br>735 Cummings Chapel Rd.<br>Sevierville, TN 37876 | Charles C. Young<br>Deborah L. Young<br>3495 Country Hill Drive<br>Bartlett, TN 38135 |
| Judy A. Sullivan, Gerald<br>Sullivan<br>Mountainside Rentals<br>402 Minnow Lane<br>Gulf Shores, AL 36542 | | |

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Jody T. Bertram<br>520 Johnson Lane<br>Gatlinburg, TN 37738 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | Single | 11/23/2016 | Wednesday | 4:00 P.M. |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

AMENDED - Claimant: Renting plus furnishing and total contents located at: 754 Widows Knob Road Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) | |
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 | |

| 12. (See instructions on reverse). | | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 300,000.00 | | | 300,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Threets, atty* | (865) 637-2442 | 11/??/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No  17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes  If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

State Farm

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items – Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority*: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose*: The information requested is to be used in evaluating claims.
C. *Routine Use*: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond*: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Priscilla A. Blackburn<br>2905 Granite Avenue<br>Pigeon Forge, TN 37863 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | | Single | 11-23-2016    Wednesday | 4:00 P.M. |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Rented the 2nd floor of a house located at 330 N. Circle Drive, Gatlinburg, TN 37738. Lost lost entire contents, 2001 Honda Accord and Motocross bike.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| $50,000.00 | | | $50,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* | (865) 637-2442 | 8/22/17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No   | 17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, and Zip Code). ☒ No

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items - insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 652a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Terry H. Blanton Jr<br>Kimberly F. Blanton<br>P.O. Box 511<br>Meansville, GA 30256 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | | Married | 11/23/2016    Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence and total contents located at: 334 Long Hollow Road Sevierville, TN 37876
Rental property and total contents located at: 914 Oak Ridge Road Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 750,000.00 | | | 750,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath, atty* | (865) 637-2442 | 10-24-17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.    ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes  ☐ No    17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).    ☐ No

USAA

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted.  Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations.  If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant.  A claim presented by an agent or legal representative must be presented in the name of the claimant.  If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident.  Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A.  *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B.  *Principal Purpose:* The information requested is to be used in evaluating claims.
C.  *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D.  *Effect of Failure to Respond:* Disclosure is voluntary.  However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501.  Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention:  Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC  20530 or to the Office of Management and Budget.  Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) **BACK**

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency:<br><br>United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | 2. Name, address of claimant, and claimant's personal representative if any. (See Instructions on reverse). Number, Street, City, State and Zip code.<br><br>Cynthia D. Blocker<br>2969 Pine Haven Drive<br>Sevierville, TN 37862 |
|---|---|

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH<br>05/27/1965 | 5. MARITAL STATUS<br>Single | 6. DATE AND DAY OF ACCIDENT<br>11/23/2016 Wednesday | 7. TIME (A.M. OR P.M.)<br>4:00 P.M. |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence plus furnishings and total contents located at: 745 Ellis Ogle Road Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE<br><br>250,000.00 | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights).<br><br>250,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side).<br><br>*Sidney W. Gilreath, atty* | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>(865) 637-2442 | 14. DATE OF SIGNATURE<br>10-24-17 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM<br><br>The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS<br><br>Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |
|---|---|

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

| | | |
|---|---|---|
| **INSURANCE COVERAGE** | | |

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.    ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No    17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, and Zip Code).    ☒ No

**INSTRUCTIONS**

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

**PRIVACY ACT NOTICE**

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

**PAPERWORK REDUCTION ACT NOTICE**

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) **BACK**

LAW OFFICES

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3368

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 36103
901/527-0611

August 30, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:    Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result of the Gatlinburg Fire beginning November 23, 2016, and a list of the 61 claimants whose forms are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE

2018 SEP -5 AM 8:08          024120

RECEIVED

| | | |
|---|---|---|
| Jackie Sue Barnes<br>4250 Parkway<br>Pigeon Forge, TN 37722 | Christopher W. Beam<br>Sandra A. Beam<br>148 Scenic View Drive<br>Talbot, TN 37877 | Ruth B. Bloom<br>P.O. Box 1361<br>Gatlinburg, TN 37738 |
| Guy E. Burroughs<br>Christine M. Buurroughs<br>1432 Black Horse Run<br>Lebanon, OH 45036 | Rodney Clark<br>825 Smoke Rise Drive<br>Gatlinburg, TN 37738 | Nelida F. Collantes<br>Stephen C. Bradley<br>P.O. Box 866<br>Gatlinburg, TN 37738 |
| Jeffrey L. Cook<br>Nancy Jean Cook<br>9715 Pebble View Drive<br>Cincinnati, OH 45252 | Joanne Cooksey<br>6008 Meadow Oak Ln<br>Knoxville, TN 37720 | Jamie B. Cubbage<br>1630 Country Meadows Drive<br>Sevierville, TN 37862 |
| Bryan O. Dantzler<br>Margaret C. Dantzler<br>972 Poplar Springs Rd<br>Ringgold, GA 30736 | DF Investments<br>1320 Arrowhead Drive<br>Brentwood, TN 37027 | Phillip C. Dollish<br>Tammy L. Dollish<br>3245 Millsboro Rd. East<br>Mansfield, OH 44903 |
| Glenn F. Douglass<br>George T. Douglass Jr.<br>2988 Majestic View Walk<br>Lexington, VA 40511 | Angelina R. Dwyer<br>4815 Kingston Pike #131<br>Knoxville, TN 37919 | Kent A. Emmons<br>9663 Santa Monica Blvd. #869<br>Beverly Hills, CA 90210 |
| James E. & Sara Farris<br>John D. & Jean Denney<br>1320 Arrowhead Drive<br>Brentwood, TN 37027 | W. Earl Finley<br>811 Wavecrest Lane<br>Houston, TX 77062 | Melissa A. Flannery<br>444 Kingfisher Avenue<br>Sevierville, TN 37762 |
| Thomas Freeberg<br>Katherine E. Freeberg<br>5925 SE 1258 Court<br>Ocklawaha, FL 32179 | Earlene A. Haddock<br>4302 Gainesborough Court<br>Tampa, FL 33624 | Marie P. Hand<br>Jottie L. Hand<br>810 Davenport Drive<br>Gatlinburg, TN 37738 |
| Michele L. Huskey<br>Billy L. Huskey<br>142 Hickman Hollow Road<br>Gatlinburg, TN 37738 | Debra S. Jarvis<br>Mark Jarvis<br>3719 Ginseng Way<br>Sevierville, TN 37862 | Wyatt R. Jones, III<br>Nancy Susan Jones<br>1740 Cherry Lane<br>Lakeland, FL 33811 |
| Linda L. Kalehoff<br>2746 Native Dancer Way<br>Sevierville, TN 37876 | Stephanie M. Kennedy<br>Michael Salimbene<br>619 Huskey Grove Road<br>Sevierville, TN 37876 | Ben A. Lambeth<br>P.O. Box 766<br>Wendell, NC 27591 |

| | | |
|---|---|---|
| Greg E. Lane<br>Joy D. Lane<br>2835 New Center Drive<br>Sevierville, TN 37876 | Joseph F. McCahill<br>830 Tully Road<br>Knoxville, TN 37919 | Noble C. McCulley<br>Loren B. McCulley<br>150 Oglewood Lane<br>Gatlinburg, TN 37738 |
| Kevin S. McGuire<br>P.O. Box 1363<br>Gatlinburg, TN 37738 | Alex R. Moore<br>Polly I. Moore<br>1 Pearl Avenue<br>Marietta, SC 29661 | Michael R. Morgan<br>Diana L. Morgan<br>319 Franklin Meadows Way<br>Seymour, TN 37865 |
| Maryellen Nicholson<br>1311 Hwy. 417<br>Moore, SC 29369 | Joseph M. O'Neill<br>909 Ella Drive<br>Sevierville, TN 37862 | Leslie A. O'Neill<br>909 Ella Drive<br>Sevierville, TN 37862 |
| Harold W. Otto<br>Linda A. Otto<br>2038 Fox Lane<br>Sevierville, TN 37862 | Greg S. Pancake<br>P.O. Box 1784<br>Gatlinburg, TN 37738 | Dharmesh H. Patel<br>Donika N. Patel<br>523 East Parkway<br>Gatlinburg, TN 37738 |
| Scott H. Patterson<br>Sandra L. Patterson<br>236 Cedarwood Drive<br>Sevierville, TN 37876 | Scott K. Perham<br>Paula L. Perham<br>208 Tunnel Ridge Drive<br>Sevierville, TN 37876 | Gerald J. Portier<br>Gwendolyn H. Portier<br>P.O. Box 2058<br>Metaire, LA 70004 |
| Larry W. Potter<br>Wanda R. Potter<br>P.O. Box 411434<br>Melbourne, FL 32941 | Julio A. Rabelo<br>110 S.W. 48th Avenue<br>Miami, FL 33134 | Ashley M. Rad<br>1733 Snapp Road<br>Sevierville, TN 37862 |
| Jason S. Rakes<br>265 New Jail St<br>Sneedville, TN 37869 | Matthew L. Robertson<br>1733 Snapp Road<br>Sevierville, TN 37862 | David M. Rush<br>Regina L. Rush<br>9575 Hickory Lane<br>St. John, IN 46373 |
| Joseph S. Sherrod<br>Tamila S. Sherrod<br>1541 Old Chisholm Trial<br>Dandridge, TN 37725 | Donald D. Shipman<br>260 Roaring Fork Road<br>Gatlinburg, TN 37738 | Daniel G. Strange<br>Ginger P. Strange<br>1499 Hwy. 77<br>Southside, AL 35907 |
| Benjie S. Stroupe<br>307 Newman Road<br>Gatlinburg, TN 37738 | Bobby R. Taylor<br>Doris G. Taylor<br>P.O Box 307<br>Gatlinburg, TN 37738 | Sabrina C. Taylor<br>902 Street of Dreams Way<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Scott C. Tegler<br>41 Windermere Crescent<br>Woodstock, Ontario, Canada<br>N456T3 | Glenn E. Terry<br>Bea P. Terry<br>1235 Ski Mountain Road #605<br>Gatlinburg, TN 37783 | Patrick Toner<br>Lisa Ann Toner<br>19 Bay View Drive<br>Westhampton, NY 11177 |
| James Carl Vance<br>395 Devon Chase Hall<br>Unit 3804<br>Gallatin, TN 37066 | Robert D. Ward, Jr.<br>1110 Lower Alpine Way<br>Gatlinburg, TN 37733 | Anita A. Wenn<br>Don F. Green<br>1171 Hemlock Drive<br>Gatlinburg, TN 37738 |
| John C. Willett<br>Kimberly D. Willett<br>4004 French Broad Circle<br>Sevierville, TN 37876 | Scott W. Young<br>Jayne M. Young<br>704 Ely Road<br>Gatlinburg, TN 37738 | |

| CLAIM FOR DAMAGE, INJURY, OR DEATH | **INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government Department of the Interior 1849 C Street, N.W. Washington, DC 20240 | Ruth B. Bloom P.O. Box 1361 Gatlinburg, TN 37738 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | ▮ | Single | 11/23/2016        Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Renting private residence; total contents; damage to vehicle located at 326-2 Cottage Drive Gatlinburg, TN

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) | |
| Eric Cooper | 1216 East Parkway #1413 Gatlinburg, TN 37738 | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 125,000.00 | | | 125,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* | (865) 637-2442 | 8/21/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction Previous Edition is not Usable | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|

95-109

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☒ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☒ No    17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government Department of the Interior 1849 C. Street, N.W. Washington, DC 20240 | Ronald J. Bommer<br>mail address: 5576 Bridgetown Rd.<br>Cincinnati, OH 45248 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | Married | 11/28/2016<br>11/23/2016  Wednesday | 4:00 P.M. |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

#414 & #415 Highlands Condominiums, 855 Campbell Lead Rd. Gatlinburg, TN 37738

## 9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

All 8 residential condominiums in this building part of the 77 unit complex were destroyed to the ground.

## 10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

no injuries or deaths occured at that location.

## 11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Cindy & Mike Werner | 823 Holston Dr.<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| $300,000. Total for 2 units above. | none | none | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* | 513-300-6466 C.<br>513-574-1020 off | 11/19/18 |

**CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM**

**CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS**

The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729.)

Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.)

| Authorized for Local Reproduction Previous Edition is not Usable 95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? [X] Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. [ ] No

Look up who the check came from.

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? [ ] Yes [ ] No   17. If deductible, state amount.

Not auto insurance. Our homeowners Association *filed* & collected full amount as recommended by the *FILED* insurance. Recommended amounts were insufficient.

-0-

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? [X] Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). [ ] No

I carry liability insurance - Home owner's Association carried property coverage in amounts recommended by the insurance company

Liberty Ins. via CHI in Cincinnati  513-231-1140

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

LAW OFFICES

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3388

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0511

November 21, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:     Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result
of the Gatlinburg Fire beginning November 23, 2016, and a list of the 97 claimants whose forms
are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney Gilreath

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE
2018 NOV 27 AM 8: 52
RECEIVED

0260143

| | | |
|---|---|---|
| Paul W. Abbott<br>Toni L. Abbott<br>1718 North Roane Street<br>Johnson City, TN 37601 | Brittany N. Adkins<br>2239 Grassy Branch Rd.<br>Sevierville, TN 37876 | Jayme E. Aleman<br>1475 Robert Ridge Road<br>Sevierville, TN 37862 |
| Brian H. Alspach<br>530 Bruce Rd.<br>Gatlinburg, TN 37738 | Tammy F. Bain<br>Leslie N. Miles<br>827 Sunrise Blvd<br>Sevierville, TN 37862 | Michael Bech<br>Sandra M. Bech<br>312 Saddleback Way<br>Sevierville, TN 37862 |
| Jody T. Bertram<br>520 Johnson Lane<br>Gatlinburg, TN 37738 | Stephen E. Bond<br>5896 Milburne Drive<br>Milford, OH 45150 | Marvis L. Bosarge Gonzalez<br>P.O. Box 425<br>Pigeon Forge, TN 37868 |
| Terrell M. Bouie<br>4749 Towensend<br>Gatlinburg, TN 37738 | Genie E. Brabham<br>535 Greenbriar Lane<br>Gatlinburg, TN 37738 | Deborah A. Brooks<br>219 Emert Street<br>Pigeon Forge, TN 37863 |
| William E. Brown Exector of<br>Estate of Elaine H. Brown<br>97 Ellis Drive<br>West Falls, NY 14170 | Eve O. Buero<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 | Mack Newman Butler<br>Connie Panelle Butler<br>207 Roseland Drive<br>Rainbow City, AL 35906 |
| Jones and Butler Investments,<br>LLC<br>3518 Montrose Ave.<br>Rainbow City, AL 35906 | Jamila M. Byrd, next of kin of<br>Pamela Jean Johnson,<br>Deceased<br>328 East Morelia Ave.<br>Knoxville, TN 37917 | Gae Campbell<br>4206 Dolly's Drive<br>Sevierville, TN 37876 |
| Lindsey Campbell<br>608 E. Reagan Lane<br>Gatlinburg, TN 37738 | Myrl D. Carr Administrator of<br>Estate of Myrl J. Carr<br>3230 Woods Way<br>Sevierville, TN 37876 | Charles S. Cavanaugh<br>413 McMahan Avenue<br>Sevierville, TN 37862 |
| Destin R. Chambers<br>Kelsey Y. Chambers<br>1013 Powdermill Rd.<br>Gatlinburg, TN 37738 | Julie Lynn Chase<br>Caleb B. Chase<br>P.O. Box 6805<br>Sevierville, TN 37864 | David R. Cheatham<br>611 Anderson Drive<br>Clarksville, TN 37040 |
| Steve W. Cofield<br>Jan Cofield<br>4016 Rainbow Drive<br>Rainbow City, AL 35906 | Terry D. Daniel<br>Carol A. Daniel<br>4387 School Section Rd.<br>Cincinnati, OH 45211 | Leon C. Dodd<br>638 Cedar Lane, Apt. 1<br>Knoxville, TN 37912 |
| Amy E. Dowling<br>Don J. Dowling<br>214 Mills Park Rd.<br>Gatlinburg, TN 37738 | Justin W. Dumas<br>Merry D. Dumas<br>212 Golden Rod Drive<br>Seymour, TN 37865 | John P. Eames<br>Lois A. Eames<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| Timothy James Easley<br>P.O. Box 1763<br>Gatlinburg, TN 37738 | Timothy Fannin<br>7028 South Ridgewood Drive<br>Lambertville, MI 48141 | Linda K. Garrett<br>234 Benson Lane<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Stephen R. Gilmore<br>Deborah L. Gilmore<br>19 Meigs Dr.<br>Shalimar, FL 32579 | Brenda J. Halsey<br>James L. Halsey<br>570 South Greenlee Rd.<br>Troy, OH 45373 | Russell E. Haskins<br>Cheryl F. Haskins<br>P.O. Box 23423<br>Knoxville, TN 37933 |
| Mark Hass<br>Terri Hass<br>1160 Tranquility Way<br>Louisville, KY 40291 | Kirk L. Heinsohn<br>660 Washington Rd.<br>Gatlinburg, TN 37738 | Sharon H. Hirschfield<br>1431 N. Arvon Lane<br>Gatlinburg, TN 37738 |
| Dave Hisey<br>1160 Upper Alpine Way<br>Gatlinburg, TN 37738 | Karen M. Holding<br>Harry R. Holding<br>7104 West Santa Fe Drive<br>Mucie, IN 47304 | James D. Holifield<br>1320 Powdermill Rd. Apt. #3<br>Gatlinburg, TN 37738 |
| John L. Hondulas<br>676 Maryville Pike<br>Knoxville, TN 37920 | Charlie Bob Hughes Jr.<br>Victoria D. Fister<br>126 Cookeville Hwy<br>Carthage, TN 37030 | James M. Hunter<br>P.O. Box 21568<br>Chattanooga, TN 37424 |
| Kathy Jones<br>1420 Cherokee Circle<br>Sevierville, TN 37862 | David L. Joyner<br>1063 Valley View Cir<br>Sevierville, TN 37876 | Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 |
| ██████, Minor<br>B/N/F Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 | David M. Klassen<br>Linda F. Klassen<br>1615 Tammany Drive<br>Nashville, TN 37206 | Kyle S. King<br>Doreen R. King<br>624 Mountain Drive<br>Gatlinburg, TN 37738 |
| John C. Kling<br>Cheryl A. Kling<br>146 Hackberry Way<br>Dandridge, TN 37725 | Karen N. Leverette<br>John R. Leverette<br>360 Menawa Pass<br>Millbrook, AL 36504 | Damon J. Matthews<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| John H. H. Matthews<br>Kenneth M. Matthews Jr.<br>7400 Forests Edge Ct.<br>Lairel, MD 20707 | Jo Rita Maxwell<br>P.O. Box 965<br>Pigeon Forge, TN 37868 | Zina Faye McKinney<br>508 Houser Road<br>Gatlinburg, TN 37738 |
| Patrick McKnight<br>Karen McKnight<br>608 Forrest Hill Dr<br>Lexington, KY 40509 | Rita S. Montero<br>1300 Park Blvd.<br>Marion, VA 24354 | Douglas E. Moore<br>Sandy M. Moore<br>325 Beech Branch Road<br>Gatlinburg, TN 37738 |
| Carol G. Muszik<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | James Dale Grace Christian<br>Trust, MSM Capital<br>Management, LLLP<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | David L. Naquin, Sr.<br>Denise A. Naquin<br>760 Wiley Oakley Dr<br>Gatlinburg, TN 37738 |
| Sue A. Naquin | Carroll E. Nichols | Jacob W. Parton |

| | | |
|---|---|---|
| 2614 Surftide Drive<br>Dandridge, TN 37725 | 109 Carlstown Drive #2<br>Pigeon Forge, TN 37863 | Betty J. Parton<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 |
| Miranda L. Paulk<br>Dora Jean Paulk<br>430 Mountain Drive<br>Gatlinburg, TN 37738 | Amanda B. Perryman<br>221 Woodland Road<br>Gatlinburg, TN 37738 | Melanie Meeks Phillips, next of<br>kin of Bradley Phillips,<br>deceased<br>5861 Wild Fig Lane<br>Ft. Myers, FL 33919 |
| Wesley M. Pittman<br>Katrina L. Pittman<br>818 Wesley Drive<br>Gatlinburg, TN 37738 | Giselle Porraspita<br>15240 SW 148th Terrace<br>Miami, FL 33196 | Paul Cliff Price<br>320 Ownby Street<br>Gatlinburg, TN 37738 |
| Florian J. Puhala, Jr.<br>Mary E. Puhala<br>601 Glades Road, Suite 12<br>Gatlinburg, TN 37738 | Larry D. Raymes<br>Karen Raymes<br>835 Terry Drive<br>Gatlinburg, TN 37738 | Betsy C. Rettig<br>124 Plaza Drive<br>Unit 3104<br>Pigeon Forge, TN 37863 |
| Jacqueline R. Robertson<br>2805 Dower Road<br>Sevierville, TN 37876 | Sandra Rovhana-Lollino<br>William Mark Gillham<br>9 Jungle Plum Ct South<br>Homosassa, FL 34446 | Mark Rueter<br>Glen Beasley<br>117 Joy Street<br>Sevierville, TN 37862 |
| Kerry "Tom" Sanders<br>Denise M. Sanders<br>250 Collier Drive<br>Sevierville, TN 37862 | Phyllis J. Seidel<br>2768 Mill View Court<br>Hamilton, OH 45011 | James Tom Shofner<br>Cheryl A. Shofner<br>127 Captain Lowman Rd.<br>Chapin, SC 29036 |
| Elizabeth A. Smith<br>Claude Thomas<br>1619 Butternut Lane<br>Sevierville, TN 37876 | Owen G. Smith<br>Rick Cook<br>4008 Rose Hill Ave.<br>Cincinnati, OH 45229 | Joel A. Sortore<br>Tomeika C. Stallworth<br>3259 Sims Road<br>Sevierville, TN 37876 |
| Deborah T. Spillers, Admx of<br>the estate of<br>Charles Edwin Taylor<br>125 Pine Gate Dr<br>Greenville, S.C. 29607 | Connie R. Springfield<br>Barry S. Springfield<br>59 Stonecreek Drive<br>Cartersville, GA 30120 | Tammie R. Starkey<br>Tommy L. Starkey<br>P.O. Box 1758<br>Pigeon Forge, TN 37868 |
| Arthur W. Stewart<br>1359 Korey Blvd.<br>Sevierville, TN 37876 | Michael B. Thompson<br>2328 Big River Overlook Drive<br>Apt. #7<br>Sevierville, TN 37876 | Michael G. Thompson<br>Sue D. Thompson<br>P.O. Box 1554<br>Gatlinburg, TN 37738 |
| Raymond A. Waddle Jr.<br>Jacqueline Waddle<br>235 Jones Cove Rd<br>Cosby, TN 37722 | Delbert R. Wallace<br>1375 Ogle Rd.<br>Apt. 4<br>Sevierville, TN 37876 | Douglas S. Yates<br>Audrey Yates<br>117 Joy Street<br>Sevierville, TN 37862 |

| Joshua Yates<br>Krista Yates<br>2213 Douglas Dam rd., Apt. 2<br>Sevierville, TN 37876 | Julie O. Yates<br>Anthony L. Yates<br>735 Cummings Chapel Rd.<br>Sevierville, TN 37876 | Charles C. Young<br>Deborah L. Young<br>3495 Country Hill Drive<br>Bartlett, TN 38135 |
| --- | --- | --- |
| Judy A. Sullivan, Gerald<br>Sullivan<br>Mountainside Rentals<br>402 Minnow Lane<br>Gulf Shores, AL 36542 | | |

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See Instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government Department of the Interior 1849 C Street, N.W. Washington, DC 20240 | Stephen E. Bond 5896 Milburne Drive Milford, OH 45150 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | | Married | 11/23/2016 | Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence plus furnishings and total contents located at: 224 Sherman Clabo Road Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Eric Cooper | 1216 East Parkway #1413 Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 450,000.00 | | | 450,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath, atty* | (865) 637-2442 | 11/20/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction Previous Edition is not Usable | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|

95-109

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance?  [ ] Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   [ ] No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?   [X] Yes   [ ] No   17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance?  [X] Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   [ ] No

Nationwide

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC  20530 or to the Office of Management and Budget.  Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3388

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0511

November 21, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:    Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result
of the Gatlinburg Fire beginning November 23, 2016, and a list of the 97 claimants whose forms
are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney Gilreath

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE

2018 NOV 27 AM 8: 52

RECEIVED

0260143

| | | |
|---|---|---|
| Paul W. Abbott<br>Toni L. Abbott<br>1718 North Roane Street<br>Johnson City, TN 37601 | Brittany N. Adkins<br>2239 Grassy Branch Rd.<br>Sevierville, TN 37876 | Jayme E. Aleman<br>1475 Robert Ridge Road<br>Sevierville, TN 37862 |
| Brian H. Alspach<br>530 Bruce Rd.<br>Gatlinburg, TN 37738 | Tammy F. Bain<br>Leslie N. Miles<br>827 Sunrise Blvd<br>Sevierville, TN 37862 | Michael Bech<br>Sandra M. Bech<br>312 Saddleback Way<br>Sevierville, TN 37862 |
| Jody T. Bertram<br>520 Johnson Lane<br>Gatlinburg, TN 37738 | Stephen E. Bond<br>5896 Milburne Drive<br>Milford, OH 45150 | Marvis L. Bosarge Gonzalez<br>P.O. Box 425<br>Pigeon Forge, TN 37868 |
| Terrell M. Bouie<br>4749 Towensend<br>Gatlinburg, TN 37738 | Genie E. Brabham<br>535 Greenbriar Lane<br>Gatlinburg, TN 37738 | Deborah A. Brooks<br>219 Emert Street<br>Pigeon Forge, TN 37863 |
| William E. Brown Exector of<br>Estate of Elaine H. Brown<br>97 Ellis Drive<br>West Falls, NY 14170 | Eve O. Buero<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 | Mack Newman Butler<br>Connie Panelle Butler<br>207 Roseland Drive<br>Rainbow City, AL 35906 |
| Jones and Butler Investments,<br>LLC<br>3518 Montrose Ave.<br>Rainbow City, AL 35906 | Jamila M. Byrd, next of kin of<br>Pamela Jean Johnson,<br>Deceased<br>328 East Morelia Ave.<br>Knoxville, TN 37917 | Gae Campbell<br>4206 Dolly's Drive<br>Sevierville, TN 37876 |
| Lindsey Campbell<br>608 E. Reagan Lane<br>Gatlinburg, TN 37738 | Myrl D. Carr Administrator of<br>Estate of Myrl J. Carr<br>3230 Woods Way<br>Sevierville, TN 37876 | Charles S. Cavanaugh<br>413 McMahan Avenue<br>Sevierville, TN 37862 |
| Destin R. Chambers<br>Kelsey Y. Chambers<br>1013 Powdermill Rd.<br>Gatlinburg, TN 37738 | Julie Lynn Chase<br>Caleb B. Chase<br>P.O. Box 6805<br>Sevierville, TN 37864 | David R. Cheatham<br>611 Anderson Drive<br>Clarksville, TN 37040 |
| Steve W. Cofield<br>Jan Cofield<br>4016 Rainbow Drive<br>Rainbow City, AL 35906 | Terry D. Daniel<br>Carol A. Daniel<br>4387 School Section Rd.<br>Cincinnati, OH 45211 | Leon C. Dodd<br>638 Cedar Lane, Apt. 1<br>Knoxville, TN 37912 |
| Amy E. Dowling<br>Don J. Dowling<br>214 Mills Park Rd.<br>Gatlinburg, TN 37738 | Justin W. Dumas<br>Merry D. Dumas<br>212 Golden Rod Drive<br>Seymour, TN 37865 | John P. Eames<br>Lois A. Eames<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| Timothy James Easley<br>P.O. Box 1763<br>Gatlinburg, TN 37738 | Timothy Fannin<br>7028 South Ridgewood Drive<br>Lambertville, MI 48141 | Linda K. Garrett<br>234 Benson Lane<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Stephen R. Gilmore<br>Deborah L. Gilmore<br>19 Meigs Dr.<br>Shalimar, FL 32579 | Brenda J. Halsey<br>James L. Halsey<br>570 South Greenlee Rd.<br>Troy, OH 45373 | Russell E. Haskins<br>Cheryl F. Haskins<br>P.O. Box 23423<br>Knoxville, TN 37933 |
| Mark Hass<br>Terri Hass<br>1160 Tranquility Way<br>Louisville, KY 40291 | Kirk L. Heinsohn<br>660 Washington Rd.<br>Gatlinburg, TN 37738 | Sharon H. Hirschfield<br>1431 N. Arvon Lane<br>Gatlinburg, TN 37738 |
| Dave Hisey<br>1160 Upper Alpine Way<br>Gatlinburg, TN 37738 | Karen M. Holding<br>Harry R. Holding<br>7104 West Santa Fe Drive<br>Mucie, IN 47304 | James D. Holifield<br>1320 Powdermill Rd. Apt. #3<br>Gatlinburg, TN 37738 |
| John L. Hondulas<br>676 Maryville Pike<br>Knoxville, TN 37920 | Charlie Bob Hughes Jr.<br>Victoria D. Fister<br>126 Cookeville Hwy<br>Carthage, TN 37030 | James M. Hunter<br>P.O. Box 21568<br>Chattanooga, TN 37424 |
| Kathy Jones<br>1420 Cherokee Circle<br>Sevierville, TN 37862 | David L. Joyner<br>1063 Valley View Cir<br>Sevierville, TN 37876 | Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 |
| ██████████, Minor<br>B/N/F Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 | David M. Klassen<br>Linda F. Klassen<br>1615 Tammany Drive<br>Nashville, TN 37206 | Kyle S. King<br>Doreen R. King<br>624 Mountain Drive<br>Gatlinburg, TN 37738 |
| John C. Kling<br>Cheryl A. Kling<br>146 Hackberry Way<br>Dandridge, TN 37725 | Karen N. Leverette<br>John R. Leverette<br>360 Menawa Pass<br>Millbrook, AL 36504 | Damon J. Matthews<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| John H. H. Matthews<br>Kenneth M. Matthews Jr.<br>7400 Forests Edge Ct.<br>Lairel, MD 20707 | Jo Rita Maxwell<br>P.O. Box 965<br>Pigeon Forge, TN 37868 | Zina Faye McKinney<br>508 Houser Road<br>Gatlinburg, TN 37738 |
| Patrick McKnight<br>Karen McKnight<br>608 Forrest Hill Dr<br>Lexington, KY 40509 | Rita S. Montero<br>1300 Park Blvd.<br>Marion, VA 24354 | Douglas E. Moore<br>Sandy M. Moore<br>325 Beech Branch Road<br>Gatlinburg, TN 37738 |
| Carol G. Muszik<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | James Dale Grace Christian<br>Trust, MSM Capital<br>Management, LLLP<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | David L. Naquin, Sr.<br>Denise A. Naquin<br>760 Wiley Oakley Dr<br>Gatlinburg, TN 37738 |
| Sue A. Naquin | Carroll E. Nichols | Jacob W. Parton |

| | | |
|---|---|---|
| 2614 Surftide Drive<br>Dandridge, TN 37725 | 109 Carlstown Drive #2<br>Pigeon Forge, TN 37863 | Betty J. Parton<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 |
| Miranda L. Paulk<br>Dora Jean Paulk<br>430 Mountain Drive<br>Gatlinburg, TN 37738 | Amanda B. Perryman<br>221 Woodland Road<br>Gatlinburg, TN 37738 | Melanie Meeks Phillips, next of<br>kin of Bradley Phillips,<br>deceased<br>5861 Wild Fig Lane<br>Ft. Myers, FL 33919 |
| Wesley M. Pittman<br>Katrina L. Pittman<br>818 Wesley Drive<br>Gatlinburg, TN 37738 | Giselle Porraspita<br>15240 SW 148th Terrace<br>Miami, FL 33196 | Paul Cliff Price<br>320 Ownby Street<br>Gatlinburg, TN 37738 |
| Florian J. Puhala, Jr.<br>Mary E. Puhala<br>601 Glades Road, Suite 12<br>Gatlinburg, TN 37738 | Larry D. Raymes<br>Karen Raymes<br>835 Terry Drive<br>Gatlinburg, TN 37738 | Betsy C. Rettig<br>124 Plaza Drive<br>Unit 3104<br>Pigeon Forge, TN 37863 |
| Jacqueline R. Robertson<br>2805 Dower Road<br>Sevierville, TN 37876 | Sandra Rovhana-Lollino<br>William Mark Gillham<br>9 Jungle Plum Ct South<br>Homosassa, FL 34446 | Mark Rueter<br>Glen Beasley<br>117 Joy Street<br>Sevierville, TN 37862 |
| Kerry "Tom" Sanders<br>Denise M. Sanders<br>250 Collier Drive<br>Sevierville, TN 37862 | Phyllis J. Seidel<br>2768 Mill View Court<br>Hamilton, OH 45011 | James Tom Shofner<br>Cheryl A. Shofner<br>127 Captain Lowman Rd.<br>Chapin, SC 29036 |
| Elizabeth A. Smith<br>Claude Thomas<br>1619 Butternut Lane<br>Sevierville, TN 37876 | Owen G. Smith<br>Rick Cook<br>4008 Rose Hill Ave.<br>Cincinnati, OH 45229 | Joel A. Sortore<br>Tomeika C. Stallworth<br>3259 Sims Road<br>Sevierville, TN 37876 |
| Deborah T. Spillers, Admx of<br>the estate of<br>Charles Edwin Taylor<br>125 Pine Gate Dr<br>Greenville, S.C. 29607 | Connie R. Springfield<br>Barry S. Springfield<br>59 Stonecreek Drive<br>Cartersville, GA 30120 | Tammie R. Starkey<br>Tommy L. Starkey<br>P.O. Box 1758<br>Pigeon Forge, TN 37868 |
| Arthur W. Stewart<br>1359 Korey Blvd.<br>Sevierville, TN 37876 | Michael B. Thompson<br>2328 Big River Overlook Drive<br>Apt. #7<br>Sevierville, TN 37876 | Michael G. Thompson<br>Sue D. Thompson<br>P.O. Box 1554<br>Gatlinburg, TN 37738 |
| Raymond A. Waddle Jr.<br>Jacqueline Waddle<br>235 Jones Cove Rd<br>Cosby, TN 37722 | Delbert R. Wallace<br>1375 Ogle Rd.<br>Apt. 4<br>Sevierville, TN 37876 | Douglas S. Yates<br>Audrey Yates<br>117 Joy Street<br>Sevierville, TN 37862 |

| Joshua Yates<br>Krista Yates<br>2213 Douglas Dam rd., Apt. 2<br>Sevierville, TN 37876 | Julie O. Yates<br>Anthony L. Yates<br>735 Cummings Chapel Rd.<br>Sevierville, TN 37876 | Charles C. Young<br>Deborah L. Young<br>3495 Country Hill Drive<br>Bartlett, TN 38135 |
| --- | --- | --- |
| Judy A. Sullivan, Gerald<br>Sullivan<br>Mountainside Rentals<br>402 Minnow Lane<br>Gulf Shores, AL 36542 | | |

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government Department of the Interior 1849 C Street, N.W. Washington, DC 20240 | Marvis L. Bosarge Gonzalez P.O. Box 425 Pigeon Forge, TN 37868 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | | Single | 11/23/2016 | Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence, total contents located at: 424 Troy Drive, Pigeon Forge, TN 37863; Artwork, Jewelry.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413 Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 450,000.00 | | | 450,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* | (865) 637-2442 | 11/21/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

Case 3:18-cv-00201-JRG-CRW   Document 111-1   Filed 06/01/21   Page 122 of 502   PageID #: 4016

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

| | |
|---|---|
| 15. Do you carry accident insurance? ☐ Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No | |

| | |
|---|---|
| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No | 17. If deductible, state amount. |

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes  If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

State Farm

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) in support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) in support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) in support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. Authority: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. Principal Purpose: The information requested is to be used in evaluating claims.
C. Routine Use: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. Effect of Failure to Respond: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) **BACK**

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3388

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0511

November 21, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:    Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result of the Gatlinburg Fire beginning November 23, 2016, and a list of the 97 claimants whose forms are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE

2018 NOV 27 AM 8:52

RECEIVED

0260143

| | | |
|---|---|---|
| Paul W. Abbott<br>Toni L. Abbott<br>1718 North Roane Street<br>Johnson City, TN 37601 | Brittany N. Adkins<br>2239 Grassy Branch Rd.<br>Sevierville, TN 37876 | Jayme E. Aleman<br>1475 Robert Ridge Road<br>Sevierville, TN 37862 |
| Brian H. Alspach<br>530 Bruce Rd.<br>Gatlinburg, TN 37738 | Tammy F. Bain<br>Leslie N. Miles<br>827 Sunrise Blvd<br>Sevierville, TN 37862 | Michael Bech<br>Sandra M. Bech<br>312 Saddleback Way<br>Sevierville, TN 37862 |
| Jody T. Bertram<br>520 Johnson Lane<br>Gatlinburg, TN 37738 | Stephen E. Bond<br>5896 Milburne Drive<br>Milford, OH 45150 | Marvis L. Bosarge Gonzalez<br>P.O. Box 425<br>Pigeon Forge, TN 37868 |
| Terrell M. Bouie<br>4749 Towensend<br>Gatlinburg, TN 37738 | Genie E. Brabham<br>535 Greenbriar Lane<br>Gatlinburg, TN 37738 | Deborah A. Brooks<br>219 Emert Street<br>Pigeon Forge, TN 37863 |
| William E. Brown Exector of<br>Estate of Elaine H. Brown<br>97 Ellis Drive<br>West Falls, NY 14170 | Eve O. Buero<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 | Mack Newman Butler<br>Connie Panelle Butler<br>207 Roseland Drive<br>Rainbow City, AL 35906 |
| Jones and Butler Investments,<br>LLC<br>3518 Montrose Ave.<br>Rainbow City, AL 35906 | Jamila M. Byrd, next of kin of<br>Pamela Jean Johnson,<br>Deceased<br>328 East Morelia Ave.<br>Knoxville, TN 37917 | Gae Campbell<br>4206 Dolly's Drive<br>Sevierville, TN 37876 |
| Lindsey Campbell<br>608 E. Reagan Lane<br>Gatlinburg, TN 37738 | Myrl D. Carr Administrator of<br>Estate of Myrl J. Carr<br>3230 Woods Way<br>Sevierville, TN 37876 | Charles S. Cavanaugh<br>413 McMahan Avenue<br>Sevierville, TN 37862 |
| Destin R. Chambers<br>Kelsey Y. Chambers<br>1013 Powdermill Rd.<br>Gatlinburg, TN 37738 | Julie Lynn Chase<br>Caleb B. Chase<br>P.O. Box 6805<br>Sevierville, TN 37864 | David R. Cheatham<br>611 Anderson Drive<br>Clarksville, TN 37040 |
| Steve W. Cofield<br>Jan Cofield<br>4016 Rainbow Drive<br>Rainbow City, AL 35906 | Terry D. Daniel<br>Carol A. Daniel<br>4387 School Section Rd.<br>Cincinnati, OH 45211 | Leon C. Dodd<br>638 Cedar Lane, Apt. 1<br>Knoxville, TN 37912 |
| Amy E. Dowling<br>Don J. Dowling<br>214 Mills Park Rd.<br>Gatlinburg, TN 37738 | Justin W. Dumas<br>Merry D. Dumas<br>212 Golden Rod Drive<br>Seymour, TN 37865 | John P. Eames<br>Lois A. Eames<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| Timothy James Easley<br>P.O. Box 1763<br>Gatlinburg, TN 37738 | Timothy Fannin<br>7028 South Ridgewood Drive<br>Lambertville, MI 48141 | Linda K. Garrett<br>234 Benson Lane<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Stephen R. Gilmore<br>Deborah L. Gilmore<br>19 Meigs Dr.<br>Shalimar, FL 32579 | Brenda J. Halsey<br>James L. Halsey<br>570 South Greenlee Rd.<br>Troy, OH 45373 | Russell E. Haskins<br>Cheryl F. Haskins<br>P.O. Box 23423<br>Knoxville, TN 37933 |
| Mark Hass<br>Terri Hass<br>1160 Tranquility Way<br>Louisville, KY 40291 | Kirk L. Heinsohn<br>660 Washington Rd.<br>Gatlinburg, TN 37738 | Sharon H. Hirschfield<br>1431 N. Arvon Lane<br>Gatlinburg, TN 37738 |
| Dave Hisey<br>1160 Upper Alpine Way<br>Gatlinburg, TN 37738 | Karen M. Holding<br>Harry R. Holding<br>7104 West Santa Fe Drive<br>Mucie, IN 47304 | James D. Holifield<br>1320 Powdermill Rd. Apt. #3<br>Gatlinburg, TN 37738 |
| John L. Hondulas<br>676 Maryville Pike<br>Knoxville, TN 37920 | Charlie Bob Hughes Jr.<br>Victoria D. Fister<br>126 Cookeville Hwy<br>Carthage, TN 37030 | James M. Hunter<br>P.O. Box 21568<br>Chattanooga, TN 37424 |
| Kathy Jones<br>1420 Cherokee Circle<br>Sevierville, TN 37862 | David L. Joyner<br>1063 Valley View Cir<br>Sevierville, TN 37876 | Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 |
| ███████████, Minor<br>B/N/F Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 | David M. Klassen<br>Linda F. Klassen<br>1615 Tammany Drive<br>Nashville, TN 37206 | Kyle S. King<br>Doreen R. King<br>624 Mountain Drive<br>Gatlinburg, TN 37738 |
| John C. Kling<br>Cheryl A. Kling<br>146 Hackberry Way<br>Dandridge, TN 37725 | Karen N. Leverette<br>John R. Leverette<br>360 Menawa Pass<br>Millbrook, AL 36504 | Damon J. Matthews<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| John H. H. Matthews<br>Kenneth M. Matthews Jr.<br>7400 Forests Edge Ct.<br>Lairel, MD 20707 | Jo Rita Maxwell<br>P.O. Box 965<br>Pigeon Forge, TN 37868 | Zina Faye McKinney<br>508 Houser Road<br>Gatlinburg, TN 37738 |
| Patrick McKnight<br>Karen McKnight<br>608 Forrest Hill Dr<br>Lexington, KY 40509 | Rita S. Montero<br>1300 Park Blvd.<br>Marion, VA 24354 | Douglas E. Moore<br>Sandy M. Moore<br>325 Beech Branch Road<br>Gatlinburg, TN 37738 |
| Carol G. Muszik<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | James Dale Grace Christian<br>Trust, MSM Capital<br>Management, LLLP<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | David L. Naquin, Sr.<br>Denise A. Naquin<br>760 Wiley Oakley Dr<br>Gatlinburg, TN 37738 |
| Sue A. Naquin | Carroll E. Nichols | Jacob W. Parton |

| | | |
|---|---|---|
| 2614 Surftide Drive<br>Dandridge, TN 37725 | 109 Carlstown Drive #2<br>Pigeon Forge, TN 37863 | Betty J. Parton<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 |
| Miranda L. Paulk<br>Dora Jean Paulk<br>430 Mountain Drive<br>Gatlinburg, TN 37738 | Amanda B. Perryman<br>221 Woodland Road<br>Gatlinburg, TN 37738 | Melanie Meeks Phillips, next of<br>kin of Bradley Phillips,<br>deceased<br>5861 Wild Fig Lane<br>Ft. Myers, FL 33919 |
| Wesley M. Pittman<br>Katrina L. Pittman<br>818 Wesley Drive<br>Gatlinburg, TN 37738 | Giselle Porraspita<br>15240 SW 148th Terrace<br>Miami, FL 33196 | Paul Cliff Price<br>320 Ownby Street<br>Gatlinburg, TN 37738 |
| Florian J. Puhala, Jr.<br>Mary E. Puhala<br>601 Glades Road, Suite 12<br>Gatlinburg, TN 37738 | Larry D. Raymes<br>Karen Raymes<br>835 Terry Drive<br>Gatlinburg, TN 37738 | Betsy C. Rettig<br>124 Plaza Drive<br>Unit 3104<br>Pigeon Forge, TN 37863 |
| Jacqueline R. Robertson<br>2805 Dower Road<br>Sevierville, TN 37876 | Sandra Rovhana-Lollino<br>William Mark Gillham<br>9 Jungle Plum Ct South<br>Homosassa, FL 34446 | Mark Rueter<br>Glen Beasley<br>117 Joy Street<br>Sevierville, TN 37862 |
| Kerry "Tom" Sanders<br>Denise M. Sanders<br>250 Collier Drive<br>Sevierville, TN 37862 | Phyllis J. Seidel<br>2768 Mill View Court<br>Hamilton, OH 45011 | James Tom Shofner<br>Cheryl A. Shofner<br>127 Captain Lowman Rd.<br>Chapin, SC 29036 |
| Elizabeth A. Smith<br>Claude Thomas<br>1619 Butternut Lane<br>Sevierville, TN 37876 | Owen G. Smith<br>Rick Cook<br>4008 Rose Hill Ave.<br>Cincinnati, OH 45229 | Joel A. Sortore<br>Tomeika C. Stallworth<br>3259 Sims Road<br>Sevierville, TN 37876 |
| Deborah T. Spillers, Admx of<br>the estate of<br>Charles Edwin Taylor<br>125 Pine Gate Dr<br>Greenville, S.C. 29607 | Connie R. Springfield<br>Barry S. Springfield<br>59 Stonecreek Drive<br>Cartersville, GA 30120 | Tammie R. Starkey<br>Tommy L. Starkey<br>P.O. Box 1758<br>Pigeon Forge, TN 37868 |
| Arthur W. Stewart<br>1359 Korey Blvd.<br>Sevierville, TN 37876 | Michael B. Thompson<br>2328 Big River Overlook Drive<br>Apt. #7<br>Sevierville, TN 37876 | Michael G. Thompson<br>Sue D. Thompson<br>P.O. Box 1554<br>Gatlinburg, TN 37738 |
| Raymond A. Waddle Jr.<br>Jacqueline Waddle<br>235 Jones Cove Rd<br>Cosby, TN 37722 | Delbert R. Wallace<br>1375 Ogle Rd.<br>Apt. 4<br>Sevierville, TN 37876 | Douglas S. Yates<br>Audrey Yates<br>117 Joy Street<br>Sevierville, TN 37862 |

| Joshua Yates<br>Krista Yates<br>2213 Douglas Dam rd., Apt. 2<br>Sevierville, TN 37876 | Julie O. Yates<br>Anthony L. Yates<br>735 Cummings Chapel Rd.<br>Sevierville, TN 37876 | Charles C. Young<br>Deborah L. Young<br>3495 Country Hill Drive<br>Bartlett, TN 38135 |
| --- | --- | --- |
| Judy A. Sullivan, Gerald Sullivan<br>Mountainside Rentals<br>402 Minnow Lane<br>Gulf Shores, AL 36542 | | |

| CLAIM FOR DAMAGE, INJURY, OR DEATH | | | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C. Street, N.W.<br>Washington, DC 20240 | Terrell M. Bouie<br>4749 Towensend<br>Gatlinburg, TN 37738 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | | 11/23/2016 | Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Renting residence located at: 249 Bear Mountain Road, Gatlinburg, TN 37738; total contents.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 4,000.00 | | | 4,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath, atty* | (865) 637-2442 | 11/3/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.). |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

| | |
|---|---|
| 15. Do you carry accident insurance? ☐ Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No | |

| | | |
|---|---|---|
| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes  ☐ No | 17. If deductible, state amount. | |

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes  If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
- A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) **BACK**

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse.) Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Elizabeth B. Boyd<br>Michael H. Boyd<br>213 Young Mill Road NE<br>Kingston, GA 30145 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | ▓▓▓▓ | Married | 11/23/2016 | Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence plus furnishings and total contents located at: 628 Topside Drive Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

RECEIVED
NOV 21 2017
AIP

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 400,000.00 | | | 400,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath, atty* | (865) 637-2442 | 10-23-17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No | 17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

Cox Agency Auto Owners

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

   B. *Principal Purpose:* The information requested is to be used in evaluating claims.
   C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
   D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse), Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Bruce A. Brault<br>Jiraporn Numnuan<br>833 Village Loop Road<br>Gatlinburg, TN 37738 |

| 3. TYPE OF EMPLOYMENT | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN ▮▮▮ | Married | 11-23-2016   Wednesday | 4:00 P.M. |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimants: Private residence plus furnishings and total contents located at: 833 Village Loop Road, Gatlinburg, TN 37738; Gator 4-wheeler; go kart; 2 utility trailers; enclosed trailer; 1969 Springer Harley Davidson (showpiece); 175 outboard boat-motor.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

**12. (See instructions on reverse).**     AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| $1,000,000.00 | | | $1,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath, Atty* | (865) 637-2442 | 8/22/17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

| | |
|---|---|
| 15. Do you carry accident insurance? ☐ Yes | If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No |

| | | |
|---|---|---|
| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No | 17. If deductible, state amount. | |
| Coverage is inadequate | | |

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

| |
|---|
| 19. Do you carry public liability and property damage insurance? ☒ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No |
| State Farm |

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) in support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) in support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) in support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

   B. *Principal Purpose:* The information requested is to be used in evaluating claims.
   C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
   D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, and Zip code. |
|---|---|
| United States Government Department of the Interior 1849 C Street, N.W. Washington, DC 20240 | Charles S. Brocuglio Susan J. Brocuglio P.O. Box 5582 Sevierville, TN 37862 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | ▮▮▮ | Married | 11-23-2016  Wednesday | 4:00 P.M. |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

Claimants: Private residence (log house with 10 bedrooms & 5 bathrooms) plus furnishings and total contents located at: 487 Baskins Creek Road, Gatlinburg, TN 37738. Also 2004 Volkswagen; pop-up camper and pet gerbil.

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413 Gatlinburg, TN 37738 |

**12. (See instructions on reverse).** AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| $7,000,000.00 | | | $7,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath, atty* | (865) 637-2442 | 8/22/17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction Previous Edition is not Usable 95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance?  ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.  ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?  ☒ Yes   ☐ No   17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance?  ☒ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).  ☐ No

State Farm

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid.  A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted.  Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14.  Many agencies have published supplementing regulations.  If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant.  A claim presented by an agent or legal representative must be presented in the name of the claimant.  If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT.  THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident.  Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 652a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. *Authority:*  The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:*  The information requested is to be used in evaluating claims.
C. *Routine Use:*  See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:*  Disclosure is voluntary.  However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501.  Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention:  Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC  20530 or to the Office of Management and Budget.  Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Robert A. Brogan<br>3136 Glenn Huskey Road<br>Sevierville, TN 37862 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | Single | 11-23-2016 | Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Renter of detached garage apartment at a private residence - Total contents located at: 950 Daisy Lane, Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). | |
| $10,000.00 | | | $10,000.00 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath atty* | (865) 637-2442 | 8/22/17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No    17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3388

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0511

November 21, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:     Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result
of the Gatlinburg Fire beginning November 23, 2016, and a list of the 97 claimants whose forms
are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE

2018 NOV 27 AM 8: 52

RECEIVED

0250143

| | | |
|---|---|---|
| Paul W. Abbott<br>Toni L. Abbott<br>1718 North Roane Street<br>Johnson City, TN 37601 | Brittany N. Adkins<br>2239 Grassy Branch Rd.<br>Sevierville, TN 37876 | Jayme E. Aleman<br>1475 Robert Ridge Road<br>Sevierville, TN 37862 |
| Brian H. Alspach<br>530 Bruce Rd.<br>Gatlinburg, TN 37738 | Tammy F. Bain<br>Leslie N. Miles<br>827 Sunrise Blvd<br>Sevierville, TN 37862 | Michael Bech<br>Sandra M. Bech<br>312 Saddleback Way<br>Sevierville, TN 37862 |
| Jody T. Bertram<br>520 Johnson Lane<br>Gatlinburg, TN 37738 | Stephen E. Bond<br>5896 Milburne Drive<br>Milford, OH 45150 | Marvis L. Bosarge Gonzalez<br>P.O. Box 425<br>Pigeon Forge, TN 37868 |
| Terrell M. Bouie<br>4749 Towensend<br>Gatlinburg, TN 37738 | Genie E. Brabham<br>535 Greenbriar Lane<br>Gatlinburg, TN 37738 | Deborah A. Brooks<br>219 Emert Street<br>Pigeon Forge, TN 37863 |
| William E. Brown Exector of<br>Estate of Elaine H. Brown<br>97 Ellis Drive<br>West Falls, NY 14170 | Eve O. Buero<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 | Mack Newman Butler<br>Connie Panelle Butler<br>207 Roseland Drive<br>Rainbow City, AL 35906 |
| Jones and Butler Investments,<br>LLC<br>3518 Montrose Ave.<br>Rainbow City, AL 35906 | Jamila M. Byrd, next of kin of<br>Pamela Jean Johnson,<br>Deceased<br>328 East Morelia Ave.<br>Knoxville, TN 37917 | Gae Campbell<br>4206 Dolly's Drive<br>Sevierville, TN 37876 |
| Lindsey Campbell<br>608 E. Reagan Lane<br>Gatlinburg, TN 37738 | Myrl D. Carr Administrator of<br>Estate of Myrl J. Carr<br>3230 Woods Way<br>Sevierville, TN 37876 | Charles S. Cavanaugh<br>413 McMahan Avenue<br>Sevierville, TN 37862 |
| Destin R. Chambers<br>Kelsey Y. Chambers<br>1013 Powdermill Rd.<br>Gatlinburg, TN 37738 | Julie Lynn Chase<br>Caleb B. Chase<br>P.O. Box 6805<br>Sevierville, TN 37864 | David R. Cheatham<br>611 Anderson Drive<br>Clarksville, TN 37040 |
| Steve W. Cofield<br>Jan Cofield<br>4016 Rainbow Drive<br>Rainbow City, AL 35906 | Terry D. Daniel<br>Carol A. Daniel<br>4387 School Section Rd.<br>Cincinnati, OH 45211 | Leon C. Dodd<br>638 Cedar Lane, Apt. 1<br>Knoxville, TN 37912 |
| Amy E. Dowling<br>Don J. Dowling<br>214 Mills Park Rd.<br>Gatlinburg, TN 37738 | Justin W. Dumas<br>Merry D. Dumas<br>212 Golden Rod Drive<br>Seymour, TN 37865 | John P. Eames<br>Lois A. Eames<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| Timothy James Easley<br>P.O. Box 1763<br>Gatlinburg, TN 37738 | Timothy Fannin<br>7028 South Ridgewood Drive<br>Lambertville, MI 48141 | Linda K. Garrett<br>234 Benson Lane<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Stephen R. Gilmore<br>Deborah L. Gilmore<br>19 Meigs Dr.<br>Shalimar, FL 32579 | Brenda J. Halsey<br>James L. Halsey<br>570 South Greenlee Rd.<br>Troy, OH 45373 | Russell E. Haskins<br>Cheryl F. Haskins<br>P.O. Box 23423<br>Knoxville, TN 37933 |
| Mark Hass<br>Terri Hass<br>1160 Tranquility Way<br>Louisville, KY 40291 | Kirk L. Heinsohn<br>660 Washington Rd.<br>Gatlinburg, TN 37738 | Sharon H. Hirschfield<br>1431 N. Arvon Lane<br>Gatlinburg, TN 37738 |
| Dave Hisey<br>1160 Upper Alpine Way<br>Gatlinburg, TN 37738 | Karen M. Holding<br>Harry R. Holding<br>7104 West Santa Fe Drive<br>Mucie, IN 47304 | James D. Holifield<br>1320 Powdermill Rd. Apt. #3<br>Gatlinburg, TN 37738 |
| John L. Hondulas<br>676 Maryville Pike<br>Knoxville, TN 37920 | Charlie Bob Hughes Jr.<br>Victoria D. Fister<br>126 Cookeville Hwy<br>Carthage, TN 37030 | James M. Hunter<br>P.O. Box 21568<br>Chattanooga, TN 37424 |
| Kathy Jones<br>1420 Cherokee Circle<br>Sevierville, TN 37862 | David L. Joyner<br>1063 Valley View Cir<br>Sevierville, TN 37876 | Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 |
| ████████, Minor<br>B/N/F Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 | David M. Klassen<br>Linda F. Klassen<br>1615 Tammany Drive<br>Nashville, TN 37206 | Kyle S. King<br>Doreen R. King<br>624 Mountain Drive<br>Gatlinburg, TN 37738 |
| John C. Kling<br>Cheryl A. Kling<br>146 Hackberry Way<br>Dandridge, TN 37725 | Karen N. Leverette<br>John R. Leverette<br>360 Menawa Pass<br>Millbrook, AL 36504 | Damon J. Matthews<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| John H. H. Matthews<br>Kenneth M. Matthews Jr.<br>7400 Forests Edge Ct.<br>Lairel, MD 20707 | Jo Rita Maxwell<br>P.O. Box 965<br>Pigeon Forge, TN 37868 | Zina Faye McKinney<br>508 Houser Road<br>Gatlinburg, TN 37738 |
| Patrick McKnight<br>Karen McKnight<br>608 Forrest Hill Dr<br>Lexington, KY 40509 | Rita S. Montero<br>1300 Park Blvd.<br>Marion, VA 24354 | Douglas E. Moore<br>Sandy M. Moore<br>325 Beech Branch Road<br>Gatlinburg, TN 37738 |
| Carol G. Muszik<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | James Dale Grace Christian<br>Trust, MSM Capital<br>Management, LLLP<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | David L. Naquin, Sr.<br>Denise A. Naquin<br>760 Wiley Oakley Dr<br>Gatlinburg, TN 37738 |
| Sue A. Naquin | Carroll E. Nichols | Jacob W. Parton |

| 2614 Surftide Drive<br>Dandridge, TN 37725 | 109 Carlstown Drive #2<br>Pigeon Forge, TN 37863 | Betty J. Parton<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 |
|---|---|---|
| Miranda L. Paulk<br>Dora Jean Paulk<br>430 Mountain Drive<br>Gatlinburg, TN 37738 | Amanda B. Perryman<br>221 Woodland Road<br>Gatlinburg, TN 37738 | Melanie Meeks Phillips, next of<br>kin of Bradley Phillips,<br>deceased<br>5861 Wild Fig Lane<br>Ft. Myers, FL 33919 |
| Wesley M. Pittman<br>Katrina L. Pittman<br>818 Wesley Drive<br>Gatlinburg, TN 37738 | Giselle Porraspita<br>15240 SW 148th Terrace<br>Miami, FL 33196 | Paul Cliff Price<br>320 Ownby Street<br>Gatlinburg, TN 37738 |
| Florian J. Puhala, Jr.<br>Mary E. Puhala<br>601 Glades Road, Suite 12<br>Gatlinburg, TN 37738 | Larry D. Raymes<br>Karen Raymes<br>835 Terry Drive<br>Gatlinburg, TN 37738 | Betsy C. Rettig<br>124 Plaza Drive<br>Unit 3104<br>Pigeon Forge, TN 37863 |
| Jacqueline R. Robertson<br>2805 Dower Road<br>Sevierville, TN 37876 | Sandra Rovhana-Lollino<br>William Mark Gillham<br>9 Jungle Plum Ct South<br>Homosassa, FL 34446 | Mark Rueter<br>Glen Beasley<br>117 Joy Street<br>Sevierville, TN 37862 |
| Kerry "Tom" Sanders<br>Denise M. Sanders<br>250 Collier Drive<br>Sevierville, TN 37862 | Phyllis J. Seidel<br>2768 Mill View Court<br>Hamilton, OH 45011 | James Tom Shofner<br>Cheryl A. Shofner<br>127 Captain Lowman Rd.<br>Chapin, SC 29036 |
| Elizabeth A. Smith<br>Claude Thomas<br>1619 Butternut Lane<br>Sevierville, TN 37876 | Owen G. Smith<br>Rick Cook<br>4008 Rose Hill Ave.<br>Cincinnati, OH 45229 | Joel A. Sortore<br>Tomeika C. Stallworth<br>3259 Sims Road<br>Sevierville, TN 37876 |
| Deborah T. Spillers, Admx of<br>the estate of<br>Charles Edwin Taylor<br>125 Pine Gate Dr<br>Greenville, S.C. 29607 | Connie R. Springfield<br>Barry S. Springfield<br>59 Stonecreek Drive<br>Cartersville, GA 30120 | Tammie R. Starkey<br>Tommy L. Starkey<br>P.O. Box 1758<br>Pigeon Forge, TN 37868 |
| Arthur W. Stewart<br>1359 Korey Blvd.<br>Sevierville, TN 37876 | Michael B. Thompson<br>2328 Big River Overlook Drive<br>Apt. #7<br>Sevierville, TN 37876 | Michael G. Thompson<br>Sue D. Thompson<br>P.O. Box 1554<br>Gatlinburg, TN 37738 |
| Raymond A. Waddle Jr.<br>Jacqueline Waddle<br>235 Jones Cove Rd<br>Cosby, TN 37722 | Delbert R. Wallace<br>1375 Ogle Rd.<br>Apt. 4<br>Sevierville, TN 37876 | Douglas S. Yates<br>Audrey Yates<br>117 Joy Street<br>Sevierville, TN 37862 |

| | | |
|---|---|---|
| Joshua Yates<br>Krista Yates<br>2213 Douglas Dam rd., Apt. 2<br>Sevierville, TN 37876 | Julie O. Yates<br>Anthony L. Yates<br>735 Cummings Chapel Rd.<br>Sevierville, TN 37876 | Charles C. Young<br>Deborah L. Young<br>3495 Country Hill Drive<br>Bartlett, TN 38135 |
| Judy A. Sullivan, Gerald<br>Sullivan<br>Mountainside Rentals<br>402 Minnow Lane<br>Gulf Shores, AL 36542 | | |

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government Department of the Interior 1849 C Street, N.W. Washington, DC 20240 | Deborah A. Brooks 219 Emert Street Pigeon Forge, TN 37863 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | | Divorced | 11/23/2016 | Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property, and causing personal injury.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

AMENDED - Claimant: Private residence located at: 985 Chestnut Drive, Gatlinburg, TN 37738. Plus contents and a 2005 Honda Pilot.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

1st and 2nd degree burns, requiring hospitalization for 5 days plus PTSD.

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Eric Cooper | 1216 East Parkway #1413 Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). | |
| 1,500,000 | 5,000,000 | | 6,500,000 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath, atty* | (865) 637-2442 | 11/21/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction Previous Edition is not Usable 95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number, ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No | 17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

State Farm Ins. Co.

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) **BACK**

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Deborah A. Brooks<br>219 Emert Street<br>Pigeon Forge, TN 37863 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | Single | 11-23-2016 | Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimants: Private residence plus furnishings and total contents located at: 985 Chestnut Drive, Gatlinburg, TN 37738. House, entire contents, 2005 Honda Pilot, pet dog.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | | AMOUNT OF CLAIM (in dollars) | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| $1,200,000.00 | | | $1,200,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath, atty* | (865) 637-2442 | 8/22/17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.). |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance?  [ ] Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.  [ ] No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?  [X] Yes  [ ] No    17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance?  [X] Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).  [ ] No

State Farm

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. Authority: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq,. 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

  B. Principal Purpose: The information requested is to be used in evaluating claims.
  C. Routine Use: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
  D. Effect of Failure to Respond: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

LAW OFFICES

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3388

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0511

November 21, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:     Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result
of the Gatlinburg Fire beginning November 23, 2016, and a list of the 97 claimants whose forms
are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.


SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE
2018 NOV 27 AM 8: 52
RECEIVED

0260143

| | | |
|---|---|---|
| Paul W. Abbott<br>Toni L. Abbott<br>1718 North Roane Street<br>Johnson City, TN 37601 | Brittany N. Adkins<br>2239 Grassy Branch Rd.<br>Sevierville, TN 37876 | Jayme E. Aleman<br>1475 Robert Ridge Road<br>Sevierville, TN 37862 |
| Brian H. Alspach<br>530 Bruce Rd.<br>Gatlinburg, TN 37738 | Tammy F. Bain<br>Leslie N. Miles<br>827 Sunrise Blvd<br>Sevierville, TN 37862 | Michael Bech<br>Sandra M. Bech<br>312 Saddleback Way<br>Sevierville, TN 37862 |
| Jody T. Bertram<br>520 Johnson Lane<br>Gatlinburg, TN 37738 | Stephen E. Bond<br>5896 Milburne Drive<br>Milford, OH 45150 | Marvis L. Bosarge Gonzalez<br>P.O. Box 425<br>Pigeon Forge, TN 37868 |
| Terrell M. Bouie<br>4749 Towensend<br>Gatlinburg, TN 37738 | Genie E. Brabham<br>535 Greenbriar Lane<br>Gatlinburg, TN 37738 | Deborah A. Brooks<br>219 Emert Street<br>Pigeon Forge, TN 37863 |
| William E. Brown Exector of<br>Estate of Elaine H. Brown<br>97 Ellis Drive<br>West Falls, NY 14170 | Eve O. Buero<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 | Mack Newman Butler<br>Connie Panelle Butler<br>207 Roseland Drive<br>Rainbow City, AL 35906 |
| Jones and Butler Investments,<br>LLC<br>3518 Montrose Ave.<br>Rainbow City, AL 35906 | Jamila M. Byrd, next of kin of<br>Pamela Jean Johnson,<br>Deceased<br>328 East Morelia Ave.<br>Knoxville, TN 37917 | Gae Campbell<br>4206 Dolly's Drive<br>Sevierville, TN 37876 |
| Lindsey Campbell<br>608 E. Reagan Lane<br>Gatlinburg, TN 37738 | Myrl D. Carr Administrator of<br>Estate of Myrl J. Carr<br>3230 Woods Way<br>Sevierville, TN 37876 | Charles S. Cavanaugh<br>413 McMahan Avenue<br>Sevierville, TN 37862 |
| Destin R. Chambers<br>Kelsey Y. Chambers<br>1013 Powdermill Rd.<br>Gatlinburg, TN 37738 | Julie Lynn Chase<br>Caleb B. Chase<br>P.O. Box 6805<br>Sevierville, TN 37864 | David R. Cheatham<br>611 Anderson Drive<br>Clarksville, TN 37040 |
| Steve W. Cofield<br>Jan Cofield<br>4016 Rainbow Drive<br>Rainbow City, AL 35906 | Terry D. Daniel<br>Carol A. Daniel<br>4387 School Section Rd.<br>Cincinnati, OH 45211 | Leon C. Dodd<br>638 Cedar Lane, Apt. 1<br>Knoxville, TN 37912 |
| Amy E. Dowling<br>Don J. Dowling<br>214 Mills Park Rd.<br>Gatlinburg, TN 37738 | Justin W. Dumas<br>Merry D. Dumas<br>212 Golden Rod Drive<br>Seymour, TN 37865 | John P. Eames<br>Lois A. Eames<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| Timothy James Easley<br>P.O. Box 1763<br>Gatlinburg, TN 37738 | Timothy Fannin<br>7028 South Ridgewood Drive<br>Lambertville, MI 48141 | Linda K. Garrett<br>234 Benson Lane<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Stephen R. Gilmore<br>Deborah L. Gilmore<br>19 Meigs Dr.<br>Shalimar, FL 32579 | Brenda J. Halsey<br>James L. Halsey<br>570 South Greenlee Rd.<br>Troy, OH 45373 | Russell E. Haskins<br>Cheryl F. Haskins<br>P.O. Box 23423<br>Knoxville, TN 37933 |
| Mark Hass<br>Terri Hass<br>1160 Tranquility Way<br>Louisville, KY 40291 | Kirk L. Heinsohn<br>660 Washington Rd.<br>Gatlinburg, TN 37738 | Sharon H. Hirschfield<br>1431 N. Arvon Lane<br>Gatlinburg, TN 37738 |
| Dave Hisey<br>1160 Upper Alpine Way<br>Gatlinburg, TN 37738 | Karen M. Holding<br>Harry R. Holding<br>7104 West Santa Fe Drive<br>Mucie, IN 47304 | James D. Holifield<br>1320 Powdermill Rd. Apt. #3<br>Gatlinburg, TN 37738 |
| John L. Hondulas<br>676 Maryville Pike<br>Knoxville, TN 37920 | Charlie Bob Hughes Jr.<br>Victoria D. Fister<br>126 Cookeville Hwy<br>Carthage, TN 37030 | James M. Hunter<br>P.O. Box 21568<br>Chattanooga, TN 37424 |
| Kathy Jones<br>1420 Cherokee Circle<br>Sevierville, TN 37862 | David L. Joyner<br>1063 Valley View Cir<br>Sevierville, TN 37876 | Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 |
| ███████, Minor<br>B/N/F Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 | David M. Klassen<br>Linda F. Klassen<br>1615 Tammany Drive<br>Nashville, TN 37206 | Kyle S. King<br>Doreen R. King<br>624 Mountain Drive<br>Gatlinburg, TN 37738 |
| John C. Kling<br>Cheryl A. Kling<br>146 Hackberry Way<br>Dandridge, TN 37725 | Karen N. Leverette<br>John R. Leverette<br>360 Menawa Pass<br>Millbrook, AL 36504 | Damon J. Matthews<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| John H. H. Matthews<br>Kenneth M. Matthews Jr.<br>7400 Forests Edge Ct.<br>Lairel, MD 20707 | Jo Rita Maxwell<br>P.O. Box 965<br>Pigeon Forge, TN 37868 | Zina Faye McKinney<br>508 Houser Road<br>Gatlinburg, TN 37738 |
| Patrick McKnight<br>Karen McKnight<br>608 Forrest Hill Dr<br>Lexington, KY 40509 | Rita S. Montero<br>1300 Park Blvd.<br>Marion, VA 24354 | Douglas E. Moore<br>Sandy M. Moore<br>325 Beech Branch Road<br>Gatlinburg, TN 37738 |
| Carol G. Muszik<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | James Dale Grace Christian<br>Trust, MSM Capital<br>Management, LLLP<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | David L. Naquin, Sr.<br>Denise A. Naquin<br>760 Wiley Oakley Dr<br>Gatlinburg, TN 37738 |
| Sue A. Naquin | Carroll E. Nichols | Jacob W. Parton |

| | | |
|---|---|---|
| 2614 Surftide Drive<br>Dandridge, TN 37725 | 109 Carlstown Drive #2<br>Pigeon Forge, TN 37863 | Betty J. Parton<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 |
| Miranda L. Paulk<br>Dora Jean Paulk<br>430 Mountain Drive<br>Gatlinburg, TN 37738 | Amanda B. Perryman<br>221 Woodland Road<br>Gatlinburg, TN 37738 | Melanie Meeks Phillips, next of<br>kin of Bradley Phillips,<br>deceased<br>5861 Wild Fig Lane<br>Ft. Myers, FL 33919 |
| Wesley M. Pittman<br>Katrina L. Pittman<br>818 Wesley Drive<br>Gatlinburg, TN 37738 | Giselle Porraspita<br>15240 SW 148th Terrace<br>Miami, FL 33196 | Paul Cliff Price<br>320 Ownby Street<br>Gatlinburg, TN 37738 |
| Florian J. Puhala, Jr.<br>Mary E. Puhala<br>601 Glades Road, Suite 12<br>Gatlinburg, TN 37738 | Larry D. Raymes<br>Karen Raymes<br>835 Terry Drive<br>Gatlinburg, TN 37738 | Betsy C. Rettig<br>124 Plaza Drive<br>Unit 3104<br>Pigeon Forge, TN 37863 |
| Jacqueline R. Robertson<br>2805 Dower Road<br>Sevierville, TN 37876 | Sandra Rovhana-Lollino<br>William Mark Gillham<br>9 Jungle Plum Ct South<br>Homosassa, FL 34446 | Mark Rueter<br>Glen Beasley<br>117 Joy Street<br>Sevierville, TN 37862 |
| Kerry "Tom" Sanders<br>Denise M. Sanders<br>250 Collier Drive<br>Sevierville, TN 37862 | Phyllis J. Seidel<br>2768 Mill View Court<br>Hamilton, OH 45011 | James Tom Shofner<br>Cheryl A. Shofner<br>127 Captain Lowman Rd.<br>Chapin, SC 29036 |
| Elizabeth A. Smith<br>Claude Thomas<br>1619 Butternut Lane<br>Sevierville, TN 37876 | Owen G. Smith<br>Rick Cook<br>4008 Rose Hill Ave.<br>Cincinnati, OH 45229 | Joel A. Sortore<br>Tomeika C. Stallworth<br>3259 Sims Road<br>Sevierville, TN 37876 |
| Deborah T. Spillers, Admx of<br>the estate of<br>Charles Edwin Taylor<br>125 Pine Gate Dr<br>Greenville, S.C. 29607 | Connie R. Springfield<br>Barry S. Springfield<br>59 Stonecreek Drive<br>Cartersville, GA 30120 | Tammie R. Starkey<br>Tommy L. Starkey<br>P.O. Box 1758<br>Pigeon Forge, TN 37868 |
| Arthur W. Stewart<br>1359 Korey Blvd.<br>Sevierville, TN 37876 | Michael B. Thompson<br>2328 Big River Overlook Drive<br>Apt. #7<br>Sevierville, TN 37876 | Michael G. Thompson<br>Sue D. Thompson<br>P.O. Box 1554<br>Gatlinburg, TN 37738 |
| Raymond A. Waddle Jr.<br>Jacqueline Waddle<br>235 Jones Cove Rd<br>Cosby, TN 37722 | Delbert R. Wallace<br>1375 Ogle Rd.<br>Apt. 4<br>Sevierville, TN 37876 | Douglas S. Yates<br>Audrey Yates<br>117 Joy Street<br>Sevierville, TN 37862 |

| | | |
|---|---|---|
| Joshua Yates<br>Krista Yates<br>2213 Douglas Dam rd., Apt. 2<br>Sevierville, TN 37876 | Julie O. Yates<br>Anthony L. Yates<br>735 Cummings Chapel Rd.<br>Sevierville, TN 37876 | Charles C. Young<br>Deborah L. Young<br>3495 Country Hill Drive<br>Bartlett, TN 38135 |
| Judy A. Sullivan, Gerald<br>Sullivan<br>Mountainside Rentals<br>402 Minnow Lane<br>Gulf Shores, AL 36542 | | |

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | William E. Brown Executor of estate<br>of Elaine H. Brown<br>97 Ellis Drive<br>West Falls, NY 14170 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH ▮▮▮ | 5. MARITAL STATUS<br>Widow | 6. DATE AND DAY OF ACCIDENT<br>11/23/2016 Wednesday | 7. TIME (A.M. OR P.M.)<br>4:00 P.M. |
|---|---|---|---|---|

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property, and causing the death of Elaine H. Brown.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Claimants decedent, Elaine H. Brown residing at 2703 Clabo Road, Sevierville, TN 37862, died from trying to escape the fire in an automobile.

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). | |
| | 1,500,000 | | 1,500,000 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side).<br>*Gregory W. Threlatt, atty* | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>(865) 637-2442 | 14. DATE OF SIGNATURE<br>11/21/18 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, Imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No   17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

    A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) **BACK**

<table>
<tr><td colspan="2"><strong>CLAIM FOR DAMAGE, INJURY, OR DEATH</strong></td><td colspan="2"><strong>INSTRUCTIONS:</strong> Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.</td><td><strong>FORM APPROVED OMB NO. 1105-0008</strong></td></tr>
</table>

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See Instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Baylen T. Bryant<br>P.O. Box 5541<br>Sevierville, TN 37864 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | | Single | 11-23-2016 | Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side).

Claimant: Renter of a private residence - Total contents, 1999 Subaru Impreza, 1971 Dodge Dart Swinger located at: Gnatty Branch Road, Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). | |
| $25,000.00 | | | $25,000.00 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature] W. Wheath, atty* | (865) 637-2442 | 8/22/17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No   17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. Authority: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. Principal Purpose: The information requested is to be used in evaluating claims.
C. Routine Use: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. Effect of Failure to Respond: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

Case 3:18-cv-00201-JRG-CRW   Document 111-1   Filed 06/01/21   Page 156 of 502   PageID #: 4050

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

**FORM APPROVED**
**OMB NO. 1105-0008**

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See Instructions on reverse), Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Jonathan L. Bryant<br>Chasslene Robbins<br>3074 Walters Way<br>Sevierville, TN 37862 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | Married | 11-23-2016 | Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

**9.** PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimants: Rented a house and lost entire contents for 2 adults and 4 children and all furnishings located at: 3074 Walters Way, Sevierville, TN 37862. Also a musician and lost guitars and music equipment and antique collections.

**10.** PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

**11.** WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See Instructions on reverse). | | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). | |
| $200,000.00 | | | $200,000.00 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See Instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath atty* | (865) 637-2442 | 8/22/17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No   17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in Item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. Authority: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. Principal Purpose: The information requested is to be used in evaluating claims.
C. Routine Use: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. Effect of Failure to Respond: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

FORM APPROVED
OMB NO. 1105-0008

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Michael W. Buchanan<br>Lidda J. Marler<br>P.O. Box 1733<br>Pigeon Forge, TN 37868 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | | Married | 11-23-2016 | Wednesday | 4:00 P.M. |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimants: Private residence plus furnishings and total contents located at: 406 Troy Drive, Pigeon Forge, TN 37863. House, entire contents, 2014 Harley Davidson Ultra Classic; utility trailer and $3,000.00 in Harley Davidson gear.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| $500,000.00 | | | $500,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath atty* | (865) 637-2442 | 8/22/17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No   17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

Liberty Mutual

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) in support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) in support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) in support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. Authority: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. Principal Purpose: The information requested is to be used in evaluating claims.
C. Routine Use: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. Effect of Failure to Respond: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

LAW OFFICES

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3388

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0511

November 21, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:    Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result of the Gatlinburg Fire beginning November 23, 2016, and a list of the 97 claimants whose forms are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE

2018 NOV 27 AM 8: 52

RECEIVED

0260143

| | | |
|---|---|---|
| Paul W. Abbott<br>Toni L. Abbott<br>1718 North Roane Street<br>Johnson City, TN 37601 | Brittany N. Adkins<br>2239 Grassy Branch Rd.<br>Sevierville, TN 37876 | Jayme E. Aleman<br>1475 Robert Ridge Road<br>Sevierville, TN 37862 |
| Brian H. Alspach<br>530 Bruce Rd.<br>Gatlinburg, TN 37738 | Tammy F. Bain<br>Leslie N. Miles<br>827 Sunrise Blvd<br>Sevierville, TN 37862 | Michael Bech<br>Sandra M. Bech<br>312 Saddleback Way<br>Sevierville, TN 37862 |
| Jody T. Bertram<br>520 Johnson Lane<br>Gatlinburg, TN 37738 | Stephen E. Bond<br>5896 Milburne Drive<br>Milford, OH 45150 | Marvis L. Bosarge Gonzalez<br>P.O. Box 425<br>Pigeon Forge, TN 37868 |
| Terrell M. Bouie<br>4749 Towensend<br>Gatlinburg, TN 37738 | Genie E. Brabham<br>535 Greenbriar Lane<br>Gatlinburg, TN 37738 | Deborah A. Brooks<br>219 Emert Street<br>Pigeon Forge, TN 37863 |
| William E. Brown Exector of<br>Estate of Elaine H. Brown<br>97 Ellis Drive<br>West Falls, NY 14170 | Eve O. Buero<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 | Mack Newman Butler<br>Connie Panelle Butler<br>207 Roseland Drive<br>Rainbow City, AL 35906 |
| Jones and Butler Investments,<br>LLC<br>3518 Montrose Ave.<br>Rainbow City, AL 35906 | Jamila M. Byrd, next of kin of<br>Pamela Jean Johnson,<br>Deceased<br>328 East Morelia Ave.<br>Knoxville, TN 37917 | Gae Campbell<br>4206 Dolly's Drive<br>Sevierville, TN 37876 |
| Lindsey Campbell<br>608 E. Reagan Lane<br>Gatlinburg, TN 37738 | Myrl D. Carr Administrator of<br>Estate of Myrl J. Carr<br>3230 Woods Way<br>Sevierville, TN 37876 | Charles S. Cavanaugh<br>413 McMahan Avenue<br>Sevierville, TN 37862 |
| Destin R. Chambers<br>Kelsey Y. Chambers<br>1013 Powdermill Rd.<br>Gatlinburg, TN 37738 | Julie Lynn Chase<br>Caleb B. Chase<br>P.O. Box 6805<br>Sevierville, TN 37864 | David R. Cheatham<br>611 Anderson Drive<br>Clarksville, TN 37040 |
| Steve W. Cofield<br>Jan Cofield<br>4016 Rainbow Drive<br>Rainbow City, AL 35906 | Terry D. Daniel<br>Carol A. Daniel<br>4387 School Section Rd.<br>Cincinnati, OH 45211 | Leon C. Dodd<br>638 Cedar Lane, Apt. 1<br>Knoxville, TN 37912 |
| Amy E. Dowling<br>Don J. Dowling<br>214 Mills Park Rd.<br>Gatlinburg, TN 37738 | Justin W. Dumas<br>Merry D. Dumas<br>212 Golden Rod Drive<br>Seymour, TN 37865 | John P. Eames<br>Lois A. Eames<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| Timothy James Easley<br>P.O. Box 1763<br>Gatlinburg, TN 37738 | Timothy Fannin<br>7028 South Ridgewood Drive<br>Lambertville, MI 48141 | Linda K. Garrett<br>234 Benson Lane<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Stephen R. Gilmore<br>Deborah L. Gilmore<br>19 Meigs Dr.<br>Shalimar, FL 32579 | Brenda J. Halsey<br>James L. Halsey<br>570 South Greenlee Rd.<br>Troy, OH 45373 | Russell E. Haskins<br>Cheryl F. Haskins<br>P.O. Box 23423<br>Knoxville, TN 37933 |
| Mark Hass<br>Terri Hass<br>1160 Tranquility Way<br>Louisville, KY 40291 | Kirk L. Heinsohn<br>660 Washington Rd.<br>Gatlinburg, TN 37738 | Sharon H. Hirschfield<br>1431 N. Arvon Lane<br>Gatlinburg, TN 37738 |
| Dave Hisey<br>1160 Upper Alpine Way<br>Gatlinburg, TN 37738 | Karen M. Holding<br>Harry R. Holding<br>7104 West Santa Fe Drive<br>Mucie, IN 47304 | James D. Holifield<br>1320 Powdermill Rd. Apt. #3<br>Gatlinburg, TN 37738 |
| John L. Hondulas<br>676 Maryville Pike<br>Knoxville, TN 37920 | Charlie Bob Hughes Jr.<br>Victoria D. Fister<br>126 Cookeville Hwy<br>Carthage, TN 37030 | James M. Hunter<br>P.O. Box 21568<br>Chattanooga, TN 37424 |
| Kathy Jones<br>1420 Cherokee Circle<br>Sevierville, TN 37862 | David L. Joyner<br>1063 Valley View Cir<br>Sevierville, TN 37876 | Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 |
| ██████, Minor<br>B/N/F Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 | David M. Klassen<br>Linda F. Klassen<br>1615 Tammany Drive<br>Nashville, TN 37206 | Kyle S. King<br>Doreen R. King<br>624 Mountain Drive<br>Gatlinburg, TN 37738 |
| John C. Kling<br>Cheryl A. Kling<br>146 Hackberry Way<br>Dandridge, TN 37725 | Karen N. Leverette<br>John R. Leverette<br>360 Menawa Pass<br>Millbrook, AL 36504 | Damon J. Matthews<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| John H. H. Matthews<br>Kenneth M. Matthews Jr.<br>7400 Forests Edge Ct.<br>Lairel, MD 20707 | Jo Rita Maxwell<br>P.O. Box 965<br>Pigeon Forge, TN 37868 | Zina Faye McKinney<br>508 Houser Road<br>Gatlinburg, TN 37738 |
| Patrick McKnight<br>Karen McKnight<br>608 Forrest Hill Dr<br>Lexington, KY 40509 | Rita S. Montero<br>1300 Park Blvd.<br>Marion, VA 24354 | Douglas E. Moore<br>Sandy M. Moore<br>325 Beech Branch Road<br>Gatlinburg, TN 37738 |
| Carol G. Muszik<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | James Dale Grace Christian<br>Trust, MSM Capital<br>Management, LLLP<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | David L. Naquin, Sr.<br>Denise A. Naquin<br>760 Wiley Oakley Dr<br>Gatlinburg, TN 37738 |
| Sue A. Naquin | Carroll E. Nichols | Jacob W. Parton |

| | | |
|---|---|---|
| 2614 Surftide Drive<br>Dandridge, TN 37725 | 109 Carlstown Drive #2<br>Pigeon Forge, TN 37863 | Betty J. Parton<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 |
| Miranda L. Paulk<br>Dora Jean Paulk<br>430 Mountain Drive<br>Gatlinburg, TN 37738 | Amanda B. Perryman<br>221 Woodland Road<br>Gatlinburg, TN 37738 | Melanie Meeks Phillips, next of<br>kin of Bradley Phillips,<br>deceased<br>5861 Wild Fig Lane<br>Ft. Myers, FL 33919 |
| Wesley M. Pittman<br>Katrina L. Pittman<br>818 Wesley Drive<br>Gatlinburg, TN 37738 | Giselle Porraspita<br>15240 SW 148th Terrace<br>Miami, FL 33196 | Paul Cliff Price<br>320 Ownby Street<br>Gatlinburg, TN 37738 |
| Florian J. Puhala, Jr.<br>Mary E. Puhala<br>601 Glades Road, Suite 12<br>Gatlinburg, TN 37738 | Larry D. Raymes<br>Karen Raymes<br>835 Terry Drive<br>Gatlinburg, TN 37738 | Betsy C. Rettig<br>124 Plaza Drive<br>Unit 3104<br>Pigeon Forge, TN 37863 |
| Jacqueline R. Robertson<br>2805 Dower Road<br>Sevierville, TN 37876 | Sandra Rovhana-Lollino<br>William Mark Gillham<br>9 Jungle Plum Ct South<br>Homosassa, FL 34446 | Mark Rueter<br>Glen Beasley<br>117 Joy Street<br>Sevierville, TN 37862 |
| Kerry "Tom" Sanders<br>Denise M. Sanders<br>250 Collier Drive<br>Sevierville, TN 37862 | Phyllis J. Seidel<br>2768 Mill View Court<br>Hamilton, OH 45011 | James Tom Shofner<br>Cheryl A. Shofner<br>127 Captain Lowman Rd.<br>Chapin, SC 29036 |
| Elizabeth A. Smith<br>Claude Thomas<br>1619 Butternut Lane<br>Sevierville, TN 37876 | Owen G. Smith<br>Rick Cook<br>4008 Rose Hill Ave.<br>Cincinnati, OH 45229 | Joel A. Sortore<br>Tomeika C. Stallworth<br>3259 Sims Road<br>Sevierville, TN 37876 |
| Deborah T. Spillers, Admx of<br>the estate of<br>Charles Edwin Taylor<br>125 Pine Gate Dr<br>Greenville, S.C. 29607 | Connie R. Springfield<br>Barry S. Springfield<br>59 Stonecreek Drive<br>Cartersville, GA 30120 | Tammie R. Starkey<br>Tommy L. Starkey<br>P.O. Box 1758<br>Pigeon Forge, TN 37868 |
| Arthur W. Stewart<br>1359 Korey Blvd.<br>Sevierville, TN 37876 | Michael B. Thompson<br>2328 Big River Overlook Drive<br>Apt. #7<br>Sevierville, TN 37876 | Michael G. Thompson<br>Sue D. Thompson<br>P.O. Box 1554<br>Gatlinburg, TN 37738 |
| Raymond A. Waddle Jr.<br>Jacqueline Waddle<br>235 Jones Cove Rd<br>Cosby, TN 37722 | Delbert R. Wallace<br>1375 Ogle Rd.<br>Apt. 4<br>Sevierville, TN 37876 | Douglas S. Yates<br>Audrey Yates<br>117 Joy Street<br>Sevierville, TN 37862 |

| Joshua Yates<br>Krista Yates<br>2213 Douglas Dam rd., Apt. 2<br>Sevierville, TN 37876 | Julie O. Yates<br>Anthony L. Yates<br>735 Cummings Chapel Rd.<br>Sevierville, TN 37876 | Charles C. Young<br>Deborah L. Young<br>3495 Country Hill Drive<br>Bartlett, TN 38135 |
|---|---|---|
| Judy A. Sullivan, Gerald Sullivan<br>Mountainside Rentals<br>402 Minnow Lane<br>Gulf Shores, AL 36542 | | |

<table>
<tr><td colspan="2"><b>CLAIM FOR DAMAGE,<br>INJURY, OR DEATH</b></td><td><b>INSTRUCTIONS:</b> Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.</td><td>FORM APPROVED<br>OMB NO. 1105-0008</td></tr>
</table>

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Eve O. Buero<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT<br>11/23/2016   Wednesday | 7. TIME (A.M. OR P.M.)<br>4:00 P.M. |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence, total contents located at: 738 Ellis Ogle Rd., Gatlinburg, TN 37738.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) |
|---|---|

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| 60,000.00 | | | 60,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side).<br>*Sidney W. Zhrenkpatty* | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>(865) 637-2442 | 14. DATE OF SIGNATURE<br>11/21/18 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

| 15. Do you carry accident Insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. | ☐ No |
|---|---|

| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No | 17. If deductible, state amount. |
|---|---|

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

| 19. Do you carry public liability and property damage insurance? ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). | ☒ No |
|---|---|

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be presented in the name of the claimant. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency:<br><br>United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code.<br><br>Arlan Burns<br>Sylvia J. Burns<br>2120 Little Cove Road<br>Sevierville, TN 37862 |
|---|---|

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS<br>Married | 6. DATE AND DAY OF ACCIDENT<br>11/23/2016 Wednesday | 7. TIME (A.M. OR P.M.)<br>4:00 P.M. |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence plus furnishings and total contents; many antiques located at: 127 W. Holly Ridge Road Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

RECEIVED

NOV 21 2017

AIP

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE<br>600,000.00 | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights).<br>600,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side).<br>*Sidney W. Gilreath, atty* | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>(865) 637-2442 | 14. DATE OF SIGNATURE<br>10-23-17 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br><br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes  ☐ No   | 17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

Barnes (Grange)

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. **Authority:** The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

  B. **Principal Purpose:** The information requested is to be used in evaluating claims.
  C. **Routine Use:** See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
  D. **Effect of Failure to Respond:** Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) **BACK**

LAW OFFICES

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3368

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0611

August 30, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:     Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result of the Gatlinburg Fire beginning November 23, 2016, and a list of the 61 claimants whose forms are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE
2018 SEP -5 AM 8:08

024138

RECEIVED

| | | |
|---|---|---|
| Jackie Sue Barnes<br>4250 Parkway<br>Pigeon Forge, TN 37722 | Christopher W. Beam<br>Sandra A. Beam<br>148 Scenic View Drive<br>Talbot, TN 37877 | Ruth B. Bloom<br>P.O. Box 1361<br>Gatlinburg, TN 37738 |
| Guy E. Burroughs<br>Christine M. Buurroughs<br>1432 Black Horse Run<br>Lebanon, OH 45036 | Rodney Clark<br>825 Smoke Rise Drive<br>Gatlinburg, TN 37738 | Nelida F. Collantes<br>Stephen C. Bradley<br>P.O. Box 866<br>Gatlinburg, TN 37738 |
| Jeffrey L. Cook<br>Nancy Jean Cook<br>9715 Pebble View Drive<br>Cincinnati, OH 45252 | Joanne Cooksey<br>6008 Meadow Oak Ln<br>Knoxville, TN 37720 | Jamie B. Cubbage<br>1630 Country Meadows Drive<br>Sevierville, TN 37862 |
| Bryan O. Dantzler<br>Margaret C. Dantzler<br>972 Poplar Springs Rd<br>Ringgold, GA 30736 | DF Investments<br>1320 Arrowhead Drive<br>Brentwood, TN 37027 | Phillip C. Dollish<br>Tammy L. Dollish<br>3245 Millsboro Rd. East<br>Mansfield, OH 44903 |
| Glenn F. Douglass<br>George T. Douglass Jr.<br>2988 Majestic View Walk<br>Lexington, VA 40511 | Angelina R. Dwyer<br>4815 Kingston Pike #131<br>Knoxville, TN 37919 | Kent A. Emmons<br>9663 Santa Monica Blvd. #869<br>Beverly Hills, CA 90210 |
| James E. & Sara Farris<br>John D. & Jean Denney<br>1320 Arrowhead Drive<br>Brentwood, TN 37027 | W. Earl Finley<br>811 Wavecrest Lane<br>Houston, TX 77062 | Melissa A. Flannery<br>444 Kingfisher Avenue<br>Sevierville, TN 37762 |
| Thomas Freeberg<br>Katherine E. Freeberg<br>5925 SE 1258 Court<br>Ocklawaha, FL 32179 | Earlene A. Haddock<br>4302 Gainesborough Court<br>Tampa, FL 33624 | Marie P. Hand<br>Jottie L. Hand<br>810 Davenport Drive<br>Gatlinburg, TN 37738 |
| Michele L. Huskey<br>Billy L. Huskey<br>142 Hickman Hollow Road<br>Gatlinburg, TN 37738 | Debra S. Jarvis<br>Mark Jarvis<br>3719 Ginseng Way<br>Sevierville, TN 37862 | Wyatt R. Jones, III<br>Nancy Susan Jones<br>1740 Cherry Lane<br>Lakeland, FL 33811 |
| Linda L. Kalehoff<br>2746 Native Dancer Way<br>Sevierville, TN 37876 | Stephanie M. Kennedy<br>Michael Salimbene<br>619 Huskey Grove Road<br>Sevierville, TN 37876 | Ben A. Lambeth<br>P.O. Box 766<br>Wendell, NC 27591 |

| | | |
|---|---|---|
| Greg E. Lane<br>Joy D. Lane<br>2835 New Center Drive<br>Sevierville, TN 37876 | Joseph F. McCahill<br>830 Tully Road<br>Knoxville, TN 37919 | Noble C. McCulley<br>Loren B. McCulley<br>150 Oglewood Lane<br>Gatlinburg, TN 37738 |
| Kevin S. McGuire<br>P.O. Box 1363<br>Gatlinburg, TN 37738 | Alex R. Moore<br>Polly I. Moore<br>1 Pearl Avenue<br>Marietta, SC 29661 | Michael R. Morgan<br>Diana L. Morgan<br>319 Franklin Meadows Way<br>Seymour, TN 37865 |
| Maryellen Nicholson<br>1311 Hwy. 417<br>Moore, SC 29369 | Joseph M. O'Neill<br>909 Ella Drive<br>Sevierville, TN 37862 | Leslie A. O'Neill<br>909 Ella Drive<br>Sevierville, TN 37862 |
| Harold W. Otto<br>Linda A. Otto<br>2038 Fox Lane<br>Sevierville, TN 37862 | Greg S. Pancake<br>P.O. Box 1784<br>Gatlinburg, TN 37738 | Dharmesh H. Patel<br>Donika N. Patel<br>523 East Parkway<br>Gatlinburg, TN 37738 |
| Scott H. Patterson<br>Sandra L. Patterson<br>236 Cedarwood Drive<br>Sevierville, TN 37876 | Scott K. Perham<br>Paula L. Perham<br>208 Tunnel Ridge Drive<br>Sevierville, TN 37876 | Gerald J. Portier<br>Gwendolyn H. Portier<br>P.O. Box 2058<br>Metaire, LA 70004 |
| Larry W. Potter<br>Wanda R. Potter<br>P.O. Box 411434<br>Melbourne, FL 32941 | Julio A. Rabelo<br>110 S.W. 48th Avenue<br>Miami, FL 33134 | Ashley M. Rad<br>1733 Snapp Road<br>Sevierville, TN 37862 |
| Jason S. Rakes<br>265 New Jail St<br>Sneedville, TN 37869 | Matthew L. Robertson<br>1733 Snapp Road<br>Sevierville, TN 37862 | David M. Rush<br>Regina L. Rush<br>9575 Hickory Lane<br>St. John, IN 46373 |
| Joseph S. Sherrod<br>Tamila S. Sherrod<br>1541 Old Chisholm Trial<br>Dandridge, TN 37725 | Donald D. Shipman<br>260 Roaring Fork Road<br>Gatlinburg, TN 37738 | Daniel G. Strange<br>Ginger P. Strange<br>1499 Hwy. 77<br>Southside, AL 35907 |
| Benjie S. Stroupe<br>307 Newman Road<br>Gatlinburg, TN 37738 | Bobby R. Taylor<br>Doris G. Taylor<br>P.O Box 307<br>Gatlinburg, TN 37738 | Sabrina C. Taylor<br>902 Street of Dreams Way<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Scott C. Tegler<br>41 Windermere Crescent<br>Woodstock, Ontario, Canada<br>N456T3 | Glenn E. Terry<br>Bea P. Terry<br>1235 Ski Mountain Road #605<br>Gatlinburg, TN 37783 | Patrick Toner<br>Lisa Ann Toner<br>19 Bay View Drive<br>Westhampton, NY 11177 |
| James Carl Vance<br>395 Devon Chase Hall<br>Unit 3804<br>Gallatin, TN 37066 | Robert D. Ward, Jr.<br>1110 Lower Alpine Way<br>Gatlinburg, TN 37733 | Anita A. Wenn<br>Don F. Green<br>1171 Hemlock Drive<br>Gatlinburg, TN 37738 |
| John C. Willett<br>Kimberly D. Willett<br>4004 French Broad Circle<br>Sevierville, TN 37876 | Scott W. Young<br>Jayne M. Young<br>704 Ely Road<br>Gatlinburg, TN 37738 | |

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the Instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | Guy E. Burroughs<br>Christine M. Burroughs<br>1432 Black Horse Run<br>Lebanon, OH 45036 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS<br>Married | 6. DATE AND DAY OF ACCIDENT<br>11/23/2016    Wednesday | 7. TIME (A.M. OR P.M.)<br>4:00 P.M. |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Owned in trust located at: 660 Alta Vista Dr. Gatlinburg, TN 37738; lost home, contents, retaining walls.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
| 730,000.00 | | | 730,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side).<br>*[signature]* , atty | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>(865) 637-2442 | 14. DATE OF SIGNATURE<br>8/21/18 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

95-109

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.    ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes    ☐ No    17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).    ☐ No

USAA

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute your claim may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is *solely* for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C. Street, N.W.<br>Washington, DC 20240 | Ann H Bush, Trustee<br>880 Western Lake Drive<br>Santa Rosa Beach, FL 32459 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | ▉▉▉ | Married | 11/23/2016  Wednesday | 4:00 P.M. |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

See information above

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

3 and 4 story condominium units: about 77 different owners. One bedroom, 2 bedroom and 3 bedroom units. cleanup after the fire left windowless hollow building — mostly concrete block. 855 Campbell Lead Rd. Gatlinburg, Tennessee. needs complete teardown.

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

not applicable

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Andrew Jackson Bush and his wife Patti Gott Bush | 1802 Windy Meadows Sevierville, TN 37876 |

**12. (See instructions on reverse.)  AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| Totaled - Lost after insurance $150,000.00 | none | none | $150,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| Ann H. Bush, Trustee | (850) 231-4819 | 20 Nov 2018 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

**STANDARD FORM 95 (REV. 2/2007)**
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

**15. Do you carry accident insurance?** ☒ Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

Liability Insurance     Safeco Insurance

**16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?** ☒ Yes ☐ No

Full coverage on contents
HOA Full coverage on Condo—Insurance paid
about half of worth because of faulty appraisal

**17. If deductible, state amount.**

**18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim?** (It is necessary that you ascertain these facts).

Paid face amount on Contents. Satisfactory.
(Safeco)   The setting of the Highlands was worth more because of its view.
Auto Owners paid on Unit 204 $153,300 about half its value—add loss of income

**19. Do you carry public liability and property damage insurance?** ☒ Yes  If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

Auto Owners (Mutual) Insurance Co
6101 Anacapri Blvd, Lansing MI 48917-3999     Insured: The Highlands Condo
Home owners

---

**INSTRUCTIONS**

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

The amount claimed should be substantiated by competent evidence as follows:

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

---

**PRIVACY ACT NOTICE**

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

---

**PAPERWORK REDUCTION ACT NOTICE**

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Civil Division, U.S. Department of Justice, Washington, D.C. 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

Sellers' Closing Statement

Sellers: GARY A WILLETTS, ET UX
8708 WITHERBEE COURT
CLEMONS, NC 27102

Purchasers: ALLEN J BUSH, ET UX
ANN H BUSH

P O BOX 167
BLYTHEVILLE, AR 42316-0167

Property Location: UNIT 204, PHASE I
HIGHLAND CONDOMINIUMS
GATLINBURG, Tennessee 37738
Sevier County, TN
U-204

|  | Debits | Credits |
|---|---|---|
| Contract Sales Price |  | 131000.00 |
| Payoff of First Mortgage | 77903.03 |  |
| City Taxes from 01/01/89 to 01/17/89 | 4.49 |  |
| County Taxes from 01/01/89 to 01/17/89 | 17.02 |  |
| 1ST QUARTER CONDO FEES | 78.20 |  |
| Commission Paid at Settlement | 6550.00 |  |
| Settlement or Closing Fee to BROKERS TITLE, INC. | 75.00 |  |
| Document Preparation to BRABSON, KITE & VANCE | 35.00 |  |
| FEDERAL EXPRESS CHARGES to BROKERS TITLE, INC. | 39.00 |  |
| Recording Fees - Release | 6.00 |  |
| Cash Due to Seller | 46292.26 |  |
|  | 131000.00 | 131000.00 |

_____

GARY A WILLETTS, ET UX

*In Jan of 1989 we paid $131,000.00 for Unit 204 Highlands Condo. In the meantime all real estate has advanced in price.*

*Ann H. Bush*

*Ann's copy* *mailed 30 Jan 2018*

State of _Florida_
County of _Walton_

## AFFIDAVIT FOR DISBURSEMENT RELIANCE

Comes the undersigned (the "Affiant"), after being duly sworn in accordance with applicable law, and understanding the facts stated in this Affidavit will be relied upon by the Highlands Condominium Homeowners Association, Inc. (the "Association") or other party making disbursement of insurance proceeds from destruction of the Highlands Condominiums during the November, 2016 "Gatlinburg Wildfire", and makes oath (as of the _29_ day of _January_, 20_18_) to the following facts:

1) That the Affiant is over the age of 18, legally competent, and the matters stated herein are personally known to the Affiant.

2) That the Affiant either owns one or more Units at the Highlands Condominiums or is the direct or indirect owner of an interest in such Unit(s) through ownership of a company or interest in a Trust.

3) That the Units which the Affiant has an interest in, directly or indirectly, are as follows: _Unit 204_.

4) That legal title (i.e. legal ownership - the listed owner on the latest deed) of this Unit(s) is as follows: _Ann H. Bush Revocable Trust_

5) That the following banks, entities, individuals and/or other parties have mortgages or liens in regard to the Unit(s): (*please indicate if Unit(s) are free and clear of all liens*): _204 - free and clear of all liens_

6) That no other person, entity or party has any ownership interest in the above-identified Unit(s) except as listed above.

7) That no other person, entity or party has any lien, encumbrance or security interest, of any nature whatsoever, except as stated above.

8) That the undersigned (or the party identified above as the legal Unit titleholder) has full right, title and authority to sell or convey the above-identified Unit(s).

9) That the undersigned (or the party identified above as the legal Unit titleholder) is (together with any co-owners and lienholders listed above) solely entitled to the Unit's pro-rata proceeds from the insurance or other funds received by the Highland Condominium Homeowners Association, Inc. (the "Association").

10) That the Affiant covenants and warrants the above statements to be true, correct and complete (as of this date) and understands this Affidavit will be relied upon by the party making disbursement of insurance or other proceeds now held or later received by the Association on behalf of the Unit Owners.

11) That the Affiant agrees to indemnify and hold harmless the Association and any escrow or disbursement agent disbursing insurance funds from any liability, cost or expense, including reasonable attorney fees, arising as a result of any misstatements (as of this date) within this Affidavit.

12) Further the Affiant saith not.

*Ann N. Bush, Trustee*

_____

_____

Subscribed and sworn to before me, this _____ day of _____, 20_____.

_____

Notary Public, MCE_____

STATE OF _Florida_
COUNTY OF _Walton_

Personally appeared before me, the undersigned Notary Public, _Ann Bush_, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence) and who acknowledged that he/she/they executed the within instrument for the purposes therein contained.

WITNESS my hand and seal, this _29th_ day of _January_, 20_18_.

_L A Wilkerson_

L A WILKERSON
MY COMMISSION # FF905661
EXPIRES August 03, 2019
(407) 398-0153   FloridaNotaryService.com

## Payoff Authorization

Date: _29 Jan 2018_

Owner/Borrower: _Ann H. Bush Revocable Trust_

Telephone Number: _(850) 231 - 4819_

Email: _ahbush @ sbcglobal.net_

Highlands Condominium Unit Owned: _A 204_

Lender/Lienholder Name: _not applicable_

In order to properly disburse insurance proceeds received by the Highlands Condominium Homeowners Association, Inc. as a result of destruction of the Highlands Condominiums during the November, 2016 "Gatlinburg Wildfire", the Undersigned Owner/Borrower does hereby authorize any Tennessee attorney or Title Company (or employees such Title Company or attorney) of to obtain written loan payoff quotes from any financial institution or individual holding a Mortgage, Deed of Trust or other lien or encumbrance against the Highlands Condominium Unit identified above.

Owner/Borrower signatures: _Ann H. Bush, Trustee_

_____

_____

_____

STATE OF _____
COUNTY OF _____

Personally appeared before me, the undersigned Notary Public, _____ _____, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence) and who acknowledged that he/she/they executed the within instrument for the purposes therein contained.

WITNESS my hand and seal, this _____ day of _____, 20____.

_____
Notary Public
My commission expires: _____

STATE OF _____
COUNTY OF _____

Personally appeared before me, the undersigned Notary Public, _____, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence) who further acknowledged himself/herself to be the _____ of _____, the within bargainor, and who acknowledged that he/she/they executed the within instrument for the purposes therein contained by signing the bargainor's name by himself/herself/themselves as _____.

WITNESS my hand and seal, this _____ day of _____, 20____.

_____
Notary Public
My commission expires: _____

# TENNESSEE LAND TITLE

1620 Newport Highway
Sevierville, Tennessee 37876
Telephone: (865) 453-1478
Fax: (865) 428-7958

March 20, 2018

Re:     Highland Condominiums

Please find attached your initial disbursement Statement for your review regarding your unit in Highland Condominiums. This will be the first disbursement from insurance.   Please sign the Statement and e-mail (or mail) to me, along with the attached Proceeds Confirmation directing Tennessee Land Title on how you would like to receive your proceeds.

Sincerely,

Lisa Ray
Closing Agent

/lar
Enclosures

American Land Title Association

ALTA Settlement Statement - Cas

Adopted 05-01-201

**Tennessee Land Title**
**ALTA Universal ID 1152283**
**1620 Newport Highway**
**Sevierville, TN 37876**

| | |
|---|---|
| **File No./Escrow No.:** | 20180307 |
| **Print Date & Time:** | March 16, 2018 at 09:24 AM |
| **Officer/Escrow Officer:** | Devin J. Koester |
| **Settlement Location:** | 1620 Newport Highway |
| | Sevierville, TN 37876 |
| **Property Address:** | Unit 204 Highlands Condominiums |
| | Gatlinburg, TN 37738 |
| **Buyer:** | Highlands Condos |
| **Seller:** | Ann H. Bush, Trustee |
| **Lender:** | |
| **Settlement Date:** | March 28, 2018 |
| **Disbursement Date:** | March 28, 2018 |

| Seller | | Description | Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | **Financial** | | |
| | $ 153,300.00 | Sale Price of Property | $ 153,300.00 | |
| | | **Prorations/Adjustments** | | |
| | | **Loan Charges to** | | |
| | | **Other Loan Charges** | | |
| | | **Impounds** | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| $ 200.00 | | Title-Title Exam    to Tennessee Land Title | | |
| $ 100.00 | | Title-Settlement Fee    to Tennessee Land Title | | |
| $ 15.00 | | Title - Wire Fee    to Tennessee Land Title | | |
| $ 35.00 | | Title -  Courier Fee    to Tennessee Land Title | | |
| | | **Government Recording and Transfer Charges** | | |
| | | **Payoffs** | | |

Case 3:18-cv-00201-JRG-CRW   Document 111-1   Filed 06/01/21   Page 183 of 502   PageID #: 4077

Copyright 2015 American Land Title Association
All rights reserved

(20180307.PFD/20180307/7
Printed on 03/16/18 at 09:24 AM

| | Seller | | | | Buyer | |
| --- | --- | --- | --- | --- | --- | --- |
| | Debit | Credit | | | Debit | Credit |
| | | | **Miscellaneous** | | | |
| | $ 350.00 | $ 153,300.00 | **Subtotals** | | $ 153,300.00 | $ 0 |
| | | | **Balance Due FROM** | | | $ 153,300 |
| | $ 152,950.00 | | **Balance Due TO** | | | |
| | $ 153,300.00 | $ 153,300.00 | **TOTALS** | | $ 153,300.00 | $ 153,300 |

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Tennessee Land Title to cause the funds to be disbursed in accordance with this statement.

_____
Highlands Condos

Ann H. Bush Revocable Trust

_Ann H. Bush, Trustee_
Ann H. Bush, Truste

_____
Devin J. Koester , Escrow Officer

As of this date 20 Nov 2018 the HOA Board has no entity to buy the real estate and the rest of the insurance money may have to be used to take the 4 phases of the Highlands to the ground at a cost of $500,000°° which was the cost of hauling off the first massive trash. This is a resort area with building going on all the time. The property is very desirable because of the view and easy accessibility by bypass of Gatlinburg which lies below. I would not have sold my unit for less than $300,000°°

Ann H. Bush

Copyright 2015 American Land Title Association
All rights reserved

(20180307.PFD/20180307/

LAW OFFICES

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3388

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0511

November 21, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:     Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result
of the Gatlinburg Fire beginning November 23, 2016, and a list of the 97 claimants whose forms
are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

RECEIVED
2018 NOV 27 AM 8:52
OFFICE OF THE
EXECUTIVE SECRETARIAT

0250143

| | | |
|---|---|---|
| Paul W. Abbott<br>Toni L. Abbott<br>1718 North Roane Street<br>Johnson City, TN 37601 | Brittany N. Adkins<br>2239 Grassy Branch Rd.<br>Sevierville, TN 37876 | Jayme E. Aleman<br>1475 Robert Ridge Road<br>Sevierville, TN 37862 |
| Brian H. Alspach<br>530 Bruce Rd.<br>Gatlinburg, TN 37738 | Tammy F. Bain<br>Leslie N. Miles<br>827 Sunrise Blvd<br>Sevierville, TN 37862 | Michael Bech<br>Sandra M. Bech<br>312 Saddleback Way<br>Sevierville, TN 37862 |
| Jody T. Bertram<br>520 Johnson Lane<br>Gatlinburg, TN 37738 | Stephen E. Bond<br>5896 Milburne Drive<br>Milford, OH 45150 | Marvis L. Bosarge Gonzalez<br>P.O. Box 425<br>Pigeon Forge, TN 37868 |
| Terrell M. Bouie<br>4749 Towensend<br>Gatlinburg, TN 37738 | Genie E. Brabham<br>535 Greenbriar Lane<br>Gatlinburg, TN 37738 | Deborah A. Brooks<br>219 Emert Street<br>Pigeon Forge, TN 37863 |
| William E. Brown Exector of<br>Estate of Elaine H. Brown<br>97 Ellis Drive<br>West Falls, NY 14170 | Eve O. Buero<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 | Mack Newman Butler<br>Connie Panelle Butler<br>207 Roseland Drive<br>Rainbow City, AL 35906 |
| Jones and Butler Investments,<br>LLC<br>3518 Montrose Ave.<br>Rainbow City, AL 35906 | Jamila M. Byrd, next of kin of<br>Pamela Jean Johnson,<br>Deceased<br>328 East Morelia Ave.<br>Knoxville, TN 37917 | Gae Campbell<br>4206 Dolly's Drive<br>Sevierville, TN 37876 |
| Lindsey Campbell<br>608 E. Reagan Lane<br>Gatlinburg, TN 37738 | Myrl D. Carr Administrator of<br>Estate of Myrl J. Carr<br>3230 Woods Way<br>Sevierville, TN 37876 | Charles S. Cavanaugh<br>413 McMahan Avenue<br>Sevierville, TN 37862 |
| Destin R. Chambers<br>Kelsey Y. Chambers<br>1013 Powdermill Rd.<br>Gatlinburg, TN 37738 | Julie Lynn Chase<br>Caleb B. Chase<br>P.O. Box 6805<br>Sevierville, TN 37864 | David R. Cheatham<br>611 Anderson Drive<br>Clarksville, TN 37040 |
| Steve W. Cofield<br>Jan Cofield<br>4016 Rainbow Drive<br>Rainbow City, AL 35906 | Terry D. Daniel<br>Carol A. Daniel<br>4387 School Section Rd.<br>Cincinnati, OH 45211 | Leon C. Dodd<br>638 Cedar Lane, Apt. 1<br>Knoxville, TN 37912 |
| Amy E. Dowling<br>Don J. Dowling<br>214 Mills Park Rd.<br>Gatlinburg, TN 37738 | Justin W. Dumas<br>Merry D. Dumas<br>212 Golden Rod Drive<br>Seymour, TN 37865 | John P. Eames<br>Lois A. Eames<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| Timothy James Easley<br>P.O. Box 1763<br>Gatlinburg, TN 37738 | Timothy Fannin<br>7028 South Ridgewood Drive<br>Lambertville, MI 48141 | Linda K. Garrett<br>234 Benson Lane<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Stephen R. Gilmore<br>Deborah L. Gilmore<br>19 Meigs Dr.<br>Shalimar, FL 32579 | Brenda J. Halsey<br>James L. Halsey<br>570 South Greenlee Rd.<br>Troy, OH 45373 | Russell E. Haskins<br>Cheryl F. Haskins<br>P.O. Box 23423<br>Knoxville, TN 37933 |
| Mark Hass<br>Terri Hass<br>1160 Tranquility Way<br>Louisville, KY 40291 | Kirk L. Heinsohn<br>660 Washington Rd.<br>Gatlinburg, TN 37738 | Sharon H. Hirschfield<br>1431 N. Arvon Lane<br>Gatlinburg, TN 37738 |
| Dave Hisey<br>1160 Upper Alpine Way<br>Gatlinburg, TN 37738 | Karen M. Holding<br>Harry R. Holding<br>7104 West Santa Fe Drive<br>Mucie, IN 47304 | James D. Holifield<br>1320 Powdermill Rd. Apt. #3<br>Gatlinburg, TN 37738 |
| John L. Hondulas<br>676 Maryville Pike<br>Knoxville, TN 37920 | Charlie Bob Hughes Jr.<br>Victoria D. Fister<br>126 Cookeville Hwy<br>Carthage, TN 37030 | James M. Hunter<br>P.O. Box 21568<br>Chattanooga, TN 37424 |
| Kathy Jones<br>1420 Cherokee Circle<br>Sevierville, TN 37862 | David L. Joyner<br>1063 Valley View Cir<br>Sevierville, TN 37876 | Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 |
| ████████, Minor<br>B/N/F Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 | David M. Klassen<br>Linda F. Klassen<br>1615 Tammany Drive<br>Nashville, TN 37206 | Kyle S. King<br>Doreen R. King<br>624 Mountain Drive<br>Gatlinburg, TN 37738 |
| John C. Kling<br>Cheryl A. Kling<br>146 Hackberry Way<br>Dandridge, TN 37725 | Karen N. Leverette<br>John R. Leverette<br>360 Menawa Pass<br>Millbrook, AL 36504 | Damon J. Matthews<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| John H. H. Matthews<br>Kenneth M. Matthews Jr.<br>7400 Forests Edge Ct.<br>Lairel, MD 20707 | Jo Rita Maxwell<br>P.O. Box 965<br>Pigeon Forge, TN 37868 | Zina Faye McKinney<br>508 Houser Road<br>Gatlinburg, TN 37738 |
| Patrick McKnight<br>Karen McKnight<br>608 Forrest Hill Dr<br>Lexington, KY 40509 | Rita S. Montero<br>1300 Park Blvd.<br>Marion, VA 24354 | Douglas E. Moore<br>Sandy M. Moore<br>325 Beech Branch Road<br>Gatlinburg, TN 37738 |
| Carol G. Muszik<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | James Dale Grace Christian<br>Trust, MSM Capital<br>Management, LLLP<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | David L. Naquin, Sr.<br>Denise A. Naquin<br>760 Wiley Oakley Dr<br>Gatlinburg, TN 37738 |
| Sue A. Naquin | Carroll E. Nichols | Jacob W. Parton |

| | | |
|---|---|---|
| 2614 Surftide Drive<br>Dandridge, TN 37725 | 109 Carlstown Drive #2<br>Pigeon Forge, TN 37863 | Betty J. Parton<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 |
| Miranda L. Paulk<br>Dora Jean Paulk<br>430 Mountain Drive<br>Gatlinburg, TN 37738 | Amanda B. Perryman<br>221 Woodland Road<br>Gatlinburg, TN 37738 | Melanie Meeks Phillips, next of<br>kin of Bradley Phillips,<br>deceased<br>5861 Wild Fig Lane<br>Ft. Myers, FL 33919 |
| Wesley M. Pittman<br>Katrina L. Pittman<br>818 Wesley Drive<br>Gatlinburg, TN 37738 | Giselle Porraspita<br>15240 SW 148th Terrace<br>Miami, FL 33196 | Paul Cliff Price<br>320 Ownby Street<br>Gatlinburg, TN 37738 |
| Florian J. Puhala, Jr.<br>Mary E. Puhala<br>601 Glades Road, Suite 12<br>Gatlinburg, TN 37738 | Larry D. Raymes<br>Karen Raymes<br>835 Terry Drive<br>Gatlinburg, TN 37738 | Betsy C. Rettig<br>124 Plaza Drive<br>Unit 3104<br>Pigeon Forge, TN 37863 |
| Jacqueline R. Robertson<br>2805 Dower Road<br>Sevierville, TN 37876 | Sandra Rovhana-Lollino<br>William Mark Gillham<br>9 Jungle Plum Ct South<br>Homosassa, FL 34446 | Mark Rueter<br>Glen Beasley<br>117 Joy Street<br>Sevierville, TN 37862 |
| Kerry "Tom" Sanders<br>Denise M. Sanders<br>250 Collier Drive<br>Sevierville, TN 37862 | Phyllis J. Seidel<br>2768 Mill View Court<br>Hamilton, OH 45011 | James Tom Shofner<br>Cheryl A. Shofner<br>127 Captain Lowman Rd.<br>Chapin, SC 29036 |
| Elizabeth A. Smith<br>Claude Thomas<br>1619 Butternut Lane<br>Sevierville, TN 37876 | Owen G. Smith<br>Rick Cook<br>4008 Rose Hill Ave.<br>Cincinnati, OH 45229 | Joel A. Sortore<br>Tomeika C. Stallworth<br>3259 Sims Road<br>Sevierville, TN 37876 |
| Deborah T. Spillers, Admx of<br>the estate of<br>Charles Edwin Taylor<br>125 Pine Gate Dr<br>Greenville, S.C. 29607 | Connie R. Springfield<br>Barry S. Springfield<br>59 Stonecreek Drive<br>Cartersville, GA 30120 | Tammie R. Starkey<br>Tommy L. Starkey<br>P.O. Box 1758<br>Pigeon Forge, TN 37868 |
| Arthur W. Stewart<br>1359 Korey Blvd.<br>Sevierville, TN 37876 | Michael B. Thompson<br>2328 Big River Overlook Drive<br>Apt. #7<br>Sevierville, TN 37876 | Michael G. Thompson<br>Sue D. Thompson<br>P.O. Box 1554<br>Gatlinburg, TN 37738 |
| Raymond A. Waddle Jr.<br>Jacqueline Waddle<br>235 Jones Cove Rd<br>Cosby, TN 37722 | Delbert R. Wallace<br>1375 Ogle Rd.<br>Apt. 4<br>Sevierville, TN 37876 | Douglas S. Yates<br>Audrey Yates<br>117 Joy Street<br>Sevierville, TN 37862 |

| | | |
|---|---|---|
| Joshua Yates<br>Krista Yates<br>2213 Douglas Dam rd., Apt. 2<br>Sevierville, TN 37876 | Julie O. Yates<br>Anthony L. Yates<br>735 Cummings Chapel Rd.<br>Sevierville, TN 37876 | Charles C. Young<br>Deborah L. Young<br>3495 Country Hill Drive<br>Bartlett, TN 38135 |
| Judy A. Sullivan, Gerald<br>Sullivan<br>Mountainside Rentals<br>402 Minnow Lane<br>Gulf Shores, AL 36542 | | |

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Mack Newman Butler<br>Connie Panelle Butler<br>207 Roseland Drive<br>Rainbow City, AL 35906 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS<br>Married | 6. DATE AND DAY OF ACCIDENT<br>11/23/2016  Wednesday | 7. TIME (A.M. OR P.M.)<br>4:00 P.M. |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence, owned for 14 years with updated interior, plus furnishings and total contents located at 407 Pebble Creek, Gatlinburg, TN 37738.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 380,000.00 | | | 380,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side).<br>*Sidney W. Gilreath, atty* | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>(865) 637-2442 | 14. DATE OF SIGNATURE<br>11/21/18 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance?  ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.  ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?   ☒ Yes  ☐ No   | 17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your Insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance?  ☒ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).  ☐ No

Berkley

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

  B. *Principal Purpose:* The information requested is to be used in evaluating claims.
  C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
  D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

LAW OFFICES

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3388

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0511

November 21, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:     Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result
of the Gatlinburg Fire beginning November 23, 2016, and a list of the 97 claimants whose forms
are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney Gilreath

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE
2018 NOV 27 AM 8: 52
RECEIVED

0260143

| | | |
|---|---|---|
| Paul W. Abbott<br>Toni L. Abbott<br>1718 North Roane Street<br>Johnson City, TN 37601 | Brittany N. Adkins<br>2239 Grassy Branch Rd.<br>Sevierville, TN 37876 | Jayme E. Aleman<br>1475 Robert Ridge Road<br>Sevierville, TN 37862 |
| Brian H. Alspach<br>530 Bruce Rd.<br>Gatlinburg, TN 37738 | Tammy F. Bain<br>Leslie N. Miles<br>827 Sunrise Blvd<br>Sevierville, TN 37862 | Michael Bech<br>Sandra M. Bech<br>312 Saddleback Way<br>Sevierville, TN 37862 |
| Jody T. Bertram<br>520 Johnson Lane<br>Gatlinburg, TN 37738 | Stephen E. Bond<br>5896 Milburne Drive<br>Milford, OH 45150 | Marvis L. Bosarge Gonzalez<br>P.O. Box 425<br>Pigeon Forge, TN 37868 |
| Terrell M. Bouie<br>4749 Towensend<br>Gatlinburg, TN 37738 | Genie E. Brabham<br>535 Greenbriar Lane<br>Gatlinburg, TN 37738 | Deborah A. Brooks<br>219 Emert Street<br>Pigeon Forge, TN 37863 |
| William E. Brown Exector of<br>Estate of Elaine H. Brown<br>97 Ellis Drive<br>West Falls, NY 14170 | Eve O. Buero<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 | Mack Newman Butler<br>Connie Panelle Butler<br>207 Roseland Drive<br>Rainbow City, AL 35906 |
| Jones and Butler Investments,<br>LLC<br>3518 Montrose Ave.<br>Rainbow City, AL 35906 | Jamila M. Byrd, next of kin of<br>Pamela Jean Johnson,<br>Deceased<br>328 East Morelia Ave.<br>Knoxville, TN 37917 | Gae Campbell<br>4206 Dolly's Drive<br>Sevierville, TN 37876 |
| Lindsey Campbell<br>608 E. Reagan Lane<br>Gatlinburg, TN 37738 | Myrl D. Carr Administrator of<br>Estate of Myrl J. Carr<br>3230 Woods Way<br>Sevierville, TN 37876 | Charles S. Cavanaugh<br>413 McMahan Avenue<br>Sevierville, TN 37862 |
| Destin R. Chambers<br>Kelsey Y. Chambers<br>1013 Powdermill Rd.<br>Gatlinburg, TN 37738 | Julie Lynn Chase<br>Caleb B. Chase<br>P.O. Box 6805<br>Sevierville, TN 37864 | David R. Cheatham<br>611 Anderson Drive<br>Clarksville, TN 37040 |
| Steve W. Cofield<br>Jan Cofield<br>4016 Rainbow Drive<br>Rainbow City, AL 35906 | Terry D. Daniel<br>Carol A. Daniel<br>4387 School Section Rd.<br>Cincinnati, OH 45211 | Leon C. Dodd<br>638 Cedar Lane, Apt. 1<br>Knoxville, TN 37912 |
| Amy E. Dowling<br>Don J. Dowling<br>214 Mills Park Rd.<br>Gatlinburg, TN 37738 | Justin W. Dumas<br>Merry D. Dumas<br>212 Golden Rod Drive<br>Seymour, TN 37865 | John P. Eames<br>Lois A. Eames<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| Timothy James Easley<br>P.O. Box 1763<br>Gatlinburg, TN 37738 | Timothy Fannin<br>7028 South Ridgewood Drive<br>Lambertville, MI 48141 | Linda K. Garrett<br>234 Benson Lane<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Stephen R. Gilmore<br>Deborah L. Gilmore<br>19 Meigs Dr.<br>Shalimar, FL 32579 | Brenda J. Halsey<br>James L. Halsey<br>570 South Greenlee Rd.<br>Troy, OH 45373 | Russell E. Haskins<br>Cheryl F. Haskins<br>P.O. Box 23423<br>Knoxville, TN 37933 |
| Mark Hass<br>Terri Hass<br>1160 Tranquility Way<br>Louisville, KY 40291 | Kirk L. Heinsohn<br>660 Washington Rd.<br>Gatlinburg, TN 37738 | Sharon H. Hirschfield<br>1431 N. Arvon Lane<br>Gatlinburg, TN 37738 |
| Dave Hisey<br>1160 Upper Alpine Way<br>Gatlinburg, TN 37738 | Karen M. Holding<br>Harry R. Holding<br>7104 West Santa Fe Drive<br>Mucie, IN 47304 | James D. Holifield<br>1320 Powdermill Rd. Apt. #3<br>Gatlinburg, TN 37738 |
| John L. Hondulas<br>676 Maryville Pike<br>Knoxville, TN 37920 | Charlie Bob Hughes Jr.<br>Victoria D. Fister<br>126 Cookeville Hwy<br>Carthage, TN 37030 | James M. Hunter<br>P.O. Box 21568<br>Chattanooga, TN 37424 |
| Kathy Jones<br>1420 Cherokee Circle<br>Sevierville, TN 37862 | David L. Joyner<br>1063 Valley View Cir<br>Sevierville, TN 37876 | Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 |
| ██████, Minor<br>B/N/F Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 | David M. Klassen<br>Linda F. Klassen<br>1615 Tammany Drive<br>Nashville, TN 37206 | Kyle S. King<br>Doreen R. King<br>624 Mountain Drive<br>Gatlinburg, TN 37738 |
| John C. Kling<br>Cheryl A. Kling<br>146 Hackberry Way<br>Dandridge, TN 37725 | Karen N. Leverette<br>John R. Leverette<br>360 Menawa Pass<br>Millbrook, AL 36504 | Damon J. Matthews<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| John H. H. Matthews<br>Kenneth M. Matthews Jr.<br>7400 Forests Edge Ct.<br>Lairel, MD 20707 | Jo Rita Maxwell<br>P.O. Box 965<br>Pigeon Forge, TN 37868 | Zina Faye McKinney<br>508 Houser Road<br>Gatlinburg, TN 37738 |
| Patrick McKnight<br>Karen McKnight<br>608 Forrest Hill Dr<br>Lexington, KY 40509 | Rita S. Montero<br>1300 Park Blvd.<br>Marion, VA 24354 | Douglas E. Moore<br>Sandy M. Moore<br>325 Beech Branch Road<br>Gatlinburg, TN 37738 |
| Carol G. Muszik<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | James Dale Grace Christian<br>Trust, MSM Capital<br>Management, LLLP<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | David L. Naquin, Sr.<br>Denise A. Naquin<br>760 Wiley Oakley Dr<br>Gatlinburg, TN 37738 |
| Sue A. Naquin | Carroll E. Nichols | Jacob W. Parton |

| | | |
|---|---|---|
| 2614 Surftide Drive<br>Dandridge, TN 37725 | 109 Carlstown Drive #2<br>Pigeon Forge, TN 37863 | Betty J. Parton<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 |
| Miranda L. Paulk<br>Dora Jean Paulk<br>430 Mountain Drive<br>Gatlinburg, TN 37738 | Amanda B. Perryman<br>221 Woodland Road<br>Gatlinburg, TN 37738 | Melanie Meeks Phillips, next of<br>kin of Bradley Phillips,<br>deceased<br>5861 Wild Fig Lane<br>Ft. Myers, FL 33919 |
| Wesley M. Pittman<br>Katrina L. Pittman<br>818 Wesley Drive<br>Gatlinburg, TN 37738 | Giselle Porraspita<br>15240 SW 148th Terrace<br>Miami, FL 33196 | Paul Cliff Price<br>320 Ownby Street<br>Gatlinburg, TN 37738 |
| Florian J. Puhala, Jr.<br>Mary E. Puhala<br>601 Glades Road, Suite 12<br>Gatlinburg, TN 37738 | Larry D. Raymes<br>Karen Raymes<br>835 Terry Drive<br>Gatlinburg, TN 37738 | Betsy C. Rettig<br>124 Plaza Drive<br>Unit 3104<br>Pigeon Forge, TN 37863 |
| Jacqueline R. Robertson<br>2805 Dower Road<br>Sevierville, TN 37876 | Sandra Rovhana-Lollino<br>William Mark Gillham<br>9 Jungle Plum Ct South<br>Homosassa, FL 34446 | Mark Rueter<br>Glen Beasley<br>117 Joy Street<br>Sevierville, TN 37862 |
| Kerry "Tom" Sanders<br>Denise M. Sanders<br>250 Collier Drive<br>Sevierville, TN 37862 | Phyllis J. Seidel<br>2768 Mill View Court<br>Hamilton, OH 45011 | James Tom Shofner<br>Cheryl A. Shofner<br>127 Captain Lowman Rd.<br>Chapin, SC 29036 |
| Elizabeth A. Smith<br>Claude Thomas<br>1619 Butternut Lane<br>Sevierville, TN 37876 | Owen G. Smith<br>Rick Cook<br>4008 Rose Hill Ave.<br>Cincinnati, OH 45229 | Joel A. Sortore<br>Tomeika C. Stallworth<br>3259 Sims Road<br>Sevierville, TN 37876 |
| Deborah T. Spillers, Admx of<br>the estate of<br>Charles Edwin Taylor<br>125 Pine Gate Dr<br>Greenville, S.C. 29607 | Connie R. Springfield<br>Barry S. Springfield<br>59 Stonecreek Drive<br>Cartersville, GA 30120 | Tammie R. Starkey<br>Tommy L. Starkey<br>P.O. Box 1758<br>Pigeon Forge, TN 37868 |
| Arthur W. Stewart<br>1359 Korey Blvd.<br>Sevierville, TN 37876 | Michael B. Thompson<br>2328 Big River Overlook Drive<br>Apt. #7<br>Sevierville, TN 37876 | Michael G. Thompson<br>Sue D. Thompson<br>P.O. Box 1554<br>Gatlinburg, TN 37738 |
| Raymond A. Waddle Jr.<br>Jacqueline Waddle<br>235 Jones Cove Rd<br>Cosby, TN 37722 | Delbert R. Wallace<br>1375 Ogle Rd.<br>Apt. 4<br>Sevierville, TN 37876 | Douglas S. Yates<br>Audrey Yates<br>117 Joy Street<br>Sevierville, TN 37862 |

| | | |
|---|---|---|
| Joshua Yates<br>Krista Yates<br>2213 Douglas Dam rd., Apt. 2<br>Sevierville, TN 37876 | Julie O. Yates<br>Anthony L. Yates<br>735 Cummings Chapel Rd.<br>Sevierville, TN 37876 | Charles C. Young<br>Deborah L. Young<br>3495 Country Hill Drive<br>Bartlett, TN 38135 |
| Judy A. Sullivan, Gerald<br>Sullivan<br>Mountainside Rentals<br>402 Minnow Lane<br>Gulf Shores, AL 36542 | | |

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government Department of the Interior 1849 C Street, N.W. Washington, DC 20240 | Jamila M. Byrd, next of Kin of Pamela Jean Johnson, Deceased 328 East Morelia Ave Knoxville, TN 37917 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | ▮▮▮▮▮ | | 11/23/2016    Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto the Traveler's Motel at 945 E. Parkway, Gatlinburg, TN. causing the death of Pamela Jean Johnson.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Fire spread to Traveler's Motel, 945 E. Parkway, Gatlinburg, TN causing the death of Pamela Jean Johnson, age 59.

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Erik Cooper | 1216 East Parkway #1413 Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| | | 2,700,000 | 2,700,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Bradley W. Shreth, atty* (signature) | (865) 637-2442 | 9/14/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No   17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

   B. *Principal Purpose:* The information requested is to be used in evaluating claims.
   C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
   D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) **BACK**

<table>
<tr><td colspan="2"><strong>CLAIM FOR DAMAGE, INJURY, OR DEATH</strong></td><td><strong>INSTRUCTIONS:</strong> Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.</td><td>FORM APPROVED<br>OMB NO. 1105-0008</td></tr>
</table>

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse.) Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Malinda A. Cain<br>Christopher E. Cain<br>P.O. Box 1796<br>Gatlinburg, TN 37738 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS<br>Married | 6. DATE AND DAY OF ACCIDENT<br>11/23/2016 Wednesday | 7. TIME (A.M. OR P.M.)<br>4:00 P.M. |
|---|---|---|---|---|

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

RECEIVED

NOV 21 2017

| 9. | **PROPERTY DAMAGE** |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

AIP

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence and total contents; Garage; 1 BR apartment; 2 BR apartment and garage; 2 AC units; well house & pump; 2 4 ton heat pumps; Car- 2005 Toyota Tacoma located at: 278 Beech Branch Road Gatlinburg, TN 37738

| 10. | **PERSONAL INJURY/WRONGFUL DEATH** |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | **WITNESSES** | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) | |
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 | |

| 12. (See instructions on reverse). | **AMOUNT OF CLAIM** (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 665,000.00 | | | 665,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side).<br>*Sidney W. Gilreath, atty* | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>(865) 637-2442 | 14. DATE OF SIGNATURE<br>10-23-17 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes   ☐ No   17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

Travelers

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV (2/2007) **BACK**

LAW OFFICES

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3388

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0511

November 21, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:     Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result
of the Gatlinburg Fire beginning November 23, 2016, and a list of the 97 claimants whose forms
are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.


SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE

2018 NOV 27 AM 8: 52

RECEIVED

0260143

| | | |
|---|---|---|
| Paul W. Abbott<br>Toni L. Abbott<br>1718 North Roane Street<br>Johnson City, TN 37601 | Brittany N. Adkins<br>2239 Grassy Branch Rd.<br>Sevierville, TN 37876 | Jayme E. Aleman<br>1475 Robert Ridge Road<br>Sevierville, TN 37862 |
| Brian H. Alspach<br>530 Bruce Rd.<br>Gatlinburg, TN 37738 | Tammy F. Bain<br>Leslie N. Miles<br>827 Sunrise Blvd<br>Sevierville, TN 37862 | Michael Bech<br>Sandra M. Bech<br>312 Saddleback Way<br>Sevierville, TN 37862 |
| Jody T. Bertram<br>520 Johnson Lane<br>Gatlinburg, TN 37738 | Stephen E. Bond<br>5896 Milburne Drive<br>Milford, OH 45150 | Marvis L. Bosarge Gonzalez<br>P.O. Box 425<br>Pigeon Forge, TN 37868 |
| Terrell M. Bouie<br>4749 Towensend<br>Gatlinburg, TN 37738 | Genie E. Brabham<br>535 Greenbriar Lane<br>Gatlinburg, TN 37738 | Deborah A. Brooks<br>219 Emert Street<br>Pigeon Forge, TN 37863 |
| William E. Brown Exector of<br>Estate of Elaine H. Brown<br>97 Ellis Drive<br>West Falls, NY 14170 | Eve O. Buero<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 | Mack Newman Butler<br>Connie Panelle Butler<br>207 Roseland Drive<br>Rainbow City, AL 35906 |
| Jones and Butler Investments,<br>LLC<br>3518 Montrose Ave.<br>Rainbow City, AL 35906 | Jamila M. Byrd, next of kin of<br>Pamela Jean Johnson,<br>Deceased<br>328 East Morelia Ave.<br>Knoxville, TN 37917 | Gae Campbell<br>4206 Dolly's Drive<br>Sevierville, TN 37876 |
| Lindsey Campbell<br>608 E. Reagan Lane<br>Gatlinburg, TN 37738 | Myrl D. Carr Administrator of<br>Estate of Myrl J. Carr<br>3230 Woods Way<br>Sevierville, TN 37876 | Charles S. Cavanaugh<br>413 McMahan Avenue<br>Sevierville, TN 37862 |
| Destin R. Chambers<br>Kelsey Y. Chambers<br>1013 Powdermill Rd.<br>Gatlinburg, TN 37738 | Julie Lynn Chase<br>Caleb B. Chase<br>P.O. Box 6805<br>Sevierville, TN 37864 | David R. Cheatham<br>611 Anderson Drive<br>Clarksville, TN 37040 |
| Steve W. Cofield<br>Jan Cofield<br>4016 Rainbow Drive<br>Rainbow City, AL 35906 | Terry D. Daniel<br>Carol A. Daniel<br>4387 School Section Rd.<br>Cincinnati, OH 45211 | Leon C. Dodd<br>638 Cedar Lane, Apt. 1<br>Knoxville, TN 37912 |
| Amy E. Dowling<br>Don J. Dowling<br>214 Mills Park Rd.<br>Gatlinburg, TN 37738 | Justin W. Dumas<br>Merry D. Dumas<br>212 Golden Rod Drive<br>Seymour, TN 37865 | John P. Eames<br>Lois A. Eames<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| Timothy James Easley<br>P.O. Box 1763<br>Gatlinburg, TN 37738 | Timothy Fannin<br>7028 South Ridgewood Drive<br>Lambertville, MI 48141 | Linda K. Garrett<br>234 Benson Lane<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Stephen R. Gilmore<br>Deborah L. Gilmore<br>19 Meigs Dr.<br>Shalimar, FL 32579 | Brenda J. Halsey<br>James L. Halsey<br>570 South Greenlee Rd.<br>Troy, OH 45373 | Russell E. Haskins<br>Cheryl F. Haskins<br>P.O. Box 23423<br>Knoxville, TN 37933 |
| Mark Hass<br>Terri Hass<br>1160 Tranquility Way<br>Louisville, KY 40291 | Kirk L. Heinsohn<br>660 Washington Rd.<br>Gatlinburg, TN 37738 | Sharon H. Hirschfield<br>1431 N. Arvon Lane<br>Gatlinburg, TN 37738 |
| Dave Hisey<br>1160 Upper Alpine Way<br>Gatlinburg, TN 37738 | Karen M. Holding<br>Harry R. Holding<br>7104 West Santa Fe Drive<br>Mucie, IN 47304 | James D. Holifield<br>1320 Powdermill Rd. Apt. #3<br>Gatlinburg, TN 37738 |
| John L. Hondulas<br>676 Maryville Pike<br>Knoxville, TN 37920 | Charlie Bob Hughes Jr.<br>Victoria D. Fister<br>126 Cookeville Hwy<br>Carthage, TN 37030 | James M. Hunter<br>P.O. Box 21568<br>Chattanooga, TN 37424 |
| Kathy Jones<br>1420 Cherokee Circle<br>Sevierville, TN 37862 | David L. Joyner<br>1063 Valley View Cir<br>Sevierville, TN 37876 | Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 |
| ███████, Minor<br>B/N/F Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 | David M. Klassen<br>Linda F. Klassen<br>1615 Tammany Drive<br>Nashville, TN 37206 | Kyle S. King<br>Doreen R. King<br>624 Mountain Drive<br>Gatlinburg, TN 37738 |
| John C. Kling<br>Cheryl A. Kling<br>146 Hackberry Way<br>Dandridge, TN 37725 | Karen N. Leverette<br>John R. Leverette<br>360 Menawa Pass<br>Millbrook, AL 36504 | Damon J. Matthews<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| John H. H. Matthews<br>Kenneth M. Matthews Jr.<br>7400 Forests Edge Ct.<br>Lairel, MD 20707 | Jo Rita Maxwell<br>P.O. Box 965<br>Pigeon Forge, TN 37868 | Zina Faye McKinney<br>508 Houser Road<br>Gatlinburg, TN 37738 |
| Patrick McKnight<br>Karen McKnight<br>608 Forrest Hill Dr<br>Lexington, KY 40509 | Rita S. Montero<br>1300 Park Blvd.<br>Marion, VA 24354 | Douglas E. Moore<br>Sandy M. Moore<br>325 Beech Branch Road<br>Gatlinburg, TN 37738 |
| Carol G. Muszik<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | James Dale Grace Christian<br>Trust, MSM Capital<br>Management, LLLP<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | David L. Naquin, Sr.<br>Denise A. Naquin<br>760 Wiley Oakley Dr<br>Gatlinburg, TN 37738 |
| Sue A. Naquin | Carroll E. Nichols | Jacob W. Parton |

| | | |
|---|---|---|
| 2614 Surftide Drive<br>Dandridge, TN 37725 | 109 Carlstown Drive #2<br>Pigeon Forge, TN 37863 | Betty J. Parton<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 |
| Miranda L. Paulk<br>Dora Jean Paulk<br>430 Mountain Drive<br>Gatlinburg, TN 37738 | Amanda B. Perryman<br>221 Woodland Road<br>Gatlinburg, TN 37738 | Melanie Meeks Phillips, next of<br>kin of Bradley Phillips,<br>deceased<br>5861 Wild Fig Lane<br>Ft. Myers, FL 33919 |
| Wesley M. Pittman<br>Katrina L. Pittman<br>818 Wesley Drive<br>Gatlinburg, TN 37738 | Giselle Porraspita<br>15240 SW 148th Terrace<br>Miami, FL 33196 | Paul Cliff Price<br>320 Ownby Street<br>Gatlinburg, TN 37738 |
| Florian J. Puhala, Jr.<br>Mary E. Puhala<br>601 Glades Road, Suite 12<br>Gatlinburg, TN 37738 | Larry D. Raymes<br>Karen Raymes<br>835 Terry Drive<br>Gatlinburg, TN 37738 | Betsy C. Rettig<br>124 Plaza Drive<br>Unit 3104<br>Pigeon Forge, TN 37863 |
| Jacqueline R. Robertson<br>2805 Dower Road<br>Sevierville, TN 37876 | Sandra Rovhana-Lollino<br>William Mark Gillham<br>9 Jungle Plum Ct South<br>Homosassa, FL 34446 | Mark Rueter<br>Glen Beasley<br>117 Joy Street<br>Sevierville, TN 37862 |
| Kerry "Tom" Sanders<br>Denise M. Sanders<br>250 Collier Drive<br>Sevierville, TN 37862 | Phyllis J. Seidel<br>2768 Mill View Court<br>Hamilton, OH 45011 | James Tom Shofner<br>Cheryl A. Shofner<br>127 Captain Lowman Rd.<br>Chapin, SC 29036 |
| Elizabeth A. Smith<br>Claude Thomas<br>1619 Butternut Lane<br>Sevierville, TN 37876 | Owen G. Smith<br>Rick Cook<br>4008 Rose Hill Ave.<br>Cincinnati, OH 45229 | Joel A. Sortore<br>Tomeika C. Stallworth<br>3259 Sims Road<br>Sevierville, TN 37876 |
| Deborah T. Spillers, Admx of<br>the estate of<br>Charles Edwin Taylor<br>125 Pine Gate Dr<br>Greenville, S.C. 29607 | Connie R. Springfield<br>Barry S. Springfield<br>59 Stonecreek Drive<br>Cartersville, GA 30120 | Tammie R. Starkey<br>Tommy L. Starkey<br>P.O. Box 1758<br>Pigeon Forge, TN 37868 |
| Arthur W. Stewart<br>1359 Korey Blvd.<br>Sevierville, TN 37876 | Michael B. Thompson<br>2328 Big River Overlook Drive<br>Apt. #7<br>Sevierville, TN 37876 | Michael G. Thompson<br>Sue D. Thompson<br>P.O. Box 1554<br>Gatlinburg, TN 37738 |
| Raymond A. Waddle Jr.<br>Jacqueline Waddle<br>235 Jones Cove Rd<br>Cosby, TN 37722 | Delbert R. Wallace<br>1375 Ogle Rd.<br>Apt. 4<br>Sevierville, TN 37876 | Douglas S. Yates<br>Audrey Yates<br>117 Joy Street<br>Sevierville, TN 37862 |

| Joshua Yates<br>Krista Yates<br>2213 Douglas Dam rd., Apt. 2<br>Sevierville, TN 37876 | Julie O. Yates<br>Anthony L. Yates<br>735 Cummings Chapel Rd.<br>Sevierville, TN 37876 | Charles C. Young<br>Deborah L. Young<br>3495 Country Hill Drive<br>Bartlett, TN 38135 |
| --- | --- | --- |
| Judy A. Sullivan, Gerald<br>Sullivan<br>Mountainside Rentals<br>402 Minnow Lane<br>Gulf Shores, AL 36542 | | |

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Gae Campbell<br>4206 Dolly's Drive<br>Sevierville, TN 37876 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | Single | 11/23/2016 | Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence plus furnishings and total contents located at: 129 Village East Drive, G-104 Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 175,000.00 | | | 175,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| Sidney W. Gilreath, atty | (865) 637-2442 | 11/21/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No | 17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

Statefarm

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) **BACK**

LAW OFFICES

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3388

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0511

November 21, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:    Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result
of the Gatlinburg Fire beginning November 23, 2016, and a list of the 97 claimants whose forms
are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE

2018 NOV 27 AM 8: 52

RECEIVED

0260143

| | | |
|---|---|---|
| Paul W. Abbott<br>Toni L. Abbott<br>1718 North Roane Street<br>Johnson City, TN 37601 | Brittany N. Adkins<br>2239 Grassy Branch Rd.<br>Sevierville, TN 37876 | Jayme E. Aleman<br>1475 Robert Ridge Road<br>Sevierville, TN 37862 |
| Brian H. Alspach<br>530 Bruce Rd.<br>Gatlinburg, TN 37738 | Tammy F. Bain<br>Leslie N. Miles<br>827 Sunrise Blvd<br>Sevierville, TN 37862 | Michael Bech<br>Sandra M. Bech<br>312 Saddleback Way<br>Sevierville, TN 37862 |
| Jody T. Bertram<br>520 Johnson Lane<br>Gatlinburg, TN 37738 | Stephen E. Bond<br>5896 Milburne Drive<br>Milford, OH 45150 | Marvis L. Bosarge Gonzalez<br>P.O. Box 425<br>Pigeon Forge, TN 37868 |
| Terrell M. Bouie<br>4749 Towensend<br>Gatlinburg, TN 37738 | Genie E. Brabham<br>535 Greenbriar Lane<br>Gatlinburg, TN 37738 | Deborah A. Brooks<br>219 Emert Street<br>Pigeon Forge, TN 37863 |
| William E. Brown Exector of<br>Estate of Elaine H. Brown<br>97 Ellis Drive<br>West Falls, NY 14170 | Eve O. Buero<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 | Mack Newman Butler<br>Connie Panelle Butler<br>207 Roseland Drive<br>Rainbow City, AL 35906 |
| Jones and Butler Investments,<br>LLC<br>3518 Montrose Ave.<br>Rainbow City, AL 35906 | Jamila M. Byrd, next of kin of<br>Pamela Jean Johnson,<br>Deceased<br>328 East Morelia Ave.<br>Knoxville, TN 37917 | Gae Campbell<br>4206 Dolly's Drive<br>Sevierville, TN 37876 |
| Lindsey Campbell<br>608 E. Reagan Lane<br>Gatlinburg, TN 37738 | Myrl D. Carr Administrator of<br>Estate of Myrl J. Carr<br>3230 Woods Way<br>Sevierville, TN 37876 | Charles S. Cavanaugh<br>413 McMahan Avenue<br>Sevierville, TN 37862 |
| Destin R. Chambers<br>Kelsey Y. Chambers<br>1013 Powdermill Rd.<br>Gatlinburg, TN 37738 | Julie Lynn Chase<br>Caleb B. Chase<br>P.O. Box 6805<br>Sevierville, TN 37864 | David R. Cheatham<br>611 Anderson Drive<br>Clarksville, TN 37040 |
| Steve W. Cofield<br>Jan Cofield<br>4016 Rainbow Drive<br>Rainbow City, AL 35906 | Terry D. Daniel<br>Carol A. Daniel<br>4387 School Section Rd.<br>Cincinnati, OH 45211 | Leon C. Dodd<br>638 Cedar Lane, Apt. 1<br>Knoxville, TN 37912 |
| Amy E. Dowling<br>Don J. Dowling<br>214 Mills Park Rd.<br>Gatlinburg, TN 37738 | Justin W. Dumas<br>Merry D. Dumas<br>212 Golden Rod Drive<br>Seymour, TN 37865 | John P. Eames<br>Lois A. Eames<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| Timothy James Easley<br>P.O. Box 1763<br>Gatlinburg, TN 37738 | Timothy Fannin<br>7028 South Ridgewood Drive<br>Lambertville, MI 48141 | Linda K. Garrett<br>234 Benson Lane<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Stephen R. Gilmore<br>Deborah L. Gilmore<br>19 Meigs Dr.<br>Shalimar, FL 32579 | Brenda J. Halsey<br>James L. Halsey<br>570 South Greenlee Rd.<br>Troy, OH 45373 | Russell E. Haskins<br>Cheryl F. Haskins<br>P.O. Box 23423<br>Knoxville, TN 37933 |
| Mark Hass<br>Terri Hass<br>1160 Tranquility Way<br>Louisville, KY 40291 | Kirk L. Heinsohn<br>660 Washington Rd.<br>Gatlinburg, TN 37738 | Sharon H. Hirschfield<br>1431 N. Arvon Lane<br>Gatlinburg, TN 37738 |
| Dave Hisey<br>1160 Upper Alpine Way<br>Gatlinburg, TN 37738 | Karen M. Holding<br>Harry R. Holding<br>7104 West Santa Fe Drive<br>Mucie, IN 47304 | James D. Holifield<br>1320 Powdermill Rd. Apt. #3<br>Gatlinburg, TN 37738 |
| John L. Hondulas<br>676 Maryville Pike<br>Knoxville, TN 37920 | Charlie Bob Hughes Jr.<br>Victoria D. Fister<br>126 Cookeville Hwy<br>Carthage, TN 37030 | James M. Hunter<br>P.O. Box 21568<br>Chattanooga, TN 37424 |
| Kathy Jones<br>1420 Cherokee Circle<br>Sevierville, TN 37862 | David L. Joyner<br>1063 Valley View Cir<br>Sevierville, TN 37876 | Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 |
| ████████ , Minor<br>B/N/F Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 | David M. Klassen<br>Linda F. Klassen<br>1615 Tammany Drive<br>Nashville, TN 37206 | Kyle S. King<br>Doreen R. King<br>624 Mountain Drive<br>Gatlinburg, TN 37738 |
| John C. Kling<br>Cheryl A. Kling<br>146 Hackberry Way<br>Dandridge, TN 37725 | Karen N. Leverette<br>John R. Leverette<br>360 Menawa Pass<br>Millbrook, AL 36504 | Damon J. Matthews<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| John H. H. Matthews<br>Kenneth M. Matthews Jr.<br>7400 Forests Edge Ct.<br>Lairel, MD 20707 | Jo Rita Maxwell<br>P.O. Box 965<br>Pigeon Forge, TN 37868 | Zina Faye McKinney<br>508 Houser Road<br>Gatlinburg, TN 37738 |
| Patrick McKnight<br>Karen McKnight<br>608 Forrest Hill Dr<br>Lexington, KY 40509 | Rita S. Montero<br>1300 Park Blvd.<br>Marion, VA 24354 | Douglas E. Moore<br>Sandy M. Moore<br>325 Beech Branch Road<br>Gatlinburg, TN 37738 |
| Carol G. Muszik<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | James Dale Grace Christian<br>Trust, MSM Capital<br>Management, LLLP<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | David L. Naquin, Sr.<br>Denise A. Naquin<br>760 Wiley Oakley Dr<br>Gatlinburg, TN 37738 |
| Sue A. Naquin | Carroll E. Nichols | Jacob W. Parton |

| | | |
|---|---|---|
| 2614 Surftide Drive<br>Dandridge, TN 37725 | 109 Carlstown Drive #2<br>Pigeon Forge, TN 37863 | Betty J. Parton<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 |
| Miranda L. Paulk<br>Dora Jean Paulk<br>430 Mountain Drive<br>Gatlinburg, TN 37738 | Amanda B. Perryman<br>221 Woodland Road<br>Gatlinburg, TN 37738 | Melanie Meeks Phillips, next of<br>kin of Bradley Phillips,<br>deceased<br>5861 Wild Fig Lane<br>Ft. Myers, FL 33919 |
| Wesley M. Pittman<br>Katrina L. Pittman<br>818 Wesley Drive<br>Gatlinburg, TN 37738 | Giselle Porraspita<br>15240 SW 148th Terrace<br>Miami, FL 33196 | Paul Cliff Price<br>320 Ownby Street<br>Gatlinburg, TN 37738 |
| Florian J. Puhala, Jr.<br>Mary E. Puhala<br>601 Glades Road, Suite 12<br>Gatlinburg, TN 37738 | Larry D. Raymes<br>Karen Raymes<br>835 Terry Drive<br>Gatlinburg, TN 37738 | Betsy C. Rettig<br>124 Plaza Drive<br>Unit 3104<br>Pigeon Forge, TN 37863 |
| Jacqueline R. Robertson<br>2805 Dower Road<br>Sevierville, TN 37876 | Sandra Rovhana-Lollino<br>William Mark Gillham<br>9 Jungle Plum Ct South<br>Homosassa, FL 34446 | Mark Rueter<br>Glen Beasley<br>117 Joy Street<br>Sevierville, TN 37862 |
| Kerry "Tom" Sanders<br>Denise M. Sanders<br>250 Collier Drive<br>Sevierville, TN 37862 | Phyllis J. Seidel<br>2768 Mill View Court<br>Hamilton, OH 45011 | James Tom Shofner<br>Cheryl A. Shofner<br>127 Captain Lowman Rd.<br>Chapin, SC 29036 |
| Elizabeth A. Smith<br>Claude Thomas<br>1619 Butternut Lane<br>Sevierville, TN 37876 | Owen G. Smith<br>Rick Cook<br>4008 Rose Hill Ave.<br>Cincinnati, OH 45229 | Joel A. Sortore<br>Tomeika C. Stallworth<br>3259 Sims Road<br>Sevierville, TN 37876 |
| Deborah T. Spillers, Admx of<br>the estate of<br>Charles Edwin Taylor<br>125 Pine Gate Dr<br>Greenville, S.C. 29607 | Connie R. Springfield<br>Barry S. Springfield<br>59 Stonecreek Drive<br>Cartersville, GA 30120 | Tammie R. Starkey<br>Tommy L. Starkey<br>P.O. Box 1758<br>Pigeon Forge, TN 37868 |
| Arthur W. Stewart<br>1359 Korey Blvd.<br>Sevierville, TN 37876 | Michael B. Thompson<br>2328 Big River Overlook Drive<br>Apt. #7<br>Sevierville, TN 37876 | Michael G. Thompson<br>Sue D. Thompson<br>P.O. Box 1554<br>Gatlinburg, TN 37738 |
| Raymond A. Waddle Jr.<br>Jacqueline Waddle<br>235 Jones Cove Rd<br>Cosby, TN 37722 | Delbert R. Wallace<br>1375 Ogle Rd.<br>Apt. 4<br>Sevierville, TN 37876 | Douglas S. Yates<br>Audrey Yates<br>117 Joy Street<br>Sevierville, TN 37862 |

| | | |
|---|---|---|
| Joshua Yates<br>Krista Yates<br>2213 Douglas Dam rd., Apt. 2<br>Sevierville, TN 37876 | Julie O. Yates<br>Anthony L. Yates<br>735 Cummings Chapel Rd.<br>Sevierville, TN 37876 | Charles C. Young<br>Deborah L. Young<br>3495 Country Hill Drive<br>Bartlett, TN 38135 |
| Judy A. Sullivan, Gerald<br>Sullivan<br>Mountainside Rentals<br>402 Minnow Lane<br>Gulf Shores, AL 36542 | | |

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government Department of the Interior 1849 C Street, N.W. Washington, DC 20240 | Lindsey Campbell 608 E. Reagan Lane Gatlinburg, TN 37738 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | Single | 11/23/2016  Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Personal Property located at 406 Greystone Heights Rd., Gatlinburg, TN 37738; clothing, record collection, fine art suppplies, paintings.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413 Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 100,000.00 | | | 100,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* atty | (865) 637-2442 | 11/21/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

| INSURANCE COVERAGE |
|---|

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No    17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).    ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competent bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Mary Lisa Tant Campbell<br>Joann K. Tant<br>406 Greystone Heights Road<br>Gatlinburg, TN 37738 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | | Single | 11-23-2016 | Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence plus furnishings located at: 406 Greystone Heights Road, Gatlinburg, TN 37738
Car: 2006 Toyota Scion XB car

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| $1,800,000.00 | | | $1,800,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| Sidney W. Gilreath, atty | (865) 637-2442 | 8/22/17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? [X] Yes ☐ No    17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? [X] Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

Farm Bureau
Policy No.: 5602318

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

Complete all items - insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 652a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A.  *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B.  *Principal Purpose:* The information requested is to be used in evaluating claims.
C.  *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D.  *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse.) Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Randall L. Campbell<br>Jennifer E. Campbell<br>623 Adams Road<br>Walland, TN 37886 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS<br>Married | 6. DATE AND DAY OF ACCIDENT<br>11/23/2016 Wednesday | 7. TIME (A.M. OR P.M.)<br>4:00 P.M. |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence plus furnishings and total contents located at: 309 Savage Garden Road, Gatlinburg, TN 37738; cats; vehicle

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | | AMOUNT OF CLAIM (in dollars) | |
|---|---|---|---|

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| 500,000.00 | | | 500,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side).<br>*Sidney W. Gilreath, atty* | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>(865) 637-2442 | 14. DATE OF SIGNATURE<br>10-23-17 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

| 15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No |
|---|

| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No | 17. If deductible, state amount. |
|---|---|
| Coverage is inadequate | |

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

| 19. Do you carry public liability and property damage insurance? ☒ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No |
|---|
| Erie |

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

<table>
<tr><td colspan="2"><b>CLAIM FOR DAMAGE, INJURY, OR DEATH</b></td><td><b>INSTRUCTIONS:</b> Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.</td><td>FORM APPROVED<br>OMB NO. 1105-0008</td></tr>
</table>

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Patricia A. Cannon<br>825 Wesley Drive<br>Gatlinburg, TN 37738 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT<br>11/23/2016  Wednesday | 7. TIME (A.M. OR P.M.)<br>4:00 P.M. |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Rental residence located at: 723 Bear Walk Way Gatlinburg, TN

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 80,000.00 | | | 80,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side).<br>*Sidney W. Gilreath, atty* | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>(865) 637-2442 | 14. DATE OF SIGNATURE<br>10-23-17 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government.  (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes   ☐ No | 17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☐ No

State Farm

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* in support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* in support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* in support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

**FORM APPROVED OMB NO. 1105-0008**

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any, (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Arnold L. Carr<br>1709 Lloyd Proffitt Way<br>Gatlinburg, TN 37738 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | Single | 11-23-2016   Wednesday | 4:00 P.M. |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence plus furnishings and all contents located at: 539 Baskins Creek Road, Gatlinburg, TN 37738

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

**12. (See instructions on reverse).  AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| $400,000.00 | | | $400,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath, atty* | (865) 637-2442 | 8/22/17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?   ☒ Yes   ☐ No   | 17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☐ No

Farm Bureau

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. Authority: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

  B. Principal Purpose: The information requested is to be used in evaluating claims.
  C. Routine Use: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
  D. Effect of Failure to Respond: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3388

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0511

November 21, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:     Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result
of the Gatlinburg Fire beginning November 23, 2016, and a list of the 97 claimants whose forms
are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE
2018 NOV 27 AM 8:52
RECEIVED

026013

| | | |
|---|---|---|
| Paul W. Abbott<br>Toni L. Abbott<br>1718 North Roane Street<br>Johnson City, TN 37601 | Brittany N. Adkins<br>2239 Grassy Branch Rd.<br>Sevierville, TN 37876 | Jayme E. Aleman<br>1475 Robert Ridge Road<br>Sevierville, TN 37862 |
| Brian H. Alspach<br>530 Bruce Rd.<br>Gatlinburg, TN 37738 | Tammy F. Bain<br>Leslie N. Miles<br>827 Sunrise Blvd<br>Sevierville, TN 37862 | Michael Bech<br>Sandra M. Bech<br>312 Saddleback Way<br>Sevierville, TN 37862 |
| Jody T. Bertram<br>520 Johnson Lane<br>Gatlinburg, TN 37738 | Stephen E. Bond<br>5896 Milburne Drive<br>Milford, OH 45150 | Marvis L. Bosarge Gonzalez<br>P.O. Box 425<br>Pigeon Forge, TN 37868 |
| Terrell M. Bouie<br>4749 Towensend<br>Gatlinburg, TN 37738 | Genie E. Brabham<br>535 Greenbriar Lane<br>Gatlinburg, TN 37738 | Deborah A. Brooks<br>219 Emert Street<br>Pigeon Forge, TN 37863 |
| William E. Brown Exector of<br>Estate of Elaine H. Brown<br>97 Ellis Drive<br>West Falls, NY 14170 | Eve O. Buero<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 | Mack Newman Butler<br>Connie Panelle Butler<br>207 Roseland Drive<br>Rainbow City, AL 35906 |
| Jones and Butler Investments,<br>LLC<br>3518 Montrose Ave.<br>Rainbow City, AL 35906 | Jamila M. Byrd, next of kin of<br>Pamela Jean Johnson,<br>Deceased<br>328 East Morelia Ave.<br>Knoxville, TN 37917 | Gae Campbell<br>4206 Dolly's Drive<br>Sevierville, TN 37876 |
| Lindsey Campbell<br>608 E. Reagan Lane<br>Gatlinburg, TN 37738 | Myrl D. Carr Administrator of<br>Estate of Myrl J. Carr<br>3230 Woods Way<br>Sevierville, TN 37876 | Charles S. Cavanaugh<br>413 McMahan Avenue<br>Sevierville, TN 37862 |
| Destin R. Chambers<br>Kelsey Y. Chambers<br>1013 Powdermill Rd.<br>Gatlinburg, TN 37738 | Julie Lynn Chase<br>Caleb B. Chase<br>P.O. Box 6805<br>Sevierville, TN 37864 | David R. Cheatham<br>611 Anderson Drive<br>Clarksville, TN 37040 |
| Steve W. Cofield<br>Jan Cofield<br>4016 Rainbow Drive<br>Rainbow City, AL 35906 | Terry D. Daniel<br>Carol A. Daniel<br>4387 School Section Rd.<br>Cincinnati, OH 45211 | Leon C. Dodd<br>638 Cedar Lane, Apt. 1<br>Knoxville, TN 37912 |
| Amy E. Dowling<br>Don J. Dowling<br>214 Mills Park Rd.<br>Gatlinburg, TN 37738 | Justin W. Dumas<br>Merry D. Dumas<br>212 Golden Rod Drive<br>Seymour, TN 37865 | John P. Eames<br>Lois A. Eames<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| Timothy James Easley<br>P.O. Box 1763<br>Gatlinburg, TN 37738 | Timothy Fannin<br>7028 South Ridgewood Drive<br>Lambertville, MI 48141 | Linda K. Garrett<br>234 Benson Lane<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Stephen R. Gilmore<br>Deborah L. Gilmore<br>19 Meigs Dr.<br>Shalimar, FL 32579 | Brenda J. Halsey<br>James L. Halsey<br>570 South Greenlee Rd.<br>Troy, OH 45373 | Russell E. Haskins<br>Cheryl F. Haskins<br>P.O. Box 23423<br>Knoxville, TN 37933 |
| Mark Hass<br>Terri Hass<br>1160 Tranquility Way<br>Louisville, KY 40291 | Kirk L. Heinsohn<br>660 Washington Rd.<br>Gatlinburg, TN 37738 | Sharon H. Hirschfield<br>1431 N. Arvon Lane<br>Gatlinburg, TN 37738 |
| Dave Hisey<br>1160 Upper Alpine Way<br>Gatlinburg, TN 37738 | Karen M. Holding<br>Harry R. Holding<br>7104 West Santa Fe Drive<br>Mucie, IN 47304 | James D. Holifield<br>1320 Powdermill Rd. Apt. #3<br>Gatlinburg, TN 37738 |
| John L. Hondulas<br>676 Maryville Pike<br>Knoxville, TN 37920 | Charlie Bob Hughes Jr.<br>Victoria D. Fister<br>126 Cookeville Hwy<br>Carthage, TN 37030 | James M. Hunter<br>P.O. Box 21568<br>Chattanooga, TN 37424 |
| Kathy Jones<br>1420 Cherokee Circle<br>Sevierville, TN 37862 | David L. Joyner<br>1063 Valley View Cir<br>Sevierville, TN 37876 | Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 |
| ███████, Minor<br>B/N/F Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 | David M. Klassen<br>Linda F. Klassen<br>1615 Tammany Drive<br>Nashville, TN 37206 | Kyle S. King<br>Doreen R. King<br>624 Mountain Drive<br>Gatlinburg, TN 37738 |
| John C. Kling<br>Cheryl A. Kling<br>146 Hackberry Way<br>Dandridge, TN 37725 | Karen N. Leverette<br>John R. Leverette<br>360 Menawa Pass<br>Millbrook, AL 36504 | Damon J. Matthews<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| John H. H. Matthews<br>Kenneth M. Matthews Jr.<br>7400 Forests Edge Ct.<br>Lairel, MD 20707 | Jo Rita Maxwell<br>P.O. Box 965<br>Pigeon Forge, TN 37868 | Zina Faye McKinney<br>508 Houser Road<br>Gatlinburg, TN 37738 |
| Patrick McKnight<br>Karen McKnight<br>608 Forrest Hill Dr<br>Lexington, KY 40509 | Rita S. Montero<br>1300 Park Blvd.<br>Marion, VA 24354 | Douglas E. Moore<br>Sandy M. Moore<br>325 Beech Branch Road<br>Gatlinburg, TN 37738 |
| Carol G. Muszik<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | James Dale Grace Christian<br>Trust, MSM Capital<br>Management, LLLP<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | David L. Naquin, Sr.<br>Denise A. Naquin<br>760 Wiley Oakley Dr<br>Gatlinburg, TN 37738 |
| Sue A. Naquin | Carroll E. Nichols | Jacob W. Parton |

| | | |
|---|---|---|
| 2614 Surftide Drive<br>Dandridge, TN 37725 | 109 Carlstown Drive #2<br>Pigeon Forge, TN 37863 | Betty J. Parton<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 |
| Miranda L. Paulk<br>Dora Jean Paulk<br>430 Mountain Drive<br>Gatlinburg, TN 37738 | Amanda B. Perryman<br>221 Woodland Road<br>Gatlinburg, TN 37738 | Melanie Meeks Phillips, next of<br>kin of Bradley Phillips,<br>deceased<br>5861 Wild Fig Lane<br>Ft. Myers, FL 33919 |
| Wesley M. Pittman<br>Katrina L. Pittman<br>818 Wesley Drive<br>Gatlinburg, TN 37738 | Giselle Porraspita<br>15240 SW 148th Terrace<br>Miami, FL 33196 | Paul Cliff Price<br>320 Ownby Street<br>Gatlinburg, TN 37738 |
| Florian J. Puhala, Jr.<br>Mary E. Puhala<br>601 Glades Road, Suite 12<br>Gatlinburg, TN 37738 | Larry D. Raymes<br>Karen Raymes<br>835 Terry Drive<br>Gatlinburg, TN 37738 | Betsy C. Rettig<br>124 Plaza Drive<br>Unit 3104<br>Pigeon Forge, TN 37863 |
| Jacqueline R. Robertson<br>2805 Dower Road<br>Sevierville, TN 37876 | Sandra Rovhana-Lollino<br>William Mark Gillham<br>9 Jungle Plum Ct South<br>Homosassa, FL 34446 | Mark Rueter<br>Glen Beasley<br>117 Joy Street<br>Sevierville, TN 37862 |
| Kerry "Tom" Sanders<br>Denise M. Sanders<br>250 Collier Drive<br>Sevierville, TN 37862 | Phyllis J. Seidel<br>2768 Mill View Court<br>Hamilton, OH 45011 | James Tom Shofner<br>Cheryl A. Shofner<br>127 Captain Lowman Rd.<br>Chapin, SC 29036 |
| Elizabeth A. Smith<br>Claude Thomas<br>1619 Butternut Lane<br>Sevierville, TN 37876 | Owen G. Smith<br>Rick Cook<br>4008 Rose Hill Ave.<br>Cincinnati, OH 45229 | Joel A. Sortore<br>Tomeika C. Stallworth<br>3259 Sims Road<br>Sevierville, TN 37876 |
| Deborah T. Spillers, Admx of<br>the estate of<br>Charles Edwin Taylor<br>125 Pine Gate Dr<br>Greenville, S.C. 29607 | Connie R. Springfield<br>Barry S. Springfield<br>59 Stonecreek Drive<br>Cartersville, GA 30120 | Tammie R. Starkey<br>Tommy L. Starkey<br>P.O. Box 1758<br>Pigeon Forge, TN 37868 |
| Arthur W. Stewart<br>1359 Korey Blvd.<br>Sevierville, TN 37876 | Michael B. Thompson<br>2328 Big River Overlook Drive<br>Apt. #7<br>Sevierville, TN 37876 | Michael G. Thompson<br>Sue D. Thompson<br>P.O. Box 1554<br>Gatlinburg, TN 37738 |
| Raymond A. Waddle Jr.<br>Jacqueline Waddle<br>235 Jones Cove Rd<br>Cosby, TN 37722 | Delbert R. Wallace<br>1375 Ogle Rd.<br>Apt. 4<br>Sevierville, TN 37876 | Douglas S. Yates<br>Audrey Yates<br>117 Joy Street<br>Sevierville, TN 37862 |

| | | |
|---|---|---|
| Joshua Yates<br>Krista Yates<br>2213 Douglas Dam rd., Apt. 2<br>Sevierville, TN 37876 | Julie O. Yates<br>Anthony L. Yates<br>735 Cummings Chapel Rd.<br>Sevierville, TN 37876 | Charles C. Young<br>Deborah L. Young<br>3495 Country Hill Drive<br>Bartlett, TN 38135 |
| Judy A. Sullivan, Gerald Sullivan<br>Mountainside Rentals<br>402 Minnow Lane<br>Gulf Shores, AL 36542 | | |

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any, (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government Department of the Interior 1849 C Street, N.W. Washington, DC 20240 | Myrl D. Carr Administrator of estate of Myrl J. Carr 3230 Woods Way Sevierville, TN 37876 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | Single | 11/23/2016 | Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Myrl D. Carr is Administrator for the estate of Myrl J. Carr; Claimant: Private residence plus furnishings and total contents located at: 535 Baskins Creek Road, Gatlinburg, TN 37738;

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Eric Cooper | 1216 East Parkway #1413 Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
| 350,000.00 | | | 350,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| Sidney W. Gilreath, atty | (865) 637-2442 | 11/21/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.    ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No    17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).    ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

   B. *Principal Purpose:* The information requested is to be used in evaluating claims.
   C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
   D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Myrl J. Carr<br>535 Baskins Creek Road<br>Gatlinburg, TN 37738 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS<br>Single | 6. DATE AND DAY OF ACCIDENT<br>11-23-2016  Wednesday | 7. TIME (A.M. OR P.M.)<br>4:00 P.M. |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence plus furnishings and contents located at: 535 Baskins Creek Road, Gatlinburg, TN 37738
Car: 2015 Ford Escape; 4-wheeler; 45 guns; camper; 3 - trailers and a generator

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE<br>$350,000.00 | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights).<br>$350,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side).<br>*Sidney W. Gilreath, atty* | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>(865) 637-2442 | 14. DATE OF SIGNATURE<br>8/22/17 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?   ☐ Yes   ☐ No   17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☒ No

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) in support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) in support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) in support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. Authority: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. Principal Purpose: The information requested is to be used in evaluating claims.
C. Routine Use: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. Effect of Failure to Respond: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Brittany Castle<br>Jordan Wilson<br>120 W. Paine Street #27<br>Sevierville, TN 37862 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT<br>11/23/2016  Wednesday | 7. TIME (A.M. OR P.M.)<br>4:00 P.M. |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Renting residence; total contents located at: 376 East Parkway, Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

RECEIVED

NOV 2 1 2017

AIP

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). | |
| 4,000.00 | | | 4,000.00 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side).<br>*Sidney W. Gilreath, atty* | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>(865) 637-2442 | 14. DATE OF SIGNATURE<br>10-23-17 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.). |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No   17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all Items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) BACK

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C. Street, N.W.<br>Washington, DC 20240 | Kelly & Frances Castle<br>194 Pine Ridge Rd<br>Louisa ky 41230 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS<br>M | 6. DATE AND DAY OF ACCIDENT<br>11/23/2016 Wednesday | 7. TIME (A.M. OR P.M.)<br>4:00 P.M. |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

The Highlands Condominium unit #108 located at 855 Campbell Lead Road, Gatlinburg, Tn. Completely destroyed by fire.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Complete loss of property

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| TOTAL DESTRUCTION OF CONDO<br>Total destruction of proper | NONE | NONE | 210,000 PAID FOR CONDO IN 2001 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side).<br>*Kelly Castle   Frances Castle* | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>606-367-7787 or 606-673-3519 | 14. DATE OF SIGNATURE<br>11/20/2018 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☒ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☒ No | 17. If deductible, state amount.

*HOA IS SUING INSURANCE COMPANY FOR UNDER INSURING THE PROPERTY*

*?*

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute this form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

LAW OFFICES

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3388

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0511

November 21, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:     Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result
of the Gatlinburg Fire beginning November 23, 2016, and a list of the 97 claimants whose forms
are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney Gilreath

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE

2018 NOV 27 AM 8: 52

RECEIVED

0260143

| | | |
|---|---|---|
| Paul W. Abbott<br>Toni L. Abbott<br>1718 North Roane Street<br>Johnson City, TN 37601 | Brittany N. Adkins<br>2239 Grassy Branch Rd.<br>Sevierville, TN 37876 | Jayme E. Aleman<br>1475 Robert Ridge Road<br>Sevierville, TN 37862 |
| Brian H. Alspach<br>530 Bruce Rd.<br>Gatlinburg, TN 37738 | Tammy F. Bain<br>Leslie N. Miles<br>827 Sunrise Blvd<br>Sevierville, TN 37862 | Michael Bech<br>Sandra M. Bech<br>312 Saddleback Way<br>Sevierville, TN 37862 |
| Jody T. Bertram<br>520 Johnson Lane<br>Gatlinburg, TN 37738 | Stephen E. Bond<br>5896 Milburne Drive<br>Milford, OH 45150 | Marvis L. Bosarge Gonzalez<br>P.O. Box 425<br>Pigeon Forge, TN 37868 |
| Terrell M. Bouie<br>4749 Towensend<br>Gatlinburg, TN 37738 | Genie E. Brabham<br>535 Greenbriar Lane<br>Gatlinburg, TN 37738 | Deborah A. Brooks<br>219 Emert Street<br>Pigeon Forge, TN 37863 |
| William E. Brown Exector of<br>Estate of Elaine H. Brown<br>97 Ellis Drive<br>West Falls, NY 14170 | Eve O. Buero<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 | Mack Newman Butler<br>Connie Panelle Butler<br>207 Roseland Drive<br>Rainbow City, AL 35906 |
| Jones and Butler Investments,<br>LLC<br>3518 Montrose Ave.<br>Rainbow City, AL 35906 | Jamila M. Byrd, next of kin of<br>Pamela Jean Johnson,<br>Deceased<br>328 East Morelia Ave.<br>Knoxville, TN 37917 | Gae Campbell<br>4206 Dolly's Drive<br>Sevierville, TN 37876 |
| Lindsey Campbell<br>608 E. Reagan Lane<br>Gatlinburg, TN 37738 | Myrl D. Carr Administrator of<br>Estate of Myrl J. Carr<br>3230 Woods Way<br>Sevierville, TN 37876 | Charles S. Cavanaugh<br>413 McMahan Avenue<br>Sevierville, TN 37862 |
| Destin R. Chambers<br>Kelsey Y. Chambers<br>1013 Powdermill Rd.<br>Gatlinburg, TN 37738 | Julie Lynn Chase<br>Caleb B. Chase<br>P.O. Box 6805<br>Sevierville, TN 37864 | David R. Cheatham<br>611 Anderson Drive<br>Clarksville, TN 37040 |
| Steve W. Cofield<br>Jan Cofield<br>4016 Rainbow Drive<br>Rainbow City, AL 35906 | Terry D. Daniel<br>Carol A. Daniel<br>4387 School Section Rd.<br>Cincinnati, OH 45211 | Leon C. Dodd<br>638 Cedar Lane, Apt. 1<br>Knoxville, TN 37912 |
| Amy E. Dowling<br>Don J. Dowling<br>214 Mills Park Rd.<br>Gatlinburg, TN 37738 | Justin W. Dumas<br>Merry D. Dumas<br>212 Golden Rod Drive<br>Seymour, TN 37865 | John P. Eames<br>Lois A. Eames<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| Timothy James Easley<br>P.O. Box 1763<br>Gatlinburg, TN 37738 | Timothy Fannin<br>7028 South Ridgewood Drive<br>Lambertville, MI 48141 | Linda K. Garrett<br>234 Benson Lane<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Stephen R. Gilmore<br>Deborah L. Gilmore<br>19 Meigs Dr.<br>Shalimar, FL 32579 | Brenda J. Halsey<br>James L. Halsey<br>570 South Greenlee Rd.<br>Troy, OH 45373 | Russell E. Haskins<br>Cheryl F. Haskins<br>P.O. Box 23423<br>Knoxville, TN 37933 |
| Mark Hass<br>Terri Hass<br>1160 Tranquility Way<br>Louisville, KY 40291 | Kirk L. Heinsohn<br>660 Washington Rd.<br>Gatlinburg, TN 37738 | Sharon H. Hirschfield<br>1431 N. Arvon Lane<br>Gatlinburg, TN 37738 |
| Dave Hisey<br>1160 Upper Alpine Way<br>Gatlinburg, TN 37738 | Karen M. Holding<br>Harry R. Holding<br>7104 West Santa Fe Drive<br>Mucie, IN 47304 | James D. Holifield<br>1320 Powdermill Rd. Apt. #3<br>Gatlinburg, TN 37738 |
| John L. Hondulas<br>676 Maryville Pike<br>Knoxville, TN 37920 | Charlie Bob Hughes Jr.<br>Victoria D. Fister<br>126 Cookeville Hwy<br>Carthage, TN 37030 | James M. Hunter<br>P.O. Box 21568<br>Chattanooga, TN 37424 |
| Kathy Jones<br>1420 Cherokee Circle<br>Sevierville, TN 37862 | David L. Joyner<br>1063 Valley View Cir<br>Sevierville, TN 37876 | Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 |
| ██████████, Minor<br>B/N/F Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 | David M. Klassen<br>Linda F. Klassen<br>1615 Tammany Drive<br>Nashville, TN 37206 | Kyle S. King<br>Doreen R. King<br>624 Mountain Drive<br>Gatlinburg, TN 37738 |
| John C. Kling<br>Cheryl A. Kling<br>146 Hackberry Way<br>Dandridge, TN 37725 | Karen N. Leverette<br>John R. Leverette<br>360 Menawa Pass<br>Millbrook, AL 36504 | Damon J. Matthews<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| John H. H. Matthews<br>Kenneth M. Matthews Jr.<br>7400 Forests Edge Ct.<br>Lairel, MD 20707 | Jo Rita Maxwell<br>P.O. Box 965<br>Pigeon Forge, TN 37868 | Zina Faye McKinney<br>508 Houser Road<br>Gatlinburg, TN 37738 |
| Patrick McKnight<br>Karen McKnight<br>608 Forrest Hill Dr<br>Lexington, KY 40509 | Rita S. Montero<br>1300 Park Blvd.<br>Marion, VA 24354 | Douglas E. Moore<br>Sandy M. Moore<br>325 Beech Branch Road<br>Gatlinburg, TN 37738 |
| Carol G. Muszik<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | James Dale Grace Christian<br>Trust, MSM Capital<br>Management, LLLP<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | David L. Naquin, Sr.<br>Denise A. Naquin<br>760 Wiley Oakley Dr<br>Gatlinburg, TN 37738 |
| Sue A. Naquin | Carroll E. Nichols | Jacob W. Parton |

| | | |
|---|---|---|
| 2614 Surftide Drive<br>Dandridge, TN 37725 | 109 Carlstown Drive #2<br>Pigeon Forge, TN 37863 | Betty J. Parton<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 |
| Miranda L. Paulk<br>Dora Jean Paulk<br>430 Mountain Drive<br>Gatlinburg, TN 37738 | Amanda B. Perryman<br>221 Woodland Road<br>Gatlinburg, TN 37738 | Melanie Meeks Phillips, next of<br>kin of Bradley Phillips,<br>deceased<br>5861 Wild Fig Lane<br>Ft. Myers, FL 33919 |
| Wesley M. Pittman<br>Katrina L. Pittman<br>818 Wesley Drive<br>Gatlinburg, TN 37738 | Giselle Porraspita<br>15240 SW 148th Terrace<br>Miami, FL 33196 | Paul Cliff Price<br>320 Ownby Street<br>Gatlinburg, TN 37738 |
| Florian J. Puhala, Jr.<br>Mary E. Puhala<br>601 Glades Road, Suite 12<br>Gatlinburg, TN 37738 | Larry D. Raymes<br>Karen Raymes<br>835 Terry Drive<br>Gatlinburg, TN 37738 | Betsy C. Rettig<br>124 Plaza Drive<br>Unit 3104<br>Pigeon Forge, TN 37863 |
| Jacqueline R. Robertson<br>2805 Dower Road<br>Sevierville, TN 37876 | Sandra Rovhana-Lollino<br>William Mark Gillham<br>9 Jungle Plum Ct South<br>Homosassa, FL 34446 | Mark Rueter<br>Glen Beasley<br>117 Joy Street<br>Sevierville, TN 37862 |
| Kerry "Tom" Sanders<br>Denise M. Sanders<br>250 Collier Drive<br>Sevierville, TN 37862 | Phyllis J. Seidel<br>2768 Mill View Court<br>Hamilton, OH 45011 | James Tom Shofner<br>Cheryl A. Shofner<br>127 Captain Lowman Rd.<br>Chapin, SC 29036 |
| Elizabeth A. Smith<br>Claude Thomas<br>1619 Butternut Lane<br>Sevierville, TN 37876 | Owen G. Smith<br>Rick Cook<br>4008 Rose Hill Ave.<br>Cincinnati, OH 45229 | Joel A. Sortore<br>Tomeika C. Stallworth<br>3259 Sims Road<br>Sevierville, TN 37876 |
| Deborah T. Spillers, Admx of<br>the estate of<br>Charles Edwin Taylor<br>125 Pine Gate Dr<br>Greenville, S.C. 29607 | Connie R. Springfield<br>Barry S. Springfield<br>59 Stonecreek Drive<br>Cartersville, GA 30120 | Tammie R. Starkey<br>Tommy L. Starkey<br>P.O. Box 1758<br>Pigeon Forge, TN 37868 |
| Arthur W. Stewart<br>1359 Korey Blvd.<br>Sevierville, TN 37876 | Michael B. Thompson<br>2328 Big River Overlook Drive<br>Apt. #7<br>Sevierville, TN 37876 | Michael G. Thompson<br>Sue D. Thompson<br>P.O. Box 1554<br>Gatlinburg, TN 37738 |
| Raymond A. Waddle Jr.<br>Jacqueline Waddle<br>235 Jones Cove Rd<br>Cosby, TN 37722 | Delbert R. Wallace<br>1375 Ogle Rd.<br>Apt. 4<br>Sevierville, TN 37876 | Douglas S. Yates<br>Audrey Yates<br>117 Joy Street<br>Sevierville, TN 37862 |

| | | |
|---|---|---|
| Joshua Yates<br>Krista Yates<br>2213 Douglas Dam rd., Apt. 2<br>Sevierville, TN 37876 | Julie O. Yates<br>Anthony L. Yates<br>735 Cummings Chapel Rd.<br>Sevierville, TN 37876 | Charles C. Young<br>Deborah L. Young<br>3495 Country Hill Drive<br>Bartlett, TN 38135 |
| Judy A. Sullivan, Gerald<br>Sullivan<br>Mountainside Rentals<br>402 Minnow Lane<br>Gulf Shores, AL 36542 | | |

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government Department of the Interior 1849 C Street, N.W. Washington, DC 20240 | Charles S. Cavanaugh 413 McMahan Avenue Sevierville, TN 37862 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | | | 11/23/2016   Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Renting residence located at 1705 West Ski View Dr. Sevierville, TN; Fire damage to well; Smoke damage to residence; total contents lost

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Eric Cooper | 1216 East Parkway #1413 Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 20,000.00 | | | 20,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* atty | (865) 637-2442 | 11/3/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No    17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid.  A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted.  Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14.  Many agencies have published supplementing regulations.  If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant.  A claim presented by an agent or legal representative must be presented in the name of the claimant.  If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident.  Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary.  However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501.  Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention:  Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC  20530 or to the Office of Management and Budget.  Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

LAW OFFICES

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3388

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0511

November 21, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:     Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result
of the Gatlinburg Fire beginning November 23, 2016, and a list of the 97 claimants whose forms
are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney Gilreath

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE

2018 NOV 27 AM 8: 52

RECEIVED

0260143

| | | |
|---|---|---|
| Paul W. Abbott<br>Toni L. Abbott<br>1718 North Roane Street<br>Johnson City, TN 37601 | Brittany N. Adkins<br>2239 Grassy Branch Rd.<br>Sevierville, TN 37876 | Jayme E. Aleman<br>1475 Robert Ridge Road<br>Sevierville, TN 37862 |
| Brian H. Alspach<br>530 Bruce Rd.<br>Gatlinburg, TN 37738 | Tammy F. Bain<br>Leslie N. Miles<br>827 Sunrise Blvd<br>Sevierville, TN 37862 | Michael Bech<br>Sandra M. Bech<br>312 Saddleback Way<br>Sevierville, TN 37862 |
| Jody T. Bertram<br>520 Johnson Lane<br>Gatlinburg, TN 37738 | Stephen E. Bond<br>5896 Milburne Drive<br>Milford, OH 45150 | Marvis L. Bosarge Gonzalez<br>P.O. Box 425<br>Pigeon Forge, TN 37868 |
| Terrell M. Bouie<br>4749 Towensend<br>Gatlinburg, TN 37738 | Genie E. Brabham<br>535 Greenbriar Lane<br>Gatlinburg, TN 37738 | Deborah A. Brooks<br>219 Emert Street<br>Pigeon Forge, TN 37863 |
| William E. Brown Exector of<br>Estate of Elaine H. Brown<br>97 Ellis Drive<br>West Falls, NY 14170 | Eve O. Buero<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 | Mack Newman Butler<br>Connie Panelle Butler<br>207 Roseland Drive<br>Rainbow City, AL 35906 |
| Jones and Butler Investments,<br>LLC<br>3518 Montrose Ave.<br>Rainbow City, AL 35906 | Jamila M. Byrd, next of kin of<br>Pamela Jean Johnson,<br>Deceased<br>328 East Morelia Ave.<br>Knoxville, TN 37917 | Gae Campbell<br>4206 Dolly's Drive<br>Sevierville, TN 37876 |
| Lindsey Campbell<br>608 E. Reagan Lane<br>Gatlinburg, TN 37738 | Myrl D. Carr Administrator of<br>Estate of Myrl J. Carr<br>3230 Woods Way<br>Sevierville, TN 37876 | Charles S. Cavanaugh<br>413 McMahan Avenue<br>Sevierville, TN 37862 |
| Destin R. Chambers<br>Kelsey Y. Chambers<br>1013 Powdermill Rd.<br>Gatlinburg, TN 37738 | Julie Lynn Chase<br>Caleb B. Chase<br>P.O. Box 6805<br>Sevierville, TN 37864 | David R. Cheatham<br>611 Anderson Drive<br>Clarksville, TN 37040 |
| Steve W. Cofield<br>Jan Cofield<br>4016 Rainbow Drive<br>Rainbow City, AL 35906 | Terry D. Daniel<br>Carol A. Daniel<br>4387 School Section Rd.<br>Cincinnati, OH 45211 | Leon C. Dodd<br>638 Cedar Lane, Apt. 1<br>Knoxville, TN 37912 |
| Amy E. Dowling<br>Don J. Dowling<br>214 Mills Park Rd.<br>Gatlinburg, TN 37738 | Justin W. Dumas<br>Merry D. Dumas<br>212 Golden Rod Drive<br>Seymour, TN 37865 | John P. Eames<br>Lois A. Eames<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| Timothy James Easley<br>P.O. Box 1763<br>Gatlinburg, TN 37738 | Timothy Fannin<br>7028 South Ridgewood Drive<br>Lambertville, MI 48141 | Linda K. Garrett<br>234 Benson Lane<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Stephen R. Gilmore<br>Deborah L. Gilmore<br>19 Meigs Dr.<br>Shalimar, FL 32579 | Brenda J. Halsey<br>James L. Halsey<br>570 South Greenlee Rd.<br>Troy, OH 45373 | Russell E. Haskins<br>Cheryl F. Haskins<br>P.O. Box 23423<br>Knoxville, TN 37933 |
| Mark Hass<br>Terri Hass<br>1160 Tranquility Way<br>Louisville, KY 40291 | Kirk L. Heinsohn<br>660 Washington Rd.<br>Gatlinburg, TN 37738 | Sharon H. Hirschfield<br>1431 N. Arvon Lane<br>Gatlinburg, TN 37738 |
| Dave Hisey<br>1160 Upper Alpine Way<br>Gatlinburg, TN 37738 | Karen M. Holding<br>Harry R. Holding<br>7104 West Santa Fe Drive<br>Mucie, IN 47304 | James D. Holifield<br>1320 Powdermill Rd. Apt. #3<br>Gatlinburg, TN 37738 |
| John L. Hondulas<br>676 Maryville Pike<br>Knoxville, TN 37920 | Charlie Bob Hughes Jr.<br>Victoria D. Fister<br>126 Cookeville Hwy<br>Carthage, TN 37030 | James M. Hunter<br>P.O. Box 21568<br>Chattanooga, TN 37424 |
| Kathy Jones<br>1420 Cherokee Circle<br>Sevierville, TN 37862 | David L. Joyner<br>1063 Valley View Cir<br>Sevierville, TN 37876 | Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 |
| , Minor<br>B/N/F Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 | David M. Klassen<br>Linda F. Klassen<br>1615 Tammany Drive<br>Nashville, TN 37206 | Kyle S. King<br>Doreen R. King<br>624 Mountain Drive<br>Gatlinburg, TN 37738 |
| John C. Kling<br>Cheryl A. Kling<br>146 Hackberry Way<br>Dandridge, TN 37725 | Karen N. Leverette<br>John R. Leverette<br>360 Menawa Pass<br>Millbrook, AL 36504 | Damon J. Matthews<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| John H. H. Matthews<br>Kenneth M. Matthews Jr.<br>7400 Forests Edge Ct.<br>Lairel, MD 20707 | Jo Rita Maxwell<br>P.O. Box 965<br>Pigeon Forge, TN 37868 | Zina Faye McKinney<br>508 Houser Road<br>Gatlinburg, TN 37738 |
| Patrick McKnight<br>Karen McKnight<br>608 Forrest Hill Dr<br>Lexington, KY 40509 | Rita S. Montero<br>1300 Park Blvd.<br>Marion, VA 24354 | Douglas E. Moore<br>Sandy M. Moore<br>325 Beech Branch Road<br>Gatlinburg, TN 37738 |
| Carol G. Muszik<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | James Dale Grace Christian<br>Trust, MSM Capital<br>Management, LLLP<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | David L. Naquin, Sr.<br>Denise A. Naquin<br>760 Wiley Oakley Dr<br>Gatlinburg, TN 37738 |
| Sue A. Naquin | Carroll E. Nichols | Jacob W. Parton |

| | | |
|---|---|---|
| 2614 Surftide Drive<br>Dandridge, TN 37725 | 109 Carlstown Drive #2<br>Pigeon Forge, TN 37863 | Betty J. Parton<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 |
| Miranda L. Paulk<br>Dora Jean Paulk<br>430 Mountain Drive<br>Gatlinburg, TN 37738 | Amanda B. Perryman<br>221 Woodland Road<br>Gatlinburg, TN 37738 | Melanie Meeks Phillips, next of<br>kin of Bradley Phillips,<br>deceased<br>5861 Wild Fig Lane<br>Ft. Myers, FL 33919 |
| Wesley M. Pittman<br>Katrina L. Pittman<br>818 Wesley Drive<br>Gatlinburg, TN 37738 | Giselle Porraspita<br>15240 SW 148th Terrace<br>Miami, FL 33196 | Paul Cliff Price<br>320 Ownby Street<br>Gatlinburg, TN 37738 |
| Florian J. Puhala, Jr.<br>Mary E. Puhala<br>601 Glades Road, Suite 12<br>Gatlinburg, TN 37738 | Larry D. Raymes<br>Karen Raymes<br>835 Terry Drive<br>Gatlinburg, TN 37738 | Betsy C. Rettig<br>124 Plaza Drive<br>Unit 3104<br>Pigeon Forge, TN 37863 |
| Jacqueline R. Robertson<br>2805 Dower Road<br>Sevierville, TN 37876 | Sandra Rovhana-Lollino<br>William Mark Gillham<br>9 Jungle Plum Ct South<br>Homosassa, FL 34446 | Mark Rueter<br>Glen Beasley<br>117 Joy Street<br>Sevierville, TN 37862 |
| Kerry "Tom" Sanders<br>Denise M. Sanders<br>250 Collier Drive<br>Sevierville, TN 37862 | Phyllis J. Seidel<br>2768 Mill View Court<br>Hamilton, OH 45011 | James Tom Shofner<br>Cheryl A. Shofner<br>127 Captain Lowman Rd.<br>Chapin, SC 29036 |
| Elizabeth A. Smith<br>Claude Thomas<br>1619 Butternut Lane<br>Sevierville, TN 37876 | Owen G. Smith<br>Rick Cook<br>4008 Rose Hill Ave.<br>Cincinnati, OH 45229 | Joel A. Sortore<br>Tomeika C. Stallworth<br>3259 Sims Road<br>Sevierville, TN 37876 |
| Deborah T. Spillers, Admx of<br>the estate of<br>Charles Edwin Taylor<br>125 Pine Gate Dr<br>Greenville, S.C. 29607 | Connie R. Springfield<br>Barry S. Springfield<br>59 Stonecreek Drive<br>Cartersville, GA 30120 | Tammie R. Starkey<br>Tommy L. Starkey<br>P.O. Box 1758<br>Pigeon Forge, TN 37868 |
| Arthur W. Stewart<br>1359 Korey Blvd.<br>Sevierville, TN 37876 | Michael B. Thompson<br>2328 Big River Overlook Drive<br>Apt. #7<br>Sevierville, TN 37876 | Michael G. Thompson<br>Sue D. Thompson<br>P.O. Box 1554<br>Gatlinburg, TN 37738 |
| Raymond A. Waddle Jr.<br>Jacqueline Waddle<br>235 Jones Cove Rd<br>Cosby, TN 37722 | Delbert R. Wallace<br>1375 Ogle Rd.<br>Apt. 4<br>Sevierville, TN 37876 | Douglas S. Yates<br>Audrey Yates<br>117 Joy Street<br>Sevierville, TN 37862 |

| | | |
|---|---|---|
| Joshua Yates<br>Krista Yates<br>2213 Douglas Dam rd., Apt. 2<br>Sevierville, TN 37876 | Julie O. Yates<br>Anthony L. Yates<br>735 Cummings Chapel Rd.<br>Sevierville, TN 37876 | Charles C. Young<br>Deborah L. Young<br>3495 Country Hill Drive<br>Bartlett, TN 38135 |
| Judy A. Sullivan, Gerald Sullivan<br>Mountainside Rentals<br>402 Minnow Lane<br>Gulf Shores, AL 36542 | | |

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government Department of the Interior 1849 C Street, N.W. Washington, DC 20240 | Destin R. Chambers Kelsey Y. Chambers 1013 Powdermill Rd. Gatlinburg, TN 37738 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | | Married | 11/23/2016 Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Rented residence; total contents lost; located at: 611 Davenport Rd., Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413 Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). | |
| 150,000.00 | | | 150,000.00 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* | (865) 637-2442 | 11/3/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

| | |
|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No    17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) BACK

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3386

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0511

November 21, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:     Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result of the Gatlinburg Fire beginning November 23, 2016, and a list of the 97 claimants whose forms are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE
2018 NOV 27 AM 8:52
RECEIVED

0260143

| | | |
|---|---|---|
| Paul W. Abbott<br>Toni L. Abbott<br>1718 North Roane Street<br>Johnson City, TN 37601 | Brittany N. Adkins<br>2239 Grassy Branch Rd.<br>Sevierville, TN 37876 | Jayme E. Aleman<br>1475 Robert Ridge Road<br>Sevierville, TN 37862 |
| Brian H. Alspach<br>530 Bruce Rd.<br>Gatlinburg, TN 37738 | Tammy F. Bain<br>Leslie N. Miles<br>827 Sunrise Blvd<br>Sevierville, TN 37862 | Michael Bech<br>Sandra M. Bech<br>312 Saddleback Way<br>Sevierville, TN 37862 |
| Jody T. Bertram<br>520 Johnson Lane<br>Gatlinburg, TN 37738 | Stephen E. Bond<br>5896 Milburne Drive<br>Milford, OH 45150 | Marvis L. Bosarge Gonzalez<br>P.O. Box 425<br>Pigeon Forge, TN 37868 |
| Terrell M. Bouie<br>4749 Towensend<br>Gatlinburg, TN 37738 | Genie E. Brabham<br>535 Greenbriar Lane<br>Gatlinburg, TN 37738 | Deborah A. Brooks<br>219 Emert Street<br>Pigeon Forge, TN 37863 |
| William E. Brown Exector of<br>Estate of Elaine H. Brown<br>97 Ellis Drive<br>West Falls, NY 14170 | Eve O. Buero<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 | Mack Newman Butler<br>Connie Panelle Butler<br>207 Roseland Drive<br>Rainbow City, AL 35906 |
| Jones and Butler Investments,<br>LLC<br>3518 Montrose Ave.<br>Rainbow City, AL 35906 | Jamila M. Byrd, next of kin of<br>Pamela Jean Johnson,<br>Deceased<br>328 East Morelia Ave.<br>Knoxville, TN 37917 | Gae Campbell<br>4206 Dolly's Drive<br>Sevierville, TN 37876 |
| Lindsey Campbell<br>608 E. Reagan Lane<br>Gatlinburg, TN 37738 | Myrl D. Carr Administrator of<br>Estate of Myrl J. Carr<br>3230 Woods Way<br>Sevierville, TN 37876 | Charles S. Cavanaugh<br>413 McMahan Avenue<br>Sevierville, TN 37862 |
| Destin R. Chambers<br>Kelsey Y. Chambers<br>1013 Powdermill Rd.<br>Gatlinburg, TN 37738 | Julie Lynn Chase<br>Caleb B. Chase<br>P.O. Box 6805<br>Sevierville, TN 37864 | David R. Cheatham<br>611 Anderson Drive<br>Clarksville, TN 37040 |
| Steve W. Cofield<br>Jan Cofield<br>4016 Rainbow Drive<br>Rainbow City, AL 35906 | Terry D. Daniel<br>Carol A. Daniel<br>4387 School Section Rd.<br>Cincinnati, OH 45211 | Leon C. Dodd<br>638 Cedar Lane, Apt. 1<br>Knoxville, TN 37912 |
| Amy E. Dowling<br>Don J. Dowling<br>214 Mills Park Rd.<br>Gatlinburg, TN 37738 | Justin W. Dumas<br>Merry D. Dumas<br>212 Golden Rod Drive<br>Seymour, TN 37865 | John P. Eames<br>Lois A. Eames<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| Timothy James Easley<br>P.O. Box 1763<br>Gatlinburg, TN 37738 | Timothy Fannin<br>7028 South Ridgewood Drive<br>Lambertville, MI 48141 | Linda K. Garrett<br>234 Benson Lane<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Stephen R. Gilmore<br>Deborah L. Gilmore<br>19 Meigs Dr.<br>Shalimar, FL 32579 | Brenda J. Halsey<br>James L. Halsey<br>570 South Greenlee Rd.<br>Troy, OH 45373 | Russell E. Haskins<br>Cheryl F. Haskins<br>P.O. Box 23423<br>Knoxville, TN 37933 |
| Mark Hass<br>Terri Hass<br>1160 Tranquility Way<br>Louisville, KY 40291 | Kirk L. Heinsohn<br>660 Washington Rd.<br>Gatlinburg, TN 37738 | Sharon H. Hirschfield<br>1431 N. Arvon Lane<br>Gatlinburg, TN 37738 |
| Dave Hisey<br>1160 Upper Alpine Way<br>Gatlinburg, TN 37738 | Karen M. Holding<br>Harry R. Holding<br>7104 West Santa Fe Drive<br>Mucie, IN 47304 | James D. Holifield<br>1320 Powdermill Rd. Apt. #3<br>Gatlinburg, TN 37738 |
| John L. Hondulas<br>676 Maryville Pike<br>Knoxville, TN 37920 | Charlie Bob Hughes Jr.<br>Victoria D. Fister<br>126 Cookeville Hwy<br>Carthage, TN 37030 | James M. Hunter<br>P.O. Box 21568<br>Chattanooga, TN 37424 |
| Kathy Jones<br>1420 Cherokee Circle<br>Sevierville, TN 37862 | David L. Joyner<br>1063 Valley View Cir<br>Sevierville, TN 37876 | Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 |
| , Minor<br>B/N/F Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 | David M. Klassen<br>Linda F. Klassen<br>1615 Tammany Drive<br>Nashville, TN 37206 | Kyle S. King<br>Doreen R. King<br>624 Mountain Drive<br>Gatlinburg, TN 37738 |
| John C. Kling<br>Cheryl A. Kling<br>146 Hackberry Way<br>Dandridge, TN 37725 | Karen N. Leverette<br>John R. Leverette<br>360 Menawa Pass<br>Millbrook, AL 36504 | Damon J. Matthews<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| John H. H. Matthews<br>Kenneth M. Matthews Jr.<br>7400 Forests Edge Ct.<br>Lairel, MD 20707 | Jo Rita Maxwell<br>P.O. Box 965<br>Pigeon Forge, TN 37868 | Zina Faye McKinney<br>508 Houser Road<br>Gatlinburg, TN 37738 |
| Patrick McKnight<br>Karen McKnight<br>608 Forrest Hill Dr<br>Lexington, KY 40509 | Rita S. Montero<br>1300 Park Blvd.<br>Marion, VA 24354 | Douglas E. Moore<br>Sandy M. Moore<br>325 Beech Branch Road<br>Gatlinburg, TN 37738 |
| Carol G. Muszik<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | James Dale Grace Christian<br>Trust, MSM Capital<br>Management, LLLP<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | David L. Naquin, Sr.<br>Denise A. Naquin<br>760 Wiley Oakley Dr<br>Gatlinburg, TN 37738 |
| Sue A. Naquin | Carroll E. Nichols | Jacob W. Parton |

| | | |
|---|---|---|
| 2614 Surftide Drive<br>Dandridge, TN 37725 | 109 Carlstown Drive #2<br>Pigeon Forge, TN 37863 | Betty J. Parton<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 |
| Miranda L. Paulk<br>Dora Jean Paulk<br>430 Mountain Drive<br>Gatlinburg, TN 37738 | Amanda B. Perryman<br>221 Woodland Road<br>Gatlinburg, TN 37738 | Melanie Meeks Phillips, next of<br>kin of Bradley Phillips,<br>deceased<br>5861 Wild Fig Lane<br>Ft. Myers, FL 33919 |
| Wesley M. Pittman<br>Katrina L. Pittman<br>818 Wesley Drive<br>Gatlinburg, TN 37738 | Giselle Porraspita<br>15240 SW 148th Terrace<br>Miami, FL 33196 | Paul Cliff Price<br>320 Ownby Street<br>Gatlinburg, TN 37738 |
| Florian J. Puhala, Jr.<br>Mary E. Puhala<br>601 Glades Road, Suite 12<br>Gatlinburg, TN 37738 | Larry D. Raymes<br>Karen Raymes<br>835 Terry Drive<br>Gatlinburg, TN 37738 | Betsy C. Rettig<br>124 Plaza Drive<br>Unit 3104<br>Pigeon Forge, TN 37863 |
| Jacqueline R. Robertson<br>2805 Dower Road<br>Sevierville, TN 37876 | Sandra Rovhana-Lollino<br>William Mark Gillham<br>9 Jungle Plum Ct South<br>Homosassa, FL 34446 | Mark Rueter<br>Glen Beasley<br>117 Joy Street<br>Sevierville, TN 37862 |
| Kerry "Tom" Sanders<br>Denise M. Sanders<br>250 Collier Drive<br>Sevierville, TN 37862 | Phyllis J. Seidel<br>2768 Mill View Court<br>Hamilton, OH 45011 | James Tom Shofner<br>Cheryl A. Shofner<br>127 Captain Lowman Rd.<br>Chapin, SC 29036 |
| Elizabeth A. Smith<br>Claude Thomas<br>1619 Butternut Lane<br>Sevierville, TN 37876 | Owen G. Smith<br>Rick Cook<br>4008 Rose Hill Ave.<br>Cincinnati, OH 45229 | Joel A. Sortore<br>Tomeika C. Stallworth<br>3259 Sims Road<br>Sevierville, TN 37876 |
| Deborah T. Spillers, Admx of<br>the estate of<br>Charles Edwin Taylor<br>125 Pine Gate Dr<br>Greenville, S.C. 29607 | Connie R. Springfield<br>Barry S. Springfield<br>59 Stonecreek Drive<br>Cartersville, GA 30120 | Tammie R. Starkey<br>Tommy L. Starkey<br>P.O. Box 1758<br>Pigeon Forge, TN 37868 |
| Arthur W. Stewart<br>1359 Korey Blvd.<br>Sevierville, TN 37876 | Michael B. Thompson<br>2328 Big River Overlook Drive<br>Apt. #7<br>Sevierville, TN 37876 | Michael G. Thompson<br>Sue D. Thompson<br>P.O. Box 1554<br>Gatlinburg, TN 37738 |
| Raymond A. Waddle Jr.<br>Jacqueline Waddle<br>235 Jones Cove Rd<br>Cosby, TN 37722 | Delbert R. Wallace<br>1375 Ogle Rd.<br>Apt. 4<br>Sevierville, TN 37876 | Douglas S. Yates<br>Audrey Yates<br>117 Joy Street<br>Sevierville, TN 37862 |

| | | |
|---|---|---|
| Joshua Yates<br>Krista Yates<br>2213 Douglas Dam rd., Apt. 2<br>Sevierville, TN 37876 | Julie O. Yates<br>Anthony L. Yates<br>735 Cummings Chapel Rd.<br>Sevierville, TN 37876 | Charles C. Young<br>Deborah L. Young<br>3495 Country Hill Drive<br>Bartlett, TN 38135 |
| Judy A. Sullivan, Gerald<br>Sullivan<br>Mountainside Rentals<br>402 Minnow Lane<br>Gulf Shores, AL 36542 | | |

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government Department of the Interior 1849 C Street, N.W. Washington, DC 20240 | Julie Lynn Chase Caleb B. Chase P.O. Box 6805 Sevierville, TN 37864 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | | Married | 11/23/2016        Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Renting and Caretaker of residence; total contents; tools of trade; vehicle; located at 345 Greystone Heights Road Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413 Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 30,000.00 | | | 30,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| Sidney W. Gilreath, atty | (865) 637-2442 | 11/3/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No    17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A.  *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B.  *Principal Purpose:* The information requested is to be used in evaluating claims.
C.  *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D.  *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

<table>
<tr><td colspan="2"><b>CLAIM FOR DAMAGE, INJURY, OR DEATH</b></td><td><b>INSTRUCTIONS:</b> Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.</td><td>FORM APPROVED<br>OMB NO. 1105-0008</td></tr>
</table>

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse.) Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Roma L. Chavot<br>Jacob Rosenzweig<br>2126 Sanders Lane<br>Sevierville, TN 37876 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | ▉ | Married | 11/23/2016 | Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private 3 story residence plus furnishings and total contents located at: 625 Wiley Oakley Drive Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

RECEIVED

NOV 2 1 2017

AIP

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) | |
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 625,000.00 | | | 625,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath, atty* | (865) 637-2442 | 10-23-17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

| | |
|---|---|
| 15. Do you carry accident insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.    ☐ No | |

| | | |
|---|---|---|
| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No | | 17. If deductible, state amount. |
| Coverage is inadequate | | |

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

19. Do you carry public liability and property damage insurance? ☒ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).    ☐ No

Farm Bureau

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) BACK

LAW OFFICES

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3388

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0511

November 21, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:     Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result
of the Gatlinburg Fire beginning November 23, 2016, and a list of the 97 claimants whose forms
are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney Gilreath

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE
2018 NOV 27 AM 8: 52
RECEIVED

0260143

| | | |
|---|---|---|
| Paul W. Abbott<br>Toni L. Abbott<br>1718 North Roane Street<br>Johnson City, TN 37601 | Brittany N. Adkins<br>2239 Grassy Branch Rd.<br>Sevierville, TN 37876 | Jayme E. Aleman<br>1475 Robert Ridge Road<br>Sevierville, TN 37862 |
| Brian H. Alspach<br>530 Bruce Rd.<br>Gatlinburg, TN 37738 | Tammy F. Bain<br>Leslie N. Miles<br>827 Sunrise Blvd<br>Sevierville, TN 37862 | Michael Bech<br>Sandra M. Bech<br>312 Saddleback Way<br>Sevierville, TN 37862 |
| Jody T. Bertram<br>520 Johnson Lane<br>Gatlinburg, TN 37738 | Stephen E. Bond<br>5896 Milburne Drive<br>Milford, OH 45150 | Marvis L. Bosarge Gonzalez<br>P.O. Box 425<br>Pigeon Forge, TN 37868 |
| Terrell M. Bouie<br>4749 Towensend<br>Gatlinburg, TN 37738 | Genie E. Brabham<br>535 Greenbriar Lane<br>Gatlinburg, TN 37738 | Deborah A. Brooks<br>219 Emert Street<br>Pigeon Forge, TN 37863 |
| William E. Brown Exector of<br>Estate of Elaine H. Brown<br>97 Ellis Drive<br>West Falls, NY 14170 | Eve O. Buero<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 | Mack Newman Butler<br>Connie Panelle Butler<br>207 Roseland Drive<br>Rainbow City, AL 35906 |
| Jones and Butler Investments,<br>LLC<br>3518 Montrose Ave.<br>Rainbow City, AL 35906 | Jamila M. Byrd, next of kin of<br>Pamela Jean Johnson,<br>Deceased<br>328 East Morelia Ave.<br>Knoxville, TN 37917 | Gae Campbell<br>4206 Dolly's Drive<br>Sevierville, TN 37876 |
| Lindsey Campbell<br>608 E. Reagan Lane<br>Gatlinburg, TN 37738 | Myrl D. Carr Administrator of<br>Estate of Myrl J. Carr<br>3230 Woods Way<br>Sevierville, TN 37876 | Charles S. Cavanaugh<br>413 McMahan Avenue<br>Sevierville, TN 37862 |
| Destin R. Chambers<br>Kelsey Y. Chambers<br>1013 Powdermill Rd.<br>Gatlinburg, TN 37738 | Julie Lynn Chase<br>Caleb B. Chase<br>P.O. Box 6805<br>Sevierville, TN 37864 | David R. Cheatham<br>611 Anderson Drive<br>Clarksville, TN 37040 |
| Steve W. Cofield<br>Jan Cofield<br>4016 Rainbow Drive<br>Rainbow City, AL 35906 | Terry D. Daniel<br>Carol A. Daniel<br>4387 School Section Rd.<br>Cincinnati, OH 45211 | Leon C. Dodd<br>638 Cedar Lane, Apt. 1<br>Knoxville, TN 37912 |
| Amy E. Dowling<br>Don J. Dowling<br>214 Mills Park Rd.<br>Gatlinburg, TN 37738 | Justin W. Dumas<br>Merry D. Dumas<br>212 Golden Rod Drive<br>Seymour, TN 37865 | John P. Eames<br>Lois A. Eames<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| Timothy James Easley<br>P.O. Box 1763<br>Gatlinburg, TN 37738 | Timothy Fannin<br>7028 South Ridgewood Drive<br>Lambertville, MI 48141 | Linda K. Garrett<br>234 Benson Lane<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Stephen R. Gilmore<br>Deborah L. Gilmore<br>19 Meigs Dr.<br>Shalimar, FL 32579 | Brenda J. Halsey<br>James L. Halsey<br>570 South Greenlee Rd.<br>Troy, OH 45373 | Russell E. Haskins<br>Cheryl F. Haskins<br>P.O. Box 23423<br>Knoxville, TN 37933 |
| Mark Hass<br>Terri Hass<br>1160 Tranquility Way<br>Louisville, KY 40291 | Kirk L. Heinsohn<br>660 Washington Rd.<br>Gatlinburg, TN 37738 | Sharon H. Hirschfield<br>1431 N. Arvon Lane<br>Gatlinburg, TN 37738 |
| Dave Hisey<br>1160 Upper Alpine Way<br>Gatlinburg, TN 37738 | Karen M. Holding<br>Harry R. Holding<br>7104 West Santa Fe Drive<br>Mucie, IN 47304 | James D. Holifield<br>1320 Powdermill Rd. Apt. #3<br>Gatlinburg, TN 37738 |
| John L. Hondulas<br>676 Maryville Pike<br>Knoxville, TN 37920 | Charlie Bob Hughes Jr.<br>Victoria D. Fister<br>126 Cookeville Hwy<br>Carthage, TN 37030 | James M. Hunter<br>P.O. Box 21568<br>Chattanooga, TN 37424 |
| Kathy Jones<br>1420 Cherokee Circle<br>Sevierville, TN 37862 | David L. Joyner<br>1063 Valley View Cir<br>Sevierville, TN 37876 | Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 |
| , Minor<br>B/N/F Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 | David M. Klassen<br>Linda F. Klassen<br>1615 Tammany Drive<br>Nashville, TN 37206 | Kyle S. King<br>Doreen R. King<br>624 Mountain Drive<br>Gatlinburg, TN 37738 |
| John C. Kling<br>Cheryl A. Kling<br>146 Hackberry Way<br>Dandridge, TN 37725 | Karen N. Leverette<br>John R. Leverette<br>360 Menawa Pass<br>Millbrook, AL 36504 | Damon J. Matthews<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| John H. H. Matthews<br>Kenneth M. Matthews Jr.<br>7400 Forests Edge Ct.<br>Lairel, MD 20707 | Jo Rita Maxwell<br>P.O. Box 965<br>Pigeon Forge, TN 37868 | Zina Faye McKinney<br>508 Houser Road<br>Gatlinburg, TN 37738 |
| Patrick McKnight<br>Karen McKnight<br>608 Forrest Hill Dr<br>Lexington, KY 40509 | Rita S. Montero<br>1300 Park Blvd.<br>Marion, VA 24354 | Douglas E. Moore<br>Sandy M. Moore<br>325 Beech Branch Road<br>Gatlinburg, TN 37738 |
| Carol G. Muszik<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | James Dale Grace Christian<br>Trust, MSM Capital<br>Management, LLLP<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | David L. Naquin, Sr.<br>Denise A. Naquin<br>760 Wiley Oakley Dr<br>Gatlinburg, TN 37738 |
| Sue A. Naquin | Carroll E. Nichols | Jacob W. Parton |

| | | |
|---|---|---|
| 2614 Surftide Drive<br>Dandridge, TN 37725 | 109 Carlstown Drive #2<br>Pigeon Forge, TN 37863 | Betty J. Parton<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 |
| Miranda L. Paulk<br>Dora Jean Paulk<br>430 Mountain Drive<br>Gatlinburg, TN 37738 | Amanda B. Perryman<br>221 Woodland Road<br>Gatlinburg, TN 37738 | Melanie Meeks Phillips, next of<br>kin of Bradley Phillips,<br>deceased<br>5861 Wild Fig Lane<br>Ft. Myers, FL 33919 |
| Wesley M. Pittman<br>Katrina L. Pittman<br>818 Wesley Drive<br>Gatlinburg, TN 37738 | Giselle Porraspita<br>15240 SW 148th Terrace<br>Miami, FL 33196 | Paul Cliff Price<br>320 Ownby Street<br>Gatlinburg, TN 37738 |
| Florian J. Puhala, Jr.<br>Mary E. Puhala<br>601 Glades Road, Suite 12<br>Gatlinburg, TN 37738 | Larry D. Raymes<br>Karen Raymes<br>835 Terry Drive<br>Gatlinburg, TN 37738 | Betsy C. Rettig<br>124 Plaza Drive<br>Unit 3104<br>Pigeon Forge, TN 37863 |
| Jacqueline R. Robertson<br>2805 Dower Road<br>Sevierville, TN 37876 | Sandra Rovhana-Lollino<br>William Mark Gillham<br>9 Jungle Plum Ct South<br>Homosassa, FL 34446 | Mark Rueter<br>Glen Beasley<br>117 Joy Street<br>Sevierville, TN 37862 |
| Kerry "Tom" Sanders<br>Denise M. Sanders<br>250 Collier Drive<br>Sevierville, TN 37862 | Phyllis J. Seidel<br>2768 Mill View Court<br>Hamilton, OH 45011 | James Tom Shofner<br>Cheryl A. Shofner<br>127 Captain Lowman Rd.<br>Chapin, SC 29036 |
| Elizabeth A. Smith<br>Claude Thomas<br>1619 Butternut Lane<br>Sevierville, TN 37876 | Owen G. Smith<br>Rick Cook<br>4008 Rose Hill Ave.<br>Cincinnati, OH 45229 | Joel A. Sortore<br>Tomeika C. Stallworth<br>3259 Sims Road<br>Sevierville, TN 37876 |
| Deborah T. Spillers, Admx of<br>the estate of<br>Charles Edwin Taylor<br>125 Pine Gate Dr<br>Greenville, S.C. 29607 | Connie R. Springfield<br>Barry S. Springfield<br>59 Stonecreek Drive<br>Cartersville, GA 30120 | Tammie R. Starkey<br>Tommy L. Starkey<br>P.O. Box 1758<br>Pigeon Forge, TN 37868 |
| Arthur W. Stewart<br>1359 Korey Blvd.<br>Sevierville, TN 37876 | Michael B. Thompson<br>2328 Big River Overlook Drive<br>Apt. #7<br>Sevierville, TN 37876 | Michael G. Thompson<br>Sue D. Thompson<br>P.O. Box 1554<br>Gatlinburg, TN 37738 |
| Raymond A. Waddle Jr.<br>Jacqueline Waddle<br>235 Jones Cove Rd<br>Cosby, TN 37722 | Delbert R. Wallace<br>1375 Ogle Rd.<br>Apt. 4<br>Sevierville, TN 37876 | Douglas S. Yates<br>Audrey Yates<br>117 Joy Street<br>Sevierville, TN 37862 |

| | | |
|---|---|---|
| Joshua Yates<br>Krista Yates<br>2213 Douglas Dam rd., Apt. 2<br>Sevierville, TN 37876 | Julie O. Yates<br>Anthony L. Yates<br>735 Cummings Chapel Rd.<br>Sevierville, TN 37876 | Charles C. Young<br>Deborah L. Young<br>3495 Country Hill Drive<br>Bartlett, TN 38135 |
| Judy A. Sullivan, Gerald<br>Sullivan<br>Mountainside Rentals<br>402 Minnow Lane<br>Gulf Shores, AL 36542 | | |

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government Department of Interior 1849 C Street, N.W. Washington, D.C. 20240 | David R. Cheatham 611 Anderson Drive Clarksville, TN 37040 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT<br>11/23/2016 Wednesday | 7. TIME (A.M. OR P.M.)<br>4:00 P.M. |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Owner Home located at 810 Village Place, Gatlinburg, TN 37738; total house and contents lost.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413 Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 525,000.00 | | | 525,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* atty | (865) 637-2442 | 8/5/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☒ No

17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) **BACK**

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Bock H. Ching<br>P.O. Box 911<br>Gatlinburg, TN 37738 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| MILITARY [X] CIVILIAN | | Single | 11-23-2016 | Wednesday | 4:00 P.M. |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence (condominium), plus furnishings and total contents located at 437 Baskins Creek Road, Gatlinburg, TN 37738
Many valuable collectibles - baseball card collections, coin collections, football collections, stereos.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| **12a. PROPERTY DAMAGE** | **12b. PERSONAL INJURY** | **12c. WRONGFUL DEATH** | **12d. TOTAL** (Failure to specify may cause forfeiture of your rights). |
| $250,000.00 | | | $250,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath, atty* | (865) 637-2442 | 8/22/17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No    17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

Auto Owners - (contents only)

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. Authority: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. Principal Purpose: The information requested is to be used in evaluating claims.
C. Routine Use: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. Effect of Failure to Respond: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency:<br><br>United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | 2. Name, address of claimant, and claimant's personal representative if any. (See Instructions on reverse). Number, Street, City, State and Zip code.<br><br>Kimberly D. Clark<br>1074 Hele Street<br>Kailua, Hawaii 96734 |
|---|---|

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS<br>Single | 6. DATE AND DAY OF ACCIDENT<br>11-23-2016 Wednesday | 7. TIME (A.M. OR P.M.)<br>4:00 P.M. |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side).
Claimant: Private residence plus furnishings located at: 950 Daisy Lane, Gatlinburg, TN 37738
Rental house plus total furnishings located at: 916 West Cedar Lane Gatlinburg, TN 37738
Detached garage apartment (rental property) located at: 950 Daisy Lane, Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See Instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE<br>$1,250,000.00 | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights).<br>$1,250,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See Instructions on reverse side).<br>Sidney W. Gilreath, atty | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>(865) 637-2442 | 14. DATE OF SIGNATURE<br>8/22/17 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? [ ] Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. [ ] No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? [X] Yes [ ] No      17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? [X] Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). [ ] No

Auto Owners

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all Items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in Item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in Item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3368

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0611

August 30, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:     Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result of the Gatlinburg Fire beginning November 23, 2016, and a list of the 61 claimants whose forms are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE
2018 SEP -5 AM 8:08
RECEIVED

021138

| | | |
|---|---|---|
| Jackie Sue Barnes<br>4250 Parkway<br>Pigeon Forge, TN 37722 | Christopher W. Beam<br>Sandra A. Beam<br>148 Scenic View Drive<br>Talbot, TN 37877 | Ruth B. Bloom<br>P.O. Box 1361<br>Gatlinburg, TN 37738 |
| Guy E. Burroughs<br>Christine M. Buurroughs<br>1432 Black Horse Run<br>Lebanon, OH 45036 | Rodney Clark<br>825 Smoke Rise Drive<br>Gatlinburg, TN 37738 | Nelida F. Collantes<br>Stephen C. Bradley<br>P.O. Box 866<br>Gatlinburg, TN 37738 |
| Jeffrey L. Cook<br>Nancy Jean Cook<br>9715 Pebble View Drive<br>Cincinnati, OH 45252 | Joanne Cooksey<br>6008 Meadow Oak Ln<br>Knoxville, TN 37720 | Jamie B. Cubbage<br>1630 Country Meadows Drive<br>Sevierville, TN 37862 |
| Bryan O. Dantzler<br>Margaret C. Dantzler<br>972 Poplar Springs Rd<br>Ringgold, GA 30736 | DF Investments<br>1320 Arrowhead Drive<br>Brentwood, TN 37027 | Phillip C. Dollish<br>Tammy L. Dollish<br>3245 Millsboro Rd. East<br>Mansfield, OH 44903 |
| Glenn F. Douglass<br>George T. Douglass Jr.<br>2988 Majestic View Walk<br>Lexington, VA 40511 | Angelina R. Dwyer<br>4815 Kingston Pike #131<br>Knoxville, TN 37919 | Kent A. Emmons<br>9663 Santa Monica Blvd. #869<br>Beverly Hills, CA 90210 |
| James E. & Sara Farris<br>John D. & Jean Denney<br>1320 Arrowhead Drive<br>Brentwood, TN 37027 | W. Earl Finley<br>811 Wavecrest Lane<br>Houston, TX 77062 | Melissa A. Flannery<br>444 Kingfisher Avenue<br>Sevierville, TN 37762 |
| Thomas Freeberg<br>Katherine E. Freeberg<br>5925 SE 1258 Court<br>Ocklawaha, FL 32179 | Earlene A. Haddock<br>4302 Gainesborough Court<br>Tampa, FL 33624 | Marie P. Hand<br>Jottie L. Hand<br>810 Davenport Drive<br>Gatlinburg, TN 37738 |
| Michele L. Huskey<br>Billy L. Huskey<br>142 Hickman Hollow Road<br>Gatlinburg, TN 37738 | Debra S. Jarvis<br>Mark Jarvis<br>3719 Ginseng Way<br>Sevierville, TN 37862 | Wyatt R. Jones, III<br>Nancy Susan Jones<br>1740 Cherry Lane<br>Lakeland, FL 33811 |
| Linda L. Kalehoff<br>2746 Native Dancer Way<br>Sevierville, TN 37876 | Stephanie M. Kennedy<br>Michael Salimbene<br>619 Huskey Grove Road<br>Sevierville, TN 37876 | Ben A. Lambeth<br>P.O. Box 766<br>Wendell, NC 27591 |

| | | |
|---|---|---|
| Greg E. Lane<br>Joy D. Lane<br>2835 New Center Drive<br>Sevierville, TN 37876 | Joseph F. McCahill<br>830 Tully Road<br>Knoxville, TN 37919 | Noble C. McCulley<br>Loren B. McCulley<br>150 Oglewood Lane<br>Gatlinburg, TN 37738 |
| Kevin S. McGuire<br>P.O. Box 1363<br>Gatlinburg, TN 37738 | Alex R. Moore<br>Polly I. Moore<br>1 Pearl Avenue<br>Marietta, SC 29661 | Michael R. Morgan<br>Diana L. Morgan<br>319 Franklin Meadows Way<br>Seymour, TN 37865 |
| Maryellen Nicholson<br>1311 Hwy. 417<br>Moore, SC 29369 | Joseph M. O'Neill<br>909 Ella Drive<br>Sevierville, TN 37862 | Leslie A. O'Neill<br>909 Ella Drive<br>Sevierville, TN 37862 |
| Harold W. Otto<br>Linda A. Otto<br>2038 Fox Lane<br>Sevierville, TN 37862 | Greg S. Pancake<br>P.O. Box 1784<br>Gatlinburg, TN 37738 | Dharmesh H. Patel<br>Donika N. Patel<br>523 East Parkway<br>Gatlinburg, TN 37738 |
| Scott H. Patterson<br>Sandra L. Patterson<br>236 Cedarwood Drive<br>Sevierville, TN 37876 | Scott K. Perham<br>Paula L. Perham<br>208 Tunnel Ridge Drive<br>Sevierville, TN 37876 | Gerald J. Portier<br>Gwendolyn H. Portier<br>P.O. Box 2058<br>Metaire, LA 70004 |
| Larry W. Potter<br>Wanda R. Potter<br>P.O. Box 411434<br>Melbourne, FL 32941 | Julio A. Rabelo<br>110 S.W. 48th Avenue<br>Miami, FL 33134 | Ashley M. Rad<br>1733 Snapp Road<br>Sevierville, TN 37862 |
| Jason S. Rakes<br>265 New Jail St<br>Sneedville, TN 37869 | Matthew L. Robertson<br>1733 Snapp Road<br>Sevierville, TN 37862 | David M. Rush<br>Regina L. Rush<br>9575 Hickory Lane<br>St. John, IN 46373 |
| Joseph S. Sherrod<br>Tamila S. Sherrod<br>1541 Old Chisholm Trial<br>Dandridge, TN 37725 | Donald D. Shipman<br>260 Roaring Fork Road<br>Gatlinburg, TN 37738 | Daniel G. Strange<br>Ginger P. Strange<br>1499 Hwy. 77<br>Southside, AL 35907 |
| Benjie S. Stroupe<br>307 Newman Road<br>Gatlinburg, TN 37738 | Bobby R. Taylor<br>Doris G. Taylor<br>P.O Box 307<br>Gatlinburg, TN 37738 | Sabrina C. Taylor<br>902 Street of Dreams Way<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Scott C. Tegler<br>41 Windermere Crescent<br>Woodstock, Ontario, Canada<br>N456T3 | Glenn E. Terry<br>Bea P. Terry<br>1235 Ski Mountain Road #605<br>Gatlinburg, TN 37783 | Patrick Toner<br>Lisa Ann Toner<br>19 Bay View Drive<br>Westhampton, NY 11177 |
| James Carl Vance<br>395 Devon Chase Hall<br>Unit 3804<br>Gallatin, TN 37066 | Robert D. Ward, Jr.<br>1110 Lower Alpine Way<br>Gatlinburg, TN 37733 | Anita A. Wenn<br>Don F. Green<br>1171 Hemlock Drive<br>Gatlinburg, TN 37738 |
| John C. Willett<br>Kimberly D. Willett<br>4004 French Broad Circle<br>Sevierville, TN 37876 | Scott W. Young<br>Jayne M. Young<br>704 Ely Road<br>Gatlinburg, TN 37738 | |

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse.) Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Rodney Clark<br>825 Smoke Rise Drive<br>Gatlinburg, TN 37738 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS<br>Single | 6. DATE AND DAY OF ACCIDENT<br>11/23/2016    Wednesday | 7. TIME (A.M. OR P.M.)<br>4:00 P.M. |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Smoke damage to private residence located at: 825 Smoke Rise Dr. Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) | |
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 10,000.00 | | | 10,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W Gilreath, atty* | (865) 637-2442 | 5/3/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

95-109

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No   17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. Authority: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. Principal Purpose: The information requested is to be used in evaluating claims.
C. Routine Use: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. Effect of Failure to Respond: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3388

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0511

November 21, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:     Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result of the Gatlinburg Fire beginning November 23, 2016, and a list of the 97 claimants whose forms are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE
2018 NOV 27 AM 8: 52
RECEIVED

0250143

| | | |
|---|---|---|
| Paul W. Abbott<br>Toni L. Abbott<br>1718 North Roane Street<br>Johnson City, TN 37601 | Brittany N. Adkins<br>2239 Grassy Branch Rd.<br>Sevierville, TN 37876 | Jayme E. Aleman<br>1475 Robert Ridge Road<br>Sevierville, TN 37862 |
| Brian H. Alspach<br>530 Bruce Rd.<br>Gatlinburg, TN 37738 | Tammy F. Bain<br>Leslie N. Miles<br>827 Sunrise Blvd<br>Sevierville, TN 37862 | Michael Bech<br>Sandra M. Bech<br>312 Saddleback Way<br>Sevierville, TN 37862 |
| Jody T. Bertram<br>520 Johnson Lane<br>Gatlinburg, TN 37738 | Stephen E. Bond<br>5896 Milburne Drive<br>Milford, OH 45150 | Marvis L. Bosarge Gonzalez<br>P.O. Box 425<br>Pigeon Forge, TN 37868 |
| Terrell M. Bouie<br>4749 Towensend<br>Gatlinburg, TN 37738 | Genie E. Brabham<br>535 Greenbriar Lane<br>Gatlinburg, TN 37738 | Deborah A. Brooks<br>219 Emert Street<br>Pigeon Forge, TN 37863 |
| William E. Brown Exector of<br>Estate of Elaine H. Brown<br>97 Ellis Drive<br>West Falls, NY 14170 | Eve O. Buero<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 | Mack Newman Butler<br>Connie Panelle Butler<br>207 Roseland Drive<br>Rainbow City, AL 35906 |
| Jones and Butler Investments,<br>LLC<br>3518 Montrose Ave.<br>Rainbow City, AL 35906 | Jamila M. Byrd, next of kin of<br>Pamela Jean Johnson,<br>Deceased<br>328 East Morelia Ave.<br>Knoxville, TN 37917 | Gae Campbell<br>4206 Dolly's Drive<br>Sevierville, TN 37876 |
| Lindsey Campbell<br>608 E. Reagan Lane<br>Gatlinburg, TN 37738 | Myrl D. Carr Administrator of<br>Estate of Myrl J. Carr<br>3230 Woods Way<br>Sevierville, TN 37876 | Charles S. Cavanaugh<br>413 McMahan Avenue<br>Sevierville, TN 37862 |
| Destin R. Chambers<br>Kelsey Y. Chambers<br>1013 Powdermill Rd.<br>Gatlinburg, TN 37738 | Julie Lynn Chase<br>Caleb B. Chase<br>P.O. Box 6805<br>Sevierville, TN 37864 | David R. Cheatham<br>611 Anderson Drive<br>Clarksville, TN 37040 |
| Steve W. Cofield<br>Jan Cofield<br>4016 Rainbow Drive<br>Rainbow City, AL 35906 | Terry D. Daniel<br>Carol A. Daniel<br>4387 School Section Rd.<br>Cincinnati, OH 45211 | Leon C. Dodd<br>638 Cedar Lane, Apt. 1<br>Knoxville, TN 37912 |
| Amy E. Dowling<br>Don J. Dowling<br>214 Mills Park Rd.<br>Gatlinburg, TN 37738 | Justin W. Dumas<br>Merry D. Dumas<br>212 Golden Rod Drive<br>Seymour, TN 37865 | John P. Eames<br>Lois A. Eames<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| Timothy James Easley<br>P.O. Box 1763<br>Gatlinburg, TN 37738 | Timothy Fannin<br>7028 South Ridgewood Drive<br>Lambertville, MI 48141 | Linda K. Garrett<br>234 Benson Lane<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Stephen R. Gilmore<br>Deborah L. Gilmore<br>19 Meigs Dr.<br>Shalimar, FL 32579 | Brenda J. Halsey<br>James L. Halsey<br>570 South Greenlee Rd.<br>Troy, OH 45373 | Russell E. Haskins<br>Cheryl F. Haskins<br>P.O. Box 23423<br>Knoxville, TN 37933 |
| Mark Hass<br>Terri Hass<br>1160 Tranquility Way<br>Louisville, KY 40291 | Kirk L. Heinsohn<br>660 Washington Rd.<br>Gatlinburg, TN 37738 | Sharon H. Hirschfield<br>1431 N. Arvon Lane<br>Gatlinburg, TN 37738 |
| Dave Hisey<br>1160 Upper Alpine Way<br>Gatlinburg, TN 37738 | Karen M. Holding<br>Harry R. Holding<br>7104 West Santa Fe Drive<br>Mucie, IN 47304 | James D. Holifield<br>1320 Powdermill Rd. Apt. #3<br>Gatlinburg, TN 37738 |
| John L. Hondulas<br>676 Maryville Pike<br>Knoxville, TN 37920 | Charlie Bob Hughes Jr.<br>Victoria D. Fister<br>126 Cookeville Hwy<br>Carthage, TN 37030 | James M. Hunter<br>P.O. Box 21568<br>Chattanooga, TN 37424 |
| Kathy Jones<br>1420 Cherokee Circle<br>Sevierville, TN 37862 | David L. Joyner<br>1063 Valley View Cir<br>Sevierville, TN 37876 | Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 |
| _____, Minor<br>B/N/F Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 | David M. Klassen<br>Linda F. Klassen<br>1615 Tammany Drive<br>Nashville, TN 37206 | Kyle S. King<br>Doreen R. King<br>624 Mountain Drive<br>Gatlinburg, TN 37738 |
| John C. Kling<br>Cheryl A. Kling<br>146 Hackberry Way<br>Dandridge, TN 37725 | Karen N. Leverette<br>John R. Leverette<br>360 Menawa Pass<br>Millbrook, AL 36504 | Damon J. Matthews<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| John H. H. Matthews<br>Kenneth M. Matthews Jr.<br>7400 Forests Edge Ct.<br>Lairel, MD 20707 | Jo Rita Maxwell<br>P.O. Box 965<br>Pigeon Forge, TN 37868 | Zina Faye McKinney<br>508 Houser Road<br>Gatlinburg, TN 37738 |
| Patrick McKnight<br>Karen McKnight<br>608 Forrest Hill Dr<br>Lexington, KY 40509 | Rita S. Montero<br>1300 Park Blvd.<br>Marion, VA 24354 | Douglas E. Moore<br>Sandy M. Moore<br>325 Beech Branch Road<br>Gatlinburg, TN 37738 |
| Carol G. Muszik<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | James Dale Grace Christian<br>Trust, MSM Capital<br>Management, LLLP<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | David L. Naquin, Sr.<br>Denise A. Naquin<br>760 Wiley Oakley Dr<br>Gatlinburg, TN 37738 |
| Sue A. Naquin | Carroll E. Nichols | Jacob W. Parton |

| 2614 Surftide Drive<br>Dandridge, TN 37725 | 109 Carlstown Drive #2<br>Pigeon Forge, TN 37863 | Betty J. Parton<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 |
|---|---|---|
| Miranda L. Paulk<br>Dora Jean Paulk<br>430 Mountain Drive<br>Gatlinburg, TN 37738 | Amanda B. Perryman<br>221 Woodland Road<br>Gatlinburg, TN 37738 | Melanie Meeks Phillips, next of<br>kin of Bradley Phillips,<br>deceased<br>5861 Wild Fig Lane<br>Ft. Myers, FL 33919 |
| Wesley M. Pittman<br>Katrina L. Pittman<br>818 Wesley Drive<br>Gatlinburg, TN 37738 | Giselle Porraspita<br>15240 SW 148th Terrace<br>Miami, FL 33196 | Paul Cliff Price<br>320 Ownby Street<br>Gatlinburg, TN 37738 |
| Florian J. Puhala, Jr.<br>Mary E. Puhala<br>601 Glades Road, Suite 12<br>Gatlinburg, TN 37738 | Larry D. Raymes<br>Karen Raymes<br>835 Terry Drive<br>Gatlinburg, TN 37738 | Betsy C. Rettig<br>124 Plaza Drive<br>Unit 3104<br>Pigeon Forge, TN 37863 |
| Jacqueline R. Robertson<br>2805 Dower Road<br>Sevierville, TN 37876 | Sandra Rovhana-Lollino<br>William Mark Gillham<br>9 Jungle Plum Ct South<br>Homosassa, FL 34446 | Mark Rueter<br>Glen Beasley<br>117 Joy Street<br>Sevierville, TN 37862 |
| Kerry "Tom" Sanders<br>Denise M. Sanders<br>250 Collier Drive<br>Sevierville, TN 37862 | Phyllis J. Seidel<br>2768 Mill View Court<br>Hamilton, OH 45011 | James Tom Shofner<br>Cheryl A. Shofner<br>127 Captain Lowman Rd.<br>Chapin, SC 29036 |
| Elizabeth A. Smith<br>Claude Thomas<br>1619 Butternut Lane<br>Sevierville, TN 37876 | Owen G. Smith<br>Rick Cook<br>4008 Rose Hill Ave.<br>Cincinnati, OH 45229 | Joel A. Sortore<br>Tomeika C. Stallworth<br>3259 Sims Road<br>Sevierville, TN 37876 |
| Deborah T. Spillers, Admx of<br>the estate of<br>Charles Edwin Taylor<br>125 Pine Gate Dr<br>Greenville, S.C. 29607 | Connie R. Springfield<br>Barry S. Springfield<br>59 Stonecreek Drive<br>Cartersville, GA 30120 | Tammie R. Starkey<br>Tommy L. Starkey<br>P.O. Box 1758<br>Pigeon Forge, TN 37868 |
| Arthur W. Stewart<br>1359 Korey Blvd.<br>Sevierville, TN 37876 | Michael B. Thompson<br>2328 Big River Overlook Drive<br>Apt. #7<br>Sevierville, TN 37876 | Michael G. Thompson<br>Sue D. Thompson<br>P.O. Box 1554<br>Gatlinburg, TN 37738 |
| Raymond A. Waddle Jr.<br>Jacqueline Waddle<br>235 Jones Cove Rd<br>Cosby, TN 37722 | Delbert R. Wallace<br>1375 Ogle Rd.<br>Apt. 4<br>Sevierville, TN 37876 | Douglas S. Yates<br>Audrey Yates<br>117 Joy Street<br>Sevierville, TN 37862 |

| | | |
|---|---|---|
| Joshua Yates<br>Krista Yates<br>2213 Douglas Dam rd., Apt. 2<br>Sevierville, TN 37876 | Julie O. Yates<br>Anthony L. Yates<br>735 Cummings Chapel Rd.<br>Sevierville, TN 37876 | Charles C. Young<br>Deborah L. Young<br>3495 Country Hill Drive<br>Bartlett, TN 38135 |
| Judy A. Sullivan, Gerald<br>Sullivan<br>Mountainside Rentals<br>402 Minnow Lane<br>Gulf Shores, AL 36542 | | |

<table>
<tr><td colspan="2">**CLAIM FOR DAMAGE, INJURY, OR DEATH**</td><td>**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.</td><td>FORM APPROVED OMB NO. 1105-0008</td></tr>
</table>

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Steve W. Cofield<br>Jan Cofield<br>4016 Rainbow Drive<br>Rainbow City, AL 35906 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | Married | 11/23/2016 | Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence plus furnishings and total contents located at 407 Smokey View Road, Gatlinburg, TN

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 1,100,000 | | | 1,100,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* | (865) 637-2442 | 9/5/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

| INSURANCE COVERAGE |
|---|

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☒ No    17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

| INSTRUCTIONS |
|---|

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

| PRIVACY ACT NOTICE |
|---|

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

| PAPERWORK REDUCTION ACT NOTICE |
|---|

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See Instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | William C. Cole<br>Colleen J. Cole<br>305 Scenic Shores Way<br>Dandridge, TN 37725 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | Married | 11-23-2016 | Wednesday | 4:00 P.M. |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side).

Claimants: Private residence plus furnishings and total contents located at: 604 Pine Crest Drive, Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES | |
|---|---|---|
| **NAME** | **ADDRESS (Number, Street, City, State, and Zip Code)** | |
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 | |

| 12. (See Instructions on reverse). | | AMOUNT OF CLAIM (In dollars) | |
|---|---|---|---|
| **12a. PROPERTY DAMAGE** | **12b. PERSONAL INJURY** | **12c. WRONGFUL DEATH** | **12d. TOTAL (Failure to specify may cause forfeiture of your rights).** |
| $375,000.00 | | | $375,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See Instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* atty | (865) 637-2442 | 8/23/17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? [ ] Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.    [ ] No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? [X] Yes [ ] No    17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? [X] Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).    [ ] No

BOA Insurance

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns; or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 652a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3368

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0611

August 30, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:     Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result of the Gatlinburg Fire beginning November 23, 2016, and a list of the 61 claimants whose forms are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

OFFICE OF THE
EXECUTIVE SECRETARIAT

2018 SEP -5 AM 8:08          02Ч138

RECEIVED

| | | |
|---|---|---|
| Jackie Sue Barnes<br>4250 Parkway<br>Pigeon Forge, TN 37722 | Christopher W. Beam<br>Sandra A. Beam<br>148 Scenic View Drive<br>Talbot, TN 37877 | Ruth B. Bloom<br>P.O. Box 1361<br>Gatlinburg, TN 37738 |
| Guy E. Burroughs<br>Christine M. Buurroughs<br>1432 Black Horse Run<br>Lebanon, OH 45036 | Rodney Clark<br>825 Smoke Rise Drive<br>Gatlinburg, TN 37738 | Nelida F. Collantes<br>Stephen C. Bradley<br>P.O. Box 866<br>Gatlinburg, TN 37738 |
| Jeffrey L. Cook<br>Nancy Jean Cook<br>9715 Pebble View Drive<br>Cincinnati, OH 45252 | Joanne Cooksey<br>6008 Meadow Oak Ln<br>Knoxville, TN 37720 | Jamie B. Cubbage<br>1630 Country Meadows Drive<br>Sevierville, TN 37862 |
| Bryan O. Dantzler<br>Margaret C. Dantzler<br>972 Poplar Springs Rd<br>Ringgold, GA 30736 | DF Investments<br>1320 Arrowhead Drive<br>Brentwood, TN 37027 | Phillip C. Dollish<br>Tammy L. Dollish<br>3245 Millsboro Rd. East<br>Mansfield, OH 44903 |
| Glenn F. Douglass<br>George T. Douglass Jr.<br>2988 Majestic View Walk<br>Lexington, VA 40511 | Angelina R. Dwyer<br>4815 Kingston Pike #131<br>Knoxville, TN 37919 | Kent A. Emmons<br>9663 Santa Monica Blvd. #869<br>Beverly Hills, CA 90210 |
| James E. & Sara Farris<br>John D. & Jean Denney<br>1320 Arrowhead Drive<br>Brentwood, TN 37027 | W. Earl Finley<br>811 Wavecrest Lane<br>Houston, TX 77062 | Melissa A. Flannery<br>444 Kingfisher Avenue<br>Sevierville, TN 37762 |
| Thomas Freeberg<br>Katherine E. Freeberg<br>5925 SE 1258 Court<br>Ocklawaha, FL 32179 | Earlene A. Haddock<br>4302 Gainesborough Court<br>Tampa, FL 33624 | Marie P. Hand<br>Jottie L. Hand<br>810 Davenport Drive<br>Gatlinburg, TN 37738 |
| Michele L. Huskey<br>Billy L. Huskey<br>142 Hickman Hollow Road<br>Gatlinburg, TN 37738 | Debra S. Jarvis<br>Mark Jarvis<br>3719 Ginseng Way<br>Sevierville, TN 37862 | Wyatt R. Jones, III<br>Nancy Susan Jones<br>1740 Cherry Lane<br>Lakeland, FL 33811 |
| Linda L. Kalehoff<br>2746 Native Dancer Way<br>Sevierville, TN 37876 | Stephanie M. Kennedy<br>Michael Salimbene<br>619 Huskey Grove Road<br>Sevierville, TN 37876 | Ben A. Lambeth<br>P.O. Box 766<br>Wendell, NC 27591 |

| | | |
|---|---|---|
| Greg E. Lane<br>Joy D. Lane<br>2835 New Center Drive<br>Sevierville, TN 37876 | Joseph F. McCahill<br>830 Tully Road<br>Knoxville, TN 37919 | Noble C. McCulley<br>Loren B. McCulley<br>150 Oglewood Lane<br>Gatlinburg, TN 37738 |
| Kevin S. McGuire<br>P.O. Box 1363<br>Gatlinburg, TN 37738 | Alex R. Moore<br>Polly I. Moore<br>1 Pearl Avenue<br>Marietta, SC 29661 | Michael R. Morgan<br>Diana L. Morgan<br>319 Franklin Meadows Way<br>Seymour, TN 37865 |
| Maryellen Nicholson<br>1311 Hwy. 417<br>Moore, SC 29369 | Joseph M. O'Neill<br>909 Ella Drive<br>Sevierville, TN 37862 | Leslie A. O'Neill<br>909 Ella Drive<br>Sevierville, TN 37862 |
| Harold W. Otto<br>Linda A. Otto<br>2038 Fox Lane<br>Sevierville, TN 37862 | Greg S. Pancake<br>P.O. Box 1784<br>Gatlinburg, TN 37738 | Dharmesh H. Patel<br>Donika N. Patel<br>523 East Parkway<br>Gatlinburg, TN 37738 |
| Scott H. Patterson<br>Sandra L. Patterson<br>236 Cedarwood Drive<br>Sevierville, TN 37876 | Scott K. Perham<br>Paula L. Perham<br>208 Tunnel Ridge Drive<br>Sevierville, TN 37876 | Gerald J. Portier<br>Gwendolyn H. Portier<br>P.O. Box 2058<br>Metaire, LA 70004 |
| Larry W. Potter<br>Wanda R. Potter<br>P.O. Box 411434<br>Melbourne, FL 32941 | Julio A. Rabelo<br>110 S.W. 48th Avenue<br>Miami, FL 33134 | Ashley M. Rad<br>1733 Snapp Road<br>Sevierville, TN 37862 |
| Jason S. Rakes<br>265 New Jail St<br>Sneedville, TN 37869 | Matthew L. Robertson<br>1733 Snapp Road<br>Sevierville, TN 37862 | David M. Rush<br>Regina L. Rush<br>9575 Hickory Lane<br>St. John, IN 46373 |
| Joseph S. Sherrod<br>Tamila S. Sherrod<br>1541 Old Chisholm Trial<br>Dandridge, TN 37725 | Donald D. Shipman<br>260 Roaring Fork Road<br>Gatlinburg, TN 37738 | Daniel G. Strange<br>Ginger P. Strange<br>1499 Hwy. 77<br>Southside, AL 35907 |
| Benjie S. Stroupe<br>307 Newman Road<br>Gatlinburg, TN 37738 | Bobby R. Taylor<br>Doris G. Taylor<br>P.O Box 307<br>Gatlinburg, TN 37738 | Sabrina C. Taylor<br>902 Street of Dreams Way<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Scott C. Tegler<br>41 Windermere Crescent<br>Woodstock, Ontario, Canada<br>N456T3 | Glenn E. Terry<br>Bea P. Terry<br>1235 Ski Mountain Road #605<br>Gatlinburg, TN 37783 | Patrick Toner<br>Lisa Ann Toner<br>19 Bay View Drive<br>Westhampton, NY 11177 |
| James Carl Vance<br>395 Devon Chase Hall<br>Unit 3804<br>Gallatin, TN 37066 | Robert D. Ward, Jr.<br>1110 Lower Alpine Way<br>Gatlinburg, TN 37733 | Anita A. Wenn<br>Don F. Green<br>1171 Hemlock Drive<br>Gatlinburg, TN 37738 |
| John C. Willett<br>Kimberly D. Willett<br>4004 French Broad Circle<br>Sevierville, TN 37876 | Scott W. Young<br>Jayne M. Young<br>704 Ely Road<br>Gatlinburg, TN 37738 | |

<table>
<tr><td colspan="2"><strong>CLAIM FOR DAMAGE, INJURY, OR DEATH</strong></td><td><strong>INSTRUCTIONS:</strong> Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.</td><td>FORM APPROVED OMB NO. 1105-0008</td></tr>
</table>

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Nelida F. Collantes<br>Stephen C Bradley<br>P.O. Box 866<br>Gatlinburg, TN 37738 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS<br>Married | 6. DATE AND DAY OF ACCIDENT<br>11/23/2016   Wednesday | 7. TIME (A.M. OR P.M.)<br>4:00 P.M. |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish
a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries
onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED.
(See instructions on reverse side).

Claimant: Private residence and total contents located at: 667 Woodland Drive Gatlinburg, TN; Rental property and total
contents located at: 661 Woodland Drive; 1 vehicle; Jewelry and Coins

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 1,500,000 | | | 1,500,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* atty | (865) 637-2442 | 5/3/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

95-109

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes  ☐ No    17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

USAA

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

    A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.

C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Lynn M. Collins<br>P.O. Box 982<br>Gatlinburg, TN 37738 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | ▬▬▬ | Single | 11-23-2016 | Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

9.          PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Rented an apartment - lost entire contents and furnishings located at: 474 Baskins Creek Road , Apt. # 16, Gatlinburg, TN 37738. Also lost art work of brother and many antiques.

10.          PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

11.          WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

12. (See instructions on reverse).          AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| $500,000.00 | | | $500,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath, atty.* | (865) 637-2442 | 8/22/17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No    17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

19. Do you carry public liability and property damage insurance? ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 652a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

<table>
<tr><td colspan="2">

## CLAIM FOR DAMAGE, INJURY, OR DEATH

</td><td>

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

</td><td>

FORM APPROVED
OMB NO. 1105-0008

</td></tr>
</table>

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C. Street, N.W.<br>Washington, DC 20240 | RONALD L. CONLEY, TRUSTEE<br>833 BENNETT PLACE<br>KNOXVILLE, TENNESSEE |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF ~~~~ | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | MARRIED | 11/23/2016 | Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

RONALD L. CONLEY TRUSTEE    833 Bennett Place
                            KNOXUILLE, TENN 37909

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side). complete distruction of condominium and contents of Unit 103 Highlands condominiums as well as proportionate share of common property which HOA valued at $24,000,000, property located {855 Camphell Lead Road} GATLINBURG, TN.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

N/A

| 11. | WITNESSES | |
|---|---|---|
| **NAME** | | ADDRESS (Number, Street, City, State, and Zip Code) |
| TIM DANIEL<br>TERRY DANIEL<br>CAROL DANIEL | | 4387 School Section Road<br>CINCINNATI, OHIO<br>45211 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| $403,900 | — | — | $403,900 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| Ronald Conley | 865-696-7786 | 11/20/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☒ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☒ No   17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

HOA FILED CLAIM FOR COMMON property — IN litigation

19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse.) Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Sheila J. Conner<br>204 Palmer Road<br>Gatlinburg, TN 37738 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | ▮▮▮ | | 11/23/2016     Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence plus furnishings and total contents located at: 504 Cherry Street, Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 300,000.00 | | | 300,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath, atty* | (865) 637-2442 | 10-23-17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No | 17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

Allstate

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all Items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Laurie A. Contois<br>P.O. Box 1370<br>Gatlinburg, TN 37738 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS<br>Single | 6. DATE AND DAY OF ACCIDENT<br>11-23-2016    Wednesday | 7. TIME (A.M. OR P.M.)<br>4:00 P.M. |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence plus furnishings and total contents located at: 374 Loop Road, Gatlinburg, TN 37738 House (4-levels), entire contents.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE<br>$1,000,000.00 | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights).<br>$1,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side).<br>Sidney W. Gilreath, atty | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>(865) 637-2442 | 14. DATE OF SIGNATURE<br>8/22/17 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes   ☐ No   | 17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☐ No

AllState Insurance

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all Items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in Item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in Item number 12 of this form.

DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

LAW OFFICES

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3368

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0611

August 30, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:     Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result of the Gatlinburg Fire beginning November 23, 2016, and a list of the 61 claimants whose forms are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

OFFICE OF THE
EXECUTIVE SECRETARIAT

2018 SEP -5 AM 8:08

021420

RECEIVED

| | | |
|---|---|---|
| Jackie Sue Barnes<br>4250 Parkway<br>Pigeon Forge, TN 37722 | Christopher W. Beam<br>Sandra A. Beam<br>148 Scenic View Drive<br>Talbot, TN 37877 | Ruth B. Bloom<br>P.O. Box 1361<br>Gatlinburg, TN 37738 |
| Guy E. Burroughs<br>Christine M. Buurroughs<br>1432 Black Horse Run<br>Lebanon, OH 45036 | Rodney Clark<br>825 Smoke Rise Drive<br>Gatlinburg, TN 37738 | Nelida F. Collantes<br>Stephen C. Bradley<br>P.O. Box 866<br>Gatlinburg, TN 37738 |
| Jeffrey L. Cook<br>Nancy Jean Cook<br>9715 Pebble View Drive<br>Cincinnati, OH 45252 | Joanne Cooksey<br>6008 Meadow Oak Ln<br>Knoxville, TN 37720 | Jamie B. Cubbage<br>1630 Country Meadows Drive<br>Sevierville, TN 37862 |
| Bryan O. Dantzler<br>Margaret C. Dantzler<br>972 Poplar Springs Rd<br>Ringgold, GA 30736 | DF Investments<br>1320 Arrowhead Drive<br>Brentwood, TN 37027 | Phillip C. Dollish<br>Tammy L. Dollish<br>3245 Millsboro Rd. East<br>Mansfield, OH 44903 |
| Glenn F. Douglass<br>George T. Douglass Jr.<br>2988 Majestic View Walk<br>Lexington, VA 40511 | Angelina R. Dwyer<br>4815 Kingston Pike #131<br>Knoxville, TN 37919 | Kent A. Emmons<br>9663 Santa Monica Blvd. #869<br>Beverly Hills, CA 90210 |
| James E. & Sara Farris<br>John D. & Jean Denney<br>1320 Arrowhead Drive<br>Brentwood, TN 37027 | W. Earl Finley<br>811 Wavecrest Lane<br>Houston, TX 77062 | Melissa A. Flannery<br>444 Kingfisher Avenue<br>Sevierville, TN 37762 |
| Thomas Freeberg<br>Katherine E. Freeberg<br>5925 SE 1258 Court<br>Ocklawaha, FL 32179 | Earlene A. Haddock<br>4302 Gainesborough Court<br>Tampa, FL 33624 | Marie P. Hand<br>Jottie L. Hand<br>810 Davenport Drive<br>Gatlinburg, TN 37738 |
| Michele L. Huskey<br>Billy L. Huskey<br>142 Hickman Hollow Road<br>Gatlinburg, TN 37738 | Debra S. Jarvis<br>Mark Jarvis<br>3719 Ginseng Way<br>Sevierville, TN 37862 | Wyatt R. Jones, III<br>Nancy Susan Jones<br>1740 Cherry Lane<br>Lakeland, FL 33811 |
| Linda L. Kalehoff<br>2746 Native Dancer Way<br>Sevierville, TN 37876 | Stephanie M. Kennedy<br>Michael Salimbene<br>619 Huskey Grove Road<br>Sevierville, TN 37876 | Ben A. Lambeth<br>P.O. Box 766<br>Wendell, NC 27591 |

| | | |
|---|---|---|
| Greg E. Lane<br>Joy D. Lane<br>2835 New Center Drive<br>Sevierville, TN 37876 | Joseph F. McCahill<br>830 Tully Road<br>Knoxville, TN 37919 | Noble C. McCulley<br>Loren B. McCulley<br>150 Oglewood Lane<br>Gatlinburg, TN 37738 |
| Kevin S. McGuire<br>P.O. Box 1363<br>Gatlinburg, TN 37738 | Alex R. Moore<br>Polly I. Moore<br>1 Pearl Avenue<br>Marietta, SC 29661 | Michael R. Morgan<br>Diana L. Morgan<br>319 Franklin Meadows Way<br>Seymour, TN 37865 |
| Maryellen Nicholson<br>1311 Hwy. 417<br>Moore, SC 29369 | Joseph M. O'Neill<br>909 Ella Drive<br>Sevierville, TN 37862 | Leslie A. O'Neill<br>909 Ella Drive<br>Sevierville, TN 37862 |
| Harold W. Otto<br>Linda A. Otto<br>2038 Fox Lane<br>Sevierville, TN 37862 | Greg S. Pancake<br>P.O. Box 1784<br>Gatlinburg, TN 37738 | Dharmesh H. Patel<br>Donika N. Patel<br>523 East Parkway<br>Gatlinburg, TN 37738 |
| Scott H. Patterson<br>Sandra L. Patterson<br>236 Cedarwood Drive<br>Sevierville, TN 37876 | Scott K. Perham<br>Paula L. Perham<br>208 Tunnel Ridge Drive<br>Sevierville, TN 37876 | Gerald J. Portier<br>Gwendolyn H. Portier<br>P.O. Box 2058<br>Metaire, LA 70004 |
| Larry W. Potter<br>Wanda R. Potter<br>P.O. Box 411434<br>Melbourne, FL 32941 | Julio A. Rabelo<br>110 S.W. 48th Avenue<br>Miami, FL 33134 | Ashley M. Rad<br>1733 Snapp Road<br>Sevierville, TN 37862 |
| Jason S. Rakes<br>265 New Jail St<br>Sneedville, TN 37869 | Matthew L. Robertson<br>1733 Snapp Road<br>Sevierville, TN 37862 | David M. Rush<br>Regina L. Rush<br>9575 Hickory Lane<br>St. John, IN 46373 |
| Joseph S. Sherrod<br>Tamila S. Sherrod<br>1541 Old Chisholm Trial<br>Dandridge, TN 37725 | Donald D. Shipman<br>260 Roaring Fork Road<br>Gatlinburg, TN 37738 | Daniel G. Strange<br>Ginger P. Strange<br>1499 Hwy. 77<br>Southside, AL 35907 |
| Benjie S. Stroupe<br>307 Newman Road<br>Gatlinburg, TN 37738 | Bobby R. Taylor<br>Doris G. Taylor<br>P.O Box 307<br>Gatlinburg, TN 37738 | Sabrina C. Taylor<br>902 Street of Dreams Way<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Scott C. Tegler<br>41 Windermere Crescent<br>Woodstock, Ontario, Canada<br>N456T3 | Glenn E. Terry<br>Bea P. Terry<br>1235 Ski Mountain Road #605<br>Gatlinburg, TN 37783 | Patrick Toner<br>Lisa Ann Toner<br>19 Bay View Drive<br>Westhampton, NY 11177 |
| James Carl Vance<br>395 Devon Chase Hall<br>Unit 3804<br>Gallatin, TN 37066 | Robert D. Ward, Jr.<br>1110 Lower Alpine Way<br>Gatlinburg, TN 37733 | Anita A. Wenn<br>Don F. Green<br>1171 Hemlock Drive<br>Gatlinburg, TN 37738 |
| John C. Willett<br>Kimberly D. Willett<br>4004 French Broad Circle<br>Sevierville, TN 37876 | Scott W. Young<br>Jayne M. Young<br>704 Ely Road<br>Gatlinburg, TN 37738 | |

<table>
<tr><td colspan="2">

# CLAIM FOR DAMAGE, INJURY, OR DEATH

</td><td>

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

</td><td>

FORM APPROVED
OMB NO. 1105-0008

</td></tr>
</table>

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See Instructions on reverse.) Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Jeffrey L. Cook<br>Nancy Jean Cook<br>9715 Pebble View Drive<br>Cincinnati, OH 45252 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY   ☒ CIVILIAN | | Married | 11/23/2016 | Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side).

Claimant: Renting residence located at 326 Raccoon Ridge Rd. Gatlinburg, TN (Jackson Mountain Rentals); Total personal possessions lost including the death of their dog.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES | |
|---|---|---|
| **NAME** | **ADDRESS** (Number, Street, City, State, and Zip Code) | |
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 15,833.00 | | | 15,833.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath, atty* | (865) 637-2442 | 5/3/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No    17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

State Farm

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

  B. *Principal Purpose:* The information requested is to be used in evaluating claims.
  C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
  D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3368

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0611

August 30, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:     Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result of the Gatlinburg Fire beginning November 23, 2016, and a list of the 61 claimants whose forms are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

OFFICE OF THE
EXECUTIVE SECRETARIAT

2018 SEP -5 AM 8:08

021138

RECEIVED

| | | |
|---|---|---|
| Jackie Sue Barnes<br>4250 Parkway<br>Pigeon Forge, TN 37722 | Christopher W. Beam<br>Sandra A. Beam<br>148 Scenic View Drive<br>Talbot, TN 37877 | Ruth B. Bloom<br>P.O. Box 1361<br>Gatlinburg, TN 37738 |
| Guy E. Burroughs<br>Christine M. Buurroughs<br>1432 Black Horse Run<br>Lebanon, OH 45036 | Rodney Clark<br>825 Smoke Rise Drive<br>Gatlinburg, TN 37738 | Nelida F. Collantes<br>Stephen C. Bradley<br>P.O. Box 866<br>Gatlinburg, TN 37738 |
| Jeffrey L. Cook<br>Nancy Jean Cook<br>9715 Pebble View Drive<br>Cincinnati, OH 45252 | Joanne Cooksey<br>6008 Meadow Oak Ln<br>Knoxville, TN 37720 | Jamie B. Cubbage<br>1630 Country Meadows Drive<br>Sevierville, TN 37862 |
| Bryan O. Dantzler<br>Margaret C. Dantzler<br>972 Poplar Springs Rd<br>Ringgold, GA 30736 | DF Investments<br>1320 Arrowhead Drive<br>Brentwood, TN 37027 | Phillip C. Dollish<br>Tammy L. Dollish<br>3245 Millsboro Rd. East<br>Mansfield, OH 44903 |
| Glenn F. Douglass<br>George T. Douglass Jr.<br>2988 Majestic View Walk<br>Lexington, VA 40511 | Angelina R. Dwyer<br>4815 Kingston Pike #131<br>Knoxville, TN 37919 | Kent A. Emmons<br>9663 Santa Monica Blvd. #869<br>Beverly Hills, CA 90210 |
| James E. & Sara Farris<br>John D. & Jean Denney<br>1320 Arrowhead Drive<br>Brentwood, TN 37027 | W. Earl Finley<br>811 Wavecrest Lane<br>Houston, TX 77062 | Melissa A. Flannery<br>444 Kingfisher Avenue<br>Sevierville, TN 37762 |
| Thomas Freeberg<br>Katherine E. Freeberg<br>5925 SE 1258 Court<br>Ocklawaha, FL 32179 | Earlene A. Haddock<br>4302 Gainesborough Court<br>Tampa, FL 33624 | Marie P. Hand<br>Jottie L. Hand<br>810 Davenport Drive<br>Gatlinburg, TN 37738 |
| Michele L. Huskey<br>Billy L. Huskey<br>142 Hickman Hollow Road<br>Gatlinburg, TN 37738 | Debra S. Jarvis<br>Mark Jarvis<br>3719 Ginseng Way<br>Sevierville, TN 37862 | Wyatt R. Jones, III<br>Nancy Susan Jones<br>1740 Cherry Lane<br>Lakeland, FL 33811 |
| Linda L. Kalehoff<br>2746 Native Dancer Way<br>Sevierville, TN 37876 | Stephanie M. Kennedy<br>Michael Salimbene<br>619 Huskey Grove Road<br>Sevierville, TN 37876 | Ben A. Lambeth<br>P.O. Box 766<br>Wendell, NC 27591 |

| | | |
|---|---|---|
| Greg E. Lane<br>Joy D. Lane<br>2835 New Center Drive<br>Sevierville, TN 37876 | Joseph F. McCahill<br>830 Tully Road<br>Knoxville, TN 37919 | Noble C. McCulley<br>Loren B. McCulley<br>150 Oglewood Lane<br>Gatlinburg, TN 37738 |
| Kevin S. McGuire<br>P.O. Box 1363<br>Gatlinburg, TN 37738 | Alex R. Moore<br>Polly I. Moore<br>1 Pearl Avenue<br>Marietta, SC 29661 | Michael R. Morgan<br>Diana L. Morgan<br>319 Franklin Meadows Way<br>Seymour, TN 37865 |
| Maryellen Nicholson<br>1311 Hwy. 417<br>Moore, SC 29369 | Joseph M. O'Neill<br>909 Ella Drive<br>Sevierville, TN 37862 | Leslie A. O'Neill<br>909 Ella Drive<br>Sevierville, TN 37862 |
| Harold W. Otto<br>Linda A. Otto<br>2038 Fox Lane<br>Sevierville, TN 37862 | Greg S. Pancake<br>P.O. Box 1784<br>Gatlinburg, TN 37738 | Dharmesh H. Patel<br>Donika N. Patel<br>523 East Parkway<br>Gatlinburg, TN 37738 |
| Scott H. Patterson<br>Sandra L. Patterson<br>236 Cedarwood Drive<br>Sevierville, TN 37876 | Scott K. Perham<br>Paula L. Perham<br>208 Tunnel Ridge Drive<br>Sevierville, TN 37876 | Gerald J. Portier<br>Gwendolyn H. Portier<br>P.O. Box 2058<br>Metaire, LA 70004 |
| Larry W. Potter<br>Wanda R. Potter<br>P.O. Box 411434<br>Melbourne, FL 32941 | Julio A. Rabelo<br>110 S.W. 48th Avenue<br>Miami, FL 33134 | Ashley M. Rad<br>1733 Snapp Road<br>Sevierville, TN 37862 |
| Jason S. Rakes<br>265 New Jail St<br>Sneedville, TN 37869 | Matthew L. Robertson<br>1733 Snapp Road<br>Sevierville, TN 37862 | David M. Rush<br>Regina L. Rush<br>9575 Hickory Lane<br>St. John, IN 46373 |
| Joseph S. Sherrod<br>Tamila S. Sherrod<br>1541 Old Chisholm Trial<br>Dandridge, TN 37725 | Donald D. Shipman<br>260 Roaring Fork Road<br>Gatlinburg, TN 37738 | Daniel G. Strange<br>Ginger P. Strange<br>1499 Hwy. 77<br>Southside, AL 35907 |
| Benjie S. Stroupe<br>307 Newman Road<br>Gatlinburg, TN 37738 | Bobby R. Taylor<br>Doris G. Taylor<br>P.O Box 307<br>Gatlinburg, TN 37738 | Sabrina C. Taylor<br>902 Street of Dreams Way<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Scott C. Tegler<br>41 Windermere Crescent<br>Woodstock, Ontario, Canada<br>N456T3 | Glenn E. Terry<br>Bea P. Terry<br>1235 Ski Mountain Road #605<br>Gatlinburg, TN 37783 | Patrick Toner<br>Lisa Ann Toner<br>19 Bay View Drive<br>Westhampton, NY 11177 |
| James Carl Vance<br>395 Devon Chase Hall<br>Unit 3804<br>Gallatin, TN 37066 | Robert D. Ward, Jr.<br>1110 Lower Alpine Way<br>Gatlinburg, TN 37733 | Anita A. Wenn<br>Don F. Green<br>1171 Hemlock Drive<br>Gatlinburg, TN 37738 |
| John C. Willett<br>Kimberly D. Willett<br>4004 French Broad Circle<br>Sevierville, TN 37876 | Scott W. Young<br>Jayne M. Young<br>704 Ely Road<br>Gatlinburg, TN 37738 | |

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse.) Number, Street, City, State and Zip code. |
|---|---|
| United States Government Department of Interior 1849 C Street, N.W. Washington, D.C. 20240 | Joanne Cooksey 6008 Meadow Oak Ln Knoxville, TN 37720 |

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH ▮▮▮▮ | 5. MARITAL STATUS Single | 6. DATE AND DAY OF ACCIDENT 11/23/2016    Wednesday | 7. TIME (A.M. OR P.M.) 4:00 P.M. |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

All Personal Clothing, Jewelry, Antiques & Computers. All Located at 518 Greystone Heights, Gatlinburg, TN.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) | |
| Eric Cooper | 1216 East Parkway #1413 Gatlinburg, TN 37738 | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 35,000.00 | | | 35,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). *Sidney W. Gilreath  atty* | 13b. PHONE NUMBER OF PERSON SIGNING FORM (865) 637-2442 | 14. DATE OF SIGNATURE 5/25/18 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction Previous Edition is not Usable | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|

95-109

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.    ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No    17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).    ☐ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Lonas R. Cordell<br>Angela K. Cordell<br>P.O. Box 5301<br>Sevierville, TN 37864 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | | Married | 11/23/2016 | Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Renting apartment; total contents for 2 adults and 1 child; 1995 Ford Escort located at: 1661 Mitchell Drive Sevierville, TN 37876

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

RECEIVED

NOV 2 1 2017

AIP

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 20,000.00 | | | 20,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath, atty* | (865) 637-2442 | 10-23-17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

| INSURANCE COVERAGE | | |
|---|---|---|

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No    17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☒ No

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) **BACK**

LAW OFFICES

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600
P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3368

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0611

August 30, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:     Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result of the Gatlinburg Fire beginning November 23, 2016, and a list of the 61 claimants whose forms are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE

2018 SEP -5 AM 8:08

02·I·738

RECEIVED

| | | |
|---|---|---|
| Jackie Sue Barnes<br>4250 Parkway<br>Pigeon Forge, TN 37722 | Christopher W. Beam<br>Sandra A. Beam<br>148 Scenic View Drive<br>Talbot, TN 37877 | Ruth B. Bloom<br>P.O. Box 1361<br>Gatlinburg, TN 37738 |
| Guy E. Burroughs<br>Christine M. Buurroughs<br>1432 Black Horse Run<br>Lebanon, OH 45036 | Rodney Clark<br>825 Smoke Rise Drive<br>Gatlinburg, TN 37738 | Nelida F. Collantes<br>Stephen C. Bradley<br>P.O. Box 866<br>Gatlinburg, TN 37738 |
| Jeffrey L. Cook<br>Nancy Jean Cook<br>9715 Pebble View Drive<br>Cincinnati, OH 45252 | Joanne Cooksey<br>6008 Meadow Oak Ln<br>Knoxville, TN 37720 | Jamie B. Cubbage<br>1630 Country Meadows Drive<br>Sevierville, TN 37862 |
| Bryan O. Dantzler<br>Margaret C. Dantzler<br>972 Poplar Springs Rd<br>Ringgold, GA 30736 | DF Investments<br>1320 Arrowhead Drive<br>Brentwood, TN 37027 | Phillip C. Dollish<br>Tammy L. Dollish<br>3245 Millsboro Rd. East<br>Mansfield, OH 44903 |
| Glenn F. Douglass<br>George T. Douglass Jr.<br>2988 Majestic View Walk<br>Lexington, VA 40511 | Angelina R. Dwyer<br>4815 Kingston Pike #131<br>Knoxville, TN 37919 | Kent A. Emmons<br>9663 Santa Monica Blvd. #869<br>Beverly Hills, CA 90210 |
| James E. & Sara Farris<br>John D. & Jean Denney<br>1320 Arrowhead Drive<br>Brentwood, TN 37027 | W. Earl Finley<br>811 Wavecrest Lane<br>Houston, TX 77062 | Melissa A. Flannery<br>444 Kingfisher Avenue<br>Sevierville, TN 37762 |
| Thomas Freeberg<br>Katherine E. Freeberg<br>5925 SE 1258 Court<br>Ocklawaha, FL 32179 | Earlene A. Haddock<br>4302 Gainesborough Court<br>Tampa, FL 33624 | Marie P. Hand<br>Jottie L. Hand<br>810 Davenport Drive<br>Gatlinburg, TN 37738 |
| Michele L. Huskey<br>Billy L. Huskey<br>142 Hickman Hollow Road<br>Gatlinburg, TN 37738 | Debra S. Jarvis<br>Mark Jarvis<br>3719 Ginseng Way<br>Sevierville, TN 37862 | Wyatt R. Jones, III<br>Nancy Susan Jones<br>1740 Cherry Lane<br>Lakeland, FL 33811 |
| Linda L. Kalehoff<br>2746 Native Dancer Way<br>Sevierville, TN 37876 | Stephanie M. Kennedy<br>Michael Salimbene<br>619 Huskey Grove Road<br>Sevierville, TN 37876 | Ben A. Lambeth<br>P.O. Box 766<br>Wendell, NC 27591 |

| | | |
|---|---|---|
| Greg E. Lane<br>Joy D. Lane<br>2835 New Center Drive<br>Sevierville, TN 37876 | Joseph F. McCahill<br>830 Tully Road<br>Knoxville, TN 37919 | Noble C. McCulley<br>Loren B. McCulley<br>150 Oglewood Lane<br>Gatlinburg, TN 37738 |
| Kevin S. McGuire<br>P.O. Box 1363<br>Gatlinburg, TN 37738 | Alex R. Moore<br>Polly I. Moore<br>1 Pearl Avenue<br>Marietta, SC 29661 | Michael R. Morgan<br>Diana L. Morgan<br>319 Franklin Meadows Way<br>Seymour, TN 37865 |
| Maryellen Nicholson<br>1311 Hwy. 417<br>Moore, SC 29369 | Joseph M. O'Neill<br>909 Ella Drive<br>Sevierville, TN 37862 | Leslie A. O'Neill<br>909 Ella Drive<br>Sevierville, TN 37862 |
| Harold W. Otto<br>Linda A. Otto<br>2038 Fox Lane<br>Sevierville, TN 37862 | Greg S. Pancake<br>P.O. Box 1784<br>Gatlinburg, TN 37738 | Dharmesh H. Patel<br>Donika N. Patel<br>523 East Parkway<br>Gatlinburg, TN 37738 |
| Scott H. Patterson<br>Sandra L. Patterson<br>236 Cedarwood Drive<br>Sevierville, TN 37876 | Scott K. Perham<br>Paula L. Perham<br>208 Tunnel Ridge Drive<br>Sevierville, TN 37876 | Gerald J. Portier<br>Gwendolyn H. Portier<br>P.O. Box 2058<br>Metaire, LA 70004 |
| Larry W. Potter<br>Wanda R. Potter<br>P.O. Box 411434<br>Melbourne, FL 32941 | Julio A. Rabelo<br>110 S.W. 48th Avenue<br>Miami, FL 33134 | Ashley M. Rad<br>1733 Snapp Road<br>Sevierville, TN 37862 |
| Jason S. Rakes<br>265 New Jail St<br>Sneedville, TN 37869 | Matthew L. Robertson<br>1733 Snapp Road<br>Sevierville, TN 37862 | David M. Rush<br>Regina L. Rush<br>9575 Hickory Lane<br>St. John, IN 46373 |
| Joseph S. Sherrod<br>Tamila S. Sherrod<br>1541 Old Chisholm Trial<br>Dandridge, TN 37725 | Donald D. Shipman<br>260 Roaring Fork Road<br>Gatlinburg, TN 37738 | Daniel G. Strange<br>Ginger P. Strange<br>1499 Hwy. 77<br>Southside, AL 35907 |
| Benjie S. Stroupe<br>307 Newman Road<br>Gatlinburg, TN 37738 | Bobby R. Taylor<br>Doris G. Taylor<br>P.O Box 307<br>Gatlinburg, TN 37738 | Sabrina C. Taylor<br>902 Street of Dreams Way<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Scott C. Tegler<br>41 Windermere Crescent<br>Woodstock, Ontario, Canada<br>N456T3 | Glenn E. Terry<br>Bea P. Terry<br>1235 Ski Mountain Road #605<br>Gatlinburg, TN 37783 | Patrick Toner<br>Lisa Ann Toner<br>19 Bay View Drive<br>Westhampton, NY 11177 |
| James Carl Vance<br>395 Devon Chase Hall<br>Unit 3804<br>Gallatin, TN 37066 | Robert D. Ward, Jr.<br>1110 Lower Alpine Way<br>Gatlinburg, TN 37733 | Anita A. Wenn<br>Don F. Green<br>1171 Hemlock Drive<br>Gatlinburg, TN 37738 |
| John C. Willett<br>Kimberly D. Willett<br>4004 French Broad Circle<br>Sevierville, TN 37876 | Scott W. Young<br>Jayne M. Young<br>704 Ely Road<br>Gatlinburg, TN 37738 | |

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse.) Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | Jamie B. Cubbage<br>1630 Country Meadows Drive<br>Sevierville, TN 37862 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS<br>Single | 6. DATE AND DAY OF ACCIDENT<br>11/23/2016 Wednesday | 7. TIME (A.M. OR P.M.)<br>4:00 P.M. |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Renter and total contents, tools, artwork all origins, builder lost all his tools located at: 819 Crestview Dr, Gatlinburg, TN

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 350,000.00 | | | 350,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath, atty* | (865) 637-2442 | 8/31/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

95-109 Case 3:18-cv-00201-JRG-CRW   Document 111-1   Filed 06/01/21   Page 317 of 502   PageID #: 4211

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☒ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes  ☒ No    17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See Instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Curtis A. Cupp<br>Flavia G. Cupp<br>9278 Perth Road<br>Lake Worth, FL 33467 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | Married | 11-23-2016 | Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence plus furnishings and total contents located at: 1331 Longview Court, Gatlinburg, TN 37738; House, entire contents.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| $850,000.00 | | | $850,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Silveoth* | (865) 637-2442 | 8/22/17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No   17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

Farmers Insurance

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a)  In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b)  In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c)  In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d)  Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A.  *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B.  *Principal Purpose:* The information requested is to be used in evaluating claims.
C.  *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D.  *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

<table>
<tr><td colspan="2"><b>CLAIM FOR DAMAGE,<br>INJURY, OR DEATH</b></td><td><b>INSTRUCTIONS:</b> Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.</td><td>FORM APPROVED<br>OMB NO. 1105-0008</td></tr>
</table>

| 1. Submit to Appropriate Federal Agency:<br><br>United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code.<br><br>Jarrod D. Curcio<br>Terri L. Curcio<br>822 Park Drive<br>Goodletsville, TN 37072 |
|---|---|

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS<br>Married | 6. DATE AND DAY OF ACCIDENT<br>11/23/2016  Wednesday | 7. TIME (A.M. OR P.M.)<br>4:00 P.M. |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Rental property located at: 533 Wiley Oakley Drive, Gatlinburg, TN 37738; home and total contents lost; rental income

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

RECEIVED

NOV 2 1 2017

AIP

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE<br><br>400,000.00 | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights).<br><br>400,000.00 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side).<br><br>Sidney W. Gilreath, atty | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>(865) 637-2442 | 14. DATE OF SIGNATURE<br>10-23-17 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING<br>FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT<br>CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.). |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

| INSURANCE COVERAGE |
|---|

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance?  ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.  ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?  ☒ Yes   ☐ No   17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

19. Do you carry public liability and property damage insurance?  ☒ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).  ☐ No

Foremost/Shelter

| INSTRUCTIONS |
|---|

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

| PRIVACY ACT NOTICE |
|---|

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

| PAPERWORK REDUCTION ACT NOTICE |
|---|

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) **BACK**

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any, (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Michael A. Cushman<br>913 Yarbrough Lane<br>Gatlinburg, TN 37738 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | ▮▮▮▮ | Single | 11-23-2016 | Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence plus furnishings and total contents located at: 913 Yarbrough Lane, Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | | AMOUNT OF CLAIM (in dollars) | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| $800,000.00 | | | $800,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath, atty* | (865) 637-2442 | 8/22/17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No  17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes  If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

StateFarm

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | | **INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|---|---|

| 1. Submit to Appropriate Federal Agency: | | | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. | |
|---|---|---|---|---|
| United States Government Department of the Interior 1849 C Street, N.W. Washington, DC 20240 | | | Daniel J. Dailey P.O. Box 942 Gatlinburg, TN 37738 | |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | | Single | 11/23/2016 | Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence plus furnishings and total contents; vehicle; located at: 915 Daisy Lane, Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Eric Cooper | 1216 East Parkway #1413 Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). | |
| 500,000.00 | | | 500,000.00 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath, atty* | (865) 637-2442 | 10-23-17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.    ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No    17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).    ☐ No

TN Farm Bureau

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.

C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

### PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

Mary Ann Damron
1044 Keeneland Ct.
Frankfort, KY 40601
(502) 330-1981
(502) 352-4193

November 20, 2018

To Whom It May Concern:

Please find enclosed Form 95 regarding the November 23, 2016 wildfire affecting
Gatlinburg, Tennessee and the surrounding area. My condominium at Highlands
Condominiums, 855 Campbell Lead, Unit 405, Gatlinburg, Tennessee was
completely destroyed due to this wildfire. I have tried to provide all the relevant
information on Form 95. If you have any questions or need additional
information, please let me know.

Any assistance you can provide will be sincerely appreciated.

Best regards,

Mary Ann Damron

| CLAIM FOR DAMAGE, INJURY, OR DEATH | **INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency:<br><br>United States Government<br>Department of the Interior<br>1849 C. Street, N.W.<br>Washington, DC 20240 | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code.<br><br>*Mary Ann Damron*<br>*1044 Keeneland Ct.*<br>*Frankfort, Ky 40601* |
|---|---|

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | | *Divorced* | 11/23/2016 | Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

*None*

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

*One complete furnished condominium, totally destroyed. Located at Highlands Condominiums, 855 Campbell Lead, Unit 405, Gatlinburg, TN 37738*

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

*None*

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| *Ron Conley*<br>*Brenda Parker* | *833 Bennett Place, Knoxville, TN 37909*<br>*127 Tuscany Lane, Frankfort, KY 40601* |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|

| 12a. PROPERTY DAMAGE<br>*$201,648.83*<br>*Based on my share*<br>*of HOA $24,000,000 est* | 12b. PERSONAL INJURY<br><br>*None* | 12c. WRONGFUL DEATH<br><br>*None* | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). *High winds #503*<br>*$201,648.83 — Dwelling*<br>*Contents* |
|---|---|---|---|

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side).<br><br>*Mary Ann Damron* | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE<br>*11/20/2018* |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

Travelers Personal Security Insurance Company
PO Box 2949
Hartford, CT 06104          Policy # OXJ598994632422636

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☑ No | 17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

Insurer paid policy limits of $25,899.19 for dwelling and $13,569.74 for contents

19. Do you carry public liability and property damage insurance? ☑ Yes If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

Sturm Insurance
Capital Avenue
Frankfort, KY 40601

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

 **TRAVELERS**

| | | | |
|---|---|---|---|
| Customer: | MARY DAMRON | Home: | (502) |
| Property: | 855 CAMPBELL LEAD RD # 405 | Business: | (502) |
| | GATLINBURG, TN 37738 | | |
| Home: | 1044 KEENELAND CT | | |
| | FRANKFORT, KY 40601 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | Garrick Neace | | |
| Company: | TRAVELERS PERSONAL SECURITY INSURANCE COMPANY | | |
| Business: | PO Box 2949 | Business: | (630) 797-6609 |
| | Hartford, CT 06104 | E-mail: | gneace@travelers.com |

**Claim Number:** HZN7173001H
**Date of Loss:** 11/29/2016

**Policy Number:** 0XJ598994632422636 1
**Date Completed:** 12/10/2016 6:55 PM

**Type of Loss:** Brush Fire
**Price List:** TNKN8X_DEC16

| Coverage | Deductible | Policy Limit |
|---|---|---|
| Dwelling | $500.00 | $25,899.18 |
| Contents | $0.00 | $15,450.00 |

**Dear MARY DAMRON:**

We have prepared an estimate of damages which will serve as the basis for our determination of benefits. Therefore, you and/or your contractor should review this estimate carefully and let us know immediately if you have any questions prior to beginning any work. A letter with an explanation of benefits and coverage will be provided to you separately.

Thank you for allowing us to be of service, and thank you for choosing TRAVELERS PERSONAL SECURITY INSURANCE COMPANY for your insurance needs. If you have any questions regarding this estimate or any aspect of your claim, please contact the National Claim Center at 877-872-8228 or nccenter@travelers.com.

*For more information about how the claim process works and where to find services to help you recover, visit travelers.com/claim.*


# TRAVELERS⌐

**Common Units of Measure**

| | | | |
|---|---|---|---|
| **EA** – Each | | **CY** – Cubic Yard | |
| **LF** – Linear Foot | | **SQ** – Square | |
| **SF** – Square Foot | | **HR** – Hour | |
| **SY** – Square Yard | | **DA** – Day | |
| **CF** – Cubic Foot | | **RM** – Room | |

# Guide to Understanding Your Property Estimate

## Your Estimate Cover Sheet ·····················>

The cover sheet of your estimate includes important information such as:

- **(A)** Your Travelers claim professional's contact information
- **(B)** Your claim number
- **(C)** The types of coverage under your policy, including the applicable deductibles and policy limits.
- **(D)** Your estimate may include policy sublimits for specific items, such as money. Each sublimit has a unique ID tag. That ID tag will appear next to any line item subject to the sublimit.

## Your Estimate Detail ·····················>

This is where the details about your lost or damaged property can be found.

- **(E)** Description – Details describing the activity or items being estimated.
- **(F)** Quantity – The number of units (for example, square feet) for an item.
- **(G)** Unit Cost – The cost of a single unit.
- **(H)** Replacement Cost Value (RCV) – The estimated cost of repairing a damaged item or replacing an item with a similar one. RCV is calculated by multiplying Quantity x Unit Cost.
- **(I)** Depreciation – Loss of value that has occurred over time due to factors such as age, wear and tear, and obsolescence. If depreciation is recoverable, the amount is shown in ( ). If depreciation is not recoverable, the amount is shown in < >.
- **(J)** Actual Cash Value (ACV) – The estimated value of the item or damage at the time of the loss. Generally, ACV is calculated as Replacement Cost Value (RCV) minus Depreciation.
- **(K)** Labor Minimums – The cost of labor associated with drive time, setup time and applicable administrative tasks required to perform a minor repair.

## Your Estimate Summary ·····················>

For each type of coverage involved in your estimate there is a summary section that shows the total estimated costs (RCV and ACV) and net claim amount for the coverage type. The example to the right depicts a Dwelling coverage summary.

- **(L)** Line Item Total – The sum of all the line items for that particular coverage.
- **(M)** Total Replacement Cost Value – The total RCV of all items for that coverage.
- **(N)** Total Actual Cash Value – The total ACV of all items for that coverage.
- **(O)** Deductible – The amount of the loss paid by you. A deductible is generally a specified dollar amount or a percentage of your policy limit.
- **(P)** Net Claim – The amount payable to you after depreciation and deductible have been applied. This amount can never be greater than your coverage limit.
- **(Q)** Total Recoverable Depreciation – The total amount of depreciation you can potentially recover.



**A** Claim Professional: John Doe
**A** Business: One Tower Square, Hartford, CT 06183
**A** Business: (860) 555-9876
E-mail: jdoe@travelers.com

**B** Claim Number: ABC123400111 | Policy Number: 123456789-633-1 | Type of Loss: Fire
Date of Loss: 10/10/2011 3:00 PM | Date Completed: 10/11/2011 11:50 AM | Price List: CTHA7X_OCT1

**C**
| Coverage | Deductible | Policy Limit | |
|---|---|---|---|
| Dwelling | $500.00 | $300,000.00 | |
| Other Structures | **D** $0.00 | $30,000.00 | |
| Contents | $0.00 | $210,000.00 | |
| *Money, Gift Cards, etc. [S 3:1] | | | $200.00/$200.00 |

**Living Room** — LxWxH 18' x 14' x 8'

```
512.00 SF Walls            252.00 SF Ceiling
764.00 SF Walls & Ceiling  252.00 SF Floor
28.00 SY Flooring          64.00 LF Floor Perimeter
144.00 SF F  Wall  G       H  SF Sh  J
 64.00 LF                 I
E
```

| DESCRIPTION | QTY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| **DWELLING** | | | | | | |
| 1. 1/2" drywall - hung, taped, floated, ready for paint | 32.00 SF | 1.55 | 0.75 | 50.35 | (1.67) | 48.68 |
| 2. Paint the walls - two coats | 512.00 SF | 0.63 | 5.22 | 327.78 | (43.71) | 284.07 |
| 3. R&R Carpet | 252.00 SF | 3.01 | 53.57 | 792.99 | <148.33> | 613.26 |
| **CONTENTS** | | | | | | |
| 4. Cash, currency, money, bank notes, bullion, and coins [S 3:1] | 1.00 EA | 200.00 | 0.00 | 200.00 | (0.00) | 200.00 |
| 5. TV  LCD / LED-LCD 35-39 in | 1.00 EA | 500.00 | 30.00 | 530.00 | (79.50) | 450.50 |
| **Dwelling Totals:** | | | 39.54 | 1,170.23 | 193.71 | 976.51 |
| **Contents Totals:** | | | 30.00 | 730.00 | (79.50) | 650.50 |
| **Totals: Living Room** | | | 69.54 | 1,900.23 | 273.21 | 1,627.01 |

**Labor Minimums** **K**

| DESCRIPTION | QTY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| **DWELLING** | | | | | | |
| 6. Drywall repair | 1.00 EA | 297.88 | 0.00 | 297.88 | (0.00) | 297.88 |
| **Dwelling Totals:** | | | 0.00 | 297.88 | | 297.88 |
| **Totals: Labor Minimums** | | | 0.00 | 297.88 | 0.00 | 297.88 |

**Summary for Dwelling**

| | | |
|---|---|---|
| **L** Line Item Total | | 1,428.56 |
| Material Sales Tax | | 39.54 |
| **M** Replacement Cost Value | | **$1,468.10** |
| Less Depreciation | | (193.71) |
| **N** Actual Cash Value | | **$1,274.39** |
| **O** Less Deductible | | (500.00) |
| **P** Net Claim | | **$774.39** |
| **Q** Total Depreciation | | 193.71 |
| Less Non-Recoverable Depreciation | | <148.33> |
| Total Recoverable Depreciation | | 45.38 |
| **Net Claim if Depreciation is Recovered** | | **$819.77** |

We encourage you to contact us if you have additional questions regarding your claim or anything in this guide.

For information about how the claim process works and where to find services to help you recover, visit travelers.com/claim.



---

travelers.com

The Travelers Indemnity Company and its property casualty affiliates. One Tower Square, Hartford, CT 06183

This material is for informational purposes only. All statements herein are subject to the provisions, exclusions and conditions of the applicable policy. For an actual description of all coverages, terms and conditions, refer to the insurance policy. Coverages are subject to individual insureds meeting our underwriting qualifications and to state availability.

© 2013 The Travelers Indemnity Company. All rights reserved. Travelers and the Travelers Umbrella logo are registered trademarks of The Travelers Indemnity Company in the U.S. and other countries.
C-26501 R

## MARY_DAMRON

### Main Level

| **Living Room** | | | | | | | Height: 8' |
|---|---|---|---|---|---|---|---|
| 249.31 SF Walls | | | | 188.91 SF Ceiling | | | |
| 438.22 SF Walls & Ceiling | | | | 183.15 SF Floor | | | |
| 20.35 SY Flooring | | | | 28.70 LF Floor Perimeter | | | |
| 45.02 LF Ceil. Perimeter | | | | | | | |

| Door | 7' 10" X 6' 8" | | | **Opens into Exterior** | | | |
|---|---|---|---|---|---|---|---|
| Window | 3' X 4' | | | **Opens into Exterior** | | | |
| Door | 2' 6" X 6' 8" | | | **Opens into BATHROOM** | | | |
| Missing Wall | 6' 2 1/2" X 8' | | | **Opens into KITCHEN** | | | |
| Missing Wall | 3' 7 1/2" X 8' | | | **Opens into HALLWAY** | | | |

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| DWELLING | | | | | | | |
| 1. Acoustic ceiling (popcorn) texture | 188.91 SF | 0.51 | 0.92 | 19.44 | 116.70 | (0.00) | 116.70 |
| 2. Seal & paint acoustic ceiling (popcorn) texture | 188.91 SF | 0.84 | 4.97 | 32.74 | 196.39 | (0.00) | 196.39 |
| 3. Seal/prime then paint the walls twice (3 coats) | 249.31 SF | 0.87 | 5.83 | 44.54 | 267.27 | (0.00) | 267.27 |
| 4. R&R Carpet pad | 183.15 SF | 0.60 | 8.04 | 23.58 | 141.51 | (0.00) | 141.51 |
| 5. Remove Carpet | 183.15 SF | 0.19 | 0.00 | 6.96 | 41.76 | (0.00) | 41.76 |
| 6. R&R Baseboard - 4 1/4" | 28.70 LF | 3.32 | 5.09 | 20.08 | 120.45 | (0.00) | 120.45 |
| 7. Seal & paint baseboard - three coats | 28.70 LF | 1.37 | 0.39 | 7.94 | 47.65 | (0.00) | 47.65 |
| 8. R&R Hanging light fixture | 2.00 EA | 70.56 | 6.34 | 29.48 | 176.94 | (0.00) | 176.94 |
| 9. R&R Door blind - fabric/woven - 42.1 to 56 SF - High grade | 1.00 EA | 418.57 | 35.69 | 90.84 | 545.10 | (0.00) | 545.10 |
| 10. R&R Window blind - PVC - 1" - 14.1 to 20 SF | 1.00 EA | 65.58 | 2.62 | 13.64 | 81.84 | (0.00) | 81.84 |
| 11. Carpet | 198.83 SF | 2.60 | 40.90 | 111.58 | 669.44 | (0.00) | 669.44 |
| 12. R&R Carpet - metal transition strip | 3.50 LF | 3.21 | 0.50 | 2.34 | 14.08 | (0.00) | 14.08 |
| **Dwelling Totals:** | | | 111.29 | 403.16 | 2,419.13 | | 2,419.13 |
| **Totals: Living Room** | | | 111.29 | 403.16 | 2,419.13 | 0.00 | 2,419.13 |

Case 3:18-cv-00201-JRG-CRW Document 111-1 Filed 06/01/21 Page 332 of 502 PageID #: 4226



| Bathroom | | | | | | Height: 7' |
|---|---|---|---|---|---|---|
| 115.70 SF Walls | | | | 43.02 SF Ceiling | | |
| 158.72 SF Walls & Ceiling | | | | 32.94 SF Floor | | |
| 3.66 SY Flooring | | | | 16.42 LF Floor Perimeter | | |
| 20.92 LF Ceil. Perimeter | | | | | | |

| Door | 2' 4" X 6' 8" | Opens into JACUZZI_ROOM |
|---|---|---|
| Door | 2' 6" X 6' 8" | Opens into LIVING_ROOM |

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **DWELLING** | | | | | | | |
| 13. Seal/prime then paint the walls and ceiling twice (3 coats) | 158.72 SF | 0.87 | 3.71 | 28.36 | 170.16 | (0.00) | 170.16 |
| 14. R&R Baseboard - 4 1/4" w/shoe | 16.42 LF | 4.61 | 3.55 | 15.88 | 95.13 | (0.00) | 95.13 |
| 15. Seal & paint baseboard w/cap &/or shoe - three coats | 16.42 LF | 1.59 | 0.45 | 5.32 | 31.88 | (0.00) | 31.88 |
| 16. Interior sliding door (barn style) - material only | 1.00 EA | 562.41 | 0.00 | 112.48 | 674.89 | (0.00) | 674.89 |

http://www.homedepot.com/p/32-in-x-80-in-Primed-Craftsman-Smooth-Surface-Solid-Core-Door-with-Barn-Door-Hardware-Kit/206732520?gclid=CIPI0t7U6tACFYERgQod9sYNfA&gclsrc=aw.ds

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 17. Door Installer/Finish Carpenter - per hour | 2.00 HR | 47.53 | 0.00 | 19.02 | 114.08 | (0.00) | 114.08 |
| Labor to install sliding barn door and hardware. | | | | | | | |
| 18. Seal & paint door slab only (per side) | 2.00 EA | 25.28 | 1.35 | 10.40 | 62.31 | (0.00) | 62.31 |
| 19. Door knob - interior - High grade | 1.00 EA | 48.88 | 3.36 | 10.46 | 62.70 | (0.00) | 62.70 |
| 20. R&R Vanity - Deluxe grade | 2.00 LF | 332.74 | 59.42 | 144.96 | 869.86 | (0.00) | 869.86 |
| 21. R&R Countertop - Granite or Marble - High grade | 2.00 SF | 64.31 | 7.80 | 27.28 | 163.70 | (0.00) | 163.70 |
| 22. R&R Backsplash - solid surface - Unattached | 2.00 LF | 13.02 | 1.95 | 5.60 | 33.59 | (0.00) | 33.59 |
| 23. Add on for undermount sink cutout & polish - single basin | 1.00 EA | 94.81 | 0.00 | 18.96 | 113.77 | (0.00) | 113.77 |
| 24. Sink - single | 1.00 EA | 210.70 | 13.26 | 44.80 | 268.76 | (0.00) | 268.76 |
| 25. R&R P-trap assembly - ABS (plastic) | 1.00 EA | 48.44 | 0.59 | 9.82 | 58.85 | (0.00) | 58.85 |
| 26. R&R Sink faucet - Bathroom - High grade | 1.00 EA | 240.34 | 16.96 | 51.48 | 308.78 | (0.00) | 308.78 |
| 27. R&R Toilet | 1.00 EA | 380.51 | 21.48 | 80.40 | 482.39 | (0.00) | 482.39 |
| 28. Toilet seat | 1.00 EA | 48.01 | 3.07 | 10.22 | 61.30 | (0.00) | 61.30 |
| 29. Wall mirror | 1.00 EA | 169.00 | 16.48 | 0.00 | 185.48 | (0.00) | 185.48 |
| 30. R&R Light bar - 3 lights - High grade | 1.00 EA | 147.53 | 10.19 | 31.54 | 189.26 | (0.00) | 189.26 |
| 31. R&R Towel bar - High grade | 3.00 EA | 36.32 | 6.59 | 23.12 | 138.67 | (0.00) | 138.67 |
| 32. R&R Toilet paper holder - High grade | 1.00 EA | 32.86 | 1.94 | 6.96 | 41.76 | (0.00) | 41.76 |
| 33. R&R Tile floor covering - High grade | 32.94 SF | 11.02 | 17.76 | 76.16 | 456.92 | (0.00) | 456.92 |
| 34. R&R 1/4" Cement board | 32.94 SF | 4.01 | 4.41 | 27.28 | 163.64 | (0.00) | 163.64 |
| 35. R&R Custom shower door & partition - 1/2" glass - frameless | 25.67 SF | 45.84 | 87.60 | 252.86 | 1,517.17 | (0.00) | 1,517.17 |
| 36. R&R Tile concrete shower curb - per LF | 3.67 LF | 82.62 | 6.12 | 61.86 | 371.20 | (0.00) | 371.20 |

**CONTINUED - Bathroom**

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 37. R&R Tile shower - 65 to 100 SF – High grade | 1.00 EA | 1,682.61 | 72.59 | 351.06 | 2,106.26 | (0.00) | 2,106.26 |
| 38. Additional charge to tile a wall niche | 1.00 EA | 133.68 | 2.72 | 27.28 | 163.68 | (0.00) | 163.68 |
| 39. Shower pan | 1.00 EA | 124.20 | 4.49 | 25.74 | 154.43 | (0.00) | 154.43 |
| 40. R&R Recessed light fixture | 1.00 EA | 94.87 | 3.46 | 19.68 | 118.01 | (0.00) | 118.01 |
| 41. R&R Bathroom ventilation fan | 1.00 EA | 82.13 | 4.36 | 17.30 | 103.79 | (0.00) | 103.79 |
| 42. R&R Shower head only - High grade | 1.00 EA | 103.73 | 7.71 | 22.30 | 133.74 | (0.00) | 133.74 |
| 43. R&R Shower faucet - High grade | 1.00 EA | 289.33 | 19.99 | 61.88 | 371.20 | (0.00) | 371.20 |
| **Dwelling Totals:** | | | **403.22** | **1600.46** | **9,787.36** | | **9,787.36** |
| **Totals: Bathroom** | | | **403.22** | **1,600.46** | **9,787.36** | **0.00** | **9,787.36** |

**Kitchen**        Height: 8'

| | |
|---|---|
| 128.33 SF Walls | 46.82 SF Ceiling |
| 175.16 SF Walls & Ceiling | 41.93 SF Floor |
| 4.66 SY Flooring | 16.04 LF Floor Perimeter |
| 16.04 LF Ceil. Perimeter | |

**Missing Wall**    5' 6" X 8'      Opens into HALLWAY

**Missing Wall**    6' 1/2" X 8'      Opens into LIVING_ROOM

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| DWELLING | | | | | | | |
| 44. Acoustic ceiling (popcorn) texture | 46.82 SF | 0.51 | 0.23 | 4.82 | 28.93 | (0.00) | 28.93 |
| 45. Seal & paint acoustic ceiling (popcorn) texture | 46.82 SF | 0.84 | 1.23 | 8.10 | 48.66 | (0.00) | 48.66 |
| 46. Seal/prime then paint the walls twice (3 coats) | 128.33 SF | 0.87 | 3.00 | 22.94 | 137.59 | (0.00) | 137.59 |
| 47. R&R Baseboard - 4 1/4" w/shoe | 16.04 LF | 4.61 | 3.47 | 15.48 | 92.89 | (0.00) | 92.89 |
| 48. Seal & paint baseboard w/cap &/or shoe - three coats | 16.04 LF | 1.59 | 0.44 | 5.18 | 31.12 | (0.00) | 31.12 |
| 49. R&R Tile floor covering - High grade | 41.93 SF | 11.02 | 22.61 | 96.94 | 581.62 | (0.00) | 581.62 |
| 50. R&R 1/4" Cement board | 41.93 SF | 4.01 | 5.44 | 34.72 | 208.30 | (0.00) | 208.30 |
| 51. R&R Range hood | 1.00 EA | 169.54 | 10.71 | 36.04 | 216.29 | (73.59) | 142.70 |
| 52. Range - freestanding - electric | 1.00 EA | 560.46 | 54.64 | 0.00 | 615.10 | (219.67) | 395.43 |
| **Dwelling Totals:** | | | **-101.77** | **224.22** | **1,960.50** | **(293.26)** | **1,667.24** |
| **Totals: Kitchen** | | | **101.77** | **224.22** | **1,960.50** | **293.26** | **1,667.24** |

**Hallway**                                                                                           **Height: 8'**

| | |
|---|---|
| 227.67 SF Walls | 65.71 SF Ceiling |
| 293.38 SF Walls & Ceiling | 65.71 SF Floor |
| 7.30 SY Flooring | 26.96 LF Floor Perimeter |
| 35.96 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | 4' X 6' 8" | **Opens into UTILITY_ROOM** |
| **Door** | 2' 6" X 6' 8" | **Opens into BEDROOM** |
| **Door** | 2' 6" X 6' 8" | **Opens into Exterior** |
| **Missing Wall** | 3' 5 1/2" X 8' | **Opens into LIVING_ROOM** |
| **Missing Wall** | 5' 6" X 8' | **Opens into KITCHEN** |

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| DWELLING | | | | | | | |
| 53. Acoustic ceiling (popcorn) texture | 65.71 SF | 0.51 | 0.32 | 6.76 | 40.59 | (0.00) | 40.59 |
| 54. Seal & paint acoustic ceiling (popcorn) texture | 65.71 SF | 0.84 | 1.73 | 11.38 | 68.31 | (0.00) | 68.31 |
| 55. Seal/prime then paint part of the walls twice (3 coats) | 150.17 SF | 0.87 | 3.51 | 26.84 | 161.00 | (0.00) | 161.00 |
| 56. R&R Baseboard - 4 1/4" w/shoe | 26.96 LF | 4.61 | 5.84 | 26.02 | 156.15 | (0.00) | 156.15 |
| 57. Seal & paint baseboard w/cap &/or shoe - three coats | 26.96 LF | 1.59 | 0.74 | 8.72 | 52.33 | (0.00) | 52.33 |
| 58. R&R Tile floor covering - High grade | 65.71 SF | 11.02 | 35.43 | 151.90 | 911.46 | (0.00) | 911.46 |
| 59. R&R 1/4" Cement board | 65.71 SF | 4.01 | 8.52 | 54.40 | 326.42 | (0.00) | 326.42 |
| 60. R&R Hanging light fixture - High grade | 2.00 EA | 91.06 | 10.34 | 38.48 | 230.94 | (0.00) | 230.94 |
| 61. R&R Judges paneling - raised panel - paint grade | 77.50 SF | 17.88 | 26.98 | 282.54 | 1,695.22 | (0.00) | 1,695.22 |
| 62. Seal & paint - judges paneling - two coats | 77.50 SF | 2.79 | 1.59 | 43.56 | 261.38 | (0.00) | 261.38 |
| **Dwelling Totals:** | | | 95.00 | 650.60 | 3,903.80 | | 3,903.80 |
| **Totals: Hallway** | | | 95.00 | 650.60 | 3,903.80 | 0.00 | 3,903.80 |

**Utility Room**                                                                                      **Height: 8'**

| | |
|---|---|
| 87.33 SF Walls | 10.62 SF Ceiling |
| 97.96 SF Walls & Ceiling | 10.62 SF Floor |
| 1.18 SY Flooring | 10.25 LF Floor Perimeter |
| 14.25 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Door** | 4' X 6' 8" | **Opens into HALLWAY** |

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

12/10/2016                    Page: 6

## CONTINUED - Utility Room

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **DWELLING** | | | | | | | |
| 63. Seal/prime then paint the walls and ceiling twice (3 coats) | 97.96 SF | 0.87 | 2.29 | 17.50 | 105.02 | (0.00) | 105.02 |
| 64. R&R Bifold door set - full louvered - Double | 1.00 EA | 222.44 | 14.52 | 47.38 | 284.34 | (0.00) | 284.34 |
| 65. R&R Door opening (jamb & casing) - 60" or wider - paint grade | 1.00 EA | 135.91 | 7.55 | 28.70 | 172.16 | (0.00) | 172.16 |
| 66. Seal & paint full lvrd bifold door set - slab - per side | 2.00 EA | 53.40 | 2.57 | 21.88 | 131.25 | (0.00) | 131.25 |
| 67. Seal & paint casing - three coats | 17.33 LF | 1.37 | 0.24 | 4.78 | 28.76 | (0.00) | 28.76 |
| 68. R&R Water heater - 80 gallon - Electric | 1.00 EA | 1,168.04 | 83.19 | 250.24 | 1,501.47 | (661.20) | 840.27 |
| **Dwelling Totals:** | | | 110.36 | 370.48 | 2,223.00 | (661.20) | 1,561.80 |
| **Totals: Utility Room** | | | 110.36 | 370.48 | 2,223.00 | 661.20 | 1,561.80 |



| Jacuzzi Room | | | | | | | Height: 8' |
|---|---|---|---|---|---|---|---|

73.56 SF Walls                    34.44 SF Ceiling
108.01 SF Walls & Ceiling         17.65 SF Floor
1.96 SY Flooring                  2.83 LF Floor Perimeter
17.33 LF Ceil. Perimeter

| **Door** | 2' 4" X 6' 8" | **Opens into BATHROOM** |
|---|---|---|
| **Missing Wall** | 6' 8" X 8' | **Opens into BEDROOM** |
| **Door** | 2' 6" X 6' 8" | **Opens into CLOSET** |
| **Door** | 1' 3" X 6' 8" | **Opens into CLOSET** |

| DESCRIPTION | QTY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **DWELLING** | | | | | | | |
| 69. Acoustic ceiling (popcorn) texture | 34.44 SF | 0.51 | 0.17 | 3.56 | 21.29 | (0.00) | 21.29 |
| 70. Seal & paint acoustic ceiling (popcorn) texture | 34.44 SF | 0.84 | 0.91 | 5.96 | 35.80 | (0.00) | 35.80 |
| 71. Seal/prime then paint the walls twice (3 coats) | 73.56 SF | 0.87 | 1.72 | 13.14 | 78.86 | (0.00) | 78.86 |
| 72. R&R Interior door unit | 3.00 EA | 151.75 | 30.80 | 97.22 | 583.27 | (0.00) | 583.27 |
| Two closet doors and one door that leads to bathroom. | | | | | | | |
| 73. Seal & paint door slab only (per side) | 6.00 EA | 25.28 | 4.06 | 31.16 | 186.90 | (0.00) | 186.90 |
| Two closet doors and one door that leads to bathroom. | | | | | | | |

12/10/2016                    Page: 7

Main Level



Main Level

Case 3:18-cv-00201-JRG-CRW   Document 111-1   Filed 06/01/21   Page 337 of 502   PageID #: 4231



| | | | |
|---|---|---|---|
| Customer: | MARY DAMRON | Home: | (502) |
| Property: | 855 CAMPBELL LEAD RD # 405 | Business: | (502) |
| | GATLINBURG, TN 37738 | | |
| Home: | 1044 KEENELAND CT | | |
| | FRANKFORT, KY 40601 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | Michael Zaccagnino | | |
| Company: | TRAVELERS PERSONAL SECURITY INSURANCE COMPANY | | |
| Business: | Po Box 430 | Business: | (716) 548-6172 |
| | Buffalo, NY 14240 | E-mail: | mzaccagn@travelers.com |

**Claim Number:** HZN7173001C  **Policy Number:** 0XJ598994632422636 1  **Type of Loss:** Brush Fire
**Date of Loss:** 11/29/2016  **Date Completed:** 12/11/2016 8:54 AM  **Price List:** TNKN8X_DEC16

| Coverage | Deductible | Policy Limit |
|---|---|---|
| Dwelling | $0.00 | $25,899.19 |
| Contents | $0.00 | $15,569.74 |

**Dear MARY DAMRON:**
We have prepared an estimate of damages which will serve as the basis for our determination of benefits. Therefore, you and/or your contractor should review this estimate carefully and let us know immediately if you have any questions prior to beginning any work. A letter with an explanation of benefits and coverage will be provided to you separately. Thank you for allowing us to be of service, and thank you for choosing TRAVELERS PERSONAL SECURITY INSURANCE COMPANY for your insurance needs. If you have any questions regarding this estimate or any aspect of your claim, please contact Michael Zaccagnino at (716) 548-6172.

*For more information about how the claim process works and where to find services to help you recover, visit travelers.com/claim.*


**TRAVELERS**

| Common Units of Measure | |
|---|---|
| EA – Each | CY – Cubic Yard |
| LF – Linear Foot | SQ – Square |
| SF – Square Foot | HR – Hour |
| SY – Square Yard | DA – Day |
| CF – Cubic Foot | RM – Room |

# Guide to Understanding Your Property Estimate

## Your Estimate Cover Sheet

The cover sheet of your estimate includes important information such as:

- (A) Your Travelers claim professional's contact information
- (B) Your claim number
- (C) The types of coverage under your policy, including the applicable deductibles and policy limits.
- (D) Your estimate may include policy sublimits for specific items, such as money. Each sublimit has a unique ID tag. That ID tag will appear next to any line item subject to the sublimit.

**A** Claim Professional: John Doe
Business: One Tower Square
Hartford, CT 06183

**A** Business: (860) 555-9876
E-mail: jdoe@travelers.com

**B** Claim Number: ABC12340011
Date of Loss: 10/10/2011 3:00 PM

Policy Number: 123456789-633-1
Date Completed: 10/11/2011 11:50 AM

Type of Loss: Fire
Price List: CTHA7X_OCT1

| Coverage | Deductible | Policy Limit | |
|---|---|---|---|
| Dwelling | **D** $500.00 | $300,000.00 | |
| Other Structures | $0.00 | $30,000.00 | |
| Contents | $0.00 | $210,000.00 | |
| *Money, Gift Cards, etc. [$ 3:1] | | | $200.00/$300.00 |

## Your Estimate Detail

This is where the details about your lost or damaged property can be found.

- (E) Description – Details describing the activity or items being estimated.
- (F) Quantity – The number of units (for example, square feet) for an item.
- (G) Unit Cost – The cost of a single unit.
- (H) Replacement Cost Value (RCV) – The estimated cost of repairing a damaged item or replacing an item with a similar one. RCV is calculated by multiplying Quantity x Unit Cost.
- (I) Depreciation – Loss of value that has occurred over time due to factors such as age, wear and tear, and obsolescence. If depreciation is recoverable, the amount is shown in ( ). If depreciation is not recoverable, the amount is shown in < >.
- (J) Actual Cash Value (ACV) – The estimated value of the item or damage at the time of the loss. ACV is calculated as Replacement Cost Value (RCV) minus Depreciation.
- (K) Labor Minimums – The cost of labor associated with drive time, setup time and applicable administrative tasks required to perform a minor repair.

| Living Room | | | | | | LxWxH 18' x 14' x 8' | | |
|---|---|---|---|---|---|---|---|---|
| | 512.00 SF Walls | | | | | 252.00 SF Ceiling | | |
| | 764.00 SF Walls & Ceiling | | | | | 252.00 SF Floor | | |
| | 28.00 SY Flooring | | | | | 64.00 LF Floor Perimeter | | |
| | 144.00 SF **F** Wall **G** | | | | | **H** SF Sh... **I** | | **J** |
| | 64.00 LF ...rimter | | | | | | | |

| DESCRIPTION | QTY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| **DWELLING** | | | | | | |
| 1. 1/2" drywall - hung, taped, floated, ready for paint. | 32.00 SF | 1.55 | 0.75 | 50.35 | (1.67) | 48.68 |
| 2. Paint the walls - two coats | 512.00 SF | 0.65 | 5.22 | 327.78 | (43.71) | 284.07 |
| 3. R&R Carpet | 252.00 SF | 3.01 | 33.87 | 792.09 | <148.33> | 643.76 |
| **CONTENTS** | | | | | | |
| 4. Cash, currency, money, bank notes, bullion and coins [$ 3:1] | 1.00 EA | 200.00 | 0.00 | 200.00 | (0.00) | 200.00 |
| 5. TV - LCD / LED-LCD 35-39 in. | 1.00 EA | 500.00 | 30.00 | 530.00 | (79.50) | 450.50 |
| Dwelling Totals: | | | 39.84 | 1,170.22 | 193.71 | 976.51 |
| Contents Totals: | | | 30.00 | 730.00 | (79.50) | 650.50 |
| Totals: Living Room | | | 69.54 | 1,900.22 | 273.21 | 1,627.01 |

**Labor Minimums** **K**

| DESCRIPTION | QTY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| **DWELLING** | | | | | | |
| 6. Drywall repair | 1.00 EA | 297.88 | 0.00 | 297.88 | (0.00) | 297.88 |
| Dwelling Totals: | | | 0.00 | 297.88 | | 297.88 |
| Total: Labor Minimums | | | 0.00 | 297.88 | 0.00 | 297.88 |

## Your Estimate Summary

For each type of coverage involved in your estimate there is a summary section that shows the total estimated costs (RCV and ACV) and net claim amount for the coverage type. The example to the right depicts a Dwelling coverage summary.

- (L) Line Item Total – The sum of all the line items for that particular coverage.
- (M) Total Replacement Cost Value – The total RCV of all items for that coverage.
- (N) Total Actual Cash Value – The total ACV of all items for that coverage.
- (O) Deductible – The amount of the loss paid by you. A deductible is generally a specified dollar amount or a percentage of your policy limit.
- (P) Net Claim – The amount payable to you after depreciation and deductible have been applied. This amount can never be greater than your coverage limit.
- (Q) Total Recoverable Depreciation – The total amount of depreciation you can potentially recover.

**Summary for Dwelling**

| | |
|---|---|
| **L** Line Item Total | 1,428.56 |
| Material Sales Tax | 39.54 |
| **M** Replacement Cost Value | **$1,468.10** |
| Less Depreciation | (193.71) |
| **N** Actual Cash Value | **$1,274.39** |
| **O** Less Deductible | (500.00) |
| **P** Net Claim | **$774.39** |
| **Q** Total Depreciation | 193.71 |
| Less Non-Recoverable Depreciation | <148.33> |
| Total Recoverable Depreciation | 45.38 |
| **Net Claim if Depreciation is Recovered** | **$819.77** |

We encourage you to contact us if you have additional questions regarding your claim or anything in this guide.

For information about how the claim process works and where to find services to help you recover, visit travelers.com/claim.



travelers.com

The Travelers Indemnity Company and its property casualty affiliates. One Tower Square, Hartford, CT 06183

This material is for informational purposes only. All statements herein are subject to the provisions, exclusions and conditions of the applicable policy. For an actual description of all coverages, terms and conditions, refer to the insurance policy. Coverages are subject to individual insureds meeting our underwriting qualifications and to state availability.

© 2013 The Travelers Indemnity Company. All rights reserved. Travelers and the Travelers Umbrella logo are registered trademarks of The Travelers Indemnity Company in the U.S. and other countries.
C-26501 Re...



## MARY_DAMRON

### Kitchen

| DESCRIPTION | QTY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| CONTENTS | | | | | | |
| 1. Wastebasket / garbage / trash can | 1.00 EA | 34.00 | 3.32 | 37.32 | (1.23) | 36.09 |
| 2. various health aids - OTC | 5.00 EA | 8.00 | 3.90 | 43.90 | (4.39) | 39.51 |
| 3. cleaning product | 1.00 EA | 8.00 | 0.78 | 8.78 | (0.88) | 7.90 |
| 4. Coffee - Brewer / Maker | 1.00 EA | 50.00 | 4.88 | 54.88 | (10.98) | 43.90 |
| 5. Corded phone | 1.00 EA | 45.00 | 4.39 | 49.39 | (1.64) | 47.75 |
| 6. Network router | 1.00 EA | 60.00 | 5.85 | 65.85 | (4.35) | 61.50 |
| 7. Plate - Dinner - Casual dinnerware | 2.00 EA | 19.00 | 3.71 | 41.71 | (0.69) | 41.02 |
| 8. Mug | 4.00 EA | 16.00 | 6.24 | 70.24 | (1.16) | 69.08 |
| 9. Glasses and cups set - 4pc. | 1.00 EA | 24.00 | 2.34 | 26.34 | (0.44) | 25.90 |
| 10. fluted wine glasses | 6.00 EA | 10.00 | 5.85 | 65.85 | (1.09) | 64.76 |
| 11. Glasses and cups set - 4pc. | 2.00 EA | 24.00 | 4.68 | 52.68 | (0.87) | 51.81 |
| 12. Pitcher | 1.00 EA | 29.00 | 2.83 | 31.83 | (0.53) | 31.30 |
| 13. roll of paper towels | 1.00 EA | 2.00 | 0.20 | 2.20 | (0.22) | 1.98 |
| 14. various food/snacks | 1.00 EA | 15.00 | 1.16 | 16.16 | (1.62) | 14.54 |
| 15. Cookware set - 10 pc. | 1.00 EA | 160.00 | 15.60 | 175.60 | (2.90) | 172.70 |
| 16. Microwave - Countertop | 1.00 EA | 100.00 | 9.75 | 109.75 | (21.95) | 87.80 |
| 17. Serving tray | 1.00 EA | 35.00 | 3.41 | 38.41 | (0.64) | 37.77 |
| 18. Cutlery & utility - Cutting boards | 1.00 EA | 35.00 | 3.41 | 38.41 | (0.64) | 37.77 |
| 19. Kitchen towel | 2.00 EA | 14.00 | 2.73 | 30.73 | (2.03) | 28.70 |
| 20. various food and snacks on the counter | 1.00 EA | 35.00 | 2.71 | 37.71 | (3.77) | 33.94 |
| 21. toastmaster two slice toaster | 1.00 EA | 35.00 | 3.41 | 38.41 | (7.68) | 30.73 |
| 22. Jar blender | 1.00 EA | 50.00 | 4.88 | 54.88 | (10.98) | 43.90 |
| 23. Bowl - Sugar - Casual dinnerware | 1.00 EA | 20.00 | 1.95 | 21.95 | (0.36) | 21.59 |
| 24. Measuring cup set | 1.00 EA | 14.00 | 1.37 | 15.37 | (0.51) | 14.86 |
| 25. Colander / strainer | 2.00 EA | 19.00 | 3.71 | 41.71 | (1.37) | 40.34 |
| 26. Mixing bowl - Single | 1.00 EA | 20.00 | 1.95 | 21.95 | (0.36) | 21.59 |
| 27. Casserole dish | 1.00 EA | 57.00 | 5.56 | 62.56 | (1.03) | 61.53 |
| 28. Plate - Dinner - Casual dinnerware | 7.00 EA | 19.00 | 12.97 | 145.97 | (2.40) | 143.57 |
| 29. Bowl - Soup/Pasta/Cereal - Casual dinnerware | 4.00 EA | 18.00 | 7.02 | 79.02 | (1.31) | 77.71 |
| 30. Decorative figurine / Statue / Sculpture | 1.00 EA | 42.00 | 4.10 | 46.10 | (4.61) | 41.49 |
| 31. Refrigerator - top freezer - 14 to 18 cf | 1.00 EA | 591.00 | 57.62 | 648.62 | (15.29) | 633.33 |
| 32. various beverages in fridge | 1.00 EA | 20.00 | 1.55 | 21.55 | (2.16) | 19.39 |
| 33. Ladle / Spoon | 1.00 EA | 13.00 | 1.27 | 14.27 | (0.23) | 14.04 |
| 34. Cheese grater / slicer | 1.00 EA | 16.00 | 1.56 | 17.56 | (0.58) | 16.98 |
| 35. Cutlery & utility - Cutting boards | 2.00 EA | 35.00 | 6.83 | 76.83 | (1.27) | 75.56 |
| 36. Kitchen towel | 1.00 EA | 14.00 | 1.37 | 15.37 | (1.01) | 14.36 |
| 37. Measuring cup set | 1.00 EA | 14.00 | 1.37 | 15.37 | (0.51) | 14.86 |
| 38. Tongs | 1.00 EA | 15.00 | 1.46 | 16.46 | (0.27) | 16.19 |
| 39. Silverware/Flatware - Casual serving set | 1.00 EA | 25.00 | 2.44 | 27.44 | (0.45) | 26.99 |
| 40. Flatware tray | 1.00 EA | 20.00 | 1.95 | 21.95 | (0.72) | 21.23 |

**TRAVELERS**

| DESCRIPTION | QTY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| Contents Totals: | | | 212.08 | 2,401.08 | (115.12) | 2,285.96 |
| Totals: Kitchen | | | 212.08 | 2,401.08 | 115.12 | 2,285.96 |

## Hallway

| DESCRIPTION | QTY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| CONTENTS | | | | | | |
| 41. Luggage - Garment bags | 1.00 EA | 90.00 | 8.78 | 98.78 | (1.64) | 97.14 |
| 42. Winsome 92436 Luggage Rack with Shelf | 1.00 EA | 34.99 | 3.41 | 38.40 | (0.64) | 37.76 |
| Amazon on Amazon.com - 12/10/2016 | | | | | | |
| item not in xactcontents | | | | | | |
| Orig. Desc. - luggage rack | | | | | | |
| Contents Totals: | | | 12.19 | 137.18 | (2.28) | 134.90 |
| Totals: Hallway | | | 12.19 | 137.18 | 2.28 | 134.90 |

## Bathroom

| DESCRIPTION | QTY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| CONTENTS | | | | | | |
| 43. Bath towel | 3.00 EA | 20.00 | 5.85 | 65.85 | (4.35) | 61.50 |
| 44. Washcloth | 3.00 EA | 9.00 | 2.63 | 29.63 | (1.95) | 27.68 |
| 45. Hand towel | 1.00 EA | 14.00 | 1.37 | 15.37 | (1.01) | 14.36 |
| 46. shower cap | 1.00 EA | 10.00 | 0.98 | 10.98 | (0.72) | 10.26 |
| 47. Bath towel | 1.00 EA | 20.00 | 1.95 | 21.95 | (1.45) | 20.50 |
| 48. various toiletries | 1.00 EA | 50.00 | 4.88 | 54.88 | (5.49) | 49.39 |
| 49. Wastebasket / garbage / trash can | 1.00 EA | 34.00 | 3.32 | 37.32 | (1.23) | 36.09 |
| 50. Night light | 1.00 EA | 17.00 | 1.66 | 18.66 | (0.61) | 18.05 |
| 51. Hair dryer | 1.00 EA | 27.00 | 2.63 | 29.63 | (2.96) | 26.67 |
| 52. Laundry basket | 1.00 EA | 15.00 | 1.46 | 16.46 | (0.55) | 15.91 |
| Contents Totals: | | | 26.73 | 300.73 | (20.32) | 280.41 |
| Totals: Bathroom | | | 26.73 | 300.73 | 20.32 | 280.41 |

12/11/2016     Page: 4

## Storage closet 1

| DESCRIPTION | QTY UNIT PRICE | | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| CONTENTS | | | | | | |
| 53. Ironing board | 1.00 EA | 42.00 | 4.10 | 46.10 | (1.53) | 44.57 |
| 54. Pillow | 2.00 EA | 30.00 | 5.85 | 65.85 | (2.17) | 63.68 |
| 55. Blanket | 1.00 EA | 40.00 | 3.90 | 43.90 | (1.45) | 42.45 |
| 56. Bed sheet set - King | 1.00 EA | 84.00 | 8.19 | 92.19 | (6.08) | 86.11 |
| 57. Latex paint - per gallon | 6.00 EA | 33.84 | 19.80 | 222.84 | (111.42) | 111.42 |
| 58. Iron - Clothing / Clothes | 1.00 EA | 35.00 | 3.41 | 38.41 | (7.68) | 30.73 |
| 59. Shoes - Ladies' - Sneakers / Tennis | 1.00 EA | 60.00 | 5.85 | 65.85 | (7.24) | 58.61 |
| 60. various household maintenance items | 1.00 EA | 50.00 | 4.88 | 54.88 | (5.49) | 49.39 |
| 61. Clothes hanger - 10 pk. | 1.00 EA | 4.50 | 0.44 | 4.94 | (0.16) | 4.78 |
| 62. Plunger - Toilet | 1.00 EA | 14.00 | 1.37 | 15.37 | (0.51) | 14.86 |
| **Contents Totals:** | | | **57.79** | **650.33** | **(143.73)** | **506.60** |
| **Totals: Storage closet 1** | | | **57.79** | **650.33** | **143.73** | **506.60** |

## Bedroom

| DESCRIPTION | QTY UNIT PRICE | | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| CONTENTS | | | | | | |
| 63. Complete bed - King - High grade | 1.00 EA | 941.00 | 91.75 | 1,032.75 | (17.04) | 1,015.71 |
| used high grade based on inspection - ornate wood headboard and frame | | | | | | |
| 64. Mattress - King | 1.00 EA | 900.00 | 87.75 | 987.75 | (16.30) | 971.45 |
| 65. Mattress protector / Cover | 1.00 EA | 59.00 | 5.75 | 64.75 | (4.27) | 60.48 |
| 66. Mattress pad | 1.00 EA | 80.00 | 7.80 | 87.80 | (5.79) | 82.01 |
| 67. Bed sheet set - King | 1.00 EA | 84.00 | 8.19 | 92.19 | (6.08) | 86.11 |
| 68. Comforter | 1.00 EA | 70.00 | 6.83 | 76.83 | (2.54) | 74.29 |
| 69. Blanket | 1.00 EA | 40.00 | 3.90 | 43.90 | (1.45) | 42.45 |
| 70. Box spring - King | 1.00 EA | 240.00 | 23.40 | 263.40 | (4.35) | 259.05 |
| 71. Mattress protector / Cover - for box spring | 1.00 EA | 59.00 | 5.75 | 64.75 | (4.27) | 60.48 |
| 72. Curtains / drapes - High grade | 1.00 EA | 109.00 | 10.63 | 119.63 | (3.95) | 115.68 |
| used high grade based on inspection | | | | | | |
| 73. Window valance - High grade | 1.00 EA | 57.00 | 5.56 | 62.56 | (2.06) | 60.50 |
| used high grade based on inspection | | | | | | |
| 74. Pillow | 6.00 EA | 30.00 | 17.55 | 197.55 | (6.52) | 191.03 |
| 75. Pillow case | 3.00 EA | 22.00 | 6.44 | 72.44 | (4.79) | 67.65 |
| 76. Floor lamp / torchiere | 1.00 EA | 169.00 | 16.48 | 185.48 | (6.12) | 179.36 |
| 77. Nightstand | 1.00 EA | 150.00 | 14.63 | 164.63 | (2.72) | 161.91 |
| 78. Table lamp | 1.00 EA | 89.00 | 8.68 | 97.68 | (3.23) | 94.45 |
| 79. Dresser / Chest of drawers | 1.00 EA | 279.00 | 27.20 | 306.20 | (5.05) | 301.15 |
| 80. glass top for table | 1.00 EA | 74.99 | 7.31 | 82.30 | (1.36) | 80.94 |

Case 3:18-cv-00201-JRG-CRW   Document 111-1   Filed 06/01/21   Page 342 of 502   PageID #: 4236

## CONTINUED - Bedroom

| DESCRIPTION | QTY UNIT PRICE | | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| http://www.pier1.com/square-glass-table-top/PS40924.html?cgid=accent-tables#nav=tile&icid=cat_living_room_furniture-subcat_accent_tables-subc at_tile_view_all_coffee_accent&sz=60&start=1 | | | | | | |
| 81. samsung un3254000 32" tv | 1.00 EA | 250.00 | 24.38 | 274.38 | (9.05) | 265.33 |
| 82. Surge protector | 1.00 EA | 30.00 | 2.93 | 32.93 | (1.09) | 31.84 |
| 83. Bath towel | 1.00 EA | 20.00 | 1.95 | 21.95 | (1.45) | 20.50 |
| 84. Sleepwear / Pajamas - Ladies' | 1.00 EA | 20.00 | 1.95 | 21.95 | (2.41) | 19.54 |
| 85. Floor lamp / torchiere | 1.00 EA | 169.00 | 16.48 | 185.48 | (6.12) | 179.36 |
| 86. Lamp shade | 1.00 EA | 30.00 | 2.93 | 32.93 | (1.09) | 31.84 |
| 87. Curtain rod - Holdbacks | 1.00 EA | 35.00 | 3.41 | 38.41 | (1.27) | 37.14 |
| **Contents Totals:** | | | **409.63** | **4,610.62** | **(120.37)** | **4,490.25** |
| **Totals: Bedroom** | | | **409.63** | **4,610.62** | **120.37** | **4,490.25** |

### Locked storage cabinet

| DESCRIPTION | QTY UNIT PRICE | | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| CONTENTS | | | | | | |
| 88. various games, cards and board games | 10.00 EA | 10.00 | 9.75 | 109.75 | (7.24) | 102.51 |
| 89. Blanket – Throw | 1.00 EA | 39.00 | 3.80 | 42.80 | (1.42) | 41.38 |
| 90. bottles of wine | 5.00 EA | 20.00 | 7.75 | 107.75 | (10.78) | 96.97 |
| 91. bottles of liquor, spirits | 5.00 EA | 20.00 | 7.75 | 107.75 | (10.78) | 96.97 |
| **Contents Totals:** | | | **29.05** | **368.05** | **(30.22)** | **337.83** |
| **Totals: Locked storage cabinet** | | | **29.05** | **368.05** | **30.22** | **337.83** |

### Items not at unit

| DESCRIPTION | QTY UNIT PRICE | | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| CONTENTS | | | | | | |
| 92. Decorative figurine / Statue / Sculpture | 2.00 EA | 42.00 | 8.19 | 92.19 | (9.22) | 82.97 |
| 93. Nightstand | 1.00 EA | 150.00 | 14.63 | 164.63 | (2.72) | 161.91 |
| 94. Serving tray, plates | 5.00 EA | 15.00 | 7.31 | 82.31 | (1.36) | 80.95 |
| **Contents Totals:** | | | **30.13** | **339.13** | **(13.30)** | **325.83** |
| **Totals: Items not at unit** | | | **30.13** | **339.13** | **13.30** | **325.83** |

TRAVELERS

## Living Room

| DESCRIPTION | QTY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| CONTENTS | | | | | | |
| 95. Sofa / Couch sleeper / Hide-a-Bed - Leather | 1.00 EA | 1,960.00 | 191.10 | 2,151.10 | (70.99) | 2,080.11 |
| 96. Table lamp | 1.00 EA | 89.00 | 8.68 | 97.68 | (3.23) | 94.45 |
| 97. Lamp shade | 1.00 EA | 30.00 | 2.93 | 32.93 | (1.09) | 31.84 |
| 98. Floor lamp / torchiere | 1.00 EA | 169.00 | 16.48 | 185.48 | (6.12) | 179.36 |
| 99. Painting - Artwork | 1.00 EA | 138.00 | 13.46 | 151.46 | (0.00) | 151.46 |
| 100. Blanket | 1.00 EA | 40.00 | 3.90 | 43.90 | (1.45) | 42.45 |
| Orig. Desc. - blanket | | | | | | |
| 101. Decorative / Throw pillows | 4.00 EA | 34.00 | 13.26 | 149.26 | (4.93) | 144.33 |
| 102. accent table - Pier 1 | 1.00 EA | 249.95 | 24.37 | 274.32 | (4.52) | 269.80 |

http://www.pier1.com/ridgeway-small-trunk/2693229.html?cgid=trunk#nav=tile&icid=cat_living_room_furniture-subcat_accent_tables-subcat_tile_tr
unk&start=1

| DESCRIPTION | QTY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 103. coffee table/trunk - Pier 1 | 1.00 EA | 449.95 | 43.87 | 493.82 | (8.14) | 485.68 |

http://www.pier1.com/ridgeway-trunk-with-wine-storage/2497315.html?cgid=trunk#nav=tile&icid=cat_living_room_furniture-subcat_accent_tables-s
ubcat_tile_trunk&start=1

| DESCRIPTION | QTY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 104. Rug - Area - animal cutout rug | 1.00 EA | 139.00 | 13.55 | 152.55 | (5.04) | 147.51 |
| 105. indoor out door runner | 1.00 EA | 130.00 | 12.68 | 142.68 | (4.71) | 137.97 |
| 106. Fireplace screen | 1.00 EA | 139.00 | 13.55 | 152.55 | (5.04) | 147.51 |
| 107. Fireplace tool set - 3+ pc. set | 1.00 EA | 109.00 | 10.63 | 119.63 | (1.98) | 117.65 |
| 108. Painting - Artwork - Premium grade - Bear mountain design | 1.00 EA | 465.00 | 45.34 | 510.34 | (0.00) | 510.34 |
| Reported Cost: $500.00 | | | | | | |
| used premium grade based on my inspection - size was 3 1/2 x 2 1/2, original | | | | | | |
| 109. Picture frame - Premium grade | 1.00 EA | 102.00 | 9.95 | 111.95 | (3.70) | 108.25 |
| used premium pricing based on my inspection and size of frame | | | | | | |
| 110. Decorative figurine / Statue / Sculpture | 2.00 EA | 42.00 | 8.19 | 92.19 | (9.22) | 82.97 |
| 111. TV - LCD / LED-LCD 55-59 in. | 1.00 EA | 1,125.00 | 109.69 | 1,234.69 | (40.75) | 1,193.94 |
| could not see model number due to wall mount | | | | | | |
| Orig. Desc. - 55" flat screen tv Sanyo | | | | | | |
| 112. Television wall mount | 1.00 EA | 100.00 | 9.75 | 109.75 | (3.62) | 106.13 |
| 113. norcent DP313 dvd player | 1.00 EA | 40.00 | 3.90 | 43.90 | (1.45) | 42.45 |
| 114. Entertainment center/accent table under tv | 1.00 EA | 136.00 | 13.26 | 149.26 | (2.46) | 146.80 |
| 115. Hardback book (new release) | 1.00 EA | 29.00 | 2.83 | 31.83 | (10.50) | 21.33 |
| 116. Stool / barstool | 4.00 EA | 149.00 | 58.11 | 654.11 | (21.59) | 632.52 |
| **Contents Totals:** | | | **629.48** | **7,085.38** | **(210.53)** | **6,874.85** |
| **Totals: Living Room** | | | **629.48** | **7,085.38** | **210.53** | **6,874.85** |

## Patio

| DESCRIPTION | QTY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|

12/11/2016     Page: 7

## CONTINUED - Patio

| DESCRIPTION | QTY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| CONTENTS | | | | | | |
| 117. Table with chairs – Patio | 1.00 EA | 500.00 | 48.75 | 548.75 | (25.87) | 522.88 |
| 118. Chair - Pillow / Pad | 3.00 EA | 34.00 | 9.95 | 111.95 | (7.39) | 104.56 |
| **Contents Totals:** | | | **58.70** | **660.70** | **(33.26)** | **627.44** |
| **Totals: Patio** | | | **58.70** | **660.70** | **33.26** | **627.44** |

### Debris Removal

| DESCRIPTION | QTY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| CONTENTS | | | | | | |
| 119. Haul debris - per pickup truck load - including dump fees | 2.00 EA | 97.04 | 0.00 | 194.08 | (0.00) | 194.08 |
| debris removal for contents | | | | | | |
| **Contents Totals:** | | | **0.00** | **194.08** | | **194.08** |
| **Totals: Debris Removal** | | | **0.00** | **194.08** | **0.00** | **194.08** |
| **Area Contents Total:** | | | **1,465.78** | **16,747.28** | **(689.13)** | **16,058.15** |
| **Line Item Totals: MARY_DAMRON** | | | **1,465.78** | **16,747.28** | **689.13** | **16,058.15** |

Case 3:18-cv-00201-JRG-CRW   Document 111-1   Filed 06/01/21   Page 345 of 502   PageID #: 4239

## Summary for Contents

| | |
|---|---:|
| Line Item Total | 15,281.50 |
| Material Sales Tax | 1,444.86 |
| Food Tax | 20.92 |
| **Replacement Cost Value** | **$16,747.28** |
| Less Depreciation | (689.13) |
| **Actual Cash Value** | **$16,058.15** |
| Less Amount Over Limit(s) | (488.41) |
| **Net Claim** | **$15,569.74** |
| Total Depreciation | 689.13 |
| Less Residual Amount Over Limit(s) | (689.13) |
| Total Recoverable Depreciation | 0.00 |
| **Net Claim if Depreciation is Recovered** | **$15,569.74** |

Michael Zaccagnino

Case 3:18-cv-00201-JRG-CRW   Document 111-1   Filed 06/01/21   Page 346 of 502   PageID #: 4240

## Recap of Taxes

| | Material Sales Tax (9.75%) | P Ppty Material Tax (9.75%) | P Ppty Cleaning Tax (9.75%) | Storage Rental Tax (9.75%) | Food Tax (7.75%) |
|---|---|---|---|---|---|
| Line Items | 1,444.86 | 0.00 | 0.00 | 0.00 | 20.92 |
| Total | 1,444.86 | 0.00 | 0.00 | 0.00 | 20.92 |

Case 3:18-cv-00201-JRG-CRW   Document 111-1   Filed 06/01/21   Page 347 of 502   PageID #: 4241

## Recap by Room

**Estimate: MARY_DAMRON**

| | | |
|---|---|---|
| Kitchen | 2,189.00 | 14.32% |
| Hallway | 124.99 | 0.82% |
| Bathroom | 274.00 | 1.79% |
| Storage closet 1 | 592.54 | 3.88% |
| Bedroom | 4,200.99 | 27.49% |
| Locked storage cabinet | 339.00 | 2.22% |
| Items not at unit | 309.00 | 2.02% |
| Living Room | 6,455.90 | 42.25% |
| Patio | 602.00 | 3.94% |
| Debris Removal | 194.08 | 1.27% |
| **Subtotal of Areas** | **15,281.50** | **100.00%** |
| **Total** | **15,281.50** | **100.00%** |

## Recap by Category with Depreciation

| Items | RCV | Deprec. | ACV |
|---|---|---|---|
| APPLIANCES - MAJOR W/O INSTALL | 591.00 | 13.93 | 577.07 |
| APPLIANCES - SMALL | 270.00 | 54.00 | 216.00 |
| ARTWORK | 603.00 | | 603.00 |
| BOOKS, MAGAZINES & PERIODICALS | 29.00 | 9.57 | 19.43 |
| CLOTHING & ACCESSORIES | 80.00 | 8.80 | 71.20 |
| COMPUTERS & RELATED GOODS | 60.00 | 3.96 | 56.04 |
| GENERAL DEMOLITION | 194.08 | | 194.08 |
| ELECTRONICS | 1,590.00 | 52.48 | 1,537.52 |
| FURNITURE - HOME & OFFICE | 6,126.89 | 143.27 | 5,983.62 |
| HOUSEWARES - DINING & FLATWARE | 623.00 | 10.29 | 612.71 |
| HEALTH & MEDICAL SUPPLIES | 40.00 | 4.00 | 36.00 |
| HOUSEWARES - HOME DECOR | 1,666.50 | 67.30 | 1,599.20 |
| KITCHENWARE | 472.00 | 9.47 | 462.53 |
| LAWN, GARDEN & PATIO | 500.00 | 23.57 | 476.43 |
| LINENS & SOFTGOODS | 1,601.00 | 76.81 | 1,524.19 |
| LUGGAGE, BAGS & ACCESSORIES | 124.99 | 2.07 | 122.92 |
| PERSONAL CARE & BEAUTY | 77.00 | 7.70 | 69.30 |
| PERISHABLE - NON-PERISHABLE | 533.04 | 134.52 | 398.52 |
| TOYS & GAMES | 100.00 | 6.60 | 93.40 |
| Subtotal | 15,281.50 | 628.34 | 14,653.16 |
| Material Sales Tax | 1,444.86 | 58.68 | 1,386.18 |
| Food Tax | 20.92 | 2.11 | 18.81 |
| Total | 16,747.28 | 689.13 | 16,058.15 |

LAW OFFICES

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3388

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0511

November 21, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:     Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result
of the Gatlinburg Fire beginning November 23, 2016, and a list of the 97 claimants whose forms
are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.


SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE
2018 NOV 27 AM 8: 52
RECEIVED

0250043

| | | |
|---|---|---|
| Paul W. Abbott<br>Toni L. Abbott<br>1718 North Roane Street<br>Johnson City, TN 37601 | Brittany N. Adkins<br>2239 Grassy Branch Rd.<br>Sevierville, TN 37876 | Jayme E. Aleman<br>1475 Robert Ridge Road<br>Sevierville, TN 37862 |
| Brian H. Alspach<br>530 Bruce Rd.<br>Gatlinburg, TN 37738 | Tammy F. Bain<br>Leslie N. Miles<br>827 Sunrise Blvd<br>Sevierville, TN 37862 | Michael Bech<br>Sandra M. Bech<br>312 Saddleback Way<br>Sevierville, TN 37862 |
| Jody T. Bertram<br>520 Johnson Lane<br>Gatlinburg, TN 37738 | Stephen E. Bond<br>5896 Milburne Drive<br>Milford, OH 45150 | Marvis L. Bosarge Gonzalez<br>P.O. Box 425<br>Pigeon Forge, TN 37868 |
| Terrell M. Bouie<br>4749 Towensend<br>Gatlinburg, TN 37738 | Genie E. Brabham<br>535 Greenbriar Lane<br>Gatlinburg, TN 37738 | Deborah A. Brooks<br>219 Emert Street<br>Pigeon Forge, TN 37863 |
| William E. Brown Exector of<br>Estate of Elaine H. Brown<br>97 Ellis Drive<br>West Falls, NY 14170 | Eve O. Buero<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 | Mack Newman Butler<br>Connie Panelle Butler<br>207 Roseland Drive<br>Rainbow City, AL 35906 |
| Jones and Butler Investments,<br>LLC<br>3518 Montrose Ave.<br>Rainbow City, AL 35906 | Jamila M. Byrd, next of kin of<br>Pamela Jean Johnson,<br>Deceased<br>328 East Morelia Ave.<br>Knoxville, TN 37917 | Gae Campbell<br>4206 Dolly's Drive<br>Sevierville, TN 37876 |
| Lindsey Campbell<br>608 E. Reagan Lane<br>Gatlinburg, TN 37738 | Myrl D. Carr Administrator of<br>Estate of Myrl J. Carr<br>3230 Woods Way<br>Sevierville, TN 37876 | Charles S. Cavanaugh<br>413 McMahan Avenue<br>Sevierville, TN 37862 |
| Destin R. Chambers<br>Kelsey Y. Chambers<br>1013 Powdermill Rd.<br>Gatlinburg, TN 37738 | Julie Lynn Chase<br>Caleb B. Chase<br>P.O. Box 6805<br>Sevierville, TN 37864 | David R. Cheatham<br>611 Anderson Drive<br>Clarksville, TN 37040 |
| Steve W. Cofield<br>Jan Cofield<br>4016 Rainbow Drive<br>Rainbow City, AL 35906 | Terry D. Daniel<br>Carol A. Daniel<br>4387 School Section Rd.<br>Cincinnati, OH 45211 | Leon C. Dodd<br>638 Cedar Lane, Apt. 1<br>Knoxville, TN 37912 |
| Amy E. Dowling<br>Don J. Dowling<br>214 Mills Park Rd.<br>Gatlinburg, TN 37738 | Justin W. Dumas<br>Merry D. Dumas<br>212 Golden Rod Drive<br>Seymour, TN 37865 | John P. Eames<br>Lois A. Eames<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| Timothy James Easley<br>P.O. Box 1763<br>Gatlinburg, TN 37738 | Timothy Fannin<br>7028 South Ridgewood Drive<br>Lambertville, MI 48141 | Linda K. Garrett<br>234 Benson Lane<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Stephen R. Gilmore<br>Deborah L. Gilmore<br>19 Meigs Dr.<br>Shalimar, FL 32579 | Brenda J. Halsey<br>James L. Halsey<br>570 South Greenlee Rd.<br>Troy, OH 45373 | Russell E. Haskins<br>Cheryl F. Haskins<br>P.O. Box 23423<br>Knoxville, TN 37933 |
| Mark Hass<br>Terri Hass<br>1160 Tranquility Way<br>Louisville, KY 40291 | Kirk L. Heinsohn<br>660 Washington Rd.<br>Gatlinburg, TN 37738 | Sharon H. Hirschfield<br>1431 N. Arvon Lane<br>Gatlinburg, TN 37738 |
| Dave Hisey<br>1160 Upper Alpine Way<br>Gatlinburg, TN 37738 | Karen M. Holding<br>Harry R. Holding<br>7104 West Santa Fe Drive<br>Mucie, IN 47304 | James D. Holifield<br>1320 Powdermill Rd. Apt. #3<br>Gatlinburg, TN 37738 |
| John L. Hondulas<br>676 Maryville Pike<br>Knoxville, TN 37920 | Charlie Bob Hughes Jr.<br>Victoria D. Fister<br>126 Cookeville Hwy<br>Carthage, TN 37030 | James M. Hunter<br>P.O. Box 21568<br>Chattanooga, TN 37424 |
| Kathy Jones<br>1420 Cherokee Circle<br>Sevierville, TN 37862 | David L. Joyner<br>1063 Valley View Cir<br>Sevierville, TN 37876 | Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 |
| , Minor<br>B/N/F Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 | David M. Klassen<br>Linda F. Klassen<br>1615 Tammany Drive<br>Nashville, TN 37206 | Kyle S. King<br>Doreen R. King<br>624 Mountain Drive<br>Gatlinburg, TN 37738 |
| John C. Kling<br>Cheryl A. Kling<br>146 Hackberry Way<br>Dandridge, TN 37725 | Karen N. Leverette<br>John R. Leverette<br>360 Menawa Pass<br>Millbrook, AL 36504 | Damon J. Matthews<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| John H. H. Matthews<br>Kenneth M. Matthews Jr.<br>7400 Forests Edge Ct.<br>Lairel, MD 20707 | Jo Rita Maxwell<br>P.O. Box 965<br>Pigeon Forge, TN 37868 | Zina Faye McKinney<br>508 Houser Road<br>Gatlinburg, TN 37738 |
| Patrick McKnight<br>Karen McKnight<br>608 Forrest Hill Dr<br>Lexington, KY 40509 | Rita S. Montero<br>1300 Park Blvd.<br>Marion, VA 24354 | Douglas E. Moore<br>Sandy M. Moore<br>325 Beech Branch Road<br>Gatlinburg, TN 37738 |
| Carol G. Muszik<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | James Dale Grace Christian<br>Trust, MSM Capital<br>Management, LLLP<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | David L. Naquin, Sr.<br>Denise A. Naquin<br>760 Wiley Oakley Dr<br>Gatlinburg, TN 37738 |
| Sue A. Naquin | Carroll E. Nichols | Jacob W. Parton |

| | | |
|---|---|---|
| 2614 Surftide Drive<br>Dandridge, TN 37725 | 109 Carlstown Drive #2<br>Pigeon Forge, TN 37863 | Betty J. Parton<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 |
| Miranda L. Paulk<br>Dora Jean Paulk<br>430 Mountain Drive<br>Gatlinburg, TN 37738 | Amanda B. Perryman<br>221 Woodland Road<br>Gatlinburg, TN 37738 | Melanie Meeks Phillips, next of<br>kin of Bradley Phillips,<br>deceased<br>5861 Wild Fig Lane<br>Ft. Myers, FL 33919 |
| Wesley M. Pittman<br>Katrina L. Pittman<br>818 Wesley Drive<br>Gatlinburg, TN 37738 | Giselle Porraspita<br>15240 SW 148th Terrace<br>Miami, FL 33196 | Paul Cliff Price<br>320 Ownby Street<br>Gatlinburg, TN 37738 |
| Florian J. Puhala, Jr.<br>Mary E. Puhala<br>601 Glades Road, Suite 12<br>Gatlinburg, TN 37738 | Larry D. Raymes<br>Karen Raymes<br>835 Terry Drive<br>Gatlinburg, TN 37738 | Betsy C. Rettig<br>124 Plaza Drive<br>Unit 3104<br>Pigeon Forge, TN 37863 |
| Jacqueline R. Robertson<br>2805 Dower Road<br>Sevierville, TN 37876 | Sandra Rovhana-Lollino<br>William Mark Gillham<br>9 Jungle Plum Ct South<br>Homosassa, FL 34446 | Mark Rueter<br>Glen Beasley<br>117 Joy Street<br>Sevierville, TN 37862 |
| Kerry "Tom" Sanders<br>Denise M. Sanders<br>250 Collier Drive<br>Sevierville, TN 37862 | Phyllis J. Seidel<br>2768 Mill View Court<br>Hamilton, OH 45011 | James Tom Shofner<br>Cheryl A. Shofner<br>127 Captain Lowman Rd.<br>Chapin, SC 29036 |
| Elizabeth A. Smith<br>Claude Thomas<br>1619 Butternut Lane<br>Sevierville, TN 37876 | Owen G. Smith<br>Rick Cook<br>4008 Rose Hill Ave.<br>Cincinnati, OH 45229 | Joel A. Sortore<br>Tomeika C. Stallworth<br>3259 Sims Road<br>Sevierville, TN 37876 |
| Deborah T. Spillers, Admx of<br>the estate of<br>Charles Edwin Taylor<br>125 Pine Gate Dr<br>Greenville, S.C. 29607 | Connie R. Springfield<br>Barry S. Springfield<br>59 Stonecreek Drive<br>Cartersville, GA 30120 | Tammie R. Starkey<br>Tommy L. Starkey<br>P.O. Box 1758<br>Pigeon Forge, TN 37868 |
| Arthur W. Stewart<br>1359 Korey Blvd.<br>Sevierville, TN 37876 | Michael B. Thompson<br>2328 Big River Overlook Drive<br>Apt. #7<br>Sevierville, TN 37876 | Michael G. Thompson<br>Sue D. Thompson<br>P.O. Box 1554<br>Gatlinburg, TN 37738 |
| Raymond A. Waddle Jr.<br>Jacqueline Waddle<br>235 Jones Cove Rd<br>Cosby, TN 37722 | Delbert R. Wallace<br>1375 Ogle Rd.<br>Apt. 4<br>Sevierville, TN 37876 | Douglas S. Yates<br>Audrey Yates<br>117 Joy Street<br>Sevierville, TN 37862 |

| Joshua Yates<br>Krista Yates<br>2213 Douglas Dam rd., Apt. 2<br>Sevierville, TN 37876 | Julie O. Yates<br>Anthony L. Yates<br>735 Cummings Chapel Rd.<br>Sevierville, TN 37876 | Charles C. Young<br>Deborah L. Young<br>3495 Country Hill Drive<br>Bartlett, TN 38135 |
|---|---|---|
| Judy A. Sullivan, Gerald Sullivan<br>Mountainside Rentals<br>402 Minnow Lane<br>Gulf Shores, AL 36542 | | |

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Terry D. Daniel<br>Carol A. Daniel<br>4387 School Section Rd.<br>Cincinnati, OH 45211 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | Married | 11/23/2016 | Wednesday | 4:00 P.M. |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence plus furnishings, total contents located at: 855 Campbell Lead Rd., Unit 515, Gatlinburg, TN 37738.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 286,400.00 | | | 286,400.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* | (865) 637-2442 | 1/31/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.). |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

**INSURANCE COVERAGE:**

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

| 15. Do you carry accident Insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No |
|---|

| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No | 17. If deductible, state amount. |
|---|---|

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

Erie

---

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.*

---

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

---

### PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

LAW OFFICES

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600
P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3368

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0611

August 30, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:     Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result of the Gatlinburg Fire beginning November 23, 2016, and a list of the 61 claimants whose forms are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE
2018 SEP -5 AM 8:08
024138
RECEIVED

| | | |
|---|---|---|
| Jackie Sue Barnes<br>4250 Parkway<br>Pigeon Forge, TN 37722 | Christopher W. Beam<br>Sandra A. Beam<br>148 Scenic View Drive<br>Talbot, TN 37877 | Ruth B. Bloom<br>P.O. Box 1361<br>Gatlinburg, TN 37738 |
| Guy E. Burroughs<br>Christine M. Buurroughs<br>1432 Black Horse Run<br>Lebanon, OH 45036 | Rodney Clark<br>825 Smoke Rise Drive<br>Gatlinburg, TN 37738 | Nelida F. Collantes<br>Stephen C. Bradley<br>P.O. Box 866<br>Gatlinburg, TN 37738 |
| Jeffrey L. Cook<br>Nancy Jean Cook<br>9715 Pebble View Drive<br>Cincinnati, OH 45252 | Joanne Cooksey<br>6008 Meadow Oak Ln<br>Knoxville, TN 37720 | Jamie B. Cubbage<br>1630 Country Meadows Drive<br>Sevierville, TN 37862 |
| Bryan O. Dantzler<br>Margaret C. Dantzler<br>972 Poplar Springs Rd<br>Ringgold, GA 30736 | DF Investments<br>1320 Arrowhead Drive<br>Brentwood, TN 37027 | Phillip C. Dollish<br>Tammy L. Dollish<br>3245 Millsboro Rd. East<br>Mansfield, OH 44903 |
| Glenn F. Douglass<br>George T. Douglass Jr.<br>2988 Majestic View Walk<br>Lexington, VA 40511 | Angelina R. Dwyer<br>4815 Kingston Pike #131<br>Knoxville, TN 37919 | Kent A. Emmons<br>9663 Santa Monica Blvd. #869<br>Beverly Hills, CA 90210 |
| James E. & Sara Farris<br>John D. & Jean Denney<br>1320 Arrowhead Drive<br>Brentwood, TN 37027 | W. Earl Finley<br>811 Wavecrest Lane<br>Houston, TX 77062 | Melissa A. Flannery<br>444 Kingfisher Avenue<br>Sevierville, TN 37762 |
| Thomas Freeberg<br>Katherine E. Freeberg<br>5925 SE 1258 Court<br>Ocklawaha, FL 32179 | Earlene A. Haddock<br>4302 Gainesborough Court<br>Tampa, FL 33624 | Marie P. Hand<br>Jottie L. Hand<br>810 Davenport Drive<br>Gatlinburg, TN 37738 |
| Michele L. Huskey<br>Billy L. Huskey<br>142 Hickman Hollow Road<br>Gatlinburg, TN 37738 | Debra S. Jarvis<br>Mark Jarvis<br>3719 Ginseng Way<br>Sevierville, TN 37862 | Wyatt R. Jones, III<br>Nancy Susan Jones<br>1740 Cherry Lane<br>Lakeland, FL 33811 |
| Linda L. Kalehoff<br>2746 Native Dancer Way<br>Sevierville, TN 37876 | Stephanie M. Kennedy<br>Michael Salimbene<br>619 Huskey Grove Road<br>Sevierville, TN 37876 | Ben A. Lambeth<br>P.O. Box 766<br>Wendell, NC 27591 |

| | | |
|---|---|---|
| Greg E. Lane<br>Joy D. Lane<br>2835 New Center Drive<br>Sevierville, TN 37876 | Joseph F. McCahill<br>830 Tully Road<br>Knoxville, TN 37919 | Noble C. McCulley<br>Loren B. McCulley<br>150 Oglewood Lane<br>Gatlinburg, TN 37738 |
| Kevin S. McGuire<br>P.O. Box 1363<br>Gatlinburg, TN 37738 | Alex R. Moore<br>Polly I. Moore<br>1 Pearl Avenue<br>Marietta, SC 29661 | Michael R. Morgan<br>Diana L. Morgan<br>319 Franklin Meadows Way<br>Seymour, TN 37865 |
| Maryellen Nicholson<br>1311 Hwy. 417<br>Moore, SC 29369 | Joseph M. O'Neill<br>909 Ella Drive<br>Sevierville, TN 37862 | Leslie A. O'Neill<br>909 Ella Drive<br>Sevierville, TN 37862 |
| Harold W. Otto<br>Linda A. Otto<br>2038 Fox Lane<br>Sevierville, TN 37862 | Greg S. Pancake<br>P.O. Box 1784<br>Gatlinburg, TN 37738 | Dharmesh H. Patel<br>Donika N. Patel<br>523 East Parkway<br>Gatlinburg, TN 37738 |
| Scott H. Patterson<br>Sandra L. Patterson<br>236 Cedarwood Drive<br>Sevierville, TN 37876 | Scott K. Perham<br>Paula L. Perham<br>208 Tunnel Ridge Drive<br>Sevierville, TN 37876 | Gerald J. Portier<br>Gwendolyn H. Portier<br>P.O. Box 2058<br>Metaire, LA 70004 |
| Larry W. Potter<br>Wanda R. Potter<br>P.O. Box 411434<br>Melbourne, FL 32941 | Julio A. Rabelo<br>110 S.W. 48th Avenue<br>Miami, FL 33134 | Ashley M. Rad<br>1733 Snapp Road<br>Sevierville, TN 37862 |
| Jason S. Rakes<br>265 New Jail St<br>Sneedville, TN 37869 | Matthew L. Robertson<br>1733 Snapp Road<br>Sevierville, TN 37862 | David M. Rush<br>Regina L. Rush<br>9575 Hickory Lane<br>St. John, IN 46373 |
| Joseph S. Sherrod<br>Tamila S. Sherrod<br>1541 Old Chisholm Trial<br>Dandridge, TN 37725 | Donald D. Shipman<br>260 Roaring Fork Road<br>Gatlinburg, TN 37738 | Daniel G. Strange<br>Ginger P. Strange<br>1499 Hwy. 77<br>Southside, AL 35907 |
| Benjie S. Stroupe<br>307 Newman Road<br>Gatlinburg, TN 37738 | Bobby R. Taylor<br>Doris G. Taylor<br>P.O Box 307<br>Gatlinburg, TN 37738 | Sabrina C. Taylor<br>902 Street of Dreams Way<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Scott C. Tegler<br>41 Windermere Crescent<br>Woodstock, Ontario, Canada<br>N456T3 | Glenn E. Terry<br>Bea P. Terry<br>1235 Ski Mountain Road #605<br>Gatlinburg, TN 37783 | Patrick Toner<br>Lisa Ann Toner<br>19 Bay View Drive<br>Westhampton, NY 11177 |
| James Carl Vance<br>395 Devon Chase Hall<br>Unit 3804<br>Gallatin, TN 37066 | Robert D. Ward, Jr.<br>1110 Lower Alpine Way<br>Gatlinburg, TN 37733 | Anita A. Wenn<br>Don F. Green<br>1171 Hemlock Drive<br>Gatlinburg, TN 37738 |
| John C. Willett<br>Kimberly D. Willett<br>4004 French Broad Circle<br>Sevierville, TN 37876 | Scott W. Young<br>Jayne M. Young<br>704 Ely Road<br>Gatlinburg, TN 37738 | |

<table>
<tr><td colspan="2"><strong>CLAIM FOR DAMAGE,<br>INJURY, OR DEATH</strong></td><td><strong>INSTRUCTIONS:</strong> Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.</td><td>FORM APPROVED<br>OMB NO. 1105-0008</td></tr>
</table>

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | Bryan O. Dantzler<br>Margaret C. Dantzler<br>972 Poplar Springs Rd<br>Ringgold, GA 30736 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | Married | 11/23/2016 | Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimants: Private residence plus furnishings and total contents and rental income located at: 1172 Anne's Road, Gatlinburg, TN 37738.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 350,000.00 | | | 350,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* , atty | (865) 637-2442 | 8/31/18 |

| CIVIL PENALTY FOR PRESENTING<br>FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT<br>CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

95-109

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.    ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes  ☐ No   | 17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).    ☐ No

Allstate

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute your claim may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Betty F. Davis<br>599 Wild Azalea Road<br>Waycross, GA 31503 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT<br>11/23/2016 Wednesday | 7. TIME (A.M. OR P.M.)<br>4:00 P.M. |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence plus furnishings and total contents located at: 1120 Longview Court, Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 375,000.00 | | | 375,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath, atty* | (865) 637-2442 | 10-23-17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No   |   17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

Barns Agency- Nationwide

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A.  *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B.  *Principal Purpose:* The information requested is to be used in evaluating claims.
C.  *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D.  *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95 REV. (2/2007) BACK**

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | James W. Denton<br>Shirley A. Redenour-Denton<br>3332 Shagbark Road<br>Powell, TN 37849 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | ▉ | Married | 11/23/2016    Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence plus furnishings and total contents located at: 443 West Loop Road, Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). | |
| 750,000.00 | | | 750,000.00 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Rodney W. Schreeter, atty* | (865) 637-2442 | 10-23-17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

**15. Do you carry accident insurance?** ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☐ No

**16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?** ☒ Yes   ☐ No   **17. If deductible, state amount.**

Coverage is inadequate

**18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim?** (It is necessary that you ascertain these facts.)

**19. Do you carry public liability and property damage insurance?** ☒ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☐ No

Erie

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95 REV. (2/2007) BACK**

LAW OFFICES

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3368

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0611

August 30, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:     Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result
of the Gatlinburg Fire beginning November 23, 2016, and a list of the 61 claimants whose forms
are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE

2018 SEP -5 AM 8:08              02Ч138

RECEIVED

| | | |
|---|---|---|
| Jackie Sue Barnes<br>4250 Parkway<br>Pigeon Forge, TN 37722 | Christopher W. Beam<br>Sandra A. Beam<br>148 Scenic View Drive<br>Talbot, TN 37877 | Ruth B. Bloom<br>P.O. Box 1361<br>Gatlinburg, TN 37738 |
| Guy E. Burroughs<br>Christine M. Buurroughs<br>1432 Black Horse Run<br>Lebanon, OH 45036 | Rodney Clark<br>825 Smoke Rise Drive<br>Gatlinburg, TN 37738 | Nelida F. Collantes<br>Stephen C. Bradley<br>P.O. Box 866<br>Gatlinburg, TN 37738 |
| Jeffrey L. Cook<br>Nancy Jean Cook<br>9715 Pebble View Drive<br>Cincinnati, OH 45252 | Joanne Cooksey<br>6008 Meadow Oak Ln<br>Knoxville, TN 37720 | Jamie B. Cubbage<br>1630 Country Meadows Drive<br>Sevierville, TN 37862 |
| Bryan O. Dantzler<br>Margaret C. Dantzler<br>972 Poplar Springs Rd<br>Ringgold, GA 30736 | DF Investments<br>1320 Arrowhead Drive<br>Brentwood, TN 37027 | Phillip C. Dollish<br>Tammy L. Dollish<br>3245 Millsboro Rd. East<br>Mansfield, OH 44903 |
| Glenn F. Douglass<br>George T. Douglass Jr.<br>2988 Majestic View Walk<br>Lexington, VA 40511 | Angelina R. Dwyer<br>4815 Kingston Pike #131<br>Knoxville, TN 37919 | Kent A. Emmons<br>9663 Santa Monica Blvd. #869<br>Beverly Hills, CA 90210 |
| James E. & Sara Farris<br>John D. & Jean Denney<br>1320 Arrowhead Drive<br>Brentwood, TN 37027 | W. Earl Finley<br>811 Wavecrest Lane<br>Houston, TX 77062 | Melissa A. Flannery<br>444 Kingfisher Avenue<br>Sevierville, TN 37762 |
| Thomas Freeberg<br>Katherine E. Freeberg<br>5925 SE 1258 Court<br>Ocklawaha, FL 32179 | Earlene A. Haddock<br>4302 Gainesborough Court<br>Tampa, FL 33624 | Marie P. Hand<br>Jottie L. Hand<br>810 Davenport Drive<br>Gatlinburg, TN 37738 |
| Michele L. Huskey<br>Billy L. Huskey<br>142 Hickman Hollow Road<br>Gatlinburg, TN 37738 | Debra S. Jarvis<br>Mark Jarvis<br>3719 Ginseng Way<br>Sevierville, TN 37862 | Wyatt R. Jones, III<br>Nancy Susan Jones<br>1740 Cherry Lane<br>Lakeland, FL 33811 |
| Linda L. Kalehoff<br>2746 Native Dancer Way<br>Sevierville, TN 37876 | Stephanie M. Kennedy<br>Michael Salimbene<br>619 Huskey Grove Road<br>Sevierville, TN 37876 | Ben A. Lambeth<br>P.O. Box 766<br>Wendell, NC 27591 |

| | | |
|---|---|---|
| Greg E. Lane<br>Joy D. Lane<br>2835 New Center Drive<br>Sevierville, TN 37876 | Joseph F. McCahill<br>830 Tully Road<br>Knoxville, TN 37919 | Noble C. McCulley<br>Loren B. McCulley<br>150 Oglewood Lane<br>Gatlinburg, TN 37738 |
| Kevin S. McGuire<br>P.O. Box 1363<br>Gatlinburg, TN 37738 | Alex R. Moore<br>Polly I. Moore<br>1 Pearl Avenue<br>Marietta, SC 29661 | Michael R. Morgan<br>Diana L. Morgan<br>319 Franklin Meadows Way<br>Seymour, TN 37865 |
| Maryellen Nicholson<br>1311 Hwy. 417<br>Moore, SC 29369 | Joseph M. O'Neill<br>909 Ella Drive<br>Sevierville, TN 37862 | Leslie A. O'Neill<br>909 Ella Drive<br>Sevierville, TN 37862 |
| Harold W. Otto<br>Linda A. Otto<br>2038 Fox Lane<br>Sevierville, TN 37862 | Greg S. Pancake<br>P.O. Box 1784<br>Gatlinburg, TN 37738 | Dharmesh H. Patel<br>Donika N. Patel<br>523 East Parkway<br>Gatlinburg, TN 37738 |
| Scott H. Patterson<br>Sandra L. Patterson<br>236 Cedarwood Drive<br>Sevierville, TN 37876 | Scott K. Perham<br>Paula L. Perham<br>208 Tunnel Ridge Drive<br>Sevierville, TN 37876 | Gerald J. Portier<br>Gwendolyn H. Portier<br>P.O. Box 2058<br>Metaire, LA 70004 |
| Larry W. Potter<br>Wanda R. Potter<br>P.O. Box 411434<br>Melbourne, FL 32941 | Julio A. Rabelo<br>110 S.W. 48th Avenue<br>Miami, FL 33134 | Ashley M. Rad<br>1733 Snapp Road<br>Sevierville, TN 37862 |
| Jason S. Rakes<br>265 New Jail St<br>Sneedville, TN 37869 | Matthew L. Robertson<br>1733 Snapp Road<br>Sevierville, TN 37862 | David M. Rush<br>Regina L. Rush<br>9575 Hickory Lane<br>St. John, IN 46373 |
| Joseph S. Sherrod<br>Tamila S. Sherrod<br>1541 Old Chisholm Trial<br>Dandridge, TN 37725 | Donald D. Shipman<br>260 Roaring Fork Road<br>Gatlinburg, TN 37738 | Daniel G. Strange<br>Ginger P. Strange<br>1499 Hwy. 77<br>Southside, AL 35907 |
| Benjie S. Stroupe<br>307 Newman Road<br>Gatlinburg, TN 37738 | Bobby R. Taylor<br>Doris G. Taylor<br>P.O Box 307<br>Gatlinburg, TN 37738 | Sabrina C. Taylor<br>902 Street of Dreams Way<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Scott C. Tegler<br>41 Windermere Crescent<br>Woodstock, Ontario, Canada<br>N456T3 | Glenn E. Terry<br>Bea P. Terry<br>1235 Ski Mountain Road #605<br>Gatlinburg, TN 37783 | Patrick Toner<br>Lisa Ann Toner<br>19 Bay View Drive<br>Westhampton, NY 11177 |
| James Carl Vance<br>395 Devon Chase Hall<br>Unit 3804<br>Gallatin, TN 37066 | Robert D. Ward, Jr.<br>1110 Lower Alpine Way<br>Gatlinburg, TN 37733 | Anita A. Wenn<br>Don F. Green<br>1171 Hemlock Drive<br>Gatlinburg, TN 37738 |
| John C. Willett<br>Kimberly D. Willett<br>4004 French Broad Circle<br>Sevierville, TN 37876 | Scott W. Young<br>Jayne M. Young<br>704 Ely Road<br>Gatlinburg, TN 37738 | |

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | DF Investments<br>1320 Arrowhead Drive<br>Brentwood, TN 37027 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | | | 11/23/2016　　Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

Claimants: Rental cabin renovated plus furnishings, all new appliances and total contents located at: 717 Valley View Lane, Gatlinburg, TN 37738.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| 170,000.00 | | | 170,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| Sidney W. Gilreath, atty | (865) 637-2442 | 8/24/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE |
|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.    ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No | 17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).    ☐ No

Farmers

---

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to request the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

---

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

---

## PAPERWORK REDUCTION ACT NOTICE

This notice is **solely** for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV (2/2007) BACK

LAW OFFICES

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3388

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0511

November 21, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:     Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result
of the Gatlinburg Fire beginning November 23, 2016, and a list of the 97 claimants whose forms
are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney Gilreath

Sidney W. Gilreath, Esq.


SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE

2018 NOV 27 AM 8: 52

RECEIVED

0250143

| | | |
|---|---|---|
| Paul W. Abbott<br>Toni L. Abbott<br>1718 North Roane Street<br>Johnson City, TN 37601 | Brittany N. Adkins<br>2239 Grassy Branch Rd.<br>Sevierville, TN 37876 | Jayme E. Aleman<br>1475 Robert Ridge Road<br>Sevierville, TN 37862 |
| Brian H. Alspach<br>530 Bruce Rd.<br>Gatlinburg, TN 37738 | Tammy F. Bain<br>Leslie N. Miles<br>827 Sunrise Blvd<br>Sevierville, TN 37862 | Michael Bech<br>Sandra M. Bech<br>312 Saddleback Way<br>Sevierville, TN 37862 |
| Jody T. Bertram<br>520 Johnson Lane<br>Gatlinburg, TN 37738 | Stephen E. Bond<br>5896 Milburne Drive<br>Milford, OH 45150 | Marvis L. Bosarge Gonzalez<br>P.O. Box 425<br>Pigeon Forge, TN 37868 |
| Terrell M. Bouie<br>4749 Towensend<br>Gatlinburg, TN 37738 | Genie E. Brabham<br>535 Greenbriar Lane<br>Gatlinburg, TN 37738 | Deborah A. Brooks<br>219 Emert Street<br>Pigeon Forge, TN 37863 |
| William E. Brown Exector of<br>Estate of Elaine H. Brown<br>97 Ellis Drive<br>West Falls, NY 14170 | Eve O. Buero<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 | Mack Newman Butler<br>Connie Panelle Butler<br>207 Roseland Drive<br>Rainbow City, AL 35906 |
| Jones and Butler Investments,<br>LLC<br>3518 Montrose Ave.<br>Rainbow City, AL 35906 | Jamila M. Byrd, next of kin of<br>Pamela Jean Johnson,<br>Deceased<br>328 East Morelia Ave.<br>Knoxville, TN 37917 | Gae Campbell<br>4206 Dolly's Drive<br>Sevierville, TN 37876 |
| Lindsey Campbell<br>608 E. Reagan Lane<br>Gatlinburg, TN 37738 | Myrl D. Carr Administrator of<br>Estate of Myrl J. Carr<br>3230 Woods Way<br>Sevierville, TN 37876 | Charles S. Cavanaugh<br>413 McMahan Avenue<br>Sevierville, TN 37862 |
| Destin R. Chambers<br>Kelsey Y. Chambers<br>1013 Powdermill Rd.<br>Gatlinburg, TN 37738 | Julie Lynn Chase<br>Caleb B. Chase<br>P.O. Box 6805<br>Sevierville, TN 37864 | David R. Cheatham<br>611 Anderson Drive<br>Clarksville, TN 37040 |
| Steve W. Cofield<br>Jan Cofield<br>4016 Rainbow Drive<br>Rainbow City, AL 35906 | Terry D. Daniel<br>Carol A. Daniel<br>4387 School Section Rd.<br>Cincinnati, OH 45211 | Leon C. Dodd<br>638 Cedar Lane, Apt. 1<br>Knoxville, TN 37912 |
| Amy E. Dowling<br>Don J. Dowling<br>214 Mills Park Rd.<br>Gatlinburg, TN 37738 | Justin W. Dumas<br>Merry D. Dumas<br>212 Golden Rod Drive<br>Seymour, TN 37865 | John P. Eames<br>Lois A. Eames<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| Timothy James Easley<br>P.O. Box 1763<br>Gatlinburg, TN 37738 | Timothy Fannin<br>7028 South Ridgewood Drive<br>Lambertville, MI 48141 | Linda K. Garrett<br>234 Benson Lane<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Stephen R. Gilmore<br>Deborah L. Gilmore<br>19 Meigs Dr.<br>Shalimar, FL 32579 | Brenda J. Halsey<br>James L. Halsey<br>570 South Greenlee Rd.<br>Troy, OH 45373 | Russell E. Haskins<br>Cheryl F. Haskins<br>P.O. Box 23423<br>Knoxville, TN 37933 |
| Mark Hass<br>Terri Hass<br>1160 Tranquility Way<br>Louisville, KY 40291 | Kirk L. Heinsohn<br>660 Washington Rd.<br>Gatlinburg, TN 37738 | Sharon H. Hirschfield<br>1431 N. Arvon Lane<br>Gatlinburg, TN 37738 |
| Dave Hisey<br>1160 Upper Alpine Way<br>Gatlinburg, TN 37738 | Karen M. Holding<br>Harry R. Holding<br>7104 West Santa Fe Drive<br>Mucie, IN 47304 | James D. Holifield<br>1320 Powdermill Rd. Apt. #3<br>Gatlinburg, TN 37738 |
| John L. Hondulas<br>676 Maryville Pike<br>Knoxville, TN 37920 | Charlie Bob Hughes Jr.<br>Victoria D. Fister<br>126 Cookeville Hwy<br>Carthage, TN 37030 | James M. Hunter<br>P.O. Box 21568<br>Chattanooga, TN 37424 |
| Kathy Jones<br>1420 Cherokee Circle<br>Sevierville, TN 37862 | David L. Joyner<br>1063 Valley View Cir<br>Sevierville, TN 37876 | Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 |
| , Minor<br>B/N/F Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 | David M. Klassen<br>Linda F. Klassen<br>1615 Tammany Drive<br>Nashville, TN 37206 | Kyle S. King<br>Doreen R. King<br>624 Mountain Drive<br>Gatlinburg, TN 37738 |
| John C. Kling<br>Cheryl A. Kling<br>146 Hackberry Way<br>Dandridge, TN 37725 | Karen N. Leverette<br>John R. Leverette<br>360 Menawa Pass<br>Millbrook, AL 36504 | Damon J. Matthews<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| John H. H. Matthews<br>Kenneth M. Matthews Jr.<br>7400 Forests Edge Ct.<br>Lairel, MD 20707 | Jo Rita Maxwell<br>P.O. Box 965<br>Pigeon Forge, TN 37868 | Zina Faye McKinney<br>508 Houser Road<br>Gatlinburg, TN 37738 |
| Patrick McKnight<br>Karen McKnight<br>608 Forrest Hill Dr<br>Lexington, KY 40509 | Rita S. Montero<br>1300 Park Blvd.<br>Marion, VA 24354 | Douglas E. Moore<br>Sandy M. Moore<br>325 Beech Branch Road<br>Gatlinburg, TN 37738 |
| Carol G. Muszik<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | James Dale Grace Christian<br>Trust, MSM Capital<br>Management, LLLP<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | David L. Naquin, Sr.<br>Denise A. Naquin<br>760 Wiley Oakley Dr<br>Gatlinburg, TN 37738 |
| Sue A. Naquin | Carroll E. Nichols | Jacob W. Parton |

| | | |
|---|---|---|
| 2614 Surftide Drive<br>Dandridge, TN 37725 | 109 Carlstown Drive #2<br>Pigeon Forge, TN 37863 | Betty J. Parton<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 |
| Miranda L. Paulk<br>Dora Jean Paulk<br>430 Mountain Drive<br>Gatlinburg, TN 37738 | Amanda B. Perryman<br>221 Woodland Road<br>Gatlinburg, TN 37738 | Melanie Meeks Phillips, next of<br>kin of Bradley Phillips,<br>deceased<br>5861 Wild Fig Lane<br>Ft. Myers, FL 33919 |
| Wesley M. Pittman<br>Katrina L. Pittman<br>818 Wesley Drive<br>Gatlinburg, TN 37738 | Giselle Porraspita<br>15240 SW 148th Terrace<br>Miami, FL 33196 | Paul Cliff Price<br>320 Ownby Street<br>Gatlinburg, TN 37738 |
| Florian J. Puhala, Jr.<br>Mary E. Puhala<br>601 Glades Road, Suite 12<br>Gatlinburg, TN 37738 | Larry D. Raymes<br>Karen Raymes<br>835 Terry Drive<br>Gatlinburg, TN 37738 | Betsy C. Rettig<br>124 Plaza Drive<br>Unit 3104<br>Pigeon Forge, TN 37863 |
| Jacqueline R. Robertson<br>2805 Dower Road<br>Sevierville, TN 37876 | Sandra Rovhana-Lollino<br>William Mark Gillham<br>9 Jungle Plum Ct South<br>Homosassa, FL 34446 | Mark Rueter<br>Glen Beasley<br>117 Joy Street<br>Sevierville, TN 37862 |
| Kerry "Tom" Sanders<br>Denise M. Sanders<br>250 Collier Drive<br>Sevierville, TN 37862 | Phyllis J. Seidel<br>2768 Mill View Court<br>Hamilton, OH 45011 | James Tom Shofner<br>Cheryl A. Shofner<br>127 Captain Lowman Rd.<br>Chapin, SC 29036 |
| Elizabeth A. Smith<br>Claude Thomas<br>1619 Butternut Lane<br>Sevierville, TN 37876 | Owen G. Smith<br>Rick Cook<br>4008 Rose Hill Ave.<br>Cincinnati, OH 45229 | Joel A. Sortore<br>Tomeika C. Stallworth<br>3259 Sims Road<br>Sevierville, TN 37876 |
| Deborah T. Spillers, Admx of<br>the estate of<br>Charles Edwin Taylor<br>125 Pine Gate Dr<br>Greenville, S.C. 29607 | Connie R. Springfield<br>Barry S. Springfield<br>59 Stonecreek Drive<br>Cartersville, GA 30120 | Tammie R. Starkey<br>Tommy L. Starkey<br>P.O. Box 1758<br>Pigeon Forge, TN 37868 |
| Arthur W. Stewart<br>1359 Korey Blvd.<br>Sevierville, TN 37876 | Michael B. Thompson<br>2328 Big River Overlook Drive<br>Apt. #7<br>Sevierville, TN 37876 | Michael G. Thompson<br>Sue D. Thompson<br>P.O. Box 1554<br>Gatlinburg, TN 37738 |
| Raymond A. Waddle Jr.<br>Jacqueline Waddle<br>235 Jones Cove Rd<br>Cosby, TN 37722 | Delbert R. Wallace<br>1375 Ogle Rd.<br>Apt. 4<br>Sevierville, TN 37876 | Douglas S. Yates<br>Audrey Yates<br>117 Joy Street<br>Sevierville, TN 37862 |

| Joshua Yates | Julie O. Yates | Charles C. Young |
|---|---|---|
| Krista Yates | Anthony L. Yates | Deborah L. Young |
| 2213 Douglas Dam rd., Apt. 2 | 735 Cummings Chapel Rd. | 3495 Country Hill Drive |
| Sevierville, TN 37876 | Sevierville, TN 37876 | Bartlett, TN 38135 |
| Judy A. Sullivan, Gerald Sullivan<br>Mountainside Rentals<br>402 Minnow Lane<br>Gulf Shores, AL 36542 | | |

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Leon C. Dodd<br>638 Cedar Lane Apt. 1<br>Knoxville, TN 37912 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | ▮▮▮▮ | Single | 11/23/2016 | Wednesday | 4:00 P.M. |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Renting residence; total contents located at: 191 Newton Lane, Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| 20,000.00 | | | 20,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* | (865) 637-2442 | 9/4/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government.  (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

| | |
|---|---|
| 15. Do you carry accident insurance? ☐ Yes If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☒ No | |

| | | |
|---|---|---|
| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No | 17. If deductible, state amount. | |

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

LAW OFFICES

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600
P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3368

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0611

August 30, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re: Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result of the Gatlinburg Fire beginning November 23, 2016, and a list of the 61 claimants whose forms are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE

2018 SEP -5 AM 8:08

021138

RECEIVED

| | | |
|---|---|---|
| Jackie Sue Barnes<br>4250 Parkway<br>Pigeon Forge, TN 37722 | Christopher W. Beam<br>Sandra A. Beam<br>148 Scenic View Drive<br>Talbot, TN 37877 | Ruth B. Bloom<br>P.O. Box 1361<br>Gatlinburg, TN 37738 |
| Guy E. Burroughs<br>Christine M. Buurroughs<br>1432 Black Horse Run<br>Lebanon, OH 45036 | Rodney Clark<br>825 Smoke Rise Drive<br>Gatlinburg, TN 37738 | Nelida F. Collantes<br>Stephen C. Bradley<br>P.O. Box 866<br>Gatlinburg, TN 37738 |
| Jeffrey L. Cook<br>Nancy Jean Cook<br>9715 Pebble View Drive<br>Cincinnati, OH 45252 | Joanne Cooksey<br>6008 Meadow Oak Ln<br>Knoxville, TN 37720 | Jamie B. Cubbage<br>1630 Country Meadows Drive<br>Sevierville, TN 37862 |
| Bryan O. Dantzler<br>Margaret C. Dantzler<br>972 Poplar Springs Rd<br>Ringgold, GA 30736 | DF Investments<br>1320 Arrowhead Drive<br>Brentwood, TN 37027 | Phillip C. Dollish<br>Tammy L. Dollish<br>3245 Millsboro Rd. East<br>Mansfield, OH 44903 |
| Glenn F. Douglass<br>George T. Douglass Jr.<br>2988 Majestic View Walk<br>Lexington, VA 40511 | Angelina R. Dwyer<br>4815 Kingston Pike #131<br>Knoxville, TN 37919 | Kent A. Emmons<br>9663 Santa Monica Blvd. #869<br>Beverly Hills, CA 90210 |
| James E. & Sara Farris<br>John D. & Jean Denney<br>1320 Arrowhead Drive<br>Brentwood, TN 37027 | W. Earl Finley<br>811 Wavecrest Lane<br>Houston, TX 77062 | Melissa A. Flannery<br>444 Kingfisher Avenue<br>Sevierville, TN 37762 |
| Thomas Freeberg<br>Katherine E. Freeberg<br>5925 SE 1258 Court<br>Ocklawaha, FL 32179 | Earlene A. Haddock<br>4302 Gainesborough Court<br>Tampa, FL 33624 | Marie P. Hand<br>Jottie L. Hand<br>810 Davenport Drive<br>Gatlinburg, TN 37738 |
| Michele L. Huskey<br>Billy L. Huskey<br>142 Hickman Hollow Road<br>Gatlinburg, TN 37738 | Debra S. Jarvis<br>Mark Jarvis<br>3719 Ginseng Way<br>Sevierville, TN 37862 | Wyatt R. Jones, III<br>Nancy Susan Jones<br>1740 Cherry Lane<br>Lakeland, FL 33811 |
| Linda L. Kalehoff<br>2746 Native Dancer Way<br>Sevierville, TN 37876 | Stephanie M. Kennedy<br>Michael Salimbene<br>619 Huskey Grove Road<br>Sevierville, TN 37876 | Ben A. Lambeth<br>P.O. Box 766<br>Wendell, NC 27591 |

| | | |
|---|---|---|
| Greg E. Lane<br>Joy D. Lane<br>2835 New Center Drive<br>Sevierville, TN 37876 | Joseph F. McCahill<br>830 Tully Road<br>Knoxville, TN 37919 | Noble C. McCulley<br>Loren B. McCulley<br>150 Oglewood Lane<br>Gatlinburg, TN 37738 |
| Kevin S. McGuire<br>P.O. Box 1363<br>Gatlinburg, TN 37738 | Alex R. Moore<br>Polly I. Moore<br>1 Pearl Avenue<br>Marietta, SC 29661 | Michael R. Morgan<br>Diana L. Morgan<br>319 Franklin Meadows Way<br>Seymour, TN 37865 |
| Maryellen Nicholson<br>1311 Hwy. 417<br>Moore, SC 29369 | Joseph M. O'Neill<br>909 Ella Drive<br>Sevierville, TN 37862 | Leslie A. O'Neill<br>909 Ella Drive<br>Sevierville, TN 37862 |
| Harold W. Otto<br>Linda A. Otto<br>2038 Fox Lane<br>Sevierville, TN 37862 | Greg S. Pancake<br>P.O. Box 1784<br>Gatlinburg, TN 37738 | Dharmesh H. Patel<br>Donika N. Patel<br>523 East Parkway<br>Gatlinburg, TN 37738 |
| Scott H. Patterson<br>Sandra L. Patterson<br>236 Cedarwood Drive<br>Sevierville, TN 37876 | Scott K. Perham<br>Paula L. Perham<br>208 Tunnel Ridge Drive<br>Sevierville, TN 37876 | Gerald J. Portier<br>Gwendolyn H. Portier<br>P.O. Box 2058<br>Metaire, LA 70004 |
| Larry W. Potter<br>Wanda R. Potter<br>P.O. Box 411434<br>Melbourne, FL 32941 | Julio A. Rabelo<br>110 S.W. 48th Avenue<br>Miami, FL 33134 | Ashley M. Rad<br>1733 Snapp Road<br>Sevierville, TN 37862 |
| Jason S. Rakes<br>265 New Jail St<br>Sneedville, TN 37869 | Matthew L. Robertson<br>1733 Snapp Road<br>Sevierville, TN 37862 | David M. Rush<br>Regina L. Rush<br>9575 Hickory Lane<br>St. John, IN 46373 |
| Joseph S. Sherrod<br>Tamila S. Sherrod<br>1541 Old Chisholm Trial<br>Dandridge, TN 37725 | Donald D. Shipman<br>260 Roaring Fork Road<br>Gatlinburg, TN 37738 | Daniel G. Strange<br>Ginger P. Strange<br>1499 Hwy. 77<br>Southside, AL 35907 |
| Benjie S. Stroupe<br>307 Newman Road<br>Gatlinburg, TN 37738 | Bobby R. Taylor<br>Doris G. Taylor<br>P.O Box 307<br>Gatlinburg, TN 37738 | Sabrina C. Taylor<br>902 Street of Dreams Way<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Scott C. Tegler<br>41 Windermere Crescent<br>Woodstock, Ontario, Canada<br>N456T3 | Glenn E. Terry<br>Bea P. Terry<br>1235 Ski Mountain Road #605<br>Gatlinburg, TN 37783 | Patrick Toner<br>Lisa Ann Toner<br>19 Bay View Drive<br>Westhampton, NY 11177 |
| James Carl Vance<br>395 Devon Chase Hall<br>Unit 3804<br>Gallatin, TN 37066 | Robert D. Ward, Jr.<br>1110 Lower Alpine Way<br>Gatlinburg, TN 37733 | Anita A. Wenn<br>Don F. Green<br>1171 Hemlock Drive<br>Gatlinburg, TN 37738 |
| John C. Willett<br>Kimberly D. Willett<br>4004 French Broad Circle<br>Sevierville, TN 37876 | Scott W. Young<br>Jayne M. Young<br>704 Ely Road<br>Gatlinburg, TN 37738 | |

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | Phillip C. Dollish<br>Tammy L. Dollish<br>3245 Millsboro Rd. East<br>Mansfield, OH 44903 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | Married | 11/23/2016        Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Owner Rental Home located at 406 Pebble Creek Drive, Gatlinburg, TN 37738; total house and contents lost.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 339,875.00 | | | 339,875.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* Sidney W. Gilreath, atty | (865) 637-2442 | 8/29/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No   17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

Berkley Southeast

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

| CLAIM FOR DAMAGE, INJURY, OR DEATH | **INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Keith A. Donnelly<br>Theresa M. Donnelly<br>170 Columbine Road<br>Kingsport, TN 37660 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | | Married | 11/23/2016 | Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence plus furnishings and total contents located at: 1324 Garrett Drive Gatlinburg, TN; coin collection; civil war letters from family members

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 500,000.00 | | | 500,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath, atty* | (865) 637-2442 | 10-23-17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.). |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

| INSURANCE COVERAGE | |
|---|---|

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No

**Coverage is inadequate**

17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes  If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

**State Farm**

---

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

---

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
    A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

---

### PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

LAW OFFICES

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600
P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3368

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0611

August 30, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:    Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result
of the Gatlinburg Fire beginning November 23, 2016, and a list of the 61 claimants whose forms
are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

OFFICE OF THE
EXECUTIVE SECRETARIAT

2018 SEP -5 AM 8:08

021420

RECEIVED

| | | |
|---|---|---|
| Jackie Sue Barnes<br>4250 Parkway<br>Pigeon Forge, TN 37722 | Christopher W. Beam<br>Sandra A. Beam<br>148 Scenic View Drive<br>Talbot, TN 37877 | Ruth B. Bloom<br>P.O. Box 1361<br>Gatlinburg, TN 37738 |
| Guy E. Burroughs<br>Christine M. Buurroughs<br>1432 Black Horse Run<br>Lebanon, OH 45036 | Rodney Clark<br>825 Smoke Rise Drive<br>Gatlinburg, TN 37738 | Nelida F. Collantes<br>Stephen C. Bradley<br>P.O. Box 866<br>Gatlinburg, TN 37738 |
| Jeffrey L. Cook<br>Nancy Jean Cook<br>9715 Pebble View Drive<br>Cincinnati, OH 45252 | Joanne Cooksey<br>6008 Meadow Oak Ln<br>Knoxville, TN 37720 | Jamie B. Cubbage<br>1630 Country Meadows Drive<br>Sevierville, TN 37862 |
| Bryan O. Dantzler<br>Margaret C. Dantzler<br>972 Poplar Springs Rd<br>Ringgold, GA 30736 | DF Investments<br>1320 Arrowhead Drive<br>Brentwood, TN 37027 | Phillip C. Dollish<br>Tammy L. Dollish<br>3245 Millsboro Rd. East<br>Mansfield, OH 44903 |
| Glenn F. Douglass<br>George T. Douglass Jr.<br>2988 Majestic View Walk<br>Lexington, VA 40511 | Angelina R. Dwyer<br>4815 Kingston Pike #131<br>Knoxville, TN 37919 | Kent A. Emmons<br>9663 Santa Monica Blvd. #869<br>Beverly Hills, CA 90210 |
| James E. & Sara Farris<br>John D. & Jean Denney<br>1320 Arrowhead Drive<br>Brentwood, TN 37027 | W. Earl Finley<br>811 Wavecrest Lane<br>Houston, TX 77062 | Melissa A. Flannery<br>444 Kingfisher Avenue<br>Sevierville, TN 37762 |
| Thomas Freeberg<br>Katherine E. Freeberg<br>5925 SE 1258 Court<br>Ocklawaha, FL 32179 | Earlene A. Haddock<br>4302 Gainesborough Court<br>Tampa, FL 33624 | Marie P. Hand<br>Jottie L. Hand<br>810 Davenport Drive<br>Gatlinburg, TN 37738 |
| Michele L. Huskey<br>Billy L. Huskey<br>142 Hickman Hollow Road<br>Gatlinburg, TN 37738 | Debra S. Jarvis<br>Mark Jarvis<br>3719 Ginseng Way<br>Sevierville, TN 37862 | Wyatt R. Jones, III<br>Nancy Susan Jones<br>1740 Cherry Lane<br>Lakeland, FL 33811 |
| Linda L. Kalehoff<br>2746 Native Dancer Way<br>Sevierville, TN 37876 | Stephanie M. Kennedy<br>Michael Salimbene<br>619 Huskey Grove Road<br>Sevierville, TN 37876 | Ben A. Lambeth<br>P.O. Box 766<br>Wendell, NC 27591 |

| | | |
|---|---|---|
| Greg E. Lane<br>Joy D. Lane<br>2835 New Center Drive<br>Sevierville, TN 37876 | Joseph F. McCahill<br>830 Tully Road<br>Knoxville, TN 37919 | Noble C. McCulley<br>Loren B. McCulley<br>150 Oglewood Lane<br>Gatlinburg, TN 37738 |
| Kevin S. McGuire<br>P.O. Box 1363<br>Gatlinburg, TN 37738 | Alex R. Moore<br>Polly I. Moore<br>1 Pearl Avenue<br>Marietta, SC 29661 | Michael R. Morgan<br>Diana L. Morgan<br>319 Franklin Meadows Way<br>Seymour, TN 37865 |
| Maryellen Nicholson<br>1311 Hwy. 417<br>Moore, SC 29369 | Joseph M. O'Neill<br>909 Ella Drive<br>Sevierville, TN 37862 | Leslie A. O'Neill<br>909 Ella Drive<br>Sevierville, TN 37862 |
| Harold W. Otto<br>Linda A. Otto<br>2038 Fox Lane<br>Sevierville, TN 37862 | Greg S. Pancake<br>P.O. Box 1784<br>Gatlinburg, TN 37738 | Dharmesh H. Patel<br>Donika N. Patel<br>523 East Parkway<br>Gatlinburg, TN 37738 |
| Scott H. Patterson<br>Sandra L. Patterson<br>236 Cedarwood Drive<br>Sevierville, TN 37876 | Scott K. Perham<br>Paula L. Perham<br>208 Tunnel Ridge Drive<br>Sevierville, TN 37876 | Gerald J. Portier<br>Gwendolyn H. Portier<br>P.O. Box 2058<br>Metaire, LA 70004 |
| Larry W. Potter<br>Wanda R. Potter<br>P.O. Box 411434<br>Melbourne, FL 32941 | Julio A. Rabelo<br>110 S.W. 48th Avenue<br>Miami, FL 33134 | Ashley M. Rad<br>1733 Snapp Road<br>Sevierville, TN 37862 |
| Jason S. Rakes<br>265 New Jail St<br>Sneedville, TN 37869 | Matthew L. Robertson<br>1733 Snapp Road<br>Sevierville, TN 37862 | David M. Rush<br>Regina L. Rush<br>9575 Hickory Lane<br>St. John, IN 46373 |
| Joseph S. Sherrod<br>Tamila S. Sherrod<br>1541 Old Chisholm Trial<br>Dandridge, TN 37725 | Donald D. Shipman<br>260 Roaring Fork Road<br>Gatlinburg, TN 37738 | Daniel G. Strange<br>Ginger P. Strange<br>1499 Hwy. 77<br>Southside, AL 35907 |
| Benjie S. Stroupe<br>307 Newman Road<br>Gatlinburg, TN 37738 | Bobby R. Taylor<br>Doris G. Taylor<br>P.O Box 307<br>Gatlinburg, TN 37738 | Sabrina C. Taylor<br>902 Street of Dreams Way<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Scott C. Tegler<br>41 Windermere Crescent<br>Woodstock, Ontario, Canada<br>N456T3 | Glenn E. Terry<br>Bea P. Terry<br>1235 Ski Mountain Road #605<br>Gatlinburg, TN 37783 | Patrick Toner<br>Lisa Ann Toner<br>19 Bay View Drive<br>Westhampton, NY 11177 |
| James Carl Vance<br>395 Devon Chase Hall<br>Unit 3804<br>Gallatin, TN 37066 | Robert D. Ward, Jr.<br>1110 Lower Alpine Way<br>Gatlinburg, TN 37733 | Anita A. Wenn<br>Don F. Green<br>1171 Hemlock Drive<br>Gatlinburg, TN 37738 |
| John C. Willett<br>Kimberly D. Willett<br>4004 French Broad Circle<br>Sevierville, TN 37876 | Scott W. Young<br>Jayne M. Young<br>704 Ely Road<br>Gatlinburg, TN 37738 | |

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Glenn F. Douglass<br>George T. Douglass Jr.<br>2988 Majestic View Walk<br>Lexington, VA 40511 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT<br>11/23/2016    Wednesday | 7. TIME (A.M. OR P.M.)<br>4:00 P.M. |
|---|---|---|---|---|

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED.
(See instructions on reverse side).

Claimant:  Co-owner with George (brother) of private residence plus furnishings and total contents located at: 855 Campbell Lead Road, Unit 509, Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 260,000.00 | | | 260,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side).<br>*Sidney W. Gilreath, atty* | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>(865) 637-2442 | 14. DATE OF SIGNATURE<br>5/3/18 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance?    ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.    ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?    ☐ Yes    ☐ No    17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance?    ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).    ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the degree of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

<table>
<tr><td colspan="2"><strong>CLAIM FOR DAMAGE, INJURY, OR DEATH</strong></td><td><strong>INSTRUCTIONS:</strong> Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.</td><td>FORM APPROVED OMB NO. 1105-0008</td></tr>
</table>

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse.) Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Hanna N. Dover<br>P.O. Box 50672<br>Greenwood, SC 29646 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT<br>11/23/2016 Wednesday | 7. TIME (A.M. OR P.M.)<br>4:00 P.M. |
|---|---|---|---|---|

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: 2 private residences plus furnishings and total contents from both houses located at: 509 Baskins Creek Road and 505 Baskins Road, Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) | |
| 2,000,000 | | | 2,000,000 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side).<br>*Sidney W. Gilreath, atty* | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>(865) 637-2442 | 14. DATE OF SIGNATURE<br>10-22-17 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

| INSURANCE COVERAGE |
|---|

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No   17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

19. Do you carry public liability and property damage insurance? ☒ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

Allstate
Barnes Insurance

| INSTRUCTIONS |
|---|

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

| PRIVACY ACT NOTICE |
|---|

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

| PAPERWORK REDUCTION ACT NOTICE |
|---|

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

LAW OFFICES

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3388

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0511

November 21, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:     Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result
of the Gatlinburg Fire beginning November 23, 2016, and a list of the 97 claimants whose forms
are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE
2018 NOV 27 AM 8: 52
RECEIVED

0260143

| | | |
|---|---|---|
| Paul W. Abbott<br>Toni L. Abbott<br>1718 North Roane Street<br>Johnson City, TN 37601 | Brittany N. Adkins<br>2239 Grassy Branch Rd.<br>Sevierville, TN 37876 | Jayme E. Aleman<br>1475 Robert Ridge Road<br>Sevierville, TN 37862 |
| Brian H. Alspach<br>530 Bruce Rd.<br>Gatlinburg, TN 37738 | Tammy F. Bain<br>Leslie N. Miles<br>827 Sunrise Blvd<br>Sevierville, TN 37862 | Michael Bech<br>Sandra M. Bech<br>312 Saddleback Way<br>Sevierville, TN 37862 |
| Jody T. Bertram<br>520 Johnson Lane<br>Gatlinburg, TN 37738 | Stephen E. Bond<br>5896 Milburne Drive<br>Milford, OH 45150 | Marvis L. Bosarge Gonzalez<br>P.O. Box 425<br>Pigeon Forge, TN 37868 |
| Terrell M. Bouie<br>4749 Towensend<br>Gatlinburg, TN 37738 | Genie E. Brabham<br>535 Greenbriar Lane<br>Gatlinburg, TN 37738 | Deborah A. Brooks<br>219 Emert Street<br>Pigeon Forge, TN 37863 |
| William E. Brown Exector of<br>Estate of Elaine H. Brown<br>97 Ellis Drive<br>West Falls, NY 14170 | Eve O. Buero<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 | Mack Newman Butler<br>Connie Panelle Butler<br>207 Roseland Drive<br>Rainbow City, AL 35906 |
| Jones and Butler Investments,<br>LLC<br>3518 Montrose Ave.<br>Rainbow City, AL 35906 | Jamila M. Byrd, next of kin of<br>Pamela Jean Johnson,<br>Deceased<br>328 East Morelia Ave.<br>Knoxville, TN 37917 | Gae Campbell<br>4206 Dolly's Drive<br>Sevierville, TN 37876 |
| Lindsey Campbell<br>608 E. Reagan Lane<br>Gatlinburg, TN 37738 | Myrl D. Carr Administrator of<br>Estate of Myrl J. Carr<br>3230 Woods Way<br>Sevierville, TN 37876 | Charles S. Cavanaugh<br>413 McMahan Avenue<br>Sevierville, TN 37862 |
| Destin R. Chambers<br>Kelsey Y. Chambers<br>1013 Powdermill Rd.<br>Gatlinburg, TN 37738 | Julie Lynn Chase<br>Caleb B. Chase<br>P.O. Box 6805<br>Sevierville, TN 37864 | David R. Cheatham<br>611 Anderson Drive<br>Clarksville, TN 37040 |
| Steve W. Cofield<br>Jan Cofield<br>4016 Rainbow Drive<br>Rainbow City, AL 35906 | Terry D. Daniel<br>Carol A. Daniel<br>4387 School Section Rd.<br>Cincinnati, OH 45211 | Leon C. Dodd<br>638 Cedar Lane, Apt. 1<br>Knoxville, TN 37912 |
| Amy E. Dowling<br>Don J. Dowling<br>214 Mills Park Rd.<br>Gatlinburg, TN 37738 | Justin W. Dumas<br>Merry D. Dumas<br>212 Golden Rod Drive<br>Seymour, TN 37865 | John P. Eames<br>Lois A. Eames<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| Timothy James Easley<br>P.O. Box 1763<br>Gatlinburg, TN 37738 | Timothy Fannin<br>7028 South Ridgewood Drive<br>Lambertville, MI 48141 | Linda K. Garrett<br>234 Benson Lane<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Stephen R. Gilmore<br>Deborah L. Gilmore<br>19 Meigs Dr.<br>Shalimar, FL 32579 | Brenda J. Halsey<br>James L. Halsey<br>570 South Greenlee Rd.<br>Troy, OH 45373 | Russell E. Haskins<br>Cheryl F. Haskins<br>P.O. Box 23423<br>Knoxville, TN 37933 |
| Mark Hass<br>Terri Hass<br>1160 Tranquility Way<br>Louisville, KY 40291 | Kirk L. Heinsohn<br>660 Washington Rd.<br>Gatlinburg, TN 37738 | Sharon H. Hirschfield<br>1431 N. Arvon Lane<br>Gatlinburg, TN 37738 |
| Dave Hisey<br>1160 Upper Alpine Way<br>Gatlinburg, TN 37738 | Karen M. Holding<br>Harry R. Holding<br>7104 West Santa Fe Drive<br>Mucie, IN 47304 | James D. Holifield<br>1320 Powdermill Rd. Apt. #3<br>Gatlinburg, TN 37738 |
| John L. Hondulas<br>676 Maryville Pike<br>Knoxville, TN 37920 | Charlie Bob Hughes Jr.<br>Victoria D. Fister<br>126 Cookeville Hwy<br>Carthage, TN 37030 | James M. Hunter<br>P.O. Box 21568<br>Chattanooga, TN 37424 |
| Kathy Jones<br>1420 Cherokee Circle<br>Sevierville, TN 37862 | David L. Joyner<br>1063 Valley View Cir<br>Sevierville, TN 37876 | Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 |
| _____, Minor<br>B/N/F Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 | David M. Klassen<br>Linda F. Klassen<br>1615 Tammany Drive<br>Nashville, TN 37206 | Kyle S. King<br>Doreen R. King<br>624 Mountain Drive<br>Gatlinburg, TN 37738 |
| John C. Kling<br>Cheryl A. Kling<br>146 Hackberry Way<br>Dandridge, TN 37725 | Karen N. Leverette<br>John R. Leverette<br>360 Menawa Pass<br>Millbrook, AL 36504 | Damon J. Matthews<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| John H. H. Matthews<br>Kenneth M. Matthews Jr.<br>7400 Forests Edge Ct.<br>Lairel, MD 20707 | Jo Rita Maxwell<br>P.O. Box 965<br>Pigeon Forge, TN 37868 | Zina Faye McKinney<br>508 Houser Road<br>Gatlinburg, TN 37738 |
| Patrick McKnight<br>Karen McKnight<br>608 Forrest Hill Dr<br>Lexington, KY 40509 | Rita S. Montero<br>1300 Park Blvd.<br>Marion, VA 24354 | Douglas E. Moore<br>Sandy M. Moore<br>325 Beech Branch Road<br>Gatlinburg, TN 37738 |
| Carol G. Muszik<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | James Dale Grace Christian<br>Trust, MSM Capital<br>Management, LLLP<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | David L. Naquin, Sr.<br>Denise A. Naquin<br>760 Wiley Oakley Dr<br>Gatlinburg, TN 37738 |
| Sue A. Naquin | Carroll E. Nichols | Jacob W. Parton |

| 2614 Surftide Drive<br>Dandridge, TN 37725 | 109 Carlstown Drive #2<br>Pigeon Forge, TN 37863 | Betty J. Parton<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 |
|---|---|---|
| Miranda L. Paulk<br>Dora Jean Paulk<br>430 Mountain Drive<br>Gatlinburg, TN 37738 | Amanda B. Perryman<br>221 Woodland Road<br>Gatlinburg, TN 37738 | Melanie Meeks Phillips, next of<br>kin of Bradley Phillips,<br>deceased<br>5861 Wild Fig Lane<br>Ft. Myers, FL 33919 |
| Wesley M. Pittman<br>Katrina L. Pittman<br>818 Wesley Drive<br>Gatlinburg, TN 37738 | Giselle Porraspita<br>15240 SW 148th Terrace<br>Miami, FL 33196 | Paul Cliff Price<br>320 Ownby Street<br>Gatlinburg, TN 37738 |
| Florian J. Puhala, Jr.<br>Mary E. Puhala<br>601 Glades Road, Suite 12<br>Gatlinburg, TN 37738 | Larry D. Raymes<br>Karen Raymes<br>835 Terry Drive<br>Gatlinburg, TN 37738 | Betsy C. Rettig<br>124 Plaza Drive<br>Unit 3104<br>Pigeon Forge, TN 37863 |
| Jacqueline R. Robertson<br>2805 Dower Road<br>Sevierville, TN 37876 | Sandra Rovhana-Lollino<br>William Mark Gillham<br>9 Jungle Plum Ct South<br>Homosassa, FL 34446 | Mark Rueter<br>Glen Beasley<br>117 Joy Street<br>Sevierville, TN 37862 |
| Kerry "Tom" Sanders<br>Denise M. Sanders<br>250 Collier Drive<br>Sevierville, TN 37862 | Phyllis J. Seidel<br>2768 Mill View Court<br>Hamilton, OH 45011 | James Tom Shofner<br>Cheryl A. Shofner<br>127 Captain Lowman Rd.<br>Chapin, SC 29036 |
| Elizabeth A. Smith<br>Claude Thomas<br>1619 Butternut Lane<br>Sevierville, TN 37876 | Owen G. Smith<br>Rick Cook<br>4008 Rose Hill Ave.<br>Cincinnati, OH 45229 | Joel A. Sortore<br>Tomeika C. Stallworth<br>3259 Sims Road<br>Sevierville, TN 37876 |
| Deborah T. Spillers, Admx of<br>the estate of<br>Charles Edwin Taylor<br>125 Pine Gate Dr<br>Greenville, S.C. 29607 | Connie R. Springfield<br>Barry S. Springfield<br>59 Stonecreek Drive<br>Cartersville, GA 30120 | Tammie R. Starkey<br>Tommy L. Starkey<br>P.O. Box 1758<br>Pigeon Forge, TN 37868 |
| Arthur W. Stewart<br>1359 Korey Blvd.<br>Sevierville, TN 37876 | Michael B. Thompson<br>2328 Big River Overlook Drive<br>Apt. #7<br>Sevierville, TN 37876 | Michael G. Thompson<br>Sue D. Thompson<br>P.O. Box 1554<br>Gatlinburg, TN 37738 |
| Raymond A. Waddle Jr.<br>Jacqueline Waddle<br>235 Jones Cove Rd<br>Cosby, TN 37722 | Delbert R. Wallace<br>1375 Ogle Rd.<br>Apt. 4<br>Sevierville, TN 37876 | Douglas S. Yates<br>Audrey Yates<br>117 Joy Street<br>Sevierville, TN 37862 |

| Joshua Yates<br>Krista Yates<br>2213 Douglas Dam rd., Apt. 2<br>Sevierville, TN 37876 | Julie O. Yates<br>Anthony L. Yates<br>735 Cummings Chapel Rd.<br>Sevierville, TN 37876 | Charles C. Young<br>Deborah L. Young<br>3495 Country Hill Drive<br>Bartlett, TN 38135 |
| --- | --- | --- |
| Judy A. Sullivan, Gerald Sullivan<br>Mountainside Rentals<br>402 Minnow Lane<br>Gulf Shores, AL 36542 | | |

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | Amy E. Dowling<br>Don J. Dowling<br>214 Mills Park Rd.<br>Gatlinburg, TN 37738 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY   ☒ CIVILIAN | | Married | 11/23/2016   Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Rental Home located at 657 Red Bud Ln, Gatlinburg, TN 37738; lost contents and 4 vehicles; 2005 Chevy Tahoe, 2008 Lincoln Navigator, 2010 Ford Explorer, 2008 VW Cabriozait.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

12. (See instructions on reverse).   AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| 100,000.00 | | | 100,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* | (865) 637-2442 | 11/21/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☒ No   17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
 A. *Authority*: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose*: The information requested is to be used in evaluating claims.
C. *Routine Use*: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond*: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

Case 3:18-cv-00201-JRG-CRW   Document 111-1   Filed 06/01/21   Page 402 of 502   PageID #: 4296

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse.) Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Howard N. Downing<br>Joyce A. Downing<br>P.O. Box 16<br>Gatlinburg, TN 37738 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | ▓▓▓▓ | Married | 11/23/2016 | Wednesday | 4:00 P.M. |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence plus furnishings and total contents; one cat; Cars- 2001 Oldsmobile Silhouette and 2002 Mercedes Benz ML320 located at: 1112 Longview Court, Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). | |
| 1,000,000 | | | 1,000,000 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath, atty* | (865) 637-2442 | 10-22-17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

**15.** Do you carry accident insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

**16.** Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No    **17.** If deductible, state amount.

Coverage is inadequate

**18.** If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

**19.** Do you carry public liability and property damage insurance? ☒ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

Allstate

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all Items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

   B. *Principal Purpose:* The information requested is to be used in evaluating claims.
   C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
   D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95 REV. (2/2007) BACK**

<table>
<tr><td colspan="2"><strong>CLAIM FOR DAMAGE,<br>INJURY, OR DEATH</strong></td><td><strong>INSTRUCTIONS:</strong> Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.</td><td>FORM APPROVED<br>OMB NO. 1105-0008</td></tr>
</table>

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | John W. Drummond<br>Elizabeth W. Drummond<br>1830 Patrick Mill Place<br>Buford, GA 30578 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | | Married | 11/23/2016 | Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence plus furnishings and total contents located at: 817 Wiley Oakley Drive, Gatlinburg, TN

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). | |
| 425,000.00 | | | 425,000.00 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath, atty* | (865) 637-2442 | 10-22-17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No    |    17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

19. Do you carry public liability and property damage insurance? ☒ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

State Farm

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A.  *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B.  *Principal Purpose:* The information requested is to be used in evaluating claims.
C.  *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D.  *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse.) Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Justin W. Dumas<br>Merry D. Dumas<br>212 Golden Rod Drive<br>Seymour, TN 37865 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | ▮▮▮▮ | Married | 11/23/2016 | Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Renting residence; total contents for 2 adults and 3 children located at: 1328 Garrett Drive, Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
| 60,000.00 | | | 60,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath, atty* | (865) 637-2442 | 10-22-17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.    ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes  ☐ No    17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).    ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) BACK

LAW OFFICES

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3388

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0511

November 21, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:     Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result
of the Gatlinburg Fire beginning November 23, 2016, and a list of the 97 claimants whose forms
are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE
2018 NOV 27 AM 8:52
RECEIVED

026013

| | | |
|---|---|---|
| Paul W. Abbott<br>Toni L. Abbott<br>1718 North Roane Street<br>Johnson City, TN 37601 | Brittany N. Adkins<br>2239 Grassy Branch Rd.<br>Sevierville, TN 37876 | Jayme E. Aleman<br>1475 Robert Ridge Road<br>Sevierville, TN 37862 |
| Brian H. Alspach<br>530 Bruce Rd.<br>Gatlinburg, TN 37738 | Tammy F. Bain<br>Leslie N. Miles<br>827 Sunrise Blvd<br>Sevierville, TN 37862 | Michael Bech<br>Sandra M. Bech<br>312 Saddleback Way<br>Sevierville, TN 37862 |
| Jody T. Bertram<br>520 Johnson Lane<br>Gatlinburg, TN 37738 | Stephen E. Bond<br>5896 Milburne Drive<br>Milford, OH 45150 | Marvis L. Bosarge Gonzalez<br>P.O. Box 425<br>Pigeon Forge, TN 37868 |
| Terrell M. Bouie<br>4749 Towensend<br>Gatlinburg, TN 37738 | Genie E. Brabham<br>535 Greenbriar Lane<br>Gatlinburg, TN 37738 | Deborah A. Brooks<br>219 Emert Street<br>Pigeon Forge, TN 37863 |
| William E. Brown Exector of<br>Estate of Elaine H. Brown<br>97 Ellis Drive<br>West Falls, NY 14170 | Eve O. Buero<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 | Mack Newman Butler<br>Connie Panelle Butler<br>207 Roseland Drive<br>Rainbow City, AL 35906 |
| Jones and Butler Investments,<br>LLC<br>3518 Montrose Ave.<br>Rainbow City, AL 35906 | Jamila M. Byrd, next of kin of<br>Pamela Jean Johnson,<br>Deceased<br>328 East Morelia Ave.<br>Knoxville, TN 37917 | Gae Campbell<br>4206 Dolly's Drive<br>Sevierville, TN 37876 |
| Lindsey Campbell<br>608 E. Reagan Lane<br>Gatlinburg, TN 37738 | Myrl D. Carr Administrator of<br>Estate of Myrl J. Carr<br>3230 Woods Way<br>Sevierville, TN 37876 | Charles S. Cavanaugh<br>413 McMahan Avenue<br>Sevierville, TN 37862 |
| Destin R. Chambers<br>Kelsey Y. Chambers<br>1013 Powdermill Rd.<br>Gatlinburg, TN 37738 | Julie Lynn Chase<br>Caleb B. Chase<br>P.O. Box 6805<br>Sevierville, TN 37864 | David R. Cheatham<br>611 Anderson Drive<br>Clarksville, TN 37040 |
| Steve W. Cofield<br>Jan Cofield<br>4016 Rainbow Drive<br>Rainbow City, AL 35906 | Terry D. Daniel<br>Carol A. Daniel<br>4387 School Section Rd.<br>Cincinnati, OH 45211 | Leon C. Dodd<br>638 Cedar Lane, Apt. 1<br>Knoxville, TN 37912 |
| Amy E. Dowling<br>Don J. Dowling<br>214 Mills Park Rd.<br>Gatlinburg, TN 37738 | Justin W. Dumas<br>Merry D. Dumas<br>212 Golden Rod Drive<br>Seymour, TN 37865 | John P. Eames<br>Lois A. Eames<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| Timothy James Easley<br>P.O. Box 1763<br>Gatlinburg, TN 37738 | Timothy Fannin<br>7028 South Ridgewood Drive<br>Lambertville, MI 48141 | Linda K. Garrett<br>234 Benson Lane<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Stephen R. Gilmore<br>Deborah L. Gilmore<br>19 Meigs Dr.<br>Shalimar, FL 32579 | Brenda J. Halsey<br>James L. Halsey<br>570 South Greenlee Rd.<br>Troy, OH 45373 | Russell E. Haskins<br>Cheryl F. Haskins<br>P.O. Box 23423<br>Knoxville, TN 37933 |
| Mark Hass<br>Terri Hass<br>1160 Tranquility Way<br>Louisville, KY 40291 | Kirk L. Heinsohn<br>660 Washington Rd.<br>Gatlinburg, TN 37738 | Sharon H. Hirschfield<br>1431 N. Arvon Lane<br>Gatlinburg, TN 37738 |
| Dave Hisey<br>1160 Upper Alpine Way<br>Gatlinburg, TN 37738 | Karen M. Holding<br>Harry R. Holding<br>7104 West Santa Fe Drive<br>Mucie, IN 47304 | James D. Holifield<br>1320 Powdermill Rd. Apt. #3<br>Gatlinburg, TN 37738 |
| John L. Hondulas<br>676 Maryville Pike<br>Knoxville, TN 37920 | Charlie Bob Hughes Jr.<br>Victoria D. Fister<br>126 Cookeville Hwy<br>Carthage, TN 37030 | James M. Hunter<br>P.O. Box 21568<br>Chattanooga, TN 37424 |
| Kathy Jones<br>1420 Cherokee Circle<br>Sevierville, TN 37862 | David L. Joyner<br>1063 Valley View Cir<br>Sevierville, TN 37876 | Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 |
| , Minor<br>B/N/F Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 | David M. Klassen<br>Linda F. Klassen<br>1615 Tammany Drive<br>Nashville, TN 37206 | Kyle S. King<br>Doreen R. King<br>624 Mountain Drive<br>Gatlinburg, TN 37738 |
| John C. Kling<br>Cheryl A. Kling<br>146 Hackberry Way<br>Dandridge, TN 37725 | Karen N. Leverette<br>John R. Leverette<br>360 Menawa Pass<br>Millbrook, AL 36504 | Damon J. Matthews<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| John H. H. Matthews<br>Kenneth M. Matthews Jr.<br>7400 Forests Edge Ct.<br>Lairel, MD 20707 | Jo Rita Maxwell<br>P.O. Box 965<br>Pigeon Forge, TN 37868 | Zina Faye McKinney<br>508 Houser Road<br>Gatlinburg, TN 37738 |
| Patrick McKnight<br>Karen McKnight<br>608 Forrest Hill Dr<br>Lexington, KY 40509 | Rita S. Montero<br>1300 Park Blvd.<br>Marion, VA 24354 | Douglas E. Moore<br>Sandy M. Moore<br>325 Beech Branch Road<br>Gatlinburg, TN 37738 |
| Carol G. Muszik<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | James Dale Grace Christian<br>Trust, MSM Capital<br>Management, LLLP<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | David L. Naquin, Sr.<br>Denise A. Naquin<br>760 Wiley Oakley Dr<br>Gatlinburg, TN 37738 |
| Sue A. Naquin | Carroll E. Nichols | Jacob W. Parton |

| | | |
|---|---|---|
| 2614 Surftide Drive<br>Dandridge, TN 37725 | 109 Carlstown Drive #2<br>Pigeon Forge, TN 37863 | Betty J. Parton<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 |
| Miranda L. Paulk<br>Dora Jean Paulk<br>430 Mountain Drive<br>Gatlinburg, TN 37738 | Amanda B. Perryman<br>221 Woodland Road<br>Gatlinburg, TN 37738 | Melanie Meeks Phillips, next of<br>kin of Bradley Phillips,<br>deceased<br>5861 Wild Fig Lane<br>Ft. Myers, FL 33919 |
| Wesley M. Pittman<br>Katrina L. Pittman<br>818 Wesley Drive<br>Gatlinburg, TN 37738 | Giselle Porraspita<br>15240 SW 148th Terrace<br>Miami, FL 33196 | Paul Cliff Price<br>320 Ownby Street<br>Gatlinburg, TN 37738 |
| Florian J. Puhala, Jr.<br>Mary E. Puhala<br>601 Glades Road, Suite 12<br>Gatlinburg, TN 37738 | Larry D. Raymes<br>Karen Raymes<br>835 Terry Drive<br>Gatlinburg, TN 37738 | Betsy C. Rettig<br>124 Plaza Drive<br>Unit 3104<br>Pigeon Forge, TN 37863 |
| Jacqueline R. Robertson<br>2805 Dower Road<br>Sevierville, TN 37876 | Sandra Rovhana-Lollino<br>William Mark Gillham<br>9 Jungle Plum Ct South<br>Homosassa, FL 34446 | Mark Rueter<br>Glen Beasley<br>117 Joy Street<br>Sevierville, TN 37862 |
| Kerry "Tom" Sanders<br>Denise M. Sanders<br>250 Collier Drive<br>Sevierville, TN 37862 | Phyllis J. Seidel<br>2768 Mill View Court<br>Hamilton, OH 45011 | James Tom Shofner<br>Cheryl A. Shofner<br>127 Captain Lowman Rd.<br>Chapin, SC 29036 |
| Elizabeth A. Smith<br>Claude Thomas<br>1619 Butternut Lane<br>Sevierville, TN 37876 | Owen G. Smith<br>Rick Cook<br>4008 Rose Hill Ave.<br>Cincinnati, OH 45229 | Joel A. Sortore<br>Tomeika C. Stallworth<br>3259 Sims Road<br>Sevierville, TN 37876 |
| Deborah T. Spillers, Admx of<br>the estate of<br>Charles Edwin Taylor<br>125 Pine Gate Dr<br>Greenville, S.C. 29607 | Connie R. Springfield<br>Barry S. Springfield<br>59 Stonecreek Drive<br>Cartersville, GA 30120 | Tammie R. Starkey<br>Tommy L. Starkey<br>P.O. Box 1758<br>Pigeon Forge, TN 37868 |
| Arthur W. Stewart<br>1359 Korey Blvd.<br>Sevierville, TN 37876 | Michael B. Thompson<br>2328 Big River Overlook Drive<br>Apt. #7<br>Sevierville, TN 37876 | Michael G. Thompson<br>Sue D. Thompson<br>P.O. Box 1554<br>Gatlinburg, TN 37738 |
| Raymond A. Waddle Jr.<br>Jacqueline Waddle<br>235 Jones Cove Rd<br>Cosby, TN 37722 | Delbert R. Wallace<br>1375 Ogle Rd.<br>Apt. 4<br>Sevierville, TN 37876 | Douglas S. Yates<br>Audrey Yates<br>117 Joy Street<br>Sevierville, TN 37862 |

| Joshua Yates | Julie O. Yates | Charles C. Young |
|---|---|---|
| Krista Yates | Anthony L. Yates | Deborah L. Young |
| 2213 Douglas Dam rd., Apt. 2 | 735 Cummings Chapel Rd. | 3495 Country Hill Drive |
| Sevierville, TN 37876 | Sevierville, TN 37876 | Bartlett, TN 38135 |
| Judy A. Sullivan, Gerald Sullivan<br>Mountainside Rentals<br>402 Minnow Lane<br>Gulf Shores, AL 36542 | | |

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Justin W. Dumas<br>Merry D. Dumas<br>212 Golden Rod Drive<br>Seymour, TN 37865 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | ▓▓▓▓ | Married | 11/23/2016 | Wednesday | 4:00 P.M. |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

AMENDED - Claimant: Renting residence; total contents for 2 adults and 3 children located at: 1328 Garrett Drive, Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 350,000.00 | | | 350,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath, atty* | (865) 637-2442 | 11/21/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No    17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

    A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED OMB NO. 1105-0008

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Christopher Dunaway<br>694 Eagles Blvd. Way<br>Pigeon Forge, TN 37863 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY   ☒ CIVILIAN | | Single | 11-23-2016   Wednesday | 4:00 P.M. |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

**9.**                         **PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code),

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence plus furnishings and total contents also one cat, his father's ashes and paintings that his mother had painted located at: 780 Loop Road, Gatlinburg, TN 37738

**10.**             **PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

**11.**             **WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| **12a. PROPERTY DAMAGE** | **12b. PERSONAL INJURY** | **12c. WRONGFUL DEATH** | **12d. TOTAL** (Failure to specify may cause forfeiture of your rights). |
| $1,150,000.00 | | | $1,150,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath, atty* | (865) 637-2442 | 8/22/17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No   17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

Erie Insurance

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Alisa M. Durbin- Carroll<br>Chad Carroll<br>2037 Bays Mountain Road<br>New Market, TN 37820 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | ██████ | Married | 11/23/2016      Wednesday | 4:00 P.M. |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Renting residence; total contents for 2 adults and 4 children; Pets- 3 dogs, one cat and fish; guns; jewelry; Cars- 2016 Doge Journey and 2001 Ford Escort located at 401 Red Heights, Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
| 650,000.00 | | | 650,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath, atty* | (865) 637-2442 | 10-22-17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance?  ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.  ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?  ☐ Yes  ☐ No    17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance?  ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).  ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

LAW OFFICES

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600
P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3368

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0611

August 30, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:     Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result of the Gatlinburg Fire beginning November 23, 2016, and a list of the 61 claimants whose forms are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

OFFICE OF THE
EXECUTIVE SECRETARIAT

2018 SEP -5 AM 8:08

024138

RECEIVED

| | | |
|---|---|---|
| Jackie Sue Barnes<br>4250 Parkway<br>Pigeon Forge, TN 37722 | Christopher W. Beam<br>Sandra A. Beam<br>148 Scenic View Drive<br>Talbot, TN 37877 | Ruth B. Bloom<br>P.O. Box 1361<br>Gatlinburg, TN 37738 |
| Guy E. Burroughs<br>Christine M. Buurroughs<br>1432 Black Horse Run<br>Lebanon, OH 45036 | Rodney Clark<br>825 Smoke Rise Drive<br>Gatlinburg, TN 37738 | Nelida F. Collantes<br>Stephen C. Bradley<br>P.O. Box 866<br>Gatlinburg, TN 37738 |
| Jeffrey L. Cook<br>Nancy Jean Cook<br>9715 Pebble View Drive<br>Cincinnati, OH 45252 | Joanne Cooksey<br>6008 Meadow Oak Ln<br>Knoxville, TN 37720 | Jamie B. Cubbage<br>1630 Country Meadows Drive<br>Sevierville, TN 37862 |
| Bryan O. Dantzler<br>Margaret C. Dantzler<br>972 Poplar Springs Rd<br>Ringgold, GA 30736 | DF Investments<br>1320 Arrowhead Drive<br>Brentwood, TN 37027 | Phillip C. Dollish<br>Tammy L. Dollish<br>3245 Millsboro Rd. East<br>Mansfield, OH 44903 |
| Glenn F. Douglass<br>George T. Douglass Jr.<br>2988 Majestic View Walk<br>Lexington, VA 40511 | Angelina R. Dwyer<br>4815 Kingston Pike #131<br>Knoxville, TN 37919 | Kent A. Emmons<br>9663 Santa Monica Blvd. #869<br>Beverly Hills, CA 90210 |
| James E. & Sara Farris<br>John D. & Jean Denney<br>1320 Arrowhead Drive<br>Brentwood, TN 37027 | W. Earl Finley<br>811 Wavecrest Lane<br>Houston, TX 77062 | Melissa A. Flannery<br>444 Kingfisher Avenue<br>Sevierville, TN 37762 |
| Thomas Freeberg<br>Katherine E. Freeberg<br>5925 SE 1258 Court<br>Ocklawaha, FL 32179 | Earlene A. Haddock<br>4302 Gainesborough Court<br>Tampa, FL 33624 | Marie P. Hand<br>Jottie L. Hand<br>810 Davenport Drive<br>Gatlinburg, TN 37738 |
| Michele L. Huskey<br>Billy L. Huskey<br>142 Hickman Hollow Road<br>Gatlinburg, TN 37738 | Debra S. Jarvis<br>Mark Jarvis<br>3719 Ginseng Way<br>Sevierville, TN 37862 | Wyatt R. Jones, III<br>Nancy Susan Jones<br>1740 Cherry Lane<br>Lakeland, FL 33811 |
| Linda L. Kalehoff<br>2746 Native Dancer Way<br>Sevierville, TN 37876 | Stephanie M. Kennedy<br>Michael Salimbene<br>619 Huskey Grove Road<br>Sevierville, TN 37876 | Ben A. Lambeth<br>P.O. Box 766<br>Wendell, NC 27591 |

| | | |
|---|---|---|
| Greg E. Lane<br>Joy D. Lane<br>2835 New Center Drive<br>Sevierville, TN 37876 | Joseph F. McCahill<br>830 Tully Road<br>Knoxville, TN 37919 | Noble C. McCulley<br>Loren B. McCulley<br>150 Oglewood Lane<br>Gatlinburg, TN 37738 |
| Kevin S. McGuire<br>P.O. Box 1363<br>Gatlinburg, TN 37738 | Alex R. Moore<br>Polly I. Moore<br>1 Pearl Avenue<br>Marietta, SC 29661 | Michael R. Morgan<br>Diana L. Morgan<br>319 Franklin Meadows Way<br>Seymour, TN 37865 |
| Maryellen Nicholson<br>1311 Hwy. 417<br>Moore, SC 29369 | Joseph M. O'Neill<br>909 Ella Drive<br>Sevierville, TN 37862 | Leslie A. O'Neill<br>909 Ella Drive<br>Sevierville, TN 37862 |
| Harold W. Otto<br>Linda A. Otto<br>2038 Fox Lane<br>Sevierville, TN 37862 | Greg S. Pancake<br>P.O. Box 1784<br>Gatlinburg, TN 37738 | Dharmesh H. Patel<br>Donika N. Patel<br>523 East Parkway<br>Gatlinburg, TN 37738 |
| Scott H. Patterson<br>Sandra L. Patterson<br>236 Cedarwood Drive<br>Sevierville, TN 37876 | Scott K. Perham<br>Paula L. Perham<br>208 Tunnel Ridge Drive<br>Sevierville, TN 37876 | Gerald J. Portier<br>Gwendolyn H. Portier<br>P.O. Box 2058<br>Metaire, LA 70004 |
| Larry W. Potter<br>Wanda R. Potter<br>P.O. Box 411434<br>Melbourne, FL 32941 | Julio A. Rabelo<br>110 S.W. 48th Avenue<br>Miami, FL 33134 | Ashley M. Rad<br>1733 Snapp Road<br>Sevierville, TN 37862 |
| Jason S. Rakes<br>265 New Jail St<br>Sneedville, TN 37869 | Matthew L. Robertson<br>1733 Snapp Road<br>Sevierville, TN 37862 | David M. Rush<br>Regina L. Rush<br>9575 Hickory Lane<br>St. John, IN 46373 |
| Joseph S. Sherrod<br>Tamila S. Sherrod<br>1541 Old Chisholm Trial<br>Dandridge, TN 37725 | Donald D. Shipman<br>260 Roaring Fork Road<br>Gatlinburg, TN 37738 | Daniel G. Strange<br>Ginger P. Strange<br>1499 Hwy. 77<br>Southside, AL 35907 |
| Benjie S. Stroupe<br>307 Newman Road<br>Gatlinburg, TN 37738 | Bobby R. Taylor<br>Doris G. Taylor<br>P.O Box 307<br>Gatlinburg, TN 37738 | Sabrina C. Taylor<br>902 Street of Dreams Way<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Scott C. Tegler<br>41 Windermere Crescent<br>Woodstock, Ontario, Canada<br>N456T3 | Glenn E. Terry<br>Bea P. Terry<br>1235 Ski Mountain Road #605<br>Gatlinburg, TN 37783 | Patrick Toner<br>Lisa Ann Toner<br>19 Bay View Drive<br>Westhampton, NY 11177 |
| James Carl Vance<br>395 Devon Chase Hall<br>Unit 3804<br>Gallatin, TN 37066 | Robert D. Ward, Jr.<br>1110 Lower Alpine Way<br>Gatlinburg, TN 37733 | Anita A. Wenn<br>Don F. Green<br>1171 Hemlock Drive<br>Gatlinburg, TN 37738 |
| John C. Willett<br>Kimberly D. Willett<br>4004 French Broad Circle<br>Sevierville, TN 37876 | Scott W. Young<br>Jayne M. Young<br>704 Ely Road<br>Gatlinburg, TN 37738 | |

<table>
<tr><td colspan="2"><strong>CLAIM FOR DAMAGE, INJURY, OR DEATH</strong></td><td><strong>INSTRUCTIONS:</strong> Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.</td><td>FORM APPROVED OMB NO. 1105-0008</td></tr>
</table>

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Angelina R. Dwyer<br>4815 Kingston Pike #131<br>Knoxville, TN 37919 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | | Single | 11/23/2016 | Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, thereby causing personal injury and property damage.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence located at 306 Beech Ridge Ln. Gatlinburg, TN 37738; total contents damaged by smoke

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Lungs and Throat damaged by fire and smoke

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | | AMOUNT OF CLAIM (in dollars) | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 400,000.00 | 500,000.00 | | 900,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* | (865) 637-2442 | 5/3/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

95-109

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No   17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

USAA

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | **INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Jacob L. Dykstra<br>Jeralyn K. Dykstra<br>2965 S.E. 38th Street<br>Ocala, FL 34480 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY   ☒ CIVILIAN | | Married | 11/23/2016    Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence including house, log house and shed plus furnishings and total contents located at: 1109 Annes Road, Unit 1, Gatlinburg, TN

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 300,000.00 | | | 300,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath, atty* | (865) 637-2442 | 10-22-17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

**NSN 7540-00-634-4046**

**STANDARD FORM 95** (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No   | 17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

Erie

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

LAW OFFICES

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3388

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0511

November 21, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:     Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result
of the Gatlinburg Fire beginning November 23, 2016, and a list of the 97 claimants whose forms
are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE
2018 NOV 27 AM 8: 52
RECEIVED

0260143

| | | |
|---|---|---|
| Paul W. Abbott<br>Toni L. Abbott<br>1718 North Roane Street<br>Johnson City, TN 37601 | Brittany N. Adkins<br>2239 Grassy Branch Rd.<br>Sevierville, TN 37876 | Jayme E. Aleman<br>1475 Robert Ridge Road<br>Sevierville, TN 37862 |
| Brian H. Alspach<br>530 Bruce Rd.<br>Gatlinburg, TN 37738 | Tammy F. Bain<br>Leslie N. Miles<br>827 Sunrise Blvd<br>Sevierville, TN 37862 | Michael Bech<br>Sandra M. Bech<br>312 Saddleback Way<br>Sevierville, TN 37862 |
| Jody T. Bertram<br>520 Johnson Lane<br>Gatlinburg, TN 37738 | Stephen E. Bond<br>5896 Milburne Drive<br>Milford, OH 45150 | Marvis L. Bosarge Gonzalez<br>P.O. Box 425<br>Pigeon Forge, TN 37868 |
| Terrell M. Bouie<br>4749 Towensend<br>Gatlinburg, TN 37738 | Genie E. Brabham<br>535 Greenbriar Lane<br>Gatlinburg, TN 37738 | Deborah A. Brooks<br>219 Emert Street<br>Pigeon Forge, TN 37863 |
| William E. Brown Exector of<br>Estate of Elaine H. Brown<br>97 Ellis Drive<br>West Falls, NY 14170 | Eve O. Buero<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 | Mack Newman Butler<br>Connie Panelle Butler<br>207 Roseland Drive<br>Rainbow City, AL 35906 |
| Jones and Butler Investments,<br>LLC<br>3518 Montrose Ave.<br>Rainbow City, AL 35906 | Jamila M. Byrd, next of kin of<br>Pamela Jean Johnson,<br>Deceased<br>328 East Morelia Ave.<br>Knoxville, TN 37917 | Gae Campbell<br>4206 Dolly's Drive<br>Sevierville, TN 37876 |
| Lindsey Campbell<br>608 E. Reagan Lane<br>Gatlinburg, TN 37738 | Myrl D. Carr Administrator of<br>Estate of Myrl J. Carr<br>3230 Woods Way<br>Sevierville, TN 37876 | Charles S. Cavanaugh<br>413 McMahan Avenue<br>Sevierville, TN 37862 |
| Destin R. Chambers<br>Kelsey Y. Chambers<br>1013 Powdermill Rd.<br>Gatlinburg, TN 37738 | Julie Lynn Chase<br>Caleb B. Chase<br>P.O. Box 6805<br>Sevierville, TN 37864 | David R. Cheatham<br>611 Anderson Drive<br>Clarksville, TN 37040 |
| Steve W. Cofield<br>Jan Cofield<br>4016 Rainbow Drive<br>Rainbow City, AL 35906 | Terry D. Daniel<br>Carol A. Daniel<br>4387 School Section Rd.<br>Cincinnati, OH 45211 | Leon C. Dodd<br>638 Cedar Lane, Apt. 1<br>Knoxville, TN 37912 |
| Amy E. Dowling<br>Don J. Dowling<br>214 Mills Park Rd.<br>Gatlinburg, TN 37738 | Justin W. Dumas<br>Merry D. Dumas<br>212 Golden Rod Drive<br>Seymour, TN 37865 | John P. Eames<br>Lois A. Eames<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| Timothy James Easley<br>P.O. Box 1763<br>Gatlinburg, TN 37738 | Timothy Fannin<br>7028 South Ridgewood Drive<br>Lambertville, MI 48141 | Linda K. Garrett<br>234 Benson Lane<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Stephen R. Gilmore<br>Deborah L. Gilmore<br>19 Meigs Dr.<br>Shalimar, FL 32579 | Brenda J. Halsey<br>James L. Halsey<br>570 South Greenlee Rd.<br>Troy, OH 45373 | Russell E. Haskins<br>Cheryl F. Haskins<br>P.O. Box 23423<br>Knoxville, TN 37933 |
| Mark Hass<br>Terri Hass<br>1160 Tranquility Way<br>Louisville, KY 40291 | Kirk L. Heinsohn<br>660 Washington Rd.<br>Gatlinburg, TN 37738 | Sharon H. Hirschfield<br>1431 N. Arvon Lane<br>Gatlinburg, TN 37738 |
| Dave Hisey<br>1160 Upper Alpine Way<br>Gatlinburg, TN 37738 | Karen M. Holding<br>Harry R. Holding<br>7104 West Santa Fe Drive<br>Mucie, IN 47304 | James D. Holifield<br>1320 Powdermill Rd. Apt. #3<br>Gatlinburg, TN 37738 |
| John L. Hondulas<br>676 Maryville Pike<br>Knoxville, TN 37920 | Charlie Bob Hughes Jr.<br>Victoria D. Fister<br>126 Cookeville Hwy<br>Carthage, TN 37030 | James M. Hunter<br>P.O. Box 21568<br>Chattanooga, TN 37424 |
| Kathy Jones<br>1420 Cherokee Circle<br>Sevierville, TN 37862 | David L. Joyner<br>1063 Valley View Cir<br>Sevierville, TN 37876 | Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 |
| , Minor<br>B/N/F Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 | David M. Klassen<br>Linda F. Klassen<br>1615 Tammany Drive<br>Nashville, TN 37206 | Kyle S. King<br>Doreen R. King<br>624 Mountain Drive<br>Gatlinburg, TN 37738 |
| John C. Kling<br>Cheryl A. Kling<br>146 Hackberry Way<br>Dandridge, TN 37725 | Karen N. Leverette<br>John R. Leverette<br>360 Menawa Pass<br>Millbrook, AL 36504 | Damon J. Matthews<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| John H. H. Matthews<br>Kenneth M. Matthews Jr.<br>7400 Forests Edge Ct.<br>Lairel, MD 20707 | Jo Rita Maxwell<br>P.O. Box 965<br>Pigeon Forge, TN 37868 | Zina Faye McKinney<br>508 Houser Road<br>Gatlinburg, TN 37738 |
| Patrick McKnight<br>Karen McKnight<br>608 Forrest Hill Dr<br>Lexington, KY 40509 | Rita S. Montero<br>1300 Park Blvd.<br>Marion, VA 24354 | Douglas E. Moore<br>Sandy M. Moore<br>325 Beech Branch Road<br>Gatlinburg, TN 37738 |
| Carol G. Muszik<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | James Dale Grace Christian<br>Trust, MSM Capital<br>Management, LLLP<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | David L. Naquin, Sr.<br>Denise A. Naquin<br>760 Wiley Oakley Dr<br>Gatlinburg, TN 37738 |
| Sue A. Naquin | Carroll E. Nichols | Jacob W. Parton |

| | | |
|---|---|---|
| 2614 Surftide Drive<br>Dandridge, TN 37725 | 109 Carlstown Drive #2<br>Pigeon Forge, TN 37863 | Betty J. Parton<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 |
| Miranda L. Paulk<br>Dora Jean Paulk<br>430 Mountain Drive<br>Gatlinburg, TN 37738 | Amanda B. Perryman<br>221 Woodland Road<br>Gatlinburg, TN 37738 | Melanie Meeks Phillips, next of<br>kin of Bradley Phillips,<br>deceased<br>5861 Wild Fig Lane<br>Ft. Myers, FL 33919 |
| Wesley M. Pittman<br>Katrina L. Pittman<br>818 Wesley Drive<br>Gatlinburg, TN 37738 | Giselle Porraspita<br>15240 SW 148th Terrace<br>Miami, FL 33196 | Paul Cliff Price<br>320 Ownby Street<br>Gatlinburg, TN 37738 |
| Florian J. Puhala, Jr.<br>Mary E. Puhala<br>601 Glades Road, Suite 12<br>Gatlinburg, TN 37738 | Larry D. Raymes<br>Karen Raymes<br>835 Terry Drive<br>Gatlinburg, TN 37738 | Betsy C. Rettig<br>124 Plaza Drive<br>Unit 3104<br>Pigeon Forge, TN 37863 |
| Jacqueline R. Robertson<br>2805 Dower Road<br>Sevierville, TN 37876 | Sandra Rovhana-Lollino<br>William Mark Gillham<br>9 Jungle Plum Ct South<br>Homosassa, FL 34446 | Mark Rueter<br>Glen Beasley<br>117 Joy Street<br>Sevierville, TN 37862 |
| Kerry "Tom" Sanders<br>Denise M. Sanders<br>250 Collier Drive<br>Sevierville, TN 37862 | Phyllis J. Seidel<br>2768 Mill View Court<br>Hamilton, OH 45011 | James Tom Shofner<br>Cheryl A. Shofner<br>127 Captain Lowman Rd.<br>Chapin, SC 29036 |
| Elizabeth A. Smith<br>Claude Thomas<br>1619 Butternut Lane<br>Sevierville, TN 37876 | Owen G. Smith<br>Rick Cook<br>4008 Rose Hill Ave.<br>Cincinnati, OH 45229 | Joel A. Sortore<br>Tomeika C. Stallworth<br>3259 Sims Road<br>Sevierville, TN 37876 |
| Deborah T. Spillers, Admx of<br>the estate of<br>Charles Edwin Taylor<br>125 Pine Gate Dr<br>Greenville, S.C. 29607 | Connie R. Springfield<br>Barry S. Springfield<br>59 Stonecreek Drive<br>Cartersville, GA 30120 | Tammie R. Starkey<br>Tommy L. Starkey<br>P.O. Box 1758<br>Pigeon Forge, TN 37868 |
| Arthur W. Stewart<br>1359 Korey Blvd.<br>Sevierville, TN 37876 | Michael B. Thompson<br>2328 Big River Overlook Drive<br>Apt. #7<br>Sevierville, TN 37876 | Michael G. Thompson<br>Sue D. Thompson<br>P.O. Box 1554<br>Gatlinburg, TN 37738 |
| Raymond A. Waddle Jr.<br>Jacqueline Waddle<br>235 Jones Cove Rd<br>Cosby, TN 37722 | Delbert R. Wallace<br>1375 Ogle Rd.<br>Apt. 4<br>Sevierville, TN 37876 | Douglas S. Yates<br>Audrey Yates<br>117 Joy Street<br>Sevierville, TN 37862 |

| | | |
|---|---|---|
| Joshua Yates<br>Krista Yates<br>2213 Douglas Dam rd., Apt. 2<br>Sevierville, TN 37876 | Julie O. Yates<br>Anthony L. Yates<br>735 Cummings Chapel Rd.<br>Sevierville, TN 37876 | Charles C. Young<br>Deborah L. Young<br>3495 Country Hill Drive<br>Bartlett, TN 38135 |
| Judy A. Sullivan, Gerald Sullivan<br>Mountainside Rentals<br>402 Minnow Lane<br>Gulf Shores, AL 36542 | | |

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C. Street, N.W.<br>Washington, DC 20240 | John P. Eames<br>Lois A. Eames<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| [ ] MILITARY [X] CIVILIAN | | | 11/23/2016 | Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Rented; total contents lost; vehicle 2008 Dodge Calibar, located at: 545 Baskins Creek Rd., Gatlinburg, TN 37738;

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 50,000.00 | | | 50,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Rodney W. Shleath, atty* | (865) 637-2442 | 11/44/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No    17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
 A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

LAW OFFICES

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3388

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0511

November 21, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:   Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result
of the Gatlinburg Fire beginning November 23, 2016, and a list of the 97 claimants whose forms
are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney Gilreath

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE
2018 NOV 27 AM 8:52
RECEIVED

0260143

Case 3:18-cv-00201-JRG-CRW   Document 111-1   Filed 06/01/21   Page 435 of 502   PageID #: 4329

| | | |
|---|---|---|
| Paul W. Abbott<br>Toni L. Abbott<br>1718 North Roane Street<br>Johnson City, TN 37601 | Brittany N. Adkins<br>2239 Grassy Branch Rd.<br>Sevierville, TN 37876 | Jayme E. Aleman<br>1475 Robert Ridge Road<br>Sevierville, TN 37862 |
| Brian H. Alspach<br>530 Bruce Rd.<br>Gatlinburg, TN 37738 | Tammy F. Bain<br>Leslie N. Miles<br>827 Sunrise Blvd<br>Sevierville, TN 37862 | Michael Bech<br>Sandra M. Bech<br>312 Saddleback Way<br>Sevierville, TN 37862 |
| Jody T. Bertram<br>520 Johnson Lane<br>Gatlinburg, TN 37738 | Stephen E. Bond<br>5896 Milburne Drive<br>Milford, OH 45150 | Marvis L. Bosarge Gonzalez<br>P.O. Box 425<br>Pigeon Forge, TN 37868 |
| Terrell M. Bouie<br>4749 Towensend<br>Gatlinburg, TN 37738 | Genie E. Brabham<br>535 Greenbriar Lane<br>Gatlinburg, TN 37738 | Deborah A. Brooks<br>219 Emert Street<br>Pigeon Forge, TN 37863 |
| William E. Brown Exector of<br>Estate of Elaine H. Brown<br>97 Ellis Drive<br>West Falls, NY 14170 | Eve O. Buero<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 | Mack Newman Butler<br>Connie Panelle Butler<br>207 Roseland Drive<br>Rainbow City, AL 35906 |
| Jones and Butler Investments,<br>LLC<br>3518 Montrose Ave.<br>Rainbow City, AL 35906 | Jamila M. Byrd, next of kin of<br>Pamela Jean Johnson,<br>Deceased<br>328 East Morelia Ave.<br>Knoxville, TN 37917 | Gae Campbell<br>4206 Dolly's Drive<br>Sevierville, TN 37876 |
| Lindsey Campbell<br>608 E. Reagan Lane<br>Gatlinburg, TN 37738 | Myrl D. Carr Administrator of<br>Estate of Myrl J. Carr<br>3230 Woods Way<br>Sevierville, TN 37876 | Charles S. Cavanaugh<br>413 McMahan Avenue<br>Sevierville, TN 37862 |
| Destin R. Chambers<br>Kelsey Y. Chambers<br>1013 Powdermill Rd.<br>Gatlinburg, TN 37738 | Julie Lynn Chase<br>Caleb B. Chase<br>P.O. Box 6805<br>Sevierville, TN 37864 | David R. Cheatham<br>611 Anderson Drive<br>Clarksville, TN 37040 |
| Steve W. Cofield<br>Jan Cofield<br>4016 Rainbow Drive<br>Rainbow City, AL 35906 | Terry D. Daniel<br>Carol A. Daniel<br>4387 School Section Rd.<br>Cincinnati, OH 45211 | Leon C. Dodd<br>638 Cedar Lane, Apt. 1<br>Knoxville, TN 37912 |
| Amy E. Dowling<br>Don J. Dowling<br>214 Mills Park Rd.<br>Gatlinburg, TN 37738 | Justin W. Dumas<br>Merry D. Dumas<br>212 Golden Rod Drive<br>Seymour, TN 37865 | John P. Eames<br>Lois A. Eames<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| Timothy James Easley<br>P.O. Box 1763<br>Gatlinburg, TN 37738 | Timothy Fannin<br>7028 South Ridgewood Drive<br>Lambertville, MI 48141 | Linda K. Garrett<br>234 Benson Lane<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Stephen R. Gilmore<br>Deborah L. Gilmore<br>19 Meigs Dr.<br>Shalimar, FL 32579 | Brenda J. Halsey<br>James L. Halsey<br>570 South Greenlee Rd.<br>Troy, OH 45373 | Russell E. Haskins<br>Cheryl F. Haskins<br>P.O. Box 23423<br>Knoxville, TN 37933 |
| Mark Hass<br>Terri Hass<br>1160 Tranquility Way<br>Louisville, KY 40291 | Kirk L. Heinsohn<br>660 Washington Rd.<br>Gatlinburg, TN 37738 | Sharon H. Hirschfield<br>1431 N. Arvon Lane<br>Gatlinburg, TN 37738 |
| Dave Hisey<br>1160 Upper Alpine Way<br>Gatlinburg, TN 37738 | Karen M. Holding<br>Harry R. Holding<br>7104 West Santa Fe Drive<br>Mucie, IN 47304 | James D. Holifield<br>1320 Powdermill Rd. Apt. #3<br>Gatlinburg, TN 37738 |
| John L. Hondulas<br>676 Maryville Pike<br>Knoxville, TN 37920 | Charlie Bob Hughes Jr.<br>Victoria D. Fister<br>126 Cookeville Hwy<br>Carthage, TN 37030 | James M. Hunter<br>P.O. Box 21568<br>Chattanooga, TN 37424 |
| Kathy Jones<br>1420 Cherokee Circle<br>Sevierville, TN 37862 | David L. Joyner<br>1063 Valley View Cir<br>Sevierville, TN 37876 | Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 |
| , Minor<br>B/N/F Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 | David M. Klassen<br>Linda F. Klassen<br>1615 Tammany Drive<br>Nashville, TN 37206 | Kyle S. King<br>Doreen R. King<br>624 Mountain Drive<br>Gatlinburg, TN 37738 |
| John C. Kling<br>Cheryl A. Kling<br>146 Hackberry Way<br>Dandridge, TN 37725 | Karen N. Leverette<br>John R. Leverette<br>360 Menawa Pass<br>Millbrook, AL 36504 | Damon J. Matthews<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| John H. H. Matthews<br>Kenneth M. Matthews Jr.<br>7400 Forests Edge Ct.<br>Lairel, MD 20707 | Jo Rita Maxwell<br>P.O. Box 965<br>Pigeon Forge, TN 37868 | Zina Faye McKinney<br>508 Houser Road<br>Gatlinburg, TN 37738 |
| Patrick McKnight<br>Karen McKnight<br>608 Forrest Hill Dr<br>Lexington, KY 40509 | Rita S. Montero<br>1300 Park Blvd.<br>Marion, VA 24354 | Douglas E. Moore<br>Sandy M. Moore<br>325 Beech Branch Road<br>Gatlinburg, TN 37738 |
| Carol G. Muszik<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | James Dale Grace Christian<br>Trust, MSM Capital<br>Management, LLLP<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | David L. Naquin, Sr.<br>Denise A. Naquin<br>760 Wiley Oakley Dr<br>Gatlinburg, TN 37738 |
| Sue A. Naquin | Carroll E. Nichols | Jacob W. Parton |

| | | |
|---|---|---|
| 2614 Surftide Drive<br>Dandridge, TN 37725 | 109 Carlstown Drive #2<br>Pigeon Forge, TN 37863 | Betty J. Parton<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 |
| Miranda L. Paulk<br>Dora Jean Paulk<br>430 Mountain Drive<br>Gatlinburg, TN 37738 | Amanda B. Perryman<br>221 Woodland Road<br>Gatlinburg, TN 37738 | Melanie Meeks Phillips, next of<br>kin of Bradley Phillips,<br>deceased<br>5861 Wild Fig Lane<br>Ft. Myers, FL 33919 |
| Wesley M. Pittman<br>Katrina L. Pittman<br>818 Wesley Drive<br>Gatlinburg, TN 37738 | Giselle Porraspita<br>15240 SW 148th Terrace<br>Miami, FL 33196 | Paul Cliff Price<br>320 Ownby Street<br>Gatlinburg, TN 37738 |
| Florian J. Puhala, Jr.<br>Mary E. Puhala<br>601 Glades Road, Suite 12<br>Gatlinburg, TN 37738 | Larry D. Raymes<br>Karen Raymes<br>835 Terry Drive<br>Gatlinburg, TN 37738 | Betsy C. Rettig<br>124 Plaza Drive<br>Unit 3104<br>Pigeon Forge, TN 37863 |
| Jacqueline R. Robertson<br>2805 Dower Road<br>Sevierville, TN 37876 | Sandra Rovhana-Lollino<br>William Mark Gillham<br>9 Jungle Plum Ct South<br>Homosassa, FL 34446 | Mark Rueter<br>Glen Beasley<br>117 Joy Street<br>Sevierville, TN 37862 |
| Kerry "Tom" Sanders<br>Denise M. Sanders<br>250 Collier Drive<br>Sevierville, TN 37862 | Phyllis J. Seidel<br>2768 Mill View Court<br>Hamilton, OH 45011 | James Tom Shofner<br>Cheryl A. Shofner<br>127 Captain Lowman Rd.<br>Chapin, SC 29036 |
| Elizabeth A. Smith<br>Claude Thomas<br>1619 Butternut Lane<br>Sevierville, TN 37876 | Owen G. Smith<br>Rick Cook<br>4008 Rose Hill Ave.<br>Cincinnati, OH 45229 | Joel A. Sortore<br>Tomeika C. Stallworth<br>3259 Sims Road<br>Sevierville, TN 37876 |
| Deborah T. Spillers, Admx of<br>the estate of<br>Charles Edwin Taylor<br>125 Pine Gate Dr<br>Greenville, S.C. 29607 | Connie R. Springfield<br>Barry S. Springfield<br>59 Stonecreek Drive<br>Cartersville, GA 30120 | Tammie R. Starkey<br>Tommy L. Starkey<br>P.O. Box 1758<br>Pigeon Forge, TN 37868 |
| Arthur W. Stewart<br>1359 Korey Blvd.<br>Sevierville, TN 37876 | Michael B. Thompson<br>2328 Big River Overlook Drive<br>Apt. #7<br>Sevierville, TN 37876 | Michael G. Thompson<br>Sue D. Thompson<br>P.O. Box 1554<br>Gatlinburg, TN 37738 |
| Raymond A. Waddle Jr.<br>Jacqueline Waddle<br>235 Jones Cove Rd<br>Cosby, TN 37722 | Delbert R. Wallace<br>1375 Ogle Rd.<br>Apt. 4<br>Sevierville, TN 37876 | Douglas S. Yates<br>Audrey Yates<br>117 Joy Street<br>Sevierville, TN 37862 |

| | | |
|---|---|---|
| Joshua Yates<br>Krista Yates<br>2213 Douglas Dam rd., Apt. 2<br>Sevierville, TN 37876 | Julie O. Yates<br>Anthony L. Yates<br>735 Cummings Chapel Rd.<br>Sevierville, TN 37876 | Charles C. Young<br>Deborah L. Young<br>3495 Country Hill Drive<br>Bartlett, TN 38135 |
| Judy A. Sullivan, Gerald<br>Sullivan<br>Mountainside Rentals<br>402 Minnow Lane<br>Gulf Shores, AL 36542 | | |

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government Department of the Interior 1849 C Street, N.W. Washington, DC 20240 | Timothy James Easley P.O. Box 1763 Gatlinburg, TN 37738 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | | 11/23/2016    Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence; total contents; had just upgraded home 3,500 square foot; located at 552 Campbell Lead Gatlinburg, TN 37738.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413 Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 450,000.00 | | | 450,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| Sidney W. Gilreath, atty | (865) 637-2442 | 11/1/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction Previous Edition is not Usable 95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No | 17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

Farm Bureau

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim asserted on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the extent of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

LAW OFFICES

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600
P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3368

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0611

August 30, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:    Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result of the Gatlinburg Fire beginning November 23, 2016, and a list of the 61 claimants whose forms are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE
2018 SEP -5 AM 8:08
RECEIVED

021420

| | | |
|---|---|---|
| Jackie Sue Barnes<br>4250 Parkway<br>Pigeon Forge, TN 37722 | Christopher W. Beam<br>Sandra A. Beam<br>148 Scenic View Drive<br>Talbot, TN 37877 | Ruth B. Bloom<br>P.O. Box 1361<br>Gatlinburg, TN 37738 |
| Guy E. Burroughs<br>Christine M. Buurroughs<br>1432 Black Horse Run<br>Lebanon, OH 45036 | Rodney Clark<br>825 Smoke Rise Drive<br>Gatlinburg, TN 37738 | Nelida F. Collantes<br>Stephen C. Bradley<br>P.O. Box 866<br>Gatlinburg, TN 37738 |
| Jeffrey L. Cook<br>Nancy Jean Cook<br>9715 Pebble View Drive<br>Cincinnati, OH 45252 | Joanne Cooksey<br>6008 Meadow Oak Ln<br>Knoxville, TN 37720 | Jamie B. Cubbage<br>1630 Country Meadows Drive<br>Sevierville, TN 37862 |
| Bryan O. Dantzler<br>Margaret C. Dantzler<br>972 Poplar Springs Rd<br>Ringgold, GA 30736 | DF Investments<br>1320 Arrowhead Drive<br>Brentwood, TN 37027 | Phillip C. Dollish<br>Tammy L. Dollish<br>3245 Millsboro Rd. East<br>Mansfield, OH 44903 |
| Glenn F. Douglass<br>George T. Douglass Jr.<br>2988 Majestic View Walk<br>Lexington, VA 40511 | Angelina R. Dwyer<br>4815 Kingston Pike #131<br>Knoxville, TN 37919 | Kent A. Emmons<br>9663 Santa Monica Blvd. #869<br>Beverly Hills, CA 90210 |
| James E. & Sara Farris<br>John D. & Jean Denney<br>1320 Arrowhead Drive<br>Brentwood, TN 37027 | W. Earl Finley<br>811 Wavecrest Lane<br>Houston, TX 77062 | Melissa A. Flannery<br>444 Kingfisher Avenue<br>Sevierville, TN 37762 |
| Thomas Freeberg<br>Katherine E. Freeberg<br>5925 SE 1258 Court<br>Ocklawaha, FL 32179 | Earlene A. Haddock<br>4302 Gainesborough Court<br>Tampa, FL 33624 | Marie P. Hand<br>Jottie L. Hand<br>810 Davenport Drive<br>Gatlinburg, TN 37738 |
| Michele L. Huskey<br>Billy L. Huskey<br>142 Hickman Hollow Road<br>Gatlinburg, TN 37738 | Debra S. Jarvis<br>Mark Jarvis<br>3719 Ginseng Way<br>Sevierville, TN 37862 | Wyatt R. Jones, III<br>Nancy Susan Jones<br>1740 Cherry Lane<br>Lakeland, FL 33811 |
| Linda L. Kalehoff<br>2746 Native Dancer Way<br>Sevierville, TN 37876 | Stephanie M. Kennedy<br>Michael Salimbene<br>619 Huskey Grove Road<br>Sevierville, TN 37876 | Ben A. Lambeth<br>P.O. Box 766<br>Wendell, NC 27591 |

| | | |
|---|---|---|
| Greg E. Lane<br>Joy D. Lane<br>2835 New Center Drive<br>Sevierville, TN 37876 | Joseph F. McCahill<br>830 Tully Road<br>Knoxville, TN 37919 | Noble C. McCulley<br>Loren B. McCulley<br>150 Oglewood Lane<br>Gatlinburg, TN 37738 |
| Kevin S. McGuire<br>P.O. Box 1363<br>Gatlinburg, TN 37738 | Alex R. Moore<br>Polly I. Moore<br>1 Pearl Avenue<br>Marietta, SC 29661 | Michael R. Morgan<br>Diana L. Morgan<br>319 Franklin Meadows Way<br>Seymour, TN 37865 |
| Maryellen Nicholson<br>1311 Hwy. 417<br>Moore, SC 29369 | Joseph M. O'Neill<br>909 Ella Drive<br>Sevierville, TN 37862 | Leslie A. O'Neill<br>909 Ella Drive<br>Sevierville, TN 37862 |
| Harold W. Otto<br>Linda A. Otto<br>2038 Fox Lane<br>Sevierville, TN 37862 | Greg S. Pancake<br>P.O. Box 1784<br>Gatlinburg, TN 37738 | Dharmesh H. Patel<br>Donika N. Patel<br>523 East Parkway<br>Gatlinburg, TN 37738 |
| Scott H. Patterson<br>Sandra L. Patterson<br>236 Cedarwood Drive<br>Sevierville, TN 37876 | Scott K. Perham<br>Paula L. Perham<br>208 Tunnel Ridge Drive<br>Sevierville, TN 37876 | Gerald J. Portier<br>Gwendolyn H. Portier<br>P.O. Box 2058<br>Metaire, LA 70004 |
| Larry W. Potter<br>Wanda R. Potter<br>P.O. Box 411434<br>Melbourne, FL 32941 | Julio A. Rabelo<br>110 S.W. 48th Avenue<br>Miami, FL 33134 | Ashley M. Rad<br>1733 Snapp Road<br>Sevierville, TN 37862 |
| Jason S. Rakes<br>265 New Jail St<br>Sneedville, TN 37869 | Matthew L. Robertson<br>1733 Snapp Road<br>Sevierville, TN 37862 | David M. Rush<br>Regina L. Rush<br>9575 Hickory Lane<br>St. John, IN 46373 |
| Joseph S. Sherrod<br>Tamila S. Sherrod<br>1541 Old Chisholm Trial<br>Dandridge, TN 37725 | Donald D. Shipman<br>260 Roaring Fork Road<br>Gatlinburg, TN 37738 | Daniel G. Strange<br>Ginger P. Strange<br>1499 Hwy. 77<br>Southside, AL 35907 |
| Benjie S. Stroupe<br>307 Newman Road<br>Gatlinburg, TN 37738 | Bobby R. Taylor<br>Doris G. Taylor<br>P.O Box 307<br>Gatlinburg, TN 37738 | Sabrina C. Taylor<br>902 Street of Dreams Way<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Scott C. Tegler<br>41 Windermere Crescent<br>Woodstock, Ontario, Canada<br>N456T3 | Glenn E. Terry<br>Bea P. Terry<br>1235 Ski Mountain Road #605<br>Gatlinburg, TN 37783 | Patrick Toner<br>Lisa Ann Toner<br>19 Bay View Drive<br>Westhampton, NY 11177 |
| James Carl Vance<br>395 Devon Chase Hall<br>Unit 3804<br>Gallatin, TN 37066 | Robert D. Ward, Jr.<br>1110 Lower Alpine Way<br>Gatlinburg, TN 37733 | Anita A. Wenn<br>Don F. Green<br>1171 Hemlock Drive<br>Gatlinburg, TN 37738 |
| John C. Willett<br>Kimberly D. Willett<br>4004 French Broad Circle<br>Sevierville, TN 37876 | Scott W. Young<br>Jayne M. Young<br>704 Ely Road<br>Gatlinburg, TN 37738 | |

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse.) Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Kent A. Emmons<br>9663 Santa Monica Blvd.<br>#869<br>Beverly Hills, CA 90210 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | ▮▮▮▮ | Divorced | 11/23/2016          Wednesday | 4:00 P.M. |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Owner under Contract located at: 345 Greystone Heights, Gatlinburg, TN; Complete loss of Residence and total contents

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) | |
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 6,300,000 | | | 6,300,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath, atty* | (865) 637-2442 | 5/3/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.    ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes   ☐ No    17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).    ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government Dept. of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | James L. England, Jr.<br>P.O. Box 610<br>Gatlinburg, TN 37738 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | Divorced | 11-23-2016 | Wednesday | 4:00 P.M. |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The defendant, through its employees, failed to follow mandatory regulations to monitor a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto plaintiff's private property destroying his homeplace and furnishings.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence at 518 Greystone Heights Road, Gatlinburg, TN 37738 (Total Loss)

*[vertical text in right margin: 0006090]*

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN DEATH, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

*[vertical stamp: RECEIVED 2017 JAN 10 PM 3: 31 OFFICE OF THE EXECUTIVE SECRETARIAT]*

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Eric Cooper | 1216 East Parkway #1413, Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| $1,317,000.00 | | | $1,317,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Andrew W. Silvestri atty* | 865 / 637-2442 | 1-6-17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No | 17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

None

19. Do you carry public liability and property damage insurance? ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

State Auto Insurance Company
3400 Peachtree Road #1300
Atlanta, GA 30326

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute this form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

LAW OFFICES

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3388

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0511

November 21, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:    Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result
of the Gatlinburg Fire beginning November 23, 2016, and a list of the 97 claimants whose forms
are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE
2018 NOV 27 AM 8:52
RECEIVED

0260143

| | | |
|---|---|---|
| Paul W. Abbott<br>Toni L. Abbott<br>1718 North Roane Street<br>Johnson City, TN 37601 | Brittany N. Adkins<br>2239 Grassy Branch Rd.<br>Sevierville, TN 37876 | Jayme E. Aleman<br>1475 Robert Ridge Road<br>Sevierville, TN 37862 |
| Brian H. Alspach<br>530 Bruce Rd.<br>Gatlinburg, TN 37738 | Tammy F. Bain<br>Leslie N. Miles<br>827 Sunrise Blvd<br>Sevierville, TN 37862 | Michael Bech<br>Sandra M. Bech<br>312 Saddleback Way<br>Sevierville, TN 37862 |
| Jody T. Bertram<br>520 Johnson Lane<br>Gatlinburg, TN 37738 | Stephen E. Bond<br>5896 Milburne Drive<br>Milford, OH 45150 | Marvis L. Bosarge Gonzalez<br>P.O. Box 425<br>Pigeon Forge, TN 37868 |
| Terrell M. Bouie<br>4749 Towensend<br>Gatlinburg, TN 37738 | Genie E. Brabham<br>535 Greenbriar Lane<br>Gatlinburg, TN 37738 | Deborah A. Brooks<br>219 Emert Street<br>Pigeon Forge, TN 37863 |
| William E. Brown Exector of<br>Estate of Elaine H. Brown<br>97 Ellis Drive<br>West Falls, NY 14170 | Eve O. Buero<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 | Mack Newman Butler<br>Connie Panelle Butler<br>207 Roseland Drive<br>Rainbow City, AL 35906 |
| Jones and Butler Investments,<br>LLC<br>3518 Montrose Ave.<br>Rainbow City, AL 35906 | Jamila M. Byrd, next of kin of<br>Pamela Jean Johnson,<br>Deceased<br>328 East Morelia Ave.<br>Knoxville, TN 37917 | Gae Campbell<br>4206 Dolly's Drive<br>Sevierville, TN 37876 |
| Lindsey Campbell<br>608 E. Reagan Lane<br>Gatlinburg, TN 37738 | Myrl D. Carr Administrator of<br>Estate of Myrl J. Carr<br>3230 Woods Way<br>Sevierville, TN 37876 | Charles S. Cavanaugh<br>413 McMahan Avenue<br>Sevierville, TN 37862 |
| Destin R. Chambers<br>Kelsey Y. Chambers<br>1013 Powdermill Rd.<br>Gatlinburg, TN 37738 | Julie Lynn Chase<br>Caleb B. Chase<br>P.O. Box 6805<br>Sevierville, TN 37864 | David R. Cheatham<br>611 Anderson Drive<br>Clarksville, TN 37040 |
| Steve W. Cofield<br>Jan Cofield<br>4016 Rainbow Drive<br>Rainbow City, AL 35906 | Terry D. Daniel<br>Carol A. Daniel<br>4387 School Section Rd.<br>Cincinnati, OH 45211 | Leon C. Dodd<br>638 Cedar Lane, Apt. 1<br>Knoxville, TN 37912 |
| Amy E. Dowling<br>Don J. Dowling<br>214 Mills Park Rd.<br>Gatlinburg, TN 37738 | Justin W. Dumas<br>Merry D. Dumas<br>212 Golden Rod Drive<br>Seymour, TN 37865 | John P. Eames<br>Lois A. Eames<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| Timothy James Easley<br>P.O. Box 1763<br>Gatlinburg, TN 37738 | Timothy Fannin<br>7028 South Ridgewood Drive<br>Lambertville, MI 48141 | Linda K. Garrett<br>234 Benson Lane<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Stephen R. Gilmore<br>Deborah L. Gilmore<br>19 Meigs Dr.<br>Shalimar, FL 32579 | Brenda J. Halsey<br>James L. Halsey<br>570 South Greenlee Rd.<br>Troy, OH 45373 | Russell E. Haskins<br>Cheryl F. Haskins<br>P.O. Box 23423<br>Knoxville, TN 37933 |
| Mark Hass<br>Terri Hass<br>1160 Tranquility Way<br>Louisville, KY 40291 | Kirk L. Heinsohn<br>660 Washington Rd.<br>Gatlinburg, TN 37738 | Sharon H. Hirschfield<br>1431 N. Arvon Lane<br>Gatlinburg, TN 37738 |
| Dave Hisey<br>1160 Upper Alpine Way<br>Gatlinburg, TN 37738 | Karen M. Holding<br>Harry R. Holding<br>7104 West Santa Fe Drive<br>Mucie, IN 47304 | James D. Holifield<br>1320 Powdermill Rd. Apt. #3<br>Gatlinburg, TN 37738 |
| John L. Hondulas<br>676 Maryville Pike<br>Knoxville, TN 37920 | Charlie Bob Hughes Jr.<br>Victoria D. Fister<br>126 Cookeville Hwy<br>Carthage, TN 37030 | James M. Hunter<br>P.O. Box 21568<br>Chattanooga, TN 37424 |
| Kathy Jones<br>1420 Cherokee Circle<br>Sevierville, TN 37862 | David L. Joyner<br>1063 Valley View Cir<br>Sevierville, TN 37876 | Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 |
| , Minor<br>B/N/F Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 | David M. Klassen<br>Linda F. Klassen<br>1615 Tammany Drive<br>Nashville, TN 37206 | Kyle S. King<br>Doreen R. King<br>624 Mountain Drive<br>Gatlinburg, TN 37738 |
| John C. Kling<br>Cheryl A. Kling<br>146 Hackberry Way<br>Dandridge, TN 37725 | Karen N. Leverette<br>John R. Leverette<br>360 Menawa Pass<br>Millbrook, AL 36504 | Damon J. Matthews<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| John H. H. Matthews<br>Kenneth M. Matthews Jr.<br>7400 Forests Edge Ct.<br>Lairel, MD 20707 | Jo Rita Maxwell<br>P.O. Box 965<br>Pigeon Forge, TN 37868 | Zina Faye McKinney<br>508 Houser Road<br>Gatlinburg, TN 37738 |
| Patrick McKnight<br>Karen McKnight<br>608 Forrest Hill Dr<br>Lexington, KY 40509 | Rita S. Montero<br>1300 Park Blvd.<br>Marion, VA 24354 | Douglas E. Moore<br>Sandy M. Moore<br>325 Beech Branch Road<br>Gatlinburg, TN 37738 |
| Carol G. Muszik<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | James Dale Grace Christian<br>Trust, MSM Capital<br>Management, LLLP<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | David L. Naquin, Sr.<br>Denise A. Naquin<br>760 Wiley Oakley Dr<br>Gatlinburg, TN 37738 |
| Sue A. Naquin | Carroll E. Nichols | Jacob W. Parton |

| | | |
|---|---|---|
| 2614 Surftide Drive<br>Dandridge, TN 37725 | 109 Carlstown Drive #2<br>Pigeon Forge, TN 37863 | Betty J. Parton<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 |
| Miranda L. Paulk<br>Dora Jean Paulk<br>430 Mountain Drive<br>Gatlinburg, TN 37738 | Amanda B. Perryman<br>221 Woodland Road<br>Gatlinburg, TN 37738 | Melanie Meeks Phillips, next of<br>kin of Bradley Phillips,<br>deceased<br>5861 Wild Fig Lane<br>Ft. Myers, FL 33919 |
| Wesley M. Pittman<br>Katrina L. Pittman<br>818 Wesley Drive<br>Gatlinburg, TN 37738 | Giselle Porraspita<br>15240 SW 148th Terrace<br>Miami, FL 33196 | Paul Cliff Price<br>320 Ownby Street<br>Gatlinburg, TN 37738 |
| Florian J. Puhala, Jr.<br>Mary E. Puhala<br>601 Glades Road, Suite 12<br>Gatlinburg, TN 37738 | Larry D. Raymes<br>Karen Raymes<br>835 Terry Drive<br>Gatlinburg, TN 37738 | Betsy C. Rettig<br>124 Plaza Drive<br>Unit 3104<br>Pigeon Forge, TN 37863 |
| Jacqueline R. Robertson<br>2805 Dower Road<br>Sevierville, TN 37876 | Sandra Rovhana-Lollino<br>William Mark Gillham<br>9 Jungle Plum Ct South<br>Homosassa, FL 34446 | Mark Rueter<br>Glen Beasley<br>117 Joy Street<br>Sevierville, TN 37862 |
| Kerry "Tom" Sanders<br>Denise M. Sanders<br>250 Collier Drive<br>Sevierville, TN 37862 | Phyllis J. Seidel<br>2768 Mill View Court<br>Hamilton, OH 45011 | James Tom Shofner<br>Cheryl A. Shofner<br>127 Captain Lowman Rd.<br>Chapin, SC 29036 |
| Elizabeth A. Smith<br>Claude Thomas<br>1619 Butternut Lane<br>Sevierville, TN 37876 | Owen G. Smith<br>Rick Cook<br>4008 Rose Hill Ave.<br>Cincinnati, OH 45229 | Joel A. Sortore<br>Tomeika C. Stallworth<br>3259 Sims Road<br>Sevierville, TN 37876 |
| Deborah T. Spillers, Admx of<br>the estate of<br>Charles Edwin Taylor<br>125 Pine Gate Dr<br>Greenville, S.C. 29607 | Connie R. Springfield<br>Barry S. Springfield<br>59 Stonecreek Drive<br>Cartersville, GA 30120 | Tammie R. Starkey<br>Tommy L. Starkey<br>P.O. Box 1758<br>Pigeon Forge, TN 37868 |
| Arthur W. Stewart<br>1359 Korey Blvd.<br>Sevierville, TN 37876 | Michael B. Thompson<br>2328 Big River Overlook Drive<br>Apt. #7<br>Sevierville, TN 37876 | Michael G. Thompson<br>Sue D. Thompson<br>P.O. Box 1554<br>Gatlinburg, TN 37738 |
| Raymond A. Waddle Jr.<br>Jacqueline Waddle<br>235 Jones Cove Rd<br>Cosby, TN 37722 | Delbert R. Wallace<br>1375 Ogle Rd.<br>Apt. 4<br>Sevierville, TN 37876 | Douglas S. Yates<br>Audrey Yates<br>117 Joy Street<br>Sevierville, TN 37862 |

| Joshua Yates<br>Krista Yates<br>2213 Douglas Dam rd., Apt. 2<br>Sevierville, TN 37876 | Julie O. Yates<br>Anthony L. Yates<br>735 Cummings Chapel Rd.<br>Sevierville, TN 37876 | Charles C. Young<br>Deborah L. Young<br>3495 Country Hill Drive<br>Bartlett, TN 38135 |
| --- | --- | --- |
| Judy A. Sullivan, Gerald<br>Sullivan<br>Mountainside Rentals<br>402 Minnow Lane<br>Gulf Shores, AL 36542 | | |

<table>
<tr><td colspan="2">

# CLAIM FOR DAMAGE, INJURY, OR DEATH

</td><td>

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

</td><td>

FORM APPROVED
OMB NO. 1105-0008

</td></tr>
</table>

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Timothy Fannin<br>7028 South Ridgewood Dr.<br>Lambertville, MI 48141 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS<br>Single | 6. DATE AND DAY OF ACCIDENT<br>11/23/2016     Wednesday | 7. TIME (A.M. OR P.M.)<br>4:00 P.M. |
|---|---|---|---|---|

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence; total contents, storage unit located at: 125 Village Drive, B1, Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) | |
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE<br><br>300,000.00 | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights).<br><br>300,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side).<br>*Sidney W. Shreats, atty* | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>(865) 637-2442 | 14. DATE OF SIGNATURE<br>11/21/18 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING<br>FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT<br>CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.). |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No   17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

19. Do you carry public liability and property damage insurance? ☒ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

Erie

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
    A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600
P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3368

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0611

August 30, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:     Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result of the Gatlinburg Fire beginning November 23, 2016, and a list of the 61 claimants whose forms are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

OFFICE OF THE
EXECUTIVE SECRETARIAT

2018 SEP -5 AM 8:08          024138

RECEIVED

| | | |
|---|---|---|
| Jackie Sue Barnes<br>4250 Parkway<br>Pigeon Forge, TN 37722 | Christopher W. Beam<br>Sandra A. Beam<br>148 Scenic View Drive<br>Talbot, TN 37877 | Ruth B. Bloom<br>P.O. Box 1361<br>Gatlinburg, TN 37738 |
| Guy E. Burroughs<br>Christine M. Buurroughs<br>1432 Black Horse Run<br>Lebanon, OH 45036 | Rodney Clark<br>825 Smoke Rise Drive<br>Gatlinburg, TN 37738 | Nelida F. Collantes<br>Stephen C. Bradley<br>P.O. Box 866<br>Gatlinburg, TN 37738 |
| Jeffrey L. Cook<br>Nancy Jean Cook<br>9715 Pebble View Drive<br>Cincinnati, OH 45252 | Joanne Cooksey<br>6008 Meadow Oak Ln<br>Knoxville, TN 37720 | Jamie B. Cubbage<br>1630 Country Meadows Drive<br>Sevierville, TN 37862 |
| Bryan O. Dantzler<br>Margaret C. Dantzler<br>972 Poplar Springs Rd<br>Ringgold, GA 30736 | DF Investments<br>1320 Arrowhead Drive<br>Brentwood, TN 37027 | Phillip C. Dollish<br>Tammy L. Dollish<br>3245 Millsboro Rd. East<br>Mansfield, OH 44903 |
| Glenn F. Douglass<br>George T. Douglass Jr.<br>2988 Majestic View Walk<br>Lexington, VA 40511 | Angelina R. Dwyer<br>4815 Kingston Pike #131<br>Knoxville, TN 37919 | Kent A. Emmons<br>9663 Santa Monica Blvd. #869<br>Beverly Hills, CA 90210 |
| James E. & Sara Farris<br>John D. & Jean Denney<br>1320 Arrowhead Drive<br>Brentwood, TN 37027 | W. Earl Finley<br>811 Wavecrest Lane<br>Houston, TX 77062 | Melissa A. Flannery<br>444 Kingfisher Avenue<br>Sevierville, TN 37762 |
| Thomas Freeberg<br>Katherine E. Freeberg<br>5925 SE 1258 Court<br>Ocklawaha, FL 32179 | Earlene A. Haddock<br>4302 Gainesborough Court<br>Tampa, FL 33624 | Marie P. Hand<br>Jottie L. Hand<br>810 Davenport Drive<br>Gatlinburg, TN 37738 |
| Michele L. Huskey<br>Billy L. Huskey<br>142 Hickman Hollow Road<br>Gatlinburg, TN 37738 | Debra S. Jarvis<br>Mark Jarvis<br>3719 Ginseng Way<br>Sevierville, TN 37862 | Wyatt R. Jones, III<br>Nancy Susan Jones<br>1740 Cherry Lane<br>Lakeland, FL 33811 |
| Linda L. Kalehoff<br>2746 Native Dancer Way<br>Sevierville, TN 37876 | Stephanie M. Kennedy<br>Michael Salimbene<br>619 Huskey Grove Road<br>Sevierville, TN 37876 | Ben A. Lambeth<br>P.O. Box 766<br>Wendell, NC 27591 |

| | | |
|---|---|---|
| Greg E. Lane<br>Joy D. Lane<br>2835 New Center Drive<br>Sevierville, TN 37876 | Joseph F. McCahill<br>830 Tully Road<br>Knoxville, TN 37919 | Noble C. McCulley<br>Loren B. McCulley<br>150 Oglewood Lane<br>Gatlinburg, TN 37738 |
| Kevin S. McGuire<br>P.O. Box 1363<br>Gatlinburg, TN 37738 | Alex R. Moore<br>Polly I. Moore<br>1 Pearl Avenue<br>Marietta, SC 29661 | Michael R. Morgan<br>Diana L. Morgan<br>319 Franklin Meadows Way<br>Seymour, TN 37865 |
| Maryellen Nicholson<br>1311 Hwy. 417<br>Moore, SC 29369 | Joseph M. O'Neill<br>909 Ella Drive<br>Sevierville, TN 37862 | Leslie A. O'Neill<br>909 Ella Drive<br>Sevierville, TN 37862 |
| Harold W. Otto<br>Linda A. Otto<br>2038 Fox Lane<br>Sevierville, TN 37862 | Greg S. Pancake<br>P.O. Box 1784<br>Gatlinburg, TN 37738 | Dharmesh H. Patel<br>Donika N. Patel<br>523 East Parkway<br>Gatlinburg, TN 37738 |
| Scott H. Patterson<br>Sandra L. Patterson<br>236 Cedarwood Drive<br>Sevierville, TN 37876 | Scott K. Perham<br>Paula L. Perham<br>208 Tunnel Ridge Drive<br>Sevierville, TN 37876 | Gerald J. Portier<br>Gwendolyn H. Portier<br>P.O. Box 2058<br>Metaire, LA 70004 |
| Larry W. Potter<br>Wanda R. Potter<br>P.O. Box 411434<br>Melbourne, FL 32941 | Julio A. Rabelo<br>110 S.W. 48th Avenue<br>Miami, FL 33134 | Ashley M. Rad<br>1733 Snapp Road<br>Sevierville, TN 37862 |
| Jason S. Rakes<br>265 New Jail St<br>Sneedville, TN 37869 | Matthew L. Robertson<br>1733 Snapp Road<br>Sevierville, TN 37862 | David M. Rush<br>Regina L. Rush<br>9575 Hickory Lane<br>St. John, IN 46373 |
| Joseph S. Sherrod<br>Tamila S. Sherrod<br>1541 Old Chisholm Trial<br>Dandridge, TN 37725 | Donald D. Shipman<br>260 Roaring Fork Road<br>Gatlinburg, TN 37738 | Daniel G. Strange<br>Ginger P. Strange<br>1499 Hwy. 77<br>Southside, AL 35907 |
| Benjie S. Stroupe<br>307 Newman Road<br>Gatlinburg, TN 37738 | Bobby R. Taylor<br>Doris G. Taylor<br>P.O Box 307<br>Gatlinburg, TN 37738 | Sabrina C. Taylor<br>902 Street of Dreams Way<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Scott C. Tegler<br>41 Windermere Crescent<br>Woodstock, Ontario, Canada<br>N456T3 | Glenn E. Terry<br>Bea P. Terry<br>1235 Ski Mountain Road #605<br>Gatlinburg, TN 37783 | Patrick Toner<br>Lisa Ann Toner<br>19 Bay View Drive<br>Westhampton, NY 11177 |
| James Carl Vance<br>395 Devon Chase Hall<br>Unit 3804<br>Gallatin, TN 37066 | Robert D. Ward, Jr.<br>1110 Lower Alpine Way<br>Gatlinburg, TN 37733 | Anita A. Wenn<br>Don F. Green<br>1171 Hemlock Drive<br>Gatlinburg, TN 37738 |
| John C. Willett<br>Kimberly D. Willett<br>4004 French Broad Circle<br>Sevierville, TN 37876 | Scott W. Young<br>Jayne M. Young<br>704 Ely Road<br>Gatlinburg, TN 37738 | |

<table>
<tr><td colspan="2"><b>CLAIM FOR DAMAGE,<br>INJURY, OR DEATH</b></td><td><b>INSTRUCTIONS:</b> Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.</td><td>FORM APPROVED<br>OMB NO. 1105-0008</td></tr>
</table>

| 1. Submit to Appropriate Federal Agency:<br><br>United States Government<br>Department of Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | 2. Name, address of claimant, and claimant's personal representative if any.<br>(See instructions on reverse). Number, Street, City, State and Zip code.<br><br>James E. & Sara Farris<br>John D. & Jean Denney<br>1320 Arrowhead Drive<br>Brentwood, TN 37027 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS<br>Married | 6. DATE AND DAY OF ACCIDENT<br>11/23/2016   Wednesday | 7. TIME (A.M. OR P.M.)<br>4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED.
(See instructions on reverse side).

Claimants: Private residence plus furnishings and total contents located at: 713 Valley View Lane, Gatlinburg, TN 37738.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|------|------|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | | AMOUNT OF CLAIM (in dollars) | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 195,000.00 | | | 195,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side).<br><br>*[signature]* atty | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br><br>(865) 637-2442 | 14. DATE OF SIGNATURE<br><br>8/24/18 |

| CIVIL PENALTY FOR PRESENTING<br>FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT<br>CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

95-109

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance?   ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?   ☒ Yes   ☐ No   |   17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes    If yes, give name and address of Insurance carrier (Number, Street, City, State, and Zip Code).   ☐ No

Farmers

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) **BACK**

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3366

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 36103
901/527-0611

August 30, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:     Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result
of the Gatlinburg Fire beginning November 23, 2016, and a list of the 61 claimants whose forms
are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE

2018 SEP -5 AM 8: 08

02142∪

RECEIVED

| | | |
|---|---|---|
| Jackie Sue Barnes<br>4250 Parkway<br>Pigeon Forge, TN 37722 | Christopher W. Beam<br>Sandra A. Beam<br>148 Scenic View Drive<br>Talbot, TN 37877 | Ruth B. Bloom<br>P.O. Box 1361<br>Gatlinburg, TN 37738 |
| Guy E. Burroughs<br>Christine M. Buurroughs<br>1432 Black Horse Run<br>Lebanon, OH 45036 | Rodney Clark<br>825 Smoke Rise Drive<br>Gatlinburg, TN 37738 | Nelida F. Collantes<br>Stephen C. Bradley<br>P.O. Box 866<br>Gatlinburg, TN 37738 |
| Jeffrey L. Cook<br>Nancy Jean Cook<br>9715 Pebble View Drive<br>Cincinnati, OH 45252 | Joanne Cooksey<br>6008 Meadow Oak Ln<br>Knoxville, TN 37720 | Jamie B. Cubbage<br>1630 Country Meadows Drive<br>Sevierville, TN 37862 |
| Bryan O. Dantzler<br>Margaret C. Dantzler<br>972 Poplar Springs Rd<br>Ringgold, GA 30736 | DF Investments<br>1320 Arrowhead Drive<br>Brentwood, TN 37027 | Phillip C. Dollish<br>Tammy L. Dollish<br>3245 Millsboro Rd. East<br>Mansfield, OH 44903 |
| Glenn F. Douglass<br>George T. Douglass Jr.<br>2988 Majestic View Walk<br>Lexington, VA 40511 | Angelina R. Dwyer<br>4815 Kingston Pike #131<br>Knoxville, TN 37919 | Kent A. Emmons<br>9663 Santa Monica Blvd. #869<br>Beverly Hills, CA 90210 |
| James E. & Sara Farris<br>John D. & Jean Denney<br>1320 Arrowhead Drive<br>Brentwood, TN 37027 | W. Earl Finley<br>811 Wavecrest Lane<br>Houston, TX 77062 | Melissa A. Flannery<br>444 Kingfisher Avenue<br>Sevierville, TN 37762 |
| Thomas Freeberg<br>Katherine E. Freeberg<br>5925 SE 1258 Court<br>Ocklawaha, FL 32179 | Earlene A. Haddock<br>4302 Gainesborough Court<br>Tampa, FL 33624 | Marie P. Hand<br>Jottie L. Hand<br>810 Davenport Drive<br>Gatlinburg, TN 37738 |
| Michele L. Huskey<br>Billy L. Huskey<br>142 Hickman Hollow Road<br>Gatlinburg, TN 37738 | Debra S. Jarvis<br>Mark Jarvis<br>3719 Ginseng Way<br>Sevierville, TN 37862 | Wyatt R. Jones, III<br>Nancy Susan Jones<br>1740 Cherry Lane<br>Lakeland, FL 33811 |
| Linda L. Kalehoff<br>2746 Native Dancer Way<br>Sevierville, TN 37876 | Stephanie M. Kennedy<br>Michael Salimbene<br>619 Huskey Grove Road<br>Sevierville, TN 37876 | Ben A. Lambeth<br>P.O. Box 766<br>Wendell, NC 27591 |

| | | |
|---|---|---|
| Greg E. Lane<br>Joy D. Lane<br>2835 New Center Drive<br>Sevierville, TN 37876 | Joseph F. McCahill<br>830 Tully Road<br>Knoxville, TN 37919 | Noble C. McCulley<br>Loren B. McCulley<br>150 Oglewood Lane<br>Gatlinburg, TN 37738 |
| Kevin S. McGuire<br>P.O. Box 1363<br>Gatlinburg, TN 37738 | Alex R. Moore<br>Polly I. Moore<br>1 Pearl Avenue<br>Marietta, SC 29661 | Michael R. Morgan<br>Diana L. Morgan<br>319 Franklin Meadows Way<br>Seymour, TN 37865 |
| Maryellen Nicholson<br>1311 Hwy. 417<br>Moore, SC 29369 | Joseph M. O'Neill<br>909 Ella Drive<br>Sevierville, TN 37862 | Leslie A. O'Neill<br>909 Ella Drive<br>Sevierville, TN 37862 |
| Harold W. Otto<br>Linda A. Otto<br>2038 Fox Lane<br>Sevierville, TN 37862 | Greg S. Pancake<br>P.O. Box 1784<br>Gatlinburg, TN 37738 | Dharmesh H. Patel<br>Donika N. Patel<br>523 East Parkway<br>Gatlinburg, TN 37738 |
| Scott H. Patterson<br>Sandra L. Patterson<br>236 Cedarwood Drive<br>Sevierville, TN 37876 | Scott K. Perham<br>Paula L. Perham<br>208 Tunnel Ridge Drive<br>Sevierville, TN 37876 | Gerald J. Portier<br>Gwendolyn H. Portier<br>P.O. Box 2058<br>Metaire, LA 70004 |
| Larry W. Potter<br>Wanda R. Potter<br>P.O. Box 411434<br>Melbourne, FL 32941 | Julio A. Rabelo<br>110 S.W. 48th Avenue<br>Miami, FL 33134 | Ashley M. Rad<br>1733 Snapp Road<br>Sevierville, TN 37862 |
| Jason S. Rakes<br>265 New Jail St<br>Sneedville, TN 37869 | Matthew L. Robertson<br>1733 Snapp Road<br>Sevierville, TN 37862 | David M. Rush<br>Regina L. Rush<br>9575 Hickory Lane<br>St. John, IN 46373 |
| Joseph S. Sherrod<br>Tamila S. Sherrod<br>1541 Old Chisholm Trial<br>Dandridge, TN 37725 | Donald D. Shipman<br>260 Roaring Fork Road<br>Gatlinburg, TN 37738 | Daniel G. Strange<br>Ginger P. Strange<br>1499 Hwy. 77<br>Southside, AL 35907 |
| Benjie S. Stroupe<br>307 Newman Road<br>Gatlinburg, TN 37738 | Bobby R. Taylor<br>Doris G. Taylor<br>P.O Box 307<br>Gatlinburg, TN 37738 | Sabrina C. Taylor<br>902 Street of Dreams Way<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Scott C. Tegler<br>41 Windermere Crescent<br>Woodstock, Ontario, Canada<br>N456T3 | Glenn E. Terry<br>Bea P. Terry<br>1235 Ski Mountain Road #605<br>Gatlinburg, TN 37783 | Patrick Toner<br>Lisa Ann Toner<br>19 Bay View Drive<br>Westhampton, NY 11177 |
| James Carl Vance<br>395 Devon Chase Hall<br>Unit 3804<br>Gallatin, TN 37066 | Robert D. Ward, Jr.<br>1110 Lower Alpine Way<br>Gatlinburg, TN 37733 | Anita A. Wenn<br>Don F. Green<br>1171 Hemlock Drive<br>Gatlinburg, TN 37738 |
| John C. Willett<br>Kimberly D. Willett<br>4004 French Broad Circle<br>Sevierville, TN 37876 | Scott W. Young<br>Jayne M. Young<br>704 Ely Road<br>Gatlinburg, TN 37738 | |

<table>
<tr><td colspan="2"><b>CLAIM FOR DAMAGE,<br>INJURY, OR DEATH</b></td><td><b>INSTRUCTIONS:</b> Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.</td><td>FORM APPROVED<br>OMB NO. 1105-0008</td></tr>
</table>

| 1. Submit to Appropriate Federal Agency:<br><br>United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code.<br><br>W. Earl Finley<br>811 Wavecrest Lane<br>Houston, TX 77062 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT<br>11/23/2016   Wednesday | 7. TIME (A.M. OR P.M.)<br>4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private condo plus furnishings and total contents located at: 855 Campbell Lead Road Unit 511, Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
| --- | --- |
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
| --- | --- | --- | --- |
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 260,000.00 | | | 260,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side).<br><br>*[signature]* | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>(865) 637-2442 | 14. DATE OF SIGNATURE<br>5/3/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
| --- | --- |
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No   17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) **BACK**

Case 3:18-cv-00201-JRG-CRW   Document 111-1   Filed 06/01/21   Page 468 of 502   PageID #: 4362

LAW OFFICES

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4118
www.sidgilreath.com

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3366

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0611

August 30, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:    Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result
of the Gatlinburg Fire beginning November 23, 2016, and a list of the 61 claimants whose forms
are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE

2018 SEP -5 AM 8: 08

02 4138

RECEIVED

| | | |
|---|---|---|
| Jackie Sue Barnes<br>4250 Parkway<br>Pigeon Forge, TN 37722 | Christopher W. Beam<br>Sandra A. Beam<br>148 Scenic View Drive<br>Talbot, TN 37877 | Ruth B. Bloom<br>P.O. Box 1361<br>Gatlinburg, TN 37738 |
| Guy E. Burroughs<br>Christine M. Buurroughs<br>1432 Black Horse Run<br>Lebanon, OH 45036 | Rodney Clark<br>825 Smoke Rise Drive<br>Gatlinburg, TN 37738 | Nelida F. Collantes<br>Stephen C. Bradley<br>P.O. Box 866<br>Gatlinburg, TN 37738 |
| Jeffrey L. Cook<br>Nancy Jean Cook<br>9715 Pebble View Drive<br>Cincinnati, OH 45252 | Joanne Cooksey<br>6008 Meadow Oak Ln<br>Knoxville, TN 37720 | Jamie B. Cubbage<br>1630 Country Meadows Drive<br>Sevierville, TN 37862 |
| Bryan O. Dantzler<br>Margaret C. Dantzler<br>972 Poplar Springs Rd<br>Ringgold, GA 30736 | DF Investments<br>1320 Arrowhead Drive<br>Brentwood, TN 37027 | Phillip C. Dollish<br>Tammy L. Dollish<br>3245 Millsboro Rd. East<br>Mansfield, OH 44903 |
| Glenn F. Douglass<br>George T. Douglass Jr.<br>2988 Majestic View Walk<br>Lexington, VA 40511 | Angelina R. Dwyer<br>4815 Kingston Pike #131<br>Knoxville, TN 37919 | Kent A. Emmons<br>9663 Santa Monica Blvd. #869<br>Beverly Hills, CA 90210 |
| James E. & Sara Farris<br>John D. & Jean Denney<br>1320 Arrowhead Drive<br>Brentwood, TN 37027 | W. Earl Finley<br>811 Wavecrest Lane<br>Houston, TX 77062 | Melissa A. Flannery<br>444 Kingfisher Avenue<br>Sevierville, TN 37762 |
| Thomas Freeberg<br>Katherine E. Freeberg<br>5925 SE 1258 Court<br>Ocklawaha, FL 32179 | Earlene A. Haddock<br>4302 Gainesborough Court<br>Tampa, FL 33624 | Marie P. Hand<br>Jottie L. Hand<br>810 Davenport Drive<br>Gatlinburg, TN 37738 |
| Michele L. Huskey<br>Billy L. Huskey<br>142 Hickman Hollow Road<br>Gatlinburg, TN 37738 | Debra S. Jarvis<br>Mark Jarvis<br>3719 Ginseng Way<br>Sevierville, TN 37862 | Wyatt R. Jones, III<br>Nancy Susan Jones<br>1740 Cherry Lane<br>Lakeland, FL 33811 |
| Linda L. Kalehoff<br>2746 Native Dancer Way<br>Sevierville, TN 37876 | Stephanie M. Kennedy<br>Michael Salimbene<br>619 Huskey Grove Road<br>Sevierville, TN 37876 | Ben A. Lambeth<br>P.O. Box 766<br>Wendell, NC 27591 |

| | | |
|---|---|---|
| Greg E. Lane<br>Joy D. Lane<br>2835 New Center Drive<br>Sevierville, TN 37876 | Joseph F. McCahill<br>830 Tully Road<br>Knoxville, TN 37919 | Noble C. McCulley<br>Loren B. McCulley<br>150 Oglewood Lane<br>Gatlinburg, TN 37738 |
| Kevin S. McGuire<br>P.O. Box 1363<br>Gatlinburg, TN 37738 | Alex R. Moore<br>Polly I. Moore<br>1 Pearl Avenue<br>Marietta, SC 29661 | Michael R. Morgan<br>Diana L. Morgan<br>319 Franklin Meadows Way<br>Seymour, TN 37865 |
| Maryellen Nicholson<br>1311 Hwy. 417<br>Moore, SC 29369 | Joseph M. O'Neill<br>909 Ella Drive<br>Sevierville, TN 37862 | Leslie A. O'Neill<br>909 Ella Drive<br>Sevierville, TN 37862 |
| Harold W. Otto<br>Linda A. Otto<br>2038 Fox Lane<br>Sevierville, TN 37862 | Greg S. Pancake<br>P.O. Box 1784<br>Gatlinburg, TN 37738 | Dharmesh H. Patel<br>Donika N. Patel<br>523 East Parkway<br>Gatlinburg, TN 37738 |
| Scott H. Patterson<br>Sandra L. Patterson<br>236 Cedarwood Drive<br>Sevierville, TN 37876 | Scott K. Perham<br>Paula L. Perham<br>208 Tunnel Ridge Drive<br>Sevierville, TN 37876 | Gerald J. Portier<br>Gwendolyn H. Portier<br>P.O. Box 2058<br>Metaire, LA 70004 |
| Larry W. Potter<br>Wanda R. Potter<br>P.O. Box 411434<br>Melbourne, FL 32941 | Julio A. Rabelo<br>110 S.W. 48th Avenue<br>Miami, FL 33134 | Ashley M. Rad<br>1733 Snapp Road<br>Sevierville, TN 37862 |
| Jason S. Rakes<br>265 New Jail St<br>Sneedville, TN 37869 | Matthew L. Robertson<br>1733 Snapp Road<br>Sevierville, TN 37862 | David M. Rush<br>Regina L. Rush<br>9575 Hickory Lane<br>St. John, IN 46373 |
| Joseph S. Sherrod<br>Tamila S. Sherrod<br>1541 Old Chisholm Trial<br>Dandridge, TN 37725 | Donald D. Shipman<br>260 Roaring Fork Road<br>Gatlinburg, TN 37738 | Daniel G. Strange<br>Ginger P. Strange<br>1499 Hwy. 77<br>Southside, AL 35907 |
| Benjie S. Stroupe<br>307 Newman Road<br>Gatlinburg, TN 37738 | Bobby R. Taylor<br>Doris G. Taylor<br>P.O Box 307<br>Gatlinburg, TN 37738 | Sabrina C. Taylor<br>902 Street of Dreams Way<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Scott C. Tegler<br>41 Windermere Crescent<br>Woodstock, Ontario, Canada<br>N456T3 | Glenn E. Terry<br>Bea P. Terry<br>1235 Ski Mountain Road #605<br>Gatlinburg, TN 37783 | Patrick Toner<br>Lisa Ann Toner<br>19 Bay View Drive<br>Westhampton, NY 11177 |
| James Carl Vance<br>395 Devon Chase Hall<br>Unit 3804<br>Gallatin, TN 37066 | Robert D. Ward, Jr.<br>1110 Lower Alpine Way<br>Gatlinburg, TN 37733 | Anita A. Wenn<br>Don F. Green<br>1171 Hemlock Drive<br>Gatlinburg, TN 37738 |
| John C. Willett<br>Kimberly D. Willett<br>4004 French Broad Circle<br>Sevierville, TN 37876 | Scott W. Young<br>Jayne M. Young<br>704 Ely Road<br>Gatlinburg, TN 37738 | |

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Melissa A. Flannery<br>444 Kingfisher Avenue<br>Sevierville, TN 37762 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | ▉ | Single | 11/23/2016      Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Business and total contents; Cars- 1 Car, 1 Van, and 2 Jeeps for rental business located at: 1011 East Parkway Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) | |
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 | |

12. (See instructions on reverse).          AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| 185,000.00 | | | 185,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| _Sidney W Gilreath, atty_ | (865) 637-2442 | 5/3/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No    17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

Erie

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.** If the incident involves more than one claimant, each claimant should submit a separate claim form.

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

<table>
<tr><td colspan="2">

**CLAIM FOR DAMAGE,<br>INJURY, OR DEATH**

</td><td>

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

</td><td>

FORM APPROVED<br>OMB NO. 1105-0008

</td></tr>
</table>

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse.) Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Joseph Fratini<br>Sandra M Fratini<br>151 S.E. 20th Street<br>Cape Coral, FL 33990 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | ▉ | Married | 11/23/2016 | Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence plus furnishings and total contents located at: 516 Cherry Street, Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). | |
| 200,000.00 | | | 200,000.00 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath, atty* | (865) 637-2442 | 10-22-17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

| | |
|---|---|
| 15. Do you carry accident insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No | |

| | |
|---|---|
| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No | 17. If deductible, state amount. |

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

Nationwide

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority*: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose*: The information requested is to be used in evaluating claims.
C. *Routine Use*: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond*: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

LAW OFFICES

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4118
www.sidgilreath.com

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3366

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0611

August 30, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:    Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result
of the Gatlinburg Fire beginning November 23, 2016, and a list of the 61 claimants whose forms
are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE

2018 SEP -5 AM 8: 08          021420

RECEIVED

| | | |
|---|---|---|
| Jackie Sue Barnes<br>4250 Parkway<br>Pigeon Forge, TN 37722 | Christopher W. Beam<br>Sandra A. Beam<br>148 Scenic View Drive<br>Talbot, TN 37877 | Ruth B. Bloom<br>P.O. Box 1361<br>Gatlinburg, TN 37738 |
| Guy E. Burroughs<br>Christine M. Buurroughs<br>1432 Black Horse Run<br>Lebanon, OH 45036 | Rodney Clark<br>825 Smoke Rise Drive<br>Gatlinburg, TN 37738 | Nelida F. Collantes<br>Stephen C. Bradley<br>P.O. Box 866<br>Gatlinburg, TN 37738 |
| Jeffrey L. Cook<br>Nancy Jean Cook<br>9715 Pebble View Drive<br>Cincinnati, OH 45252 | Joanne Cooksey<br>6008 Meadow Oak Ln<br>Knoxville, TN 37720 | Jamie B. Cubbage<br>1630 Country Meadows Drive<br>Sevierville, TN 37862 |
| Bryan O. Dantzler<br>Margaret C. Dantzler<br>972 Poplar Springs Rd<br>Ringgold, GA 30736 | DF Investments<br>1320 Arrowhead Drive<br>Brentwood, TN 37027 | Phillip C. Dollish<br>Tammy L. Dollish<br>3245 Millsboro Rd. East<br>Mansfield, OH 44903 |
| Glenn F. Douglass<br>George T. Douglass Jr.<br>2988 Majestic View Walk<br>Lexington, VA 40511 | Angelina R. Dwyer<br>4815 Kingston Pike #131<br>Knoxville, TN 37919 | Kent A. Emmons<br>9663 Santa Monica Blvd. #869<br>Beverly Hills, CA 90210 |
| James E. & Sara Farris<br>John D. & Jean Denney<br>1320 Arrowhead Drive<br>Brentwood, TN 37027 | W. Earl Finley<br>811 Wavecrest Lane<br>Houston, TX 77062 | Melissa A. Flannery<br>444 Kingfisher Avenue<br>Sevierville, TN 37762 |
| Thomas Freeberg<br>Katherine E. Freeberg<br>5925 SE 1258 Court<br>Ocklawaha, FL 32179 | Earlene A. Haddock<br>4302 Gainesborough Court<br>Tampa, FL 33624 | Marie P. Hand<br>Jottie L. Hand<br>810 Davenport Drive<br>Gatlinburg, TN 37738 |
| Michele L. Huskey<br>Billy L. Huskey<br>142 Hickman Hollow Road<br>Gatlinburg, TN 37738 | Debra S. Jarvis<br>Mark Jarvis<br>3719 Ginseng Way<br>Sevierville, TN 37862 | Wyatt R. Jones, III<br>Nancy Susan Jones<br>1740 Cherry Lane<br>Lakeland, FL 33811 |
| Linda L. Kalehoff<br>2746 Native Dancer Way<br>Sevierville, TN 37876 | Stephanie M. Kennedy<br>Michael Salimbene<br>619 Huskey Grove Road<br>Sevierville, TN 37876 | Ben A. Lambeth<br>P.O. Box 766<br>Wendell, NC 27591 |

| | | |
|---|---|---|
| Greg E. Lane<br>Joy D. Lane<br>2835 New Center Drive<br>Sevierville, TN 37876 | Joseph F. McCahill<br>830 Tully Road<br>Knoxville, TN 37919 | Noble C. McCulley<br>Loren B. McCulley<br>150 Oglewood Lane<br>Gatlinburg, TN 37738 |
| Kevin S. McGuire<br>P.O. Box 1363<br>Gatlinburg, TN 37738 | Alex R. Moore<br>Polly I. Moore<br>1 Pearl Avenue<br>Marietta, SC 29661 | Michael R. Morgan<br>Diana L. Morgan<br>319 Franklin Meadows Way<br>Seymour, TN 37865 |
| Maryellen Nicholson<br>1311 Hwy. 417<br>Moore, SC 29369 | Joseph M. O'Neill<br>909 Ella Drive<br>Sevierville, TN 37862 | Leslie A. O'Neill<br>909 Ella Drive<br>Sevierville, TN 37862 |
| Harold W. Otto<br>Linda A. Otto<br>2038 Fox Lane<br>Sevierville, TN 37862 | Greg S. Pancake<br>P.O. Box 1784<br>Gatlinburg, TN 37738 | Dharmesh H. Patel<br>Donika N. Patel<br>523 East Parkway<br>Gatlinburg, TN 37738 |
| Scott H. Patterson<br>Sandra L. Patterson<br>236 Cedarwood Drive<br>Sevierville, TN 37876 | Scott K. Perham<br>Paula L. Perham<br>208 Tunnel Ridge Drive<br>Sevierville, TN 37876 | Gerald J. Portier<br>Gwendolyn H. Portier<br>P.O. Box 2058<br>Metaire, LA 70004 |
| Larry W. Potter<br>Wanda R. Potter<br>P.O. Box 411434<br>Melbourne, FL 32941 | Julio A. Rabelo<br>110 S.W. 48th Avenue<br>Miami, FL 33134 | Ashley M. Rad<br>1733 Snapp Road<br>Sevierville, TN 37862 |
| Jason S. Rakes<br>265 New Jail St<br>Sneedville, TN 37869 | Matthew L. Robertson<br>1733 Snapp Road<br>Sevierville, TN 37862 | David M. Rush<br>Regina L. Rush<br>9575 Hickory Lane<br>St. John, IN 46373 |
| Joseph S. Sherrod<br>Tamila S. Sherrod<br>1541 Old Chisholm Trial<br>Dandridge, TN 37725 | Donald D. Shipman<br>260 Roaring Fork Road<br>Gatlinburg, TN 37738 | Daniel G. Strange<br>Ginger P. Strange<br>1499 Hwy. 77<br>Southside, AL 35907 |
| Benjie S. Stroupe<br>307 Newman Road<br>Gatlinburg, TN 37738 | Bobby R. Taylor<br>Doris G. Taylor<br>P.O Box 307<br>Gatlinburg, TN 37738 | Sabrina C. Taylor<br>902 Street of Dreams Way<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Scott C. Tegler<br>41 Windermere Crescent<br>Woodstock, Ontario, Canada<br>N456T3 | Glenn E. Terry<br>Bea P. Terry<br>1235 Ski Mountain Road #605<br>Gatlinburg, TN 37783 | Patrick Toner<br>Lisa Ann Toner<br>19 Bay View Drive<br>Westhampton, NY 11177 |
| James Carl Vance<br>395 Devon Chase Hall<br>Unit 3804<br>Gallatin, TN 37066 | Robert D. Ward, Jr.<br>1110 Lower Alpine Way<br>Gatlinburg, TN 37733 | Anita A. Wenn<br>Don F. Green<br>1171 Hemlock Drive<br>Gatlinburg, TN 37738 |
| John C. Willett<br>Kimberly D. Willett<br>4004 French Broad Circle<br>Sevierville, TN 37876 | Scott W. Young<br>Jayne M. Young<br>704 Ely Road<br>Gatlinburg, TN 37738 | |

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government Department of the Interior 1849 C Street, N.W. Washington, DC 20240 | Thomas C. Freeberg Katherine E. Freeberg 5925 SE 158 Court Ocklawaha, FL 32179 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| [ ] MILITARY  [X] CIVILIAN | | Married | 11/23/2016 | Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish
a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries
onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED.
(See instructions on reverse side).

Claimant: Owner of 2 Cabins; 207 and 211 Stone Fence Lane, Gatlinburg, TN 37738. Both houses with total contents lost.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME
OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413 Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 750,000.00 | | | 750,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN
FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* atty | (865) 637-2442 | 8/18/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, Imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction Previous Edition is not Usable | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|

95-109

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No   17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

19. Do you carry public liability and property damage insurance? ☒ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

Berkshire Hathaway

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in Item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) **BACK**

| CLAIM FOR DAMAGE, INJURY, OR DEATH | **INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse.) Number, Street, City, State and Zip code. |
|---|---|
| United States Government Department of the Interior 1849 C Street, N.W. Washington, DC 20240 | Cynthia L. Gaboury 454 West Kingridge Lane Gatlinburg, TN 37738 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | ▉ | Single | 11/23/2016 | Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence; damage to property and contents; vehicle; located at: 454 West Kingsridge Lane Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413 Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 200,000.00 | | | 200,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath, atty* | (865) 637-2442 | 10-22-17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction Previous Edition is not Usable 95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|

**INSURANCE COVERAGE**

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes   ☐ No   | 17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☐ No

Farmers

**INSTRUCTIONS**

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted.  Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations.  If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant.  A claim presented by an agent or legal representative must be presented in the name of the claimant.  If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a)  In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b)  In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c)  In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident.  Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d)  Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

**PRIVACY ACT NOTICE**

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A.  *Authority:*  The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B.  *Principal Purpose:*  The information requested is to be used in evaluating claims.
C.  *Routine Use:*  See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D.  *Effect of Failure to Respond:*  Disclosure is voluntary.  However, failure to supply the requested information or to execute the form may render your claim "invalid."

**PAPERWORK REDUCTION ACT NOTICE**

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501.  Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention:  Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC  20530 or to the Office of Management and Budget.  Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | **INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Alexander A. Galarza<br>452 Baskins Creek Road<br>Gatlinburg, TN 37738 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | Single | 11/23/2016 | Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Renting cabin; total contents lost including a lot of fitness equipment located at: 452 Baskins Creek Road Cabin #3 Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 20,000.00 | | | 20,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* Sidney W. Gilreath, atty | (865) 637-2442 | 10-22-17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No    17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes  If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A.  *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B.  *Principal Purpose:* The information requested is to be used in evaluating claims.
C.  *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D.  *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC  20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95 REV. (2/2007) BACK**

LAW OFFICES

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3388

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0511

November 21, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:     Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result
of the Gatlinburg Fire beginning November 23, 2016, and a list of the 97 claimants whose forms
are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney Gilreath

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE
2018 NOV 27 AM 8: 52
RECEIVED

0260143

| | | |
|---|---|---|
| Paul W. Abbott<br>Toni L. Abbott<br>1718 North Roane Street<br>Johnson City, TN 37601 | Brittany N. Adkins<br>2239 Grassy Branch Rd.<br>Sevierville, TN 37876 | Jayme E. Aleman<br>1475 Robert Ridge Road<br>Sevierville, TN 37862 |
| Brian H. Alspach<br>530 Bruce Rd.<br>Gatlinburg, TN 37738 | Tammy F. Bain<br>Leslie N. Miles<br>827 Sunrise Blvd<br>Sevierville, TN 37862 | Michael Bech<br>Sandra M. Bech<br>312 Saddleback Way<br>Sevierville, TN 37862 |
| Jody T. Bertram<br>520 Johnson Lane<br>Gatlinburg, TN 37738 | Stephen E. Bond<br>5896 Milburne Drive<br>Milford, OH 45150 | Marvis L. Bosarge Gonzalez<br>P.O. Box 425<br>Pigeon Forge, TN 37868 |
| Terrell M. Bouie<br>4749 Towensend<br>Gatlinburg, TN 37738 | Genie E. Brabham<br>535 Greenbriar Lane<br>Gatlinburg, TN 37738 | Deborah A. Brooks<br>219 Emert Street<br>Pigeon Forge, TN 37863 |
| William E. Brown Exector of<br>Estate of Elaine H. Brown<br>97 Ellis Drive<br>West Falls, NY 14170 | Eve O. Buero<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 | Mack Newman Butler<br>Connie Panelle Butler<br>207 Roseland Drive<br>Rainbow City, AL 35906 |
| Jones and Butler Investments,<br>LLC<br>3518 Montrose Ave.<br>Rainbow City, AL 35906 | Jamila M. Byrd, next of kin of<br>Pamela Jean Johnson,<br>Deceased<br>328 East Morelia Ave.<br>Knoxville, TN 37917 | Gae Campbell<br>4206 Dolly's Drive<br>Sevierville, TN 37876 |
| Lindsey Campbell<br>608 E. Reagan Lane<br>Gatlinburg, TN 37738 | Myrl D. Carr Administrator of<br>Estate of Myrl J. Carr<br>3230 Woods Way<br>Sevierville, TN 37876 | Charles S. Cavanaugh<br>413 McMahan Avenue<br>Sevierville, TN 37862 |
| Destin R. Chambers<br>Kelsey Y. Chambers<br>1013 Powdermill Rd.<br>Gatlinburg, TN 37738 | Julie Lynn Chase<br>Caleb B. Chase<br>P.O. Box 6805<br>Sevierville, TN 37864 | David R. Cheatham<br>611 Anderson Drive<br>Clarksville, TN 37040 |
| Steve W. Cofield<br>Jan Cofield<br>4016 Rainbow Drive<br>Rainbow City, AL 35906 | Terry D. Daniel<br>Carol A. Daniel<br>4387 School Section Rd.<br>Cincinnati, OH 45211 | Leon C. Dodd<br>638 Cedar Lane, Apt. 1<br>Knoxville, TN 37912 |
| Amy E. Dowling<br>Don J. Dowling<br>214 Mills Park Rd.<br>Gatlinburg, TN 37738 | Justin W. Dumas<br>Merry D. Dumas<br>212 Golden Rod Drive<br>Seymour, TN 37865 | John P. Eames<br>Lois A. Eames<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| Timothy James Easley<br>P.O. Box 1763<br>Gatlinburg, TN 37738 | Timothy Fannin<br>7028 South Ridgewood Drive<br>Lambertville, MI 48141 | Linda K. Garrett<br>234 Benson Lane<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Stephen R. Gilmore<br>Deborah L. Gilmore<br>19 Meigs Dr.<br>Shalimar, FL 32579 | Brenda J. Halsey<br>James L. Halsey<br>570 South Greenlee Rd.<br>Troy, OH 45373 | Russell E. Haskins<br>Cheryl F. Haskins<br>P.O. Box 23423<br>Knoxville, TN 37933 |
| Mark Hass<br>Terri Hass<br>1160 Tranquility Way<br>Louisville, KY 40291 | Kirk L. Heinsohn<br>660 Washington Rd.<br>Gatlinburg, TN 37738 | Sharon H. Hirschfield<br>1431 N. Arvon Lane<br>Gatlinburg, TN 37738 |
| Dave Hisey<br>1160 Upper Alpine Way<br>Gatlinburg, TN 37738 | Karen M. Holding<br>Harry R. Holding<br>7104 West Santa Fe Drive<br>Mucie, IN 47304 | James D. Holifield<br>1320 Powdermill Rd. Apt. #3<br>Gatlinburg, TN 37738 |
| John L. Hondulas<br>676 Maryville Pike<br>Knoxville, TN 37920 | Charlie Bob Hughes Jr.<br>Victoria D. Fister<br>126 Cookeville Hwy<br>Carthage, TN 37030 | James M. Hunter<br>P.O. Box 21568<br>Chattanooga, TN 37424 |
| Kathy Jones<br>1420 Cherokee Circle<br>Sevierville, TN 37862 | David L. Joyner<br>1063 Valley View Cir<br>Sevierville, TN 37876 | Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 |
| , Minor<br>B/N/F Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 | David M. Klassen<br>Linda F. Klassen<br>1615 Tammany Drive<br>Nashville, TN 37206 | Kyle S. King<br>Doreen R. King<br>624 Mountain Drive<br>Gatlinburg, TN 37738 |
| John C. Kling<br>Cheryl A. Kling<br>146 Hackberry Way<br>Dandridge, TN 37725 | Karen N. Leverette<br>John R. Leverette<br>360 Menawa Pass<br>Millbrook, AL 36504 | Damon J. Matthews<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| John H. H. Matthews<br>Kenneth M. Matthews Jr.<br>7400 Forests Edge Ct.<br>Lairel, MD 20707 | Jo Rita Maxwell<br>P.O. Box 965<br>Pigeon Forge, TN 37868 | Zina Faye McKinney<br>508 Houser Road<br>Gatlinburg, TN 37738 |
| Patrick McKnight<br>Karen McKnight<br>608 Forrest Hill Dr<br>Lexington, KY 40509 | Rita S. Montero<br>1300 Park Blvd.<br>Marion, VA 24354 | Douglas E. Moore<br>Sandy M. Moore<br>325 Beech Branch Road<br>Gatlinburg, TN 37738 |
| Carol G. Muszik<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | James Dale Grace Christian<br>Trust, MSM Capital<br>Management, LLLP<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | David L. Naquin, Sr.<br>Denise A. Naquin<br>760 Wiley Oakley Dr<br>Gatlinburg, TN 37738 |
| Sue A. Naquin | Carroll E. Nichols | Jacob W. Parton |

| 2614 Surftide Drive<br>Dandridge, TN 37725 | 109 Carlstown Drive #2<br>Pigeon Forge, TN 37863 | Betty J. Parton<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 |
|---|---|---|
| Miranda L. Paulk<br>Dora Jean Paulk<br>430 Mountain Drive<br>Gatlinburg, TN 37738 | Amanda B. Perryman<br>221 Woodland Road<br>Gatlinburg, TN 37738 | Melanie Meeks Phillips, next of<br>kin of Bradley Phillips,<br>deceased<br>5861 Wild Fig Lane<br>Ft. Myers, FL 33919 |
| Wesley M. Pittman<br>Katrina L. Pittman<br>818 Wesley Drive<br>Gatlinburg, TN 37738 | Giselle Porraspita<br>15240 SW 148th Terrace<br>Miami, FL 33196 | Paul Cliff Price<br>320 Ownby Street<br>Gatlinburg, TN 37738 |
| Florian J. Puhala, Jr.<br>Mary E. Puhala<br>601 Glades Road, Suite 12<br>Gatlinburg, TN 37738 | Larry D. Raymes<br>Karen Raymes<br>835 Terry Drive<br>Gatlinburg, TN 37738 | Betsy C. Rettig<br>124 Plaza Drive<br>Unit 3104<br>Pigeon Forge, TN 37863 |
| Jacqueline R. Robertson<br>2805 Dower Road<br>Sevierville, TN 37876 | Sandra Rovhana-Lollino<br>William Mark Gillham<br>9 Jungle Plum Ct South<br>Homosassa, FL 34446 | Mark Rueter<br>Glen Beasley<br>117 Joy Street<br>Sevierville, TN 37862 |
| Kerry "Tom" Sanders<br>Denise M. Sanders<br>250 Collier Drive<br>Sevierville, TN 37862 | Phyllis J. Seidel<br>2768 Mill View Court<br>Hamilton, OH 45011 | James Tom Shofner<br>Cheryl A. Shofner<br>127 Captain Lowman Rd.<br>Chapin, SC 29036 |
| Elizabeth A. Smith<br>Claude Thomas<br>1619 Butternut Lane<br>Sevierville, TN 37876 | Owen G. Smith<br>Rick Cook<br>4008 Rose Hill Ave.<br>Cincinnati, OH 45229 | Joel A. Sortore<br>Tomeika C. Stallworth<br>3259 Sims Road<br>Sevierville, TN 37876 |
| Deborah T. Spillers, Admx of<br>the estate of<br>Charles Edwin Taylor<br>125 Pine Gate Dr<br>Greenville, S.C. 29607 | Connie R. Springfield<br>Barry S. Springfield<br>59 Stonecreek Drive<br>Cartersville, GA 30120 | Tammie R. Starkey<br>Tommy L. Starkey<br>P.O. Box 1758<br>Pigeon Forge, TN 37868 |
| Arthur W. Stewart<br>1359 Korey Blvd.<br>Sevierville, TN 37876 | Michael B. Thompson<br>2328 Big River Overlook Drive<br>Apt. #7<br>Sevierville, TN 37876 | Michael G. Thompson<br>Sue D. Thompson<br>P.O. Box 1554<br>Gatlinburg, TN 37738 |
| Raymond A. Waddle Jr.<br>Jacqueline Waddle<br>235 Jones Cove Rd<br>Cosby, TN 37722 | Delbert R. Wallace<br>1375 Ogle Rd.<br>Apt. 4<br>Sevierville, TN 37876 | Douglas S. Yates<br>Audrey Yates<br>117 Joy Street<br>Sevierville, TN 37862 |

| | | |
|---|---|---|
| Joshua Yates<br>Krista Yates<br>2213 Douglas Dam rd., Apt. 2<br>Sevierville, TN 37876 | Julie O. Yates<br>Anthony L. Yates<br>735 Cummings Chapel Rd.<br>Sevierville, TN 37876 | Charles C. Young<br>Deborah L. Young<br>3495 Country Hill Drive<br>Bartlett, TN 38135 |
| Judy A. Sullivan, Gerald Sullivan<br>Mountainside Rentals<br>402 Minnow Lane<br>Gulf Shores, AL 36542 | | |

<table>
<tr><td colspan="2"><b>CLAIM FOR DAMAGE,<br>INJURY, OR DEATH</b></td><td><b>INSTRUCTIONS:</b> Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.</td><td>FORM APPROVED<br>OMB NO. 1105-0008</td></tr>
</table>

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Linda K. Garrett<br>234 Benson Lane<br>Gatlinburg, TN 37738 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS<br>Single | 6. DATE AND DAY OF ACCIDENT<br>11/23/2016 Wednesday | 7. TIME (A.M. OR P.M.)<br>4:00 P.M. |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private 2 story log home; total contents lost; Car- Ford Escape located at: 234 Benson Lane, Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE<br>1,000,000 | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights).<br>1,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM<br>(865) 637-2442 | 14. DATE OF SIGNATURE<br>11/1/18 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes ☐ No   17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

Farm Bureau

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) **BACK**

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse.) Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Craig S. Gibbs<br>Saye D. Ripper<br>438 Greystone Heights<br>Gatlinburg, TN 37738 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | Married | 11/23/2016 | Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The U.S. Government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

Claimant: Private residence plus furnishings and total contents; Cars- Model A car, 2003 Chevy Silverado, Bobcat T 190; located at: 438 Greystone Heights, Gatlinburg, TN 37738

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| 760,000.00 | | | 760,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Sidney W. Gilreath, atty* | (865) 637-2442 | 10-22-17 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☒ Yes  ☐ No    17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

19. Do you carry public liability and property damage insurance? ☒ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

Travelers

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

LAW OFFICES

# Gilreath & Associates, PLLC

BANK OF AMERICA CENTER
550 MAIN AVENUE, SUITE 600

P.O. BOX 1270
KNOXVILLE, TENNESSEE 37901-1270
TELEPHONE 865/637-2442
FACSIMILE 865/971-4116
www.sidgilreath.com

SIDNEY GILREATH
R. CHRISTOPHER GILREATH
CARY L. BAUER
GINGER PICKARD

NASHVILLE OFFICE
222 SECOND AVENUE NORTH
SUITE 417
NASHVILLE, TENNESSEE 37201
615/256-3388

MEMPHIS OFFICE
ONE MEMPHIS PLACE
200 JEFFERSON AVENUE, SUITE 711
MEMPHIS, TENNESSEE 38103
901/527-0511

November 21, 2018

United States Government
Department of the Interior
1849 C Street, NW
Washington, DC 20240

Re:     Gatlinburg Fire beginning November 23, 2016

Gentlemen:

Enclosed herewith are the Standard Form 95 claims of additional clients we represent as a result of the Gatlinburg Fire beginning November 23, 2016, and a list of the 97 claimants whose forms are attached.

Sincerely,

GILREATH & ASSOCIATES, PLLC

Sidney W. Gilreath, Esq.

SWG/tfb
Enclosures

EXECUTIVE SECRETARIAT
OFFICE OF THE
2018 NOV 27 AM 8:52
RECEIVED

0260143

| | | |
|---|---|---|
| Paul W. Abbott<br>Toni L. Abbott<br>1718 North Roane Street<br>Johnson City, TN 37601 | Brittany N. Adkins<br>2239 Grassy Branch Rd.<br>Sevierville, TN 37876 | Jayme E. Aleman<br>1475 Robert Ridge Road<br>Sevierville, TN 37862 |
| Brian H. Alspach<br>530 Bruce Rd.<br>Gatlinburg, TN 37738 | Tammy F. Bain<br>Leslie N. Miles<br>827 Sunrise Blvd<br>Sevierville, TN 37862 | Michael Bech<br>Sandra M. Bech<br>312 Saddleback Way<br>Sevierville, TN 37862 |
| Jody T. Bertram<br>520 Johnson Lane<br>Gatlinburg, TN 37738 | Stephen E. Bond<br>5896 Milburne Drive<br>Milford, OH 45150 | Marvis L. Bosarge Gonzalez<br>P.O. Box 425<br>Pigeon Forge, TN 37868 |
| Terrell M. Bouie<br>4749 Towensend<br>Gatlinburg, TN 37738 | Genie E. Brabham<br>535 Greenbriar Lane<br>Gatlinburg, TN 37738 | Deborah A. Brooks<br>219 Emert Street<br>Pigeon Forge, TN 37863 |
| William E. Brown Exector of<br>Estate of Elaine H. Brown<br>97 Ellis Drive<br>West Falls, NY 14170 | Eve O. Buero<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 | Mack Newman Butler<br>Connie Panelle Butler<br>207 Roseland Drive<br>Rainbow City, AL 35906 |
| Jones and Butler Investments,<br>LLC<br>3518 Montrose Ave.<br>Rainbow City, AL 35906 | Jamila M. Byrd, next of kin of<br>Pamela Jean Johnson,<br>Deceased<br>328 East Morelia Ave.<br>Knoxville, TN 37917 | Gae Campbell<br>4206 Dolly's Drive<br>Sevierville, TN 37876 |
| Lindsey Campbell<br>608 E. Reagan Lane<br>Gatlinburg, TN 37738 | Myrl D. Carr Administrator of<br>Estate of Myrl J. Carr<br>3230 Woods Way<br>Sevierville, TN 37876 | Charles S. Cavanaugh<br>413 McMahan Avenue<br>Sevierville, TN 37862 |
| Destin R. Chambers<br>Kelsey Y. Chambers<br>1013 Powdermill Rd.<br>Gatlinburg, TN 37738 | Julie Lynn Chase<br>Caleb B. Chase<br>P.O. Box 6805<br>Sevierville, TN 37864 | David R. Cheatham<br>611 Anderson Drive<br>Clarksville, TN 37040 |
| Steve W. Cofield<br>Jan Cofield<br>4016 Rainbow Drive<br>Rainbow City, AL 35906 | Terry D. Daniel<br>Carol A. Daniel<br>4387 School Section Rd.<br>Cincinnati, OH 45211 | Leon C. Dodd<br>638 Cedar Lane, Apt. 1<br>Knoxville, TN 37912 |
| Amy E. Dowling<br>Don J. Dowling<br>214 Mills Park Rd.<br>Gatlinburg, TN 37738 | Justin W. Dumas<br>Merry D. Dumas<br>212 Golden Rod Drive<br>Seymour, TN 37865 | John P. Eames<br>Lois A. Eames<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| Timothy James Easley<br>P.O. Box 1763<br>Gatlinburg, TN 37738 | Timothy Fannin<br>7028 South Ridgewood Drive<br>Lambertville, MI 48141 | Linda K. Garrett<br>234 Benson Lane<br>Gatlinburg, TN 37738 |

| | | |
|---|---|---|
| Stephen R. Gilmore<br>Deborah L. Gilmore<br>19 Meigs Dr.<br>Shalimar, FL 32579 | Brenda J. Halsey<br>James L. Halsey<br>570 South Greenlee Rd.<br>Troy, OH 45373 | Russell E. Haskins<br>Cheryl F. Haskins<br>P.O. Box 23423<br>Knoxville, TN 37933 |
| Mark Hass<br>Terri Hass<br>1160 Tranquility Way<br>Louisville, KY 40291 | Kirk L. Heinsohn<br>660 Washington Rd.<br>Gatlinburg, TN 37738 | Sharon H. Hirschfield<br>1431 N. Arvon Lane<br>Gatlinburg, TN 37738 |
| Dave Hisey<br>1160 Upper Alpine Way<br>Gatlinburg, TN 37738 | Karen M. Holding<br>Harry R. Holding<br>7104 West Santa Fe Drive<br>Mucie, IN 47304 | James D. Holifield<br>1320 Powdermill Rd. Apt. #3<br>Gatlinburg, TN 37738 |
| John L. Hondulas<br>676 Maryville Pike<br>Knoxville, TN 37920 | Charlie Bob Hughes Jr.<br>Victoria D. Fister<br>126 Cookeville Hwy<br>Carthage, TN 37030 | James M. Hunter<br>P.O. Box 21568<br>Chattanooga, TN 37424 |
| Kathy Jones<br>1420 Cherokee Circle<br>Sevierville, TN 37862 | David L. Joyner<br>1063 Valley View Cir<br>Sevierville, TN 37876 | Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 |
| , Minor<br>B/N/F Jennifer L. Kaylor<br>716 Country Oaks Dr.<br>Pigeon Forge, TN 37863 | David M. Klassen<br>Linda F. Klassen<br>1615 Tammany Drive<br>Nashville, TN 37206 | Kyle S. King<br>Doreen R. King<br>624 Mountain Drive<br>Gatlinburg, TN 37738 |
| John C. Kling<br>Cheryl A. Kling<br>146 Hackberry Way<br>Dandridge, TN 37725 | Karen N. Leverette<br>John R. Leverette<br>360 Menawa Pass<br>Millbrook, AL 36504 | Damon J. Matthews<br>3551 Deer Foot Way<br>Sevierville, TN 37876 |
| John H. H. Matthews<br>Kenneth M. Matthews Jr.<br>7400 Forests Edge Ct.<br>Lairel, MD 20707 | Jo Rita Maxwell<br>P.O. Box 965<br>Pigeon Forge, TN 37868 | Zina Faye McKinney<br>508 Houser Road<br>Gatlinburg, TN 37738 |
| Patrick McKnight<br>Karen McKnight<br>608 Forrest Hill Dr<br>Lexington, KY 40509 | Rita S. Montero<br>1300 Park Blvd.<br>Marion, VA 24354 | Douglas E. Moore<br>Sandy M. Moore<br>325 Beech Branch Road<br>Gatlinburg, TN 37738 |
| Carol G. Muszik<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | James Dale Grace Christian<br>Trust, MSM Capital<br>Management, LLLP<br>1199 Saint Ives Dr.<br>Sevierville, TN 37862 | David L. Naquin, Sr.<br>Denise A. Naquin<br>760 Wiley Oakley Dr<br>Gatlinburg, TN 37738 |
| Sue A. Naquin | Carroll E. Nichols | Jacob W. Parton |

| 2614 Surftide Drive<br>Dandridge, TN 37725 | 109 Carlstown Drive #2<br>Pigeon Forge, TN 37863 | Betty J. Parton<br>1256 Kingbranch Rd.<br>Sevierville, TN 37876 |
|---|---|---|
| Miranda L. Paulk<br>Dora Jean Paulk<br>430 Mountain Drive<br>Gatlinburg, TN 37738 | Amanda B. Perryman<br>221 Woodland Road<br>Gatlinburg, TN 37738 | Melanie Meeks Phillips, next of<br>kin of Bradley Phillips,<br>deceased<br>5861 Wild Fig Lane<br>Ft. Myers, FL 33919 |
| Wesley M. Pittman<br>Katrina L. Pittman<br>818 Wesley Drive<br>Gatlinburg, TN 37738 | Giselle Porraspita<br>15240 SW 148th Terrace<br>Miami, FL 33196 | Paul Cliff Price<br>320 Ownby Street<br>Gatlinburg, TN 37738 |
| Florian J. Puhala, Jr.<br>Mary E. Puhala<br>601 Glades Road, Suite 12<br>Gatlinburg, TN 37738 | Larry D. Raymes<br>Karen Raymes<br>835 Terry Drive<br>Gatlinburg, TN 37738 | Betsy C. Rettig<br>124 Plaza Drive<br>Unit 3104<br>Pigeon Forge, TN 37863 |
| Jacqueline R. Robertson<br>2805 Dower Road<br>Sevierville, TN 37876 | Sandra Rovhana-Lollino<br>William Mark Gillham<br>9 Jungle Plum Ct South<br>Homosassa, FL 34446 | Mark Rueter<br>Glen Beasley<br>117 Joy Street<br>Sevierville, TN 37862 |
| Kerry "Tom" Sanders<br>Denise M. Sanders<br>250 Collier Drive<br>Sevierville, TN 37862 | Phyllis J. Seidel<br>2768 Mill View Court<br>Hamilton, OH 45011 | James Tom Shofner<br>Cheryl A. Shofner<br>127 Captain Lowman Rd.<br>Chapin, SC 29036 |
| Elizabeth A. Smith<br>Claude Thomas<br>1619 Butternut Lane<br>Sevierville, TN 37876 | Owen G. Smith<br>Rick Cook<br>4008 Rose Hill Ave.<br>Cincinnati, OH 45229 | Joel A. Sortore<br>Tomeika C. Stallworth<br>3259 Sims Road<br>Sevierville, TN 37876 |
| Deborah T. Spillers, Admx of<br>the estate of<br>Charles Edwin Taylor<br>125 Pine Gate Dr<br>Greenville, S.C. 29607 | Connie R. Springfield<br>Barry S. Springfield<br>59 Stonecreek Drive<br>Cartersville, GA 30120 | Tammie R. Starkey<br>Tommy L. Starkey<br>P.O. Box 1758<br>Pigeon Forge, TN 37868 |
| Arthur W. Stewart<br>1359 Korey Blvd.<br>Sevierville, TN 37876 | Michael B. Thompson<br>2328 Big River Overlook Drive<br>Apt. #7<br>Sevierville, TN 37876 | Michael G. Thompson<br>Sue D. Thompson<br>P.O. Box 1554<br>Gatlinburg, TN 37738 |
| Raymond A. Waddle Jr.<br>Jacqueline Waddle<br>235 Jones Cove Rd<br>Cosby, TN 37722 | Delbert R. Wallace<br>1375 Ogle Rd.<br>Apt. 4<br>Sevierville, TN 37876 | Douglas S. Yates<br>Audrey Yates<br>117 Joy Street<br>Sevierville, TN 37862 |

| | | |
|---|---|---|
| Joshua Yates<br>Krista Yates<br>2213 Douglas Dam rd., Apt. 2<br>Sevierville, TN 37876 | Julie O. Yates<br>Anthony L. Yates<br>735 Cummings Chapel Rd.<br>Sevierville, TN 37876 | Charles C. Young<br>Deborah L. Young<br>3495 Country Hill Drive<br>Bartlett, TN 38135 |
| Judy A. Sullivan, Gerald<br>Sullivan<br>Mountainside Rentals<br>402 Minnow Lane<br>Gulf Shores, AL 36542 | | |

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| United States Government<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, DC 20240 | Stephen R. Gilmore<br>Deborah L. Gilmore<br>19 Meigs Dr<br>Shalimar, FL 32579 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | | | 11/23/2016   Wednesday | 4:00 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The U.S. government through its employees, failed to follow mandatory regulations to monitor and extinguish a fire in the Great Smoky Mountains National Park, thereby allowing it to spread beyond the park boundaries onto claimants' private property, destroying their property.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Claimant: Private residence plus furnishings and total contents, jewelry, cat and dog, located at: 315 Tower Road, Gatlinburg, TN 37738;

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Eric Cooper | 1216 East Parkway #1413<br>Gatlinburg, TN 37738 |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). | |
| 1,000,000 | | | 1,000,000 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 13c. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* | (865) 637-2442 | 9/13/18 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government.  (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance?  ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.  ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?  ☒ Yes    ☐ No    17. If deductible, state amount.

Coverage is inadequate

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☒ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).  ☐ No

Barnes Agency

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

   B. *Principal Purpose:* The information requested is to be used in evaluating claims.
   C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
   D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) **BACK**