UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

United Services Automobile Association

        Plaintiff,

v.                                     Case No. 3:19-CV-00472

**UNITED STATES OF AMERICA**

        Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for **see attached sheet**,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

**CA, TX**

[✓] **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 6/14/21

*/s/ Shawn E. Caine/*

(Signature–hand signed)

Name: **Shawn E. Caine**

Firm: **The Law Offices of Shawn E. Caine**

Address:

    1221 Camino Del Mar, Del Mar, CA 92014

Email address: scaine@cainelaw.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.