# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CIVIL MINUTES:  MOTION HEARING (Video)

Date: 08/18/21

Time: 10:48 a.m. to 12:49 p.m.

The Honorable J. RONNIE GREER, U. S. District Judge, Presiding

Courtroom Deputy:   Kathy Hopson   Court Reporter:   Karen Bradley

**Plaintiff Attorney:  Theodore Leopold / Diana Martin**

*Reed v. United States of America*, 3:18–CV–201;
*Anculle v. United States of America*, 3:18–CV–308;
*Adkins v. United States of America*, 3:18–CV–310;
*Vance v. United States of America*, 3:19–CV–283;
*Barnes v. United States of America*, 3:19–CV–296;
*Abbott v. United States of America,* 3:20-CV-149

**Plaintiff Attorney:  Mark McGuire / Jonathan Tofilon**

*American Reliable Insurance Company v. United States of America*, 3:19–CV–469;
*State Farm Fire and Casualty Company v. United States of America*, 3:19–CV–470;
*United Services Automobile Association v. United States of America*, 3:19–CV–472;
*Allstate Fire and Casualty Insurance Company v. United States of America*, 3:19–CV–474;

**Plaintiff Attorney:  Terence Ridley**

*Auto-Owners Insurance Company v. United States of America*, 3:19–CV–478.

**Defense Attorney:  Ted Atkinson / Grant Treaster**

*United States of America*

**MOTION HEARING HELD  -  ORAL ARGUMENTS MADE  -  ORDER TO ENTER**