IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MICHAEL B. REED, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 3:18–CV–201 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

This action came before the Honorable J. Ronnie Greer, District Judge, presiding, and the issues having been duly addressed and a decision having been duly rendered,

It is ORDERED and ADJUDGED that Plaintiffs recover nothing of Defendant and that the action of Plaintiffs against Defendant be DISMISSED without prejudice.

ENTERED AS A JUDGMENT:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

s/ *LeAnna R. Wilson*
District Court Clerk