IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MICHAEL B. REED, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 3:18–CV–201 |
| UNITED STATES OF AMERICA | ) |
| Defendant. | ) |

ORDER

This matter is before the Court on a Motion to Withdraw Adam J. Langino as Counsel of Record. [Doc. 167]. Mr. Langino was previously associated with the law firm Cohen Milstein Sellers & Toll, PLLC, but he is no longer with the firm. The Plaintiffs will continue to be represented in this matter by Counsel from Cohen Milstein Sellers & Toll, PLLC. The Motion to Withdraw Adam J. Langino as Counsel of Record, [Doc. 167], is GRANTED.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE
