IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

MICHAEL B. REED, et al.,

    Plaintiffs,                                                           No. 3:18–CV–201

v.

UNITED STATES OF AMERICA,

    Defendant.

_____/

## NOTICE OF APPEAL

All Plaintiffs, MICHAEL B. REED, individually, as surviving spouse and next of kin of Constance M. Reed, deceased, and as surviving parent of Chloe E. Reed and Lillian D. Reed, deceased, and JAMES L. ENGLAND, JR., appeal to the United States Court of Appeals for the Sixth Circuit from the final judgment entered on February 28, 2022 (Doc. 161), and the May 31, 2022 Order denying Plaintiffs' March 23, 2022 motion to alter or amend the final judgment under Rule 59. (Doc. 168).

                                                             _s/ Theodore J. Leopold_____
                                                             THEODORE J. LEOPOLD, ESQ.
                                                             Cohen Milstein Sellers & Toll, PLLC
                                                             11780 U.S. Hwy. One, Suite N500
                                                             Palm Beach Gardens, FL 33408
                                                             Telephone: (561) 515-1400
                                                             Facsimile: (561) 515-1401
                                                             Email: TLeopold@CohenMilstein.com

SIDNEY W. GILREATH, ESQ.
Gilreath & Associates, P.L.L.C.
Bank of America Center
550 Main Avenue
Suite 600
Knoxville, Tennessee 37902
Telephone: (865) 637-2442
Email: GilKnox@SidGilreath.com

GORDON BALL, ESQ.
CHASE FANN, ESQ.
Gordon Ball, LLC
7001 Old Kent Drive
Knoxville, Tennessee 37919
Telephone: (865) 525-7028
Email: GBall@GordonBall.com

# CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2022, I electronically filed and served a true and correct copy of the foregoing to all counsel of record via CM/ECF.

s/ Theodore J. Leopold
THEODORE J. LEOPOLD, ESQ.
Cohen Milstein Sellers & Toll, PLLC

3

Case 3:18-cv-00201-JRG-CRW   Document 170   Filed 06/10/22   Page 3 of 3   PageID #: 6158