UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 13, 2022

Mr. Theodore William Atkinson
United States Department of Justice
Federal Programs Branch, Civil Division
901 E Street, N.W.
Washington, DC 20004

Mr. Theodore J. Leopold
Cohen, Milstein, Sellers & Toll
2925 PGA Boulevard
Suite 200
Palm Beach Gardens, FL 33410

Re: Case No. 22-5493, *Michael Reed, et al v. USA*
Originating Case No. : 3:18-cv-00201

Dear Counsel,

   This appeal has been docketed as case number **22-5493** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **June 27, 2022**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

    Appellant: Appearance of Counsel
           Civil Appeal Statement of Parties & Issues

                     Disclosure of Corporate Affiliations
                     Application for Admission to 6th Circuit Bar (if applicable)

                     Appearance of Counsel
Appellee:   Disclosure of Corporate Affiliations
                     Application for Admission to 6th Circuit Bar (if applicable)

   More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                                  Sincerely yours,

                                  s/Ryan E. Orme
                                  Case Manager
                                  Direct Dial No. 513-564-7079

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 22-5493

MICHAEL B. REED, Individually, as surviving spouse and next of kin of Constance M. Reed, deceased, and as surviving parent of Chloe E. Reed and Lillian D. Reed, deceased; JAMES L. ENGLAND, JR.

        Plaintiffs - Appellants

v.

UNITED STATES OF AMERICA

        Defendant - Appellee