## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 05, 2022

Ms. Diana L. Martin
Cohen Milstein Sellers & Toll
11780 US Highway One
Suite N500
Palm Beach Gardens, FL 33408

Re: Case No. 22-5492/22-5493/22-5494/22-5495/22-5499/22-5513,
*Paul Abbott, et al v. USA*
Originating Case No. : 3:18-cv-00201 : 3:20-cv-00149

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Julie Connor
Case Manager
Direct Dial No. 513-564-7033

cc: Mr. Theodore William Atkinson
Mr. Theodore J. Leopold
Mr. Jeffrey Eric Sandberg
Ms. LeAnna Wilson

Enclosure

Case No. 22-5492/22-5493/22-5494/22-5495/22-5499/22-5513

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

PAUL W. ABBOTT, et al. (22-5492)

MICHAEL B. REED, individually, as surviving spouse and next of kin of Constance M. Reed, deceased, and as surviving parent of Chloe E. Reed and Lillian D. Reed, deceased, et al. (22-5493)

BRITTANY N. HYRE ANCULLE, et al. (22-5494)

JACKIE SUE BARNES, et al. (22-5495)

BRITTANY ADKINS, et al. (22-5499)

JAMES CARL VANCE, individually, as surviving spouse and next of kin of May Evelyn Norred Vance, deceased, et al. (22-5513)

      Plaintiffs - Appellants

v.

UNITED STATES OF AMERICA

      Defendant - Appellee

Appellants filed an unopposed motion to consolidate the above-referenced cases. The court having determined that consolidation of the above causes for purposes of briefing and submission is appropriate,

It is **ORDERED** that the motions are **GRANTED**, and the causes be and they hereby are consolidated for the purposes stated above. Appellants shall file one consolidated brief, and the appellee shall file one consolidated brief. The above caption should be used for briefing.

**ENTERED PURSUANT TO RULE 45(a),**
**RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: July 05, 2022