UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

MICHAEL B. REED, et al

    Plaintiffs,

v.   No. 3:18-cv-201-JRG-CRW
   (Consolidated)

UNITED STATES OF AMERICA

    Defendant.

### ATTORNEY LANCE K. BAKER
### NOTICE OF ATTORNEY WITHDRAWAL

Comes Lance K. Baker, Esq., pursuant to Local Rule 83.4(f), and gives Notice of Withdrawal as counsel for the Plaintiffs in the above-captioned matter[1]. This withdrawal will not delay any proceedings in this case or otherwise be inequitable.

**WHEREFORE**, Lance K. Baker respectfully gives notice of his withdrawal as counsel for the Plaintiffs.

Respectfully submitted, this 9th day of September, 2022.

    */s/ Lance K. Baker*
    Lance K. Baker
    **The Baker Law Firm**
    Bank of America Center
    Ste. 600, 550 Main Street
    Knoxville, TN 37902
    Tel: (865) 200-4117
    Fax: (865) 437-3370
    lance@lbakerlawfirm.com

---

[1] This is filed under the consolidated case number, pursuant to this Court's Order, dated June 4, 2021, but shall apply to all cases (3:19-cv-296-JRG-CRW, 3:19-cv-283-JRG-CRW, 3:18-cv-310-JRG-CRW, Case No. 3:18-cv-308-JRG-CRW).

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

      */s/ Lance K. Baker*
Lance K. Baker

Page 2 of 2

Case 3:18-cv-00201-JRG-CRW   Document 175   Filed 09/09/22   Page 2 of 2   PageID #: 6401