# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

**CIVIL MINUTES: TELEPHONE STATUS CONFERENCE**

Case No: CV-3-18-201 (lead)
CV-3-18-308; CV-3-18-310; CV-3-19-283; CV-3-19-296 & CV-3-20-CV-149
Date  01/30/24
Time    10:18 a.m.   To    10:25 a.m.

Style   MICHAEL B. REED, ET AL VS. UNITED STATES OF AMERICA

================================================================

The Honorable J. RONNIE GREER, U. S. District Judge, Presiding

Courtroom Deputy  Kathy Hopson            Court Reporter  Karen Bradley

| Plaintiff's Attorney(s) | Defendant's Attorney(s) |
|---|---|
| Theodore Leopold | Theodore Atkinson |
| Leslie Kroeger | Martin St. Aubin |
| Diana Martin | Grant Treaster |
| Benjamin Glassman | Kristin McGrory |
| Sid Gilreath | |

**PROCEEDINGS:**

Telephone conference held.