IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

MICHAEL B. REED, et al.,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 3:18–CV–201

## NOTICE OF APPEARANCE

The undersigned, Gordon Ball, enters his appearance as counsel for plaintiff Scott Tegler, Executor of the Estates of John C. Tegler and Marilyn F. Tegler, Decedents in the above styled litigation.

Respectfully submitted,

*s/Gordon Ball*
Gordon Ball
Gordon Ball, LLC
3728 West End Avenue
Nashville, TN  37205
gball@gordonball.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2024, I electronically filed the foregoing with the Clerk of Court via the ECF/CM Filing System, which will provide electronic notification to all Filing Users. Any parties who are not Filing Users will be served with a paper copy of the foregoing by first-class mail, postage pre-paid.

*/s/ Gordon Ball*
Gordon Ball