# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### GREENEVILLE DIVISION

| | |
|---|---|
| MICHAEL B. REED, *et. al.*,<br><br>   Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | No. 3:18–cv–00201 |
| BRITTANY ADKINS, *et. al.*,<br><br>   Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | No. 3:18–cv–00310 |
| BRITTANY N. HYRE ANCULLE, *et. al.*,<br><br>   Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | No. 3:18–cv–00308 |
| JAMES CARL VANCE, et al.,<br><br>   Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | No. 3:19–cv–00283 |

| | |
|---|---|
| JACKIE SUE BARNES, et al., | No. 3:19–cv–00296 |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |
| PAUL W. ABBOTT, et al., | No. 3:20–cv–00149 |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |
| ALLSTATE FIRE AND CAS. INS. CO., *et al.*, | No. 3:19-cv-00474 |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |
| AMERICAN RELIABLE INS. CO., *et al.*, | No. 3:19-cv-00469 |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

| | |
|---|---|
| STATE FARM FIRE & CAS. CO., *et al.*,<br><br>    Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. 3:19-cv-00470 |
| UNITED SERVICES AUTOMOBILE ASSOCIATION, *et al.*,<br><br>    Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. 3:19-cv-00472 |
| AUTO-OWNERS INS. CO., *et al.*,<br><br>    Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. 3:19–cv–00478 |

## <u>NOTICE OF APPEAL</u>

Plaintiff, Scott C. Tegler, Executor of the Estates of John C. Tegler and Marilyn F. Tegler, appeal to the United States Court of Appeals for the Sixth Circuit from the Final Judgment entered on March 31, 2026 (*Reed* Doc. 315).

Respectfully submitted,

*s/Gordon Ball*
Gordon Ball (BPR 001135)
Gordon Ball, LLC
3728 West End Avenue
Nashville, TN  37205
865-809-4370
*gball@gordonball.com*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April 2026, I electronically filed the foregoing

with the Clerk of Court via the ECF/CM Filing System, which will provide electronic

notification to all Filing Users. Any parties who are not Filing Users will be served with a paper

copy of the foregoing by first-class mail, postage pre-paid.

*/s/ Gordon Ball*
Gordon Ball